# EXHIBIT 1-B

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808
USA

FILING NUMBER: 17-0032462005
FILING DATE: 09/25/2017   01:27 PM
DOCUMENT NUMBER: 763219030001
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Basin Subaru, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3917 W Wall St | Midland | TX | 79703 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Santander Bank, N.A. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 75 State Street | Boston | MA | 02109 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
"All assets of debtor whether now owned or hereafter acquired."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility ☐ Agricultural Lien ☐ Non-UCC Filing
6b. Check only if applicable and check only one box.
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
8433 [136613514]

FILING OFFICE COPY

EXHIBIT 1-B

Document Center

Page 1 of 1

Logout


CORPORATION SERVICE COMPANY

My Center   Search Center   Filing Center   Document Center   Financial Center   Help Center
Add Note  Existing Searches  Help

**Query Information**
Filing No: 170032462005
Filter: all
Filter: Active Orders

( Get Report PDF ) ( Get Cost Report PDF )
( E-Mail ) ( Get Report Excel ) ( Get Cost Report Excel )

( Select All ) ( Clear All )

( Universal Discontinue )

Welcome Barbara Frick

10/20/2017 : Account #358660
Santander Bank, N.A. - Main Account

Report Designer:
Select a Favorite ▼

| All | Filings | Searches | Recordings | Notes | 1 Orders | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Order No | Date | Subject | Cost Center | Obligor Number | Jurisdiction | Service | Queue | Company | Account |
| ☐ (136613514) | 9/25/2017 | Basin Subaru... | 8433 | | TX - (S.O.S.) | UCC Filing | C | Santander Ba... | 358660 |

Order Number: 136613514
Order Created: 9/25/2017 1:52:45 PM   Cost Center: 8433
Parent Order:                          Obligor Number:
Status: C                              Mortgage Type/UCC Status:
Subject: Basin Subaru, LLC             Property Address:
Filing Date: 9/25/2017                 Total Order Fee: $14.80
Filing #: 170032462005                 Account Number: 358660
Expiration Date: 9/25/2022             Date Approved: 9/25/2017 1:53:19 PM

Service: UCC Filing    ( Duplicate )    ( Hide )
Jurisdiction: Texas (S.O.S.)
Service Fee: $14.80         Viewable Attachments

( View All )

( View )  Description: National UCC1
          Category: Filings
          View Date: 9/25/2017 1:52:52 PM

( View )  Description: Filing Acknowledgement
          Category: Filing Acknowledgement
          View Date: 9/29/2017 10:24:27 AM

Note: Filing approved by Catherine Senkovich
Note Date: 9/25/2017 1:53:19 PM
User: prodservice
Last Updated:

Note: Delivered to jurisdiction
Note Date: 9/25/2017 2:27:20 PM
User: prodservice
Last Updated:

Note: Acknowledgement Received
Note Date: 9/25/2017 3:37:38 PM
User: prodservice
Last Updated:

Note: Acknowledgement Sent To: Catherine.Senkovich@chryslercapital.us
Note Date: 9/25/2017 3:42:55 PM
User: prodservice
Last Updated:

**Sub-Orders**

| Order Number | Service |
|---|---|
| 136613570 | Corporate Tracking |
| 136613591 | Debtor Tracking |

**Queue Legend**

| | |
|---|---|
| ARWIP - Attachment Received Work In Progress  NEW - New | R - Rejected Returned Unfiled |
| B - Billing                NSTR - Acknowledgment Received Needs Search To Reflect | WCA - Waiting For Client Attachments |
| C - Complete               PCA - Pending Client Approval | WCR - Waiting For Client Response |
| DTJ - Delivered To Jurisdiction  PCA-CP - Pending Client Approval - CP | WIP - Work In Progress |
|                            PCQC - Pending Client QC | WRE - Waiting For Recording Evidence |

Copyright © 2017 Corporation Service Company®. All rights reserved. Privacy Policy

The Company | Services & Products | News & Events | Contact Us | Logout

**EXHIBIT 1-B**

**LQAS - COLLATERAL**
$0033$02$2945606
ID: EG69323 - 1   SHORT NAME: Empyrean Auto Group LLC and Basin Subaru LLC
LOAN_NUMBER: EG69323000EG69323   NEW_NOTE_NUMBER:
DOC CODE: CCAP 806-1     DOC: UCC-1 TX  170032462005  Basin Subaru
USER: N606048   Date: 10/20/2017 08:21:56 AM





EXHIBIT 1-B