# EXHIBIT 1-C

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808
USA

FILING NUMBER: 17-0032462126
FILING DATE: 09/25/2017    01:27 PM
DOCUMENT NUMBER: 763219080001
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **EMPYREAN AUTO GROUP LLC**

1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

1c. MAILING ADDRESS: 3615 South Padre Island Dr | CITY: Corpus Christi | STATE: TX | POSTAL CODE: 78415 | COUNTRY: USA

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Santander Bank, N.A.**

3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

3c. MAILING ADDRESS: 75 State Street | CITY: Boston | STATE: MA | POSTAL CODE: 02109 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
"All assets of debtor whether now owned or hereafter acquired."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
8433 [136614102]

FILING OFFICE COPY

EXHIBIT 1-C

Logout

**CSC CORPORATION SERVICE COMPANY**

My Center | Search Center | Filing Center | Document Center | Financial Center | Help Center

Add Note  Existing Searches  Help

**Query Information**
Filing No: 170032462126
Filter: all
Filter: Active Orders

( Get Report PDF ) ( Get Cost Report PDF )
( E-Mail ) ( Get Report Excel ) ( Get Cost Report Excel )
( Select All ) ( Clear All )
( Universal Discontinue )

Welcome Barbara Frick
10/20/2017 : Account #358660
Santander Bank, N.A. - Main Account

Report Designer:
[Select a Favorite ▼]

All | Filings | Searches | Recordings | Notes | 1 Orders

| Order No | Date | Subject | Cost Center | Obligor Number | Jurisdiction | Service | Queue | Company | Account |
|---|---|---|---|---|---|---|---|---|---|
| 136614102 | 9/25/2017 | EMPYREAN AUT... | 8433 | | TX - (S.O.S.) | UCC Filing | C | Santander Ba... | 358660 |

Order Number: 136614102
Order Created: 9/25/2017 1:57:22 PM     Cost Center: 8433
Parent Order:                            Obligor Number:
Status: C                                Mortgage Type/UCC Status:
Subject: EMPYREAN AUTO GROUP LLC         Property Address:
Filing Date: 9/25/2017                   Total Order Fee: $14.80
Filing #: 170032462126                   Account Number: 358660
Expiration Date: 9/25/2022               Date Approved: 9/25/2017 1:57:54 PM

Service: UCC Filing        ( Duplicate )   ( Hide )
Jurisdiction: Texas (S.O.S.)
Service Fee: $14.80
                           **Viewable Attachments**

( View All )

( View )  Description: National UCC1
          Category: Filings
          View Date: 9/25/2017 1:57:30 PM

( View )  Description: Filing Acknowledgement
          Category: Filing Acknowledgement
          View Date: 9/29/2017 10:27:23 AM

Note: Filing approved by Catherine Senkovich
Note Date: 9/25/2017 1:57:54 PM
User: prodservice
Last Updated:

Note: Delivered to jurisdiction
Note Date: 9/25/2017 2:27:21 PM
User: prodservice
Last Updated:

Note: Acknowledgement Received
Note Date: 9/25/2017 3:37:44 PM
User: prodservice
Last Updated:

Note: Acknowledgement Sent To: Catherine.Senkovich@chryslercapital.us
Note Date: 9/25/2017 3:42:56 PM
User: prodservice
Last Updated:

**Sub-Orders**

| Order Number | Service |
|---|---|
| 136614116 | Corporate Tracking |
| 136614151 | Debtor Tracking |

**Queue Legend**

| | | |
|---|---|---|
| ARWIP - Attachment Received Work In Progress | NEW - New | R - Rejected Returned Unfiled |
| B - Billing | NSTR - Acknowledgment Received Needs Search To Reflect | WCA - Waiting For Client Attachments |
| C - Complete | PCA - Pending Client Approval | WCR - Waiting For Client Response |
| DTJ - Delivered To Jurisdiction | PCA-CP - Pending Client Approval - CP | WIP - Work In Progress |
| | PCQC - Pending Client QC | WRE - Waiting For Recording Evidence |

Copyright © 2017 Corporation Service Company®. All rights reserved. Privacy Policy

The Company | Services & Products | News & Events | Contact Us | Logout

EXHIBIT 1-C

**LQAS - COLLATERAL**
$0033$02$2945599
ID: EG69323 - 1   SHORT NAME: Empyrean Auto Group LLC and Basin Subaru LLC
LOAN_NUMBER: EG69323000EG69323   NEW_NOTE_NUMBER:
DOC CODE: CCAP 806-1     DOC: UCC-1  TX  170032462126 Empyrean Auto Group
USER: N606048   Date: 10/20/2017 08:17:24 AM





EXHIBIT 1-C