# EXHIBIT 1-B

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Corporation Service Company
251 LITTLE FALLS DRIVE
Wilmington, DE 19808
USA

FILING NUMBER: 17-0032462005
FILING DATE: 09/25/2017    01:27 PM
DOCUMENT NUMBER: 763219030001
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **Basin Subaru, LLC**

1c. MAILING ADDRESS: 3917 W Wall St
CITY: Midland
STATE: TX
POSTAL CODE: 79703
COUNTRY: USA

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) ...

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Santander Bank, N.A.**

3c. MAILING ADDRESS: 75 State Street
CITY: Boston
STATE: MA
POSTAL CODE: 02109
COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:
"All assets of debtor whether now owned or hereafter acquired."

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
8433 [136613514]

FILING OFFICE COPY

EXHIBIT 1-B



EXHIBIT 1-B

**LQAS - COLLATERAL**
$0033$02$2945606
ID: EG69323 - 1   SHORT NAME: Empyrean Auto Group LLC and Basin Subaru LLC
LOAN_NUMBER: EG69323000EG69323   NEW_NOTE_NUMBER:
DOC CODE: CCAP 806-1     DOC: UCC-1 TX  170032462005  Basin Subaru
USER: N606048   Date: 10/20/2017 08:21:56 AM





EXHIBIT 1-B