# EXHIBIT 1-I



STEPHANIE HAYES COOK
PRINCIPAL
DIRECT 512-476-1198
EMAIL: scook@cokinoslaw.com

January 11, 2019

*Via U.S. Regular Mail, Email and*
*CMRRR 7018 0360 0001 4841 8474*
rlillard@ccsubaru.com

Ronald J. Lillard, Member and Guarantor
Empyrean Auto Group, LLC
3615 South Padre Island Drive
Corpus Christi, Texas 78415

*Via U.S. Regular Mail, Email and*
*CMRRR 7018 0360 0001 4841 8443*
basinauto@live.com

Pete Martinez, Jr., Member and Guarantor
Basin Subaru, LLC
2800 West Wall Street
Midland, Texas 79703

Re: That certain Floorplan Financing and Security Agreement, dated October 3, 2017, together with all addenda, modifications, and amendments (the "Indebtedness") by and between Empyrean Auto Group, LLC and Basin Subaru, LLC (collectively, "Borrowers") and Santander Bank, N.A. ("Santander").

**CONTINUING NOTICE OF DEFAULT AND IMMEDIATE DEMAND FOR PAYMENT WITH RESERVATION OF RIGHTS**

Gentlemen:

As you are aware, I represent Santander in connection with the above-described Indebtedness. Please provide me with the contact information for your legal counsel, if retained. On or around July 31, 2018, Santander notified Borrowers in writing of certain Events of Default that had occurred under the Indebtedness, and reserved all rights and remedies in connection with the default. Specifically, Santander notified Borrowers of certain failures to make payments when due. The Events of Default have not been cured as of the date of this letter.

On August 10, 2018, Santander notified Borrowers in writing that based on the Events of Default and failure to cure, Santander had elected to declare the entire Indebtedness due and owing, without waiving any rights or remedies. Borrowers have been notified subsequent of ongoing Events of Default including communications dated September 4, 2018.

In addition to the prior Events of Default, Borrowers have failed to make certain payments as required. Such failure to make payments is an Event of Default under Section 7 of the Indebtedness. Demand is hereby made for payment in full of all outstanding principal, and accrued but unpaid interest, plus costs of collection and fees as permitted by law and the Indebtedness. As of the date of this letter, the following balances exist:

Basin outstanding principal - $2,790,251.98, plus interest, costs and fees; and,
Empyrean outstanding principal - $9,408,557.22, plus interest, costs and fees.

COKINOS | YOUNG    Las Cimas IV 900 S. Capital of Texas Highway, Suite 425, Austin, TX 78746    cokinoslaw.com
HOUSTON • SAN ANTONIO • AUSTIN • DALLAS/FT. WORTH

EXHIBIT 1-I

January 11, 2019
Page 2

      Borrowers are requested to immediately surrender all vehicle keys and title in your possession, custody, or control to authorized representatives of Santander pursuant to Section 2.11 of the Indebtedness. Please contact John Bowen, Vice President, at 508-890-6839 or jbowen@santander.us to obtain the final payment, and remittance instructions. As you are aware, the debt is cross-collateralized and each of you are co-borrowers and guarantors of the debt. We are reviewing the purported sale and transfer of funds and assets by and between CAH-DHL Properties, LLC ("CAH") and PMRL Investments, LLC. It appears that funds were transferred that may have been subject to Santander's prior perfected security interest or agreements contained in the Indebtedness.

      Notwithstanding the foregoing, nothing contained in this letter shall be a waiver of any right or remedy, or release of any terms and conditions as contained in the Indebtedness. All rights and remedies are hereby reserved, both at law and in equity. Further, failure to pursue any right or remedy shall not be construed as a waiver or intent to release any right or remedy by Santander, all such rights and remedies are hereby reserved.

      Please contact the undersigned counsel at your earliest convenience or direct your legal counsel to contact same to discuss the foregoing.

      Sincerely,

      COKINOS | YOUNG

      *(signature)*

      Stephanie Cook

cc:   Skip Henkel, Counsel for Mr. Lillard – *skip@cmhenkel.com*
      Bertin C. Emmons – *bemmons@santander.us*
      John P. Bowen, Vice President – *jbowen@santander.us*
      Ryan J. McNeel, Counsel for Pete Martinez, Jr. – *rmcneel@brockettmcneel.net*

EXHIBIT 1-I