# EXHIBIT 2

# CLOSING NOTEBOOK

# HICKS FAMILY SUBARU, LLC
*Buyer*
# EMPYREAN AUTO GROUP, LLC
*Seller*

# Closing Date – November 27, 2018

EXHIBIT 2

# APA

EXHIBIT  2

## ASSET PURCHASE AGREEMENT

**THIS ASSET PURCHASE AGREEMENT (the "Agreement")** is made and entered into this 16ᵗʰ day of _____July_____ , 2018, by and between Empyrean Auto Group, LLC dba Corpus Christi Subaru, a Texas limited liability company, hereinafter referred to as "SELLER", and CAH-DHL Automotive, LLC, a Texas limited liability company who may assign its rights hereunder, hereinafter referred to as "BUYER";

**WHEREAS,** SELLER is a party to a Dealer Sales and Service Agreement with Subaru of America, Inc. ("Subaru" or "Manufacturer"), authorizing SELLER to sell and service the Subaru line of motor vehicles in SELLER'S dealership at 3615 S. Padre Island Drive, Corpus Christi, Texas 78415 (the "Dealership")(and any other addresses associated with the Dealership); and

**WHEREAS,** SELLER desires to sell and BUYER desires to purchase the Subaru Dealership together with certain assets presently being used in the operation of the dealership, according to the following terms and conditions and for the following consideration, therefore,

**BUYER AND SELLER** agree as follows:

1.    **ASSETS TO BE SOLD.**  The following assets shall be sold by SELLER to BUYER:

    A.    <u>Vehicles.</u>

        (1)    <u>New Vehicles.</u>  All new, unused and undamaged 2018 and 2019 Subaru motor vehicles in inventory and on hand in the Dealership at the time of Closing.  No conversion vehicles will be purchased.  The purchased new vehicles shall be identified in **Schedule 1.A.(1)** and attached at the time of Closing.

        (2)    <u>Demonstrators.</u>  No more than five (5) Demonstrators having less than 5,000 miles on their odometer in SELLER'S inventory on the

EXHIBIT 2

Closing Date. The purchased Demonstrators shall be identified in **Schedule 1.A.(2)** and attached at the time of Closing.

B.    Parts and Accessories.

(1)    All of the Subaru current, unused, undamaged, non-obsolete returnable parts and accessories which are listed in Subaru's current parts and accessories price book, which are in the possession of SELLER as of the Closing Date. The parts and accessories purchased shall be identified in **Schedule 1.B.(1)** and attached at the time of Closing.

(2)    All non-returnable, non-manufacturer, special order, non-stock, jobber and/or NPN parts and accessories, and any nuts and bolts, which shall be identified in **Schedule 1.B.(2)** and attached at the time of Closing.

(3)    All supplies on hand including gas, oil and grease inventory, which shall be identified in **Schedule 1.B.(3)** and attached at the time of Closing.

C.    Work in Process. All work in process and sublet repairs on vehicles in the service department and express lube of the dealership and undelivered at the time of Closing, provided the mechanical repair orders are no older than 10 days old on the date of Closing. The Work in Process purchased shall be attached as **Schedule 1.C.** at the time of Closing.

D.    Furniture, Fixtures, Equipment, Signage and Advertising Materials. All fixed assets used in connection with the Subaru Dealership, including machinery, shop equipment, furniture, fixtures, office equipment (including but not limited to computers, telephones, telephone systems, copiers and office supplies), signage and advertising materials owned by SELLER, all sales and service customer files of the Subaru Dealership including past transactions, name, address, and

ASSET PURCHASE AGREEMENT

EXHIBIT 2

telephone numbers and email addresses, if any, all ordinary tools used by the Subaru Dealership for repairing motor vehicles, SELLER'S telephone number(s), trade names, websites, website domain names, social media accounts and all other fixed assets related to the Subaru Dealership, a complete list of which is attached hereto as **Schedule 1.D.**

E.    Special Tools and Manufacturer Required Signage.  All special tools currently in use and necessary to conduct the SELLER'S dealership business and all Manufacturer required signage, a complete list of which is attached hereto as **Schedule 1.E.**

F.    Dealership Premises.  BUYER will purchase the real estate and all improvements on which the Dealership is situated by separate contract.

G.    Motor Vehicle Sales Finance License.  SELLER shall transfer and assign all of its right, title and interest in its motor vehicle sales finance license, license number 1600056382-156412 issued by the Office of Consumer Credit Commissioner, or SELLER shall allow BUYER to use such finance license until such time as its own motor vehicle sales finance license application is approved, by executing a Permission to Operate which complies with 7 T.A.C. Sec. 84.604(e) in the form attached hereto as **Schedule 1.G.**

H.    Assumption of Sellers' Obligations.  BUYER will assume only the SELLER'S obligations listed on **Schedule 1.H.** to be attached after the expiration of the Due Diligence Period.

I.    Intangible Assets.  The intangible assets of SELLER'S Dealership which is SELLER'S right or claim of right to do business in Corpus Christi, Texas, as a Subaru dealer, SELLER'S Subaru franchise, the goodwill associated with the Subaru Dealership franchise, and any other intangible item of the Subaru Dealership considered by law to be part of the goodwill and intangibles.  SELLER agrees to assign or transfer to BUYER any and all assignable rights it may have in, to, and by virtue of the Subaru Dealer Sales and Service Agreement and the Franchised New Motor Vehicle Dealer's License issued by the Texas Department of Motor Vehicles, Motor Vehicle

EXHIBIT 2

Division for SELLER'S Dealership, together with all good will related to the ownership of the franchise.

    **2.**     **CONSIDERATION.** The consideration to be paid by BUYER to SELLER for the above-described items shall be paid in cash by BUYER at closing, as follows:

    A.     <u>Vehicles.</u> For the vehicles described in Paragraph 1.A. above, BUYER will pay:

    (1)     <u>New Vehicles.</u> The purchase price for all SUBARU 2018 and 2019 models, new, unused, untitled and undamaged vehicles, which have not been reported sold to Subaru, and in SELLER'S inventory at the Closing Date, will be the factory invoice price to SELLER, adjusted as follows:

    (a)     The price shall be increased by the actual dealer cost of any factory added equipment or accessories to a vehicle that are considered dealer "hard add-ons," up to $1,000. Vehicles with more than $1,000 in dealer add-ons will not be purchased. BUYER will not purchase "conversion units" of any type. The price shall be decreased by the dealer cost of any accessories removed from a vehicle;

    (b)     The price shall be reduced by any paid or unpaid rebates, discounts, holdback for dealer account, and other factory incentives which have been booked to income including, but not limited to, (i) any factory floor plan assistance including in-transit credits, (ii) rebates, (iii) incentive monies claimed on pre-reported units, (iv) advertising monies/credits, (v) floor plan interest credits, (vi) carryover model allowances and year-end allowances, (vii) any gasoline allowances received or to be received on vehicles in stock at closing, and any other similar items which should reasonably be deducted to establish SELLER'S net cost on vehicles in stock at Closing. Dealer trades will be purchased at the price identified in this paragraph (b) regardless of by whom the deductions identified above were received;

    (c)     Demonstrators shall be those untitled, 2018 and 2019 model year new vehicles with odometer readings in excess of 500

EXHIBIT 2

miles but less than 5,000 miles. The price of any demonstrator automobile units having an odometer reading of 5,000 miles or less shall be reduced at the rate of $.50 per mile. Any demonstrator automobile having an odometer reading in excess of 5,000 miles shall be treated as a used car and excluded from the sale unless the parties agree as to the value of a particular vehicle on or before the Closing Date. Demonstrators purchased will be limited to a total of 5. If there are more than 5 demonstrators, they will be treated as used, and will not be purchased unless BUYER and SELLER mutually agree upon a price. If no agreement can be reached, the demonstrators in excess of 5 units will be excluded from the sale and removed from the premises by SELLER at Closing;

(d)     If there is any damage to any new vehicle in inventory, there shall be a reduction of the purchase price as mutually agreed upon between BUYER and SELLER. If no agreement can be reached, the damaged vehicle(s) will be excluded from the sale and removed from the premises by the SELLER at Closing. **(SELLER will provide a list of all vehicles that have been damaged and whether they were repaired. SELLER will completely defend and hold harmless BUYER from any and all claims arising out of any vehicle purchased under this Agreement that was damaged prior to Closing but said damage was not disclosed to BUYER);**

(e)     The price of any pre-reported sold vehicles for which the sale cannot be reversed will be agreed upon by BUYER and SELLER. If no agreement can be reached, the vehicle(s) will be excluded from the sale and removed from the premises by SELLER at Closing;

(f)     New vehicles not physically at the dealership on the Closing Date, commonly referred to as In-Transit Vehicles, shall be purchased at Closing in the same manner as described in 2.A.1.(a)-(e).

(g)     BUYER will purchase SELLER'S new, undamaged Service Loaner Vehicles at the price identified herein for new vehicles; however, the purchase price will also be decreased

EXHIBIT 2

at $.50 per mile for mileage over 500 and any amount paid SELLER by Subaru as an incentive to place the vehicle in the Service Loaner fleet. Service Loaner units with over 5,000 miles will be treated as used and will not be purchased unless BUYER and SELLER mutually agree upon a price. If no agreement can be reached, the Service Loaner units with mileage in excess of 5,000 miles will be excluded from the sale and removed from the premises by SELLER at Closing.

B.     Parts and Accessories.

(1)     All of the Subaru current, unused, undamaged, non-obsolete returnable parts and accessories and which are listed in Subaru's current parts and accessories price book which are in the possession of SELLER as of the Closing Date, will be purchased at dealer cost, less any and all discounts, including stock order discounts. Any parts that have not shown a sale within the last twelve (12) months prior to the Closing Date are considered obsolete and will be purchased at a mutually agreed upon price, so long as they are new, undamaged and returnable under Subaru's guidelines. If no agreement can be reached, the obsolete Subaru parts will be excluded from the sale and removed from the premises by SELLER at Closing.

(2)     All non-returnable, non-manufacturer, special order, non-stock, jobber and/or NPN parts and accessories, and any nuts and bolts will be purchased at a mutually agreed upon price. If no agreement can be reached, they will be excluded from the sale and removed from the premises by SELLER at Closing.

(3)     All usable supplies on hand including gas, oil and grease inventory shall be purchased at SELLER'S net cost, less any and all discounts,

ASSET PURCHASE AGREEMENT

Page 6

EXHIBIT 2

including stock order discounts.  If any of the foregoing have been in SELLER'S    inventory more than twelve (12) months they will not be purchased unless BUYER and SELLER, on a case-by-case basis, can agree on a price at Closing.  If no agreement can be reached, they will be excluded from the sale and removed from the premises by SELLER at Closing.

(4)    SELLER agrees to maintain the parts and accessories inventories at the Dealership at normal operating levels through the Closing Date.

C.    <u>Performance of Inventory.</u>  Within 5 days before Closing, an inventory (the "Inventory") of the parts and accessories outlined in Paragraph 1.B. above shall be prepared by a firm or individuals mutually agreeable to BUYER and SELLER.  The Inventory (insofar as it relates to parts and accessories) shall be posted to the Manufacturer's approved system of inventory control and will show each item extended by its unit price.  The cost of the Inventory shall be borne 50% by BUYER and 50% by SELLER.  The results of the Inventory shall be adjusted, if necessary, to reflect sales, purchases or other changes occurring between the taking of the Inventory and the date of Closing.

D.    <u>Fixed Assets.</u>  BUYER will purchase all fixed assets used in connection with the Subaru Dealership, including machinery, shop equipment, furniture, fixtures,  office equipment (including but not limited to computers, telephones, telephone systems, copiers and office supplies), signage and advertising materials owned by SELLER, all sales and service customer files of the Subaru Dealership including past transactions, name, address, and telephone numbers and email addresses, if any, all ordinary tools used by the Subaru Dealership for repairing motor vehicles,

ASSET PURCHASE AGREEMENT                                                                 Page 7

EXHIBIT  2

SELLER'S telephone number(s), trade names, websites, website domain names, social media accounts and all other fixed assets related to the Subaru Dealership for an agreed upon amount. If an agreement cannot be reached, the item will be excluded from the sale and removed by BUYER at the Closing.

   E. <u>Work in Process</u>.  All current, collectible work in process and sublet repairs on vehicles in the Service Department and express lube of the Dealership and undelivered at the time of Closing, and whose mechanical repair orders are no older than 10 days old on the date of Closing, shall be purchased at dealer cost of parts and labor supplied by the SELLER.  Any work in process with a repair order older than 10 days as of the Closing Date will not be purchased.

   F. <u>Company Vehicles.</u>  All company vehicles owned by SELLER upon which a mutually agreeable price may be reached.  If no agreement can be reached the company vehicles will be excluded from the sale and removed from the premises by SELLER at Closing.  In no event will BUYER purchase more than _____ company vehicles.

   G. <u>Intangible Assets</u>.   The intangible assets of SELLER'S Dealership which is SELLER'S right or claim of right to do business in Corpus Christi, Texas, as a Subaru dealer, SELLER'S Subaru franchise, the goodwill associated with the Subaru Dealership franchise, and any other intangible item of the Subaru Dealership considered by law to be part of the goodwill and intangibles.  SELLER agrees to assign or transfer to BUYER any and all assignable rights it may have in, to, and by virtue of the Subaru Dealer Sales and Service Agreement and the Franchised New Motor Vehicle Dealer's License issued by the Texas Department of Motor Vehicles, Motor Vehicle Division for SELLER'S Dealership, together with all good will related to the ownership of the franchise.  For the intangible assets described herein, BUYER will pay the sum of Six Hundred Thousand and No/100 Dollars ($600,000.00).

ASSET PURCHASE AGREEMENT

EXHIBIT 2

3.    **BUYER'S OPTIONS.**  BUYER shall have the option, but not the obligation, to purchase any demonstrator vehicles with over 5,000 miles on their odometers at a mutually agreeable price.  If no agreement can be reached the vehicles will be excluded from the sale and removed from the premises by SELLER at Closing.

4.    **RIGHT TO RETURN PARTS.**  SELLER assigns to BUYER, effective at the time of closing, any and all assignable rights SELLER may have to return parts and accessories to the Manufacturer.

5.    **TAXES.**

A.    SELLER agrees to pay BUYER at Closing a pro rata portion of all taxes levied upon the assets to be conveyed pursuant to this Agreement, excluding vehicle inventory tax, for the calendar year in which closing occurs.  Such taxes shall be estimated, apportioned and prorated between BUYER and SELLER as of the date of Closing, and the prorated amount due BUYER shall be credited to the purchase price.  SELLER agrees to provide a certificate of no tax due from the applicable taxing authority and Texas Comptroller of Public Accounts at the time of Closing, which will be attached as **Schedule 5.A.**

B.    SELLER shall be solely responsible for the payment of all vehicle inventory tax on new and used vehicles sold by the Dealership prior to Closing, and for the payment of any penalty or assessment or other charge attributable thereto.  BUYER shall collect vehicle inventory tax, calculated at the same rate used by SELLER, from buyers of new and used vehicles sold by the Dealership after Closing during the balance of the year in which Closing occurs, and shall be solely responsible for the payment of all such vehicle inventory tax to the credit of SELLER'S account, and for the payment of any penalty or assessment or other charge attributable thereto.  Upon payment by

EXHIBIT 2

BUYER of the taxes actually assessed and paid on the assets to be conveyed pursuant to this Agreement, including the vehicle inventory tax, BUYER shall calculate the apportionment of such taxes and shall pay SELLER or may demand from SELLER, and SELLER agrees to pay, the amount necessary to correct the estimate and proration upon which Closing was made.  BUYER and SELLER agree that promptly following Closing and in accordance with Section 23.122(l) of the Texas Tax Code, to notify the chief appraiser and the collector of the terms of this Agreement in regard to VIT and the fact that BUYER has agreed to pay the VIT owed by SELLER for calendar year 2018 for new and used vehicles sold by BUYER after Closing during the balance of the calendar year 2018.  The notice shall be in the form attached here to as **Schedule 5.B.**

6.    **CONDITIONS**. It is agreed that the consummation of this Agreement shall be subject to the following contingencies or conditions:

A.    BUYER'S CONDITIONS: The obligation of BUYER to purchase and acquire the assets hereunder is subject to the satisfaction at or before Closing of the following conditions:

(1)    The written approval of BUYER by the Manufacturer to receive the necessary Dealer Sales and Service Agreement for the operation of the Subaru Dealership at the present location of SELLER'S Dealership in Corpus Christi, Texas.  The parties hereto agree in good faith to exercise all reasonable efforts to do everything reasonably necessary to promptly secure the requisite approval of the Manufacturer.  In the event an action before the Texas Department of Motor Vehicles, Motor Vehicle Division becomes necessary to compel the Manufacturer's approval, the action will be instituted promptly by BUYER in SELLER'S name at BUYER'S expense and at BUYER'S option.

(2)    The written approval of BUYER for licensing as a Franchised New Motor Vehicle Dealer by the Texas Department of Motor Vehicles, Motor Vehicle Division to do

ASSET PURCHASE AGREEMENT

EXHIBIT 2

business as a Subaru dealership at the present location of SELLER'S Dealership in Corpus Christi, Texas.

(3)    SELLER will have delivered to BUYER conveyance documents, conveying to BUYER free and unencumbered title and interest in and to the assets herein purchased.

(4)    The representations and warranties of SELLER contained in Paragraphs 8 and 9 hereof will be true and correct in all respects as of the time of Closing, the covenants of SELLER contained in Paragraphs 8 and 9 will have been duly performed by SELLER and BUYER shall have received a certificate to such effect dated the date of Closing and signed by and authorized officer of SELLER.

(5)    Neither the assets herein purchased nor the SELLER'S businesses will have been adversely affected in any way since the execution hereof as a result of fire, explosion, accident, strike, lockout, flood, storm (including wind and hail), embargo or other governmental act, insurrection, revolution, war, act of any public enemy or other force majeure.

(6)    No lawsuit or proceeding regarding the proposed sale of the Dealership is threatened or commenced.

(7)    SELLER shall have obtained for BUYER all consents and assignments (or BUYER shall obtain new contracts) for the contracts identified in **Schedule 1.H.**

(8)    SELLER shall deliver to BUYER all company resolutions evidencing approval by the Company's officers, managers and/or members for the sale of the Dealership, in form and substance satisfactory to BUYER.

(9)    BUYER shall have completed its due diligence investigation to its satisfaction.

ASSET PURCHASE AGREEMENT                                                Page 11

EXHIBIT 2

(10)    BUYER shall have received approval from the Texas Office of Consumer Credit Commissioner to operate under SELLER'S motor vehicle Sales Finance License or received approval of its application for a Motor Vehicle Sales Finance License.

(11)    SELLER and Ronnie Lillard and Pete Martinez, Individually, shall have executed and delivered a non-competition/non-solicitation agreement to BUYER which shall be attached as **Schedule 6.A.(11)** at the time of Closing.

(12)    BUYER shall have simultaneously closed on the Dealership real estate contract for the purchase of the real estate and improvements thereon on which the Dealership is located.

(13)    BUYER shall have received the financing necessary to consummate the purchase of the assets contemplated by this Agreement.

B.    SELLER'S CONDITIONS.  The obligation of SELLER to sell, transfer and assign the assets hereunder to BUYER is subject to the satisfaction at or prior to the Closing of the following conditions:

(1)    BUYER will have delivered to SELLER the cash referenced in Paragraph 7.C. by cashier's check or wire transfer and the purchase price of the New Vehicles will have been coordinated between SELLER'S current floor plan lender and BUYER'S floor plan lender.

C.    CONDITIONS NOT MET.  BUYER and SELLER shall use their best efforts in good faith to obtain the required approvals set out in Paragraph 6.A.(1) and 6.A.(2) above.  Should such approvals not be obtained and the transaction closed within one hundred twenty (120) days after execution of the Agreement (the "Closing Date Deadline"), BUYER shall have the option to extend the Closing Date Deadline for an additional 30 days if the only remaining contingencies at such time is receipt of the approvals in 6.A.(1) and/or 6.A.(2).  In the event the transaction has not closed due

ASSET PURCHASE AGREEMENT                                                        Page 12

EXHIBIT  2

to the pendency of a protest before the Texas Department of Motor Vehicles, Motor Vehicle Division to compel the manufacturer to approve the BUYER (the "Protest"), then the Closing Date Deadline may be extended by the BUYER, at BUYER'S option, until a non-appealable Final Order is entered in the Protest.

      7.    **CLOSING**.

          A.    <u>Closing Date</u>.  The closing of this Agreement shall take place within fifteen (15) days after the satisfaction of the contingencies set forth in Paragraph 6.A. and shall be held at either the Dealership, or at some alternate location mutually acceptable to the parties.

          B.    <u>Delivery by SELLER.</u>  At the Closing, SELLER will deliver to BUYER such assignments and other good and sufficient instruments of transfer, in a form satisfactory to BUYER, as will be effective to vest in BUYER title to the assets herein purchased, free and clear of all liens, encumbrances, security interests, equities, options, claims, charges and restrictions.

          C.    <u>Delivery by BUYER</u>.  At the Closing, BUYER will deliver to SELLER a bank cashier's check or wire transfer payable to the order of SELLER in an amount equal to the aggregate purchase price of all assets being sold, transferred and assigned under this Agreement with the understanding that the payment of the purchase price for the New Vehicles as outlined in Paragraph 2.A.(1) will be coordinated between SELLER'S current floor plan lender and BUYER'S floor plan lender.

          D.    <u>Post-Closing Delivery.</u>  After the Closing, SELLER will from time to time at BUYER'S request and without further consideration, execute and deliver to BUYER such other and further instruments of conveyance, assignment and transfer as BUYER may reasonably request for the more effective conveyance and transfer of the assets herein purchased.

          E.    <u>Purchase Price Allocation</u>.  On or before the Closing Date, BUYER and SELLER will prepare **Schedule 7.E.** setting forth the allocation of the purchase price for the

ASSET PURCHASE AGREEMENT                     Page 13

EXHIBIT  2

purchased assets, as determined by BUYER. BUYER and SELLER will execute and timely file Internal Revenue Service Form 8594, Asset Acquisition Statement, pursuant to Section 1060, of the Internal Revenue Code of 1986, as amended (the "Code"), according to the allocation described on **Schedule 7.E.**

8.     **REPRESENTATIONS AND WARRANTIES OF SELLER.** SELLER warrants that it is a limited liability company in good standing, that it has authority to convey the assets and undertake the obligations set out in this Agreement, that all property to be conveyed pursuant to this Agreement will be conveyed to BUYER free and clear of security interests, liens, charges, encumbrances, debts, liabilities or obligations of any nature, that all vehicle inventory taxes due will have been paid and that SELLER will execute appropriate Bills of Sale and/or other instruments of conveyance necessary to pass good and marketable title to such assets to BUYER, together with instruments evidencing authority to convey such assets. SELLER will assign to BUYER, effective at the time of closing, all assignable warranties of the manufacturer, lessor or supplier of such assets, and all assignable service contract rights pertaining to such assets.

9.     **ADDITIONAL OBLIGATIONS, REPRESENTATIONS AND WARRANTIES OF SELLER.** SELLER further agrees as follows:

A.     SELLER and Ronnie Lillard and Pete Martinez, Individually, binding hereby their successors and assigns, agree to indemnify BUYER against any loss, claim or expense in any manner incurred, arising out of or attributable to any breach of the representations, warranties, responsibilities or obligations of SELLER hereunder and to indemnify BUYER against any liability (i) arising from the operation of the Dealership prior to the day of Closing, specifically including, but not limited to, all work done in SELLER'S Dealership and any environmental hazards created on the Dealership's premises (whether above or below ground, and regardless of by whom created) at any time prior to and as of the date of Closing, and (ii) of SELLER that is not expressly assumed by

EXHIBIT 2

BUYER. SELLER understands and agrees that BUYER assumes no liabilities of SELLER except those specified in this Agreement, and that BUYER expressly assumes no obligation of any nature to any of SELLER'S employees, including but not limited to those under SELLER'S group health plan or plans (although BUYER may, at its option, assume such plan or plans if they are assumable), if SELLER maintains any group health plan or plans, or any life insurance or other plan whereby SELLER provides benefits for any of SELLER'S employees or their beneficiaries.

B.    SELLER expressly warrants that SELLER has no knowledge of any suit, action, arbitration, legal, administrative or other proceeding, or governmental investigation pending or threatened against or affecting the business, financial condition, or any of the assets of the Dealership, that would in any manner impair or impede the sale and transfer by SELLER to BUYER of any of the assets covered by this Agreement.

C.    SELLER agrees to continue to operate the Dealership in the normal course of business in which it has been operated.  SELLER will notify and pay all employees through the date of closing, including all accrued vacation pay and bonuses, if any, discharging all tax and insurance liabilities on such compensation. SELLER will terminate all employees as of the Closing Date. BUYER may, but shall not have the obligation to, hire any employee of SELLER.  SELLER agrees to maintain inventories of merchantable new motor vehicles and parts and accessories approximating the current size and value of such inventories, subject to the availability of new motor vehicles and parts and accessories from the manufacturer.

D.    SELLER agrees that all customer deposits and agreements to sell Subaru vehicles ordered but not delivered to the customer ("sold orders") at the time of Closing shall be assigned to BUYER at Closing, and that no such agreements to purchase which exist at the time of Closing will have been made other than in the ordinary course of business.  No sold orders will result in a loss on the sale of a vehicle.

ASSET PURCHASE AGREEMENT                                                                 Page 15

EXHIBIT 2

E.      SELLER agrees to make all regularly scheduled payments due on the obligations to be assumed identified in **Schedule 1.H.** prior to the time of Closing, and all such obligations shall be current at the time of Closing.

F.      SELLER shall identify to BUYER at the time of Closing any vehicle described in Paragraph 1.A. above and identified on **Schedules 1.A.(1)** and **1.A.(2)** which has been damaged (whether repaired or not) or required repairs or repainting prior to the time of Closing. Any vehicle sustaining damages in excess of $1,000.00 will not be purchased.

G.      SELLER represents that this is a valid and binding agreement of SELLER. SELLER further represents that neither the execution and delivery of this Agreement nor the fulfillment of or compliance with the terms hereof will conflict with or result in a breach of the terms, conditions or provisions of or constitute a default of any agreement or instrument to which SELLER is a party.  SELLER has complied in all respects with all agreements or instruments to which SELLER is a party.

SELLER is not required to obtain the consent or waiver of any other party in order to enter into and perform its obligations under this Agreement.

H.      SELLER has, and on the date of Closing will have, complied with all laws, rules, regulations and orders applicable to the operation of SELLER'S Dealership (including, but not limited to, environmental laws) and the sale of the assets herein purchased.

I.      Except as listed on **Schedule 9.I.**, SELLER has filed all federal, state and local tax returns required by law to be filed, and have paid all taxes, assessments and penalties, due and payable with respect to the assets purchased by this Agreement.

J.      At Closing, SELLER will not be a party to nor will any of the assets herein purchased be bound by any contract or agreement of any kind whatsoever, which is not subject to termination with thirty (30) days prior notice, unless otherwise agreed to herein.

ASSET PURCHASE AGREEMENT                                                              Page 16

EXHIBIT 2

K.    No representation, warranty, or statement made by SELLER in or under this Agreement and the associated schedules contains or will contain any untrue statement of a material fact, or omits or will omit to state any material fact necessary to make such representation, warranty, or statement not misleading to a prospective BUYER of the purchased assets seeking full information about the purchased assets. To the knowledge of SELLER, there is no material adverse effect or condition relating to the financial condition of the purchased assets which has not been disclosed herein or in a schedule hereto.

L.    SELLER has, or will prior to Closing, take all necessary legal steps required by SELLER'S governing documents for the sale of all or a majority of the assets of the Dealership, and provide BUYER with documentation representing same.

M.    SELLER represents and warrants that the financial statements of the dealerships for each month year-to-date since January 2015, fairly and materially represent the financial condition and result of the Dealership's operations, as of the dates and for the periods indicated, and are materially in accordance with generally accepted accounting principles consistently applied in the absence of specific changes since the most recent balance sheet date. SELLER will provide BUYER with the year-end financial statements and tax returns for 2015, 2016 and 2017 and financial statements for each month year to date since January 2018. SELLER does not maintain a bad debt reserve or reserve for contracts or credit life insurance contracts.

N.    SELLER represents and warrants that there are no employment contracts, non-compete agreements, pension plans or labor disputes regarding any of its employees, nor has SELLER been put on notice of any intent by its employees to form a union.

O.    Each and all of the representations and warranties of SELLER in this Agreement will survive the Closing of the sale hereunder, and will be true and correct on the Closing Date as a condition of Closing.

ASSET PURCHASE AGREEMENT                                                      Page 17

EXHIBIT 2

P.     SELLER will promptly comply in all respects with §2301.359 of Title 14 of the Texas Occupations Code and any amendments or codifications thereto in seeking approval of the transactions evidenced by this Agreement.

Q.     SELLER will pay any broker fees associated with the transactions contemplated under this Agreement.

R.     <u>Deposits.</u>

(1)     SELLER will transfer to BUYER at Closing all deposits held by SELLER on contracts for sale of motor vehicles for future delivery which motor vehicles are not physically present on the premises as of the date of Closing.  All profits and costs relating to the sale of such motor vehicles after Closing will be the property and/or obligation of BUYER.

(2)     SELLER will likewise transfer to BUYER all deposits held by SELLER on contracts for sale of motor vehicles for immediate delivery which are physically present on the premises but which are undelivered.

**10.     ADDITIONAL OBLIGATIONS OF BUYER.** BUYER further agrees as follows:

A.     BUYER agrees to indemnify SELLER against any liability arising from the operation of the Dealership from and after the time of Closing.

B.     BUYER shall have the option, but not the obligation, of hiring any person employed by SELLER in the Dealership at the time of Closing.

C.     No representation, warranty, or statement made by BUYER in or under this Agreement contains or will contain any untrue statement of a material fact, or omits or will omit to state any material fact necessary to make such representation, warranty, or statement not misleading to prospective SELLER of the assets purchased under this Agreement.

EXHIBIT  2

D.    Each and all of the representations and warranties of BUYER in this Agreement will survive the Closing of the sale hereunder, and will be true and correct on the Closing Date as a condition of Closing.

**11.    OCCURRENCES AT CLOSING.** At the Closing, all of the following will occur, all of which will be deemed concurrent conditions:

A.    SELLER, at SELLER'S sole cost and expense, will deliver or cause to be delivered to BUYER the following:

(1)    A Bill of Sale (the "Bill of Sale") fully executed and acknowledged by SELLER, conveying to BUYER the tangible purchased assets;

(2)    An Assignment (the "Assignment") fully executed and acknowledged by SELLER, conveying to BUYER any purchased assets not transferred, assigned or conveyed under the Bill of Sale;

(3)    All Certificates of Origin for the New Vehicles and properly assigned Certificates of Title for used and company vehicles;

(4)    A certificate from the Comptroller of Public Accounts stating that no amount is due on account of sales or use taxes for the Dealership;

(5)    All such documents, certificates, and other instruments as are necessary or reasonably required by BUYER to evidence the power, capacity and authority of SELLER to consummate the transactions contemplated herein and to verify and confirm that the execution of such instruments is the official and lawful act and deed of SELLER;

(6)    Certificates signed by an authorized individual (officer, member or manager) of SELLER that each of the representations and warranties of SELLER contained herein is true and correct in all material respects on the Closing Date as if made on the Closing Date;

ASSET PURCHASE AGREEMENT

EXHIBIT 2

(7)    Such other documents as may be reasonably requested by BUYER and necessary and appropriate to effect the transactions intended by this Agreement;

B.    BUYER, at BUYER'S sole cost and expense, will deliver or cause to be delivered to SELLER the following:

(1)    Payment of the purchase price either in cash, or by cashier's check, wire transfer, or other evidence of funds acceptable to SELLER for immediate disbursement;

(2)    All such documents, certificates, and other instruments as are necessary or reasonably required by SELLER to evidence the power, capacity and authority of BUYER to consummate the transactions contemplated herein and to verify and confirm that the execution of such instruments is the official and lawful act and deed of BUYER;

(3)    A certificate signed by BUYER to the effect that each of the representations and warranties of BUYER contained in this Agreement is true and correct in all material respects on the Closing Date as if made on the Closing Date; and

(4)    Such other documents as may be reasonably requested by SELLER and necessary or appropriate to effect the transactions intended by this Agreement.

**12.    DUE DILIGENCE PERIOD.**  BUYER shall have forty-five (45) days after the execution of this Agreement and the delivery of all financial statements and tax returns identified in Paragraph 9.M. and all Schedules, except those Schedules to be furnished at Closing, (and such other information and documents BUYER deems necessary to conduct its due diligence), in which to conduct its due diligence (the "Due Diligence Period"). The BUYER shall bear the costs of any financial audits required during the Due Diligence Period.  BUYER may terminate this Agreement without penalty prior to the end of the Due Diligence Period for any reason.

EXHIBIT 2

13.    **CONFIDENTIALITY.**

A.    Neither party shall disclose this transaction to third parties (other than its representatives, accountants, counsel, and/or applicable financing institutions, who will all be bound by this paragraph) unless required to do so by applicable law or regulation, rule of a securities exchange, or in order to obtain any required waiver or consent of a third party to the transaction.

B.    Notwithstanding the foregoing, upon the execution of this Agreement, SELLER agrees that BUYER has the right to discuss this transaction, SELLER'S Dealership and SELLER'S Dealership performance with representatives of Subaru, to provide information to Subaru regarding the proposed transaction and to receive information from Subaru. SELLER authorizes Subaru to provide any and all information reasonably requested by BUYER and waives any objection to such disclosure by Subaru.

14.    **MISCELLANEOUS.** It is further agreed between BUYER and SELLER as follows:

A.    <u>Entire Agreement</u>. This Agreement sets forth the entire understanding of the parties and it shall not be modified except by written instrument executed by all of the parties hereto.

B.    <u>Binding Agreement</u>. The terms and provisions of this Agreement shall be binding upon and inure to the benefit of and be enforceable by the successors, legal representatives, heirs and assigns of the parties hereto.

C.    <u>Prior Agreements Superseded</u>. All prior or contemporaneous oral representations or covenants between the parties are merged herein and superseded by this Agreement. All warranties and representations herein shall survive closing.

D.    <u>Attorney's Fees and Costs</u>. If any legal action or other proceeding is brought for the enforcement of this Agreement, or because of any alleged dispute, breach, default, or

EXHIBIT 2

misrepresentation in connection with any of the provisions of this Agreement, the successful or prevailing party or parties shall be entitled to recover reasonable attorneys' fees, expert fees and other costs incurred in that action or proceeding, in addition to any other relief to which it or they may be entitled.

        E.    <u>Counterparts</u>.  This Agreement may be executed in multiple counterparts and shall be deemed to be executed when each of the parties hereto has signed one of the counterparts, even though no one of the counterparts has been signed by all of the parties hereto.  A copy of this executed Agreement shall have the same force and effect as the original.

        F.    <u>Notices.</u>  All notices, requests or other communications required or permitted to be delivered hereunder will be in writing, delivered by hand or by certified mail, return receipt requested mail as follows:

| | | |
|---|---|---|
| (1) | If to BUYER: | Charlie A. Hicks |
| | | CAH · DHL AUTOMOTIVE LLC |
| | With a copy to: | Susan G. White, Esq.<br>Shackelford, Bowen, McKinley & Norton, LLP<br>111 Congress Avenue, Suite 1070<br>Austin, Texas 78701 |
| (2) | If to SELLER: | Ronnie Lillard |
| | With a copy to: | |

ASSET PURCHASE AGREEMENT

EXHIBIT 2

Any party hereto may from time to time designate by notice as herein provided any other address to which such notice, request or other communication addressed to it will be sent.

G.    Texas Law Applies. This Agreement is being delivered in the State of Texas and will be construed in accordance with and governed by the laws of such state.

H.    Effective Date. The Effective Date (the "Effective Date") of this Agreement is the date appearing in the first paragraph on page 1 of this Agreement.

I.    Time. All time limits provided for in this Agreement, unless otherwise specifically provided for herein, will run from the Effective Date. Time is of the essence in the execution and performance of this Agreement and in each provision of it.

J.    Headings. The headings used in this Agreement have been included only in order to make it easier to locate the subject covered by each provision and are not to be used in construing this Agreement.

K.    Rule of Construction. The parties acknowledge that each party and its counsel have reviewed and revised this Agreement and that the normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party will not be employed in the interpretation of this Agreement or any amendments or exhibits to it.

L.    Cooperation. From and after the Closing, BUYER and SELLER will, from time to time and without further consideration, at the request of the other party, prepare and execute such documents and take such other actions as are reasonably requested to effectively sell and transfer the purchased assets, effect or evidence the transactions covered by this Agreement, and preserve for BUYER and SELLER the contemplated benefits of such transactions.

M.    Legal Construction. Should any phrase, clause, sentence or section of this Agreement be judicially declared to be invalid, unenforceable or void, such decision will not have the effect of invalidating or voiding the remainder of this Agreement, and such part of this

ASSET PURCHASE AGREEMENT                                                    Page 23

EXHIBIT 2

Agreement will be deemed to have been stricken, and the remainder will have the same force and effect as if such part or parts had never been included herein.

      N.    <u>Legal Representation</u>. BUYER and SELLER represent that they have each had an opportunity to have this Agreement reviewed by counsel of their choosing.

      **IN WITNESS WHEREOF**, the parties hereto have signed multiple copies of this Agreement on the day and year first above written.

SELLER

**Empyrean Auto Group, LLC dba
Corpus Christi Subaru**

By: _Ronnie Lillard_
Its: _____

By: _____
     **Ronnie Lillard, Individually**

By: _____
     **Pete Martinez, Individually**

BUYER

**CAH-DHL Automotive, LLC**

By: _Charles A Fish_
Its: _PRESIDENT_

ASSET PURCHASE AGREEMENT

EXHIBIT 2

## MODIFICATION TO PARAGRAPH 13 OF THE
## ASSET PURCHASE AGREEMENT AND PARAGRAPH 14.16 OF THE REAL
## ESTATE PURCAHSE AGREEMENT

On July 16, 2018, Empyrean Auto Group, LLC dba Corpus Christi Subaru (APA Seller) and CAH-DHL Automotive, LLC (APA Buyer) entered into an Asset Purchase Agreement (APA). On August 29, 2018 PMRL Investments, LLC (REPA Seller) and CAH-DHL Properties, LLC (REPA Buyer) entered into a Real Estate Purchase Agreement (REPA).

1. Under Paragraph 14.A of the APA, APA Buyer and APA Seller hereby agree to modify Paragraph 13 of the APA and hereby waive the confidentiality provisions contained in Paragraph 13 in their entirety.

2. Under Paragraphs 14.4 and 14.5 of the REPA, REPA Buyer and REPA Seller hereby agree to modify Paragraph 14.16 of the REPA and hereby waive the confidentiality provisions contained in Paragraph 14.16 in their entirety.

This modification is entered into and agreed upon this 5TH day of October, 2018

APA Buyer:              CAH-DHL Automotive, LLC

                        By:_____
                            Charlie A. Hicks, President


APA Seller:             Empyrean Auto Group, LLC dba Corpus Christi
                        Subaru

                        By:_____
                            Ronnie Lillard, Member


REPA Buyer:             CAH-DHL Properties, LLC

                        By:_____
                            Charlie A. Hicks, Member


REPA Seller:            PMRL Investments, LLC

                        By:_____
                            Ronnie Lillard, Member


EXHIBIT 2

# APA SCHEDULES

EXHIBIT 2

1.A.(1)

EXHIBIT  2

## Schedule 1.A.(1)

New Vehicles Purchased

(to be attached at Closing)

EXHIBIT  2

| Name: | | Empyrean Auto Group, LLC dba Corpus Christi Subaru | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Dealer #: | | | | | | | | | | | | | |
| Date: | | 11/27/2018 | | | | | | | | | | | |
| VIN | Model | Make | Year | Collateral Type | Balance | Balance | Last 6 | Disposition | MSO | Sold Date | Finance Type | Fund Date | Stock | Comments |
| 4S3BNAC65J3011608 | Legacy | Subaru | 2018 | New | $24,423.00 | $24,423.00 | 011608 | Seen | Seen | | | | | |
| 4S3BNAC66J3012606 | Legacy | Subaru | 2018 | New | $24,484.00 | $24,484.00 | 012606 | Seen | Seen | | | | | |
| 4S3BNAC6XJ3013743 | Legacy | Subaru | 2018 | New | $24,234.00 | $24,234.00 | 013743 | Seen | Seen | | | | | |
| 4S3BNAN63J3025441 | Legacy | Subaru | 2018 | New | $30,706.00 | $30,706.00 | 025441 | Seen | Seen | | | | | |
| 4S4BSATC3K3200155 | Outback | Subaru | 2019 | New | $36,057.00 | $36,057.00 | 200155 | Seen | Seen | | | | | |
| 4S4BSENC4K3200234 | Outback | Subaru | 2019 | New | $36,125.00 | $36,125.00 | 200234 | Seen | Seen | | | | | |
| 4S4BSANC2K3200340 | Outback | Subaru | 2019 | New | $34,025.00 | $34,025.00 | 200340 | Seen | Seen | | | | | |
| 4S4BSANC3K3200377 | Outback | Subaru | 2019 | New | $34,025.00 | $34,025.00 | 200377 | Seen | Seen | | | | | |
| 4S4BSAHC1K3200387 | Outback | Subaru | 2019 | New | $30,807.00 | $30,807.00 | 200387 | Seen | Seen | | | | | |
| 4S4BSAHC6J3212677 | Outback | Subaru | 2019 | New | $28,738.00 | $28,738.00 | 212677 | Seen | Seen | | | | | |
| 4S4BSANC0J3218995 | Outback | Subaru | 2019 | New | $33,919.00 | $33,919.00 | 218995 | Seen | Seen | | | | | |
| JF2SJADC1GH411727 | FORESTER SUV | Subaru | 2016 | Used | $16,650.00 | $16,650.00 | 411727 | Seen | Seen | | | | | Title seen |
| JF1ZCAD14J9600661 | BRZ | Subaru | 2018 | New | $33,176.00 | $33,176.00 | 600661 | Seen | Seen | | | | | |
| JF1ZCAC14J9601309 | BRZ | Subaru | 2018 | New | $29,860.00 | $29,860.00 | 601309 | Seen | Seen | | | | | |
| 4S3GKAT61J3622573 | Impreza | Subaru | 2018 | New | $26,591.00 | $26,591.00 | 622573 | Seen | Seen | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | TOTAL AMOUNT TO BE PAID OFF: | | $443,820.00 | | | | | | | |

Donald Mims - VP, Chase Auto Finance
281-802-4252

Page 1 of 1

EXHIBIT 2

Scanned by CamScanner

**AGREEMENT TO RELEASE SECURITY INTEREST AND
PARTIAL TERMINATION UCC-1 FILING(S)
(Asset Purchase)**

BORROWER:  **Empyrean Auto Group, LLC dba Corpus Christi Subaru**

Floorplan Principal Outstanding: $ _____443,820.00_____

Upon receipt of the Floorplan Principal Outstanding, Lender agrees to release its security interest in the vehicles identified by vehicle identification number on the attached Exhibit "A" and Lender promises to deliver promptly to Chase any certificates of title or manufacturer's certificates of origin or other title documents held by Lender with respect to the vehicles listed on Exhibit "A".

Lender acknowledges that Chase is relying on this Agreement and, without such Agreement; Chase would not agree to make such payment of the Floorplan Principal Outstanding to the Lender.

Dated: _____11/27/18_____

**LENDER:**

By: _____

_____
Printed Name                                          Title

EXHIBIT  2

Scanned by CamScanner

1.A.(2)

EXHIBIT 2

# 1.B.(1)

EXHIBIT  2

## Schedule 1.B.(1)

Returnable Parts and Accessories Purchased

(to be attached at Closing)

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| 86548FJ110 | PB001582 RUBBER NB35 650 | D2C | 2 | 3 | $7.17 | $14.34 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|
| 86631AJ00B | WASHER TANK FRONT 4.5L | E1D | 1 | 1 | $24.52 | $24.52 | 1 | 1 |
| 86655FJ280 | HOSE ASSY F LHD | D2C | 1 | 1 | $9.36 | $9.36 | 0 | 0 |
| 87611AL03A | RADAR AY BACK AND SIDE | C5E | 1 | 3 | $265.92 | $265.92 | 0 | 0 |
| 88035SG001 | KEYLESS ENTRY UNITPM | B1D | 2 | 2 | $152.89 | $305.78 | 1 | 1 |
| 88835AL04A | TRANSMITTER KEYLESS | B1D | 1 | 1 | $92.97 | $92.97 | 1 | 1 |
| 88835CA310 | SMT TRANSMITTER  US | SOR | 1 | 1 | $134.97 | $134.97 | 0 | 0 |
| 88835FL03A | KEYLESS TRANSMITTER | B1D | 2 | 2 | $68.14 | $136.28 | 0 | 0 |
| 90422FJ041 | TAPE DR SASH F R RH | D2C | 1 | 1 | $8.85 | $8.85 | 0 | 0 |
| 90422FJ071 | TAPE REAR DOOR SASH LH | D2C | 1 | 1 | $8.85 | $8.85 | 0 | 0 |
| 90422VA011 | TAPE REAR DOOR SASH LH | C3F | 1 | 1 | $3.63 | $3.63 | 0 | 0 |
| 904575016 | TAPPING SCREW | A5F | 1 | 4 | $1.01 | $1.01 | 0 | 0 |
| 909140007 | CLIP BUMPER | A3C | 30 | 121 | $1.55 | $46.50 | 0 | 0 |
| 909140059 | CLIP 2PIECE D5 | C3F | 8 | 13 | $1.20 | $9.60 | 1 | 1 |
| 909140065 | CLIP 2PECE D8 | SOR | 20 | 20 | $0.75 | $15.00 | 0 | 0 |
| 91112FG370NN | GARNISH AY FENDERLH | D4C | 1 | 1 | $63.71 | $63.71 | 1 | 1 |
| 91423SG000 | COWL PANEL SIDE  RH | D4C | 2 | 2 | $3.12 | $6.24 | 0 | 0 |
| 91713AJ000 | PROTECTOR REAR GARNISH | C1D | 3 | 3 | $17.11 | $51.33 | 0 | 0 |
| 93079FJ050 | LETTER MK R SBR AWD | D2C | 1 | 1 | $36.00 | $36.00 | 0 | 0 |
| 93079VA030 | LETTER MK R | D2C | 1 | 1 | $16.64 | $16.64 | 0 | 0 |
| 98279AE04A | RC AIR BAG MODULE P KIT | B2C | 1 | 1 | $113.20 | $113.20 | 0 | 0 |
| 98279AG05A | RC AIR BAG INFLATOR KIT | E4D | 8 | 33 | $64.96 | $519.68 | 2 | 2 |
| 98279FG07A | RC AIR BAG MODULE P KIT | B2D | 1 | 2 | $125.71 | $125.71 | 1 | 1 |
| 98279XA02A | RC AIR BAG INFLATOR KIT | B2C | 1 | 1 | $86.64 | $86.64 | 1 | 1 |
| E201SAL000 | WHEEL ARCH MOLDINGS | D6A | 2 | 2 | $299.96 | $599.92 | 0 | 0 |
| E201SAL020 | WHEEL ARCH MLDG FRONT PAS | E2A | 1 | 1 | $64.99 | $64.99 | 0 | 0 |
| E2410VA030 | 2018 STI FRONT UNDER SPOI | H2B | 2 | 3 | $299.99 | $599.98 | 0 | 0 |

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| E361SFJ100 | CROSSBAR SET - AERO (SPOR | E4A | 1 | 1 | $129.97 | $129.97 | 0 | 0 |
| E361SSG000 | CROSSBAR SET - AERO | E4A | 2 | 2 | $116.97 | $233.94 | 0 | 0 |
| F551SXC000 | CARGO NET | C1B | 1 | 1 | $45.47 | $45.47 | 0 | 0 |
| G3010FE200 | FILTER | B1G | 2 | 2 | $16.17 | $32.34 | 0 | 0 |
| H001SAL101 | REMOTE ENGINE STARTER - P | B3E | 1 | 4 | $277.46 | $277.46 | 0 | 0 |
| J1010SG300 | SPLASH GUARDS | E4B | 1 | 1 | $79.99 | $79.99 | 0 | 0 |
| J101SAL350 | SPLASH GUARD OBK DLR KIT | C6A | 2 | 3 | $84.47 | $168.94 | 0 | 0 |
| J101SSJ000 | SPLASH GUARDS | E1A | 1 | 1 | $79.99 | $79.99 | 0 | 0 |
| J361SAG040A1 | T/U PAINT SATIN WHITE 2 P | PAINT | 1 | 1 | $11.99 | $11.99 | 0 | 0 |
| J361SAJ000A1 | TOUCH UP PAINT - CRYSTAL | PAINT | 2 | 3 | $11.99 | $23.98 | 0 | 0 |
| J361SAJ080A1 | TOUCH UP PAINT - TWILIGHT | PAINT | 1 | 3 | $11.99 | $11.99 | 0 | 0 |
| J361SAL000A1 | TOUCH UP PAINT - CRYSTAL | PAINT | 4 | 4 | $11.99 | $47.96 | 2 | 2 |
| J361SFG000A1 | TOUCH UP PAINT - DARK GRA | PAINT | 2 | 2 | $11.99 | $23.98 | 0 | 0 |
| J361SSG000A1 | TOUCH UP PAINT - VENETIAN | PAINT | 2 | 2 | $11.99 | $23.98 | 1 | 1 |
| L101SAL012 | TRAILER HITCH | F2A | 1 | 1 | $337.46 | $337.46 | 0 | 0 |
| L101SAL013 | TRAILER HITCH | F2A | 2 | 2 | $279.71 | $559.42 | 0 | 0 |
| SOA3991320 | SUNSHADE | E1A | 2 | 2 | $48.72 | $97.44 | 1 | 1 |
| SOA427V0800 | BULK 5W-30 SYN OIL PER GA | BULK | 55 | 150 | $13.09 | $719.95 | 0 | 0 |
| SOA427V1500 | ATF-HP/PS FLUID | E1F | 12 | 12 | $5.06 | $60.72 | 2 | 2 |
| SOA427V1660 | CVTF-II - QUART BOTTLES | E1F | 60 | 60 | $10.36 | $621.60 | 14 | 12 |
| SOA427V1700 | HIGH PERF GEAR OIL 75W-90 | E1C | 132 | 180 | $7.56 | $997.92 | 6 | 5 |
| SOA567B041 | THULE BIKE CARRIER - HITC | H2C | 1 | 1 | $240.47 | $240.47 | 1 | 1 |
| SOA591R614 | 14" REAR WIPER BLADE | RACK | 10 | 12 | $7.50 | $75.00 | 1 | 1 |
| SOA591U416 | HYBRID WIPER BLADE - 16" | RACK | 5 | 6 | $8.97 | $44.85 | 1 | 1 |
| SOA591U417 | HYBRID WIPER BLADE - 17" | RACK | 3 | 3 | $8.97 | $26.91 | 1 | 1 |
| SOA591U418 | PREMIUM HYBRID WIPER BLAD | RACK | 1 | 4 | $8.97 | $8.97 | 0 | 0 |
| SOA591U424 | PREMIUM HYBRID WIPER BLAD | RACK | 2 | 5 | $10.17 | $20.34 | 1 | 1 |
| SOA591U426 | HYBRID WIPER BLADE - 26" | RACK | EXHIBIT 2 6 | | $10.17 | $61.02 | 2 | 2 |

## ACTIVE PARTS PROTECTED BY PARTSEYE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 57497FC000 | KEY PLATE BLANK MASTER | B1D | 5 | 13 | $7.17 | $35.85 | 0 | 0 |
| 57497FJ021 | KEY PLATE KEYLESS USA | B1D | 1 | 1 | $119.97 | $119.97 | 0 | 0 |
| 57497FJ230 | KEY PLATE KEYLESSUSA | B1F | 5 | 5 | $119.97 | $599.85 | 1 | 1 |
| 57704FG113 | BUMPER FACE F | H1C | 1 | 1 | $168.57 | $168.57 | 0 | 0 |
| 57704VA022 | BUMPER FACE REAR | H1C | 1 | 1 | $168.57 | $168.57 | 0 | 0 |
| 57707AL03A | BRACKET SIDE FRONT LEFT | D3C | 2 | 2 | $3.75 | $7.50 | 0 | 0 |
| 57707FG040 | BRACKET BUMPER F LOW C0U4 | C2C | 3 | 3 | $5.25 | $15.75 | 1 | 1 |
| 57707FG122 | BRKT SD F WR7 RH | C2C | 1 | 3 | $5.97 | $5.97 | 0 | 0 |
| 57707FG132 | BRKT SD F WR7 LH | C2F | 2 | 3 | $5.97 | $11.94 | 0 | 0 |
| 57731FJ000 | COVER FOG F STD  RH | C2H | 1 | 1 | $11.97 | $11.97 | 1 | 1 |
| 57739FG010 | COVER F BUMPER RH C0C4U4 | D5B | 1 | 1 | $20.35 | $20.35 | 1 | 1 |
| 57739FG020 | COVER F BUMPER LH C0C4U4 | D5B | 1 | 1 | $20.35 | $20.35 | 0 | 0 |
| 59110FG050 | MUD GUARD AY F LH | H1B | 1 | 1 | $38.78 | $38.78 | 0 | 0 |
| 60409VA0309P | PNL COMPL DR R  SLH | F3B | 1 | 1 | $374.97 | $374.97 | 0 | 0 |
| 61134FJ300 | COVER HDL OUT DR R | A5C | 1 | 1 | $4.30 | $4.30 | 0 | 0 |
| 61160FJ100 | HANDLE OUT DR | A7E | 1 | 1 | $10.76 | $10.76 | 0 | 0 |
| 62012VA300 | GLASS DR R P SRH | D2D | 3 | 4 | $113.00 | $339.00 | 0 | 0 |
| 63269AJ10D | STAY ASSEMBLY REAR GATE R | D2B | 1 | 1 | $17.79 | $17.79 | 0 | 0 |
| 63526SG010 | WEATHER STRIP BODY R LEFT | D3C | 2 | 2 | $30.12 | $60.24 | 0 | 0 |
| 64115AJ23BWJ | COVER HINGE OUT LH | D4D | 1 | 1 | $39.80 | $39.80 | 0 | 0 |
| 64665SC030AP | WQA37 SEATBELT KIT 1 - GR | B3F | 2 | 4 | $69.41 | $138.82 | 0 | 0 |
| 65009AL18C | WINDSHIELD GLASS ASSEMB | F1B | 1 | 2 | $258.97 | $258.97 | 1 | 1 |
| 65009AL41A | WINDSHIELD GLASS ASSEMBLY | F1B | 1 | 1 | $258.97 | $258.97 | 1 | 1 |
| 65009FJ280 | WINDSHIELD HEATED | F1B | 2 | 2 | $450.00 | $900.00 | 0 | 0 |
| 65009FL03A | GLASS FRONT WINDOW | F2B | 2 | 2 | $366.42 | $732.84 | 1 | 1 |
| 65009SG140 | WINDSHIELD W/DEICER & EYE | F2B | 1 | 1 | $349.97 | $349.97 | 0 | 0 |
| 65058FL01A | MOLDING FRONT WINDOW | C3A | 1 | 1 | $41.97 | $41.97 | 0 | 0 |
| 66049AG310 | PAD & FRAME ASSY | H1B | 2 | 3 | $330.75 | $661.50 | 0 | 0 |
| 66118FJ011 | GRILLE SPEAKER LH | D2F | 1 | 4 | $6.25 | $6.25 | 0 | 0 |
| 72223AJ01A | MOTOR ASSY | D2B | 1 | 1 | $96.97 | $96.97 | 0 | 0 |
| 72223FJ001 | MOTOR ASSY | D1C | 1 | 1 | $101.97 | $101.97 | 0 | 0 |
| 72880AJ00A | FILTER | A3A | 1 | 31 | $13.79 | $330.96 | 3 | 3 |

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| 72880AJ010 | FILTER | B4E | 2 | 2 | $13.79 | $27.58 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|
| 72880FG000 | FILTER | A2F | 10 | 16 | $13.79 | $137.90 | 16 | 15 |
| 72880XA00A | FILTER | B4E | 4 | 4 | $14.97 | $59.88 | 1 | 1 |
| 73039TA010 | PT211297 O-RING | A5C | 1 | 5 | $0.93 | $0.93 | 0 | 0 |
| 73111FJ041 | COMPRESSOR ASSEMBLY | D2A | 6 | 6 | $542.81 | $3,256.86 | 2 | 2 |
| 73210SG011 | CONDENSER AY | D3B | 1 | 4 | $251.97 | $251.97 | 0 | 0 |
| 73523FJ081 | EVAPORATOR AY COOLING | D3A | 3 | 4 | $251.97 | $755.91 | 1 | 1 |
| 784920030 | BULB | A5B | 1 | 1 | $1.77 | $1.77 | 0 | 0 |
| 800506350 | PT220294 BOLT/WASHER AY | C6G | 10 | 12 | $0.35 | $3.50 | 0 | 0 |
| 803916010 | GASKET | A3C | 150 | 178 | $0.84 | $126.00 | 72 | 61 |
| 806725090 | OIL SEAL | C6D | 1 | 1 | $5.38 | $5.38 | 0 | 0 |
| 806735210 | OIL SEAL | C3F | 3 | 3 | $4.80 | $14.40 | 0 | 0 |
| 806735290 | OIL SEAL-35X50X9 | C6D | 2 | 6 | $4.67 | $9.34 | 2 | 2 |
| 806735300 | OIL SEAL-35X50X9 | C6C | 9 | 32 | $4.67 | $42.03 | 3 | 3 |
| 806912190 | O RING 12.1X2.5 | C6H | 32 | 32 | $0.63 | $20.16 | 0 | 0 |
| 806915170 | O RING 15.4X1.8 | C6H | 10 | 17 | $0.53 | $5.30 | 0 | 0 |
| 806924110 | O RING 24.4X3.1 | C6D | 1 | 2 | $1.78 | $1.78 | 0 | 0 |
| 806924120 | O RING 23.8X2.8 | C6H | 2 | 12 | $0.94 | $1.88 | 1 | 1 |
| 806933010 | O-RING | C6E | 5 | 7 | $2.50 | $12.50 | 2 | 2 |
| 806939060 | O RING 39.0X2.0 | C6F | 2 | 2 | $0.94 | $1.88 | 0 | 0 |
| 807020070 | PLUG | A3C | 3 | 14 | $2.58 | $7.74 | 1 | 1 |
| 807515712 | HOSE | B1E | 8 | 8 | $6.94 | $55.52 | 0 | 0 |
| 809218370 | V BELT-18X5X874 | BELT | 4 | 4 | $11.37 | $45.48 | 1 | 1 |
| 809218450 | V BELT-18X5X882 | BELT | 7 | 7 | $13.77 | $96.39 | 1 | 1 |
| 82501AL000 | RELAY ASSEMBLY | A7D | 11 | 11 | $2.52 | $27.72 | 4 | 4 |
| 83071AG05B | SW AY P W SIA | C4I | 1 | 3 | $101.97 | $101.97 | 1 | 1 |
| 83196AJ04A | STRGROLL CONNECT SET | D4C | 1 | 2 | $61.47 | $61.47 | 0 | 0 |
| 83311FJ001 | SWITCH STOP LP BUL | A5B | 1 | 7 | $9.51 | $9.51 | 4 | 4 |
| 84501FJ000 | FOG LAMP AY F | D4C | 1 | 3 | $104.91 | $104.91 | 0 | 0 |
| 84920AJ010 | BULB HEAD & FOG LIGHT | A5B | 7 | 11 | $9.05 | $63.35 | 0 | 0 |
| 84920AJ02A | BULB H7 HPLL | A5B | 2 | 2 | $14.97 | $29.94 | 3 | 3 |
| 84920KE010 | BULB | A5B | 1 | 3 | $4.17 | $4.17 | 0 | 0 |
| 84920PA000 | BULB (9005) | C1C | 2 | 2 | $9.57 | $19.14 | 0 | 0 |
| 84920YA000 | BULB HEAD & FOG LIGHT | A5B | 13 | 13 | $9.36 | $121.68 | 0 | 0 |
| 86509AJ02A | PB 001461 COVER ASSY BOTT | B2D | 13 | 13 | $10.68 | $138.84 | 9 | 9 |
| 86542AJ060 | PB001589 USE SOA591U419 | D3C | 1 | 1 | $13.17 | $13.17 | 0 | 0 |
| 86548AJ000 | PB001591 USE SOA591U426 | D2C | 2 | 2 | $7.17 | $14.34 | 0 | 0 |
| 86548AJ050 | RUBBER 475 UNI | D2C | 2 | 2 | $5.97 | $11.94 | 0 | 0 |

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22690AB010 | SENSOR ASSEMBLY OXYGEN | C1E | 2 | 3 | $101.97 | $203.94 | 1 | 1 |
| 23700AB030 | ALTERNATOR AY | B2E | 1 | 1 | $363.97 | $363.97 | 0 | 0 |
| 23769AA05A | TENSIONER AY V BELT | B2E | 1 | 2 | $39.31 | $39.31 | 0 | 0 |
| 23770AA070 | PULLEY IDLER | C5B | 1 | 1 | $27.85 | $27.85 | 0 | 0 |
| 23780AA160 | V BELT | C4G | 3 | 3 | $24.57 | $73.71 | 0 | 0 |
| 25232AA090 | RELAY | A7E | 3 | 3 | $9.82 | $29.46 | 1 | 1 |
| 25232AA130 | RELAY | A7E | 2 | 2 | $23.06 | $46.12 | 1 | 1 |
| 255HR7GEOHT | 225/55 17.0 GEOLANDAR H/T | TIRES | 3 | 3 | $156.39 | $469.17 | 4 | 4 |
| 26296SC011 | BRAKE PAD KIT FRONT | E4C | 2 | 2 | $50.97 | $101.94 | 1 | 1 |
| 265HR7HPSASV2 | 225/65 17.0 DUELER H/P SP | TIRES | 2 | 2 | $92.66 | $185.32 | 4 | 4 |
| 26696AG051 | BRAKE PAD KIT REAR | E4C | 3 | 3 | $47.97 | $143.91 | 1 | 1 |
| 26696FJ000 | BRAKE PAD KIT REAR | E4C | 1 | 1 | $47.97 | $47.97 | 1 | 1 |
| 26HR7GEOHT | 225/60 17.0 GEOLANDAR G91 | TIRES | 2 | 2 | $145.39 | $290.78 | 4 | 4 |
| 26HR8HPSAS | 225/60 18.0 DUELER H/P SP | TIRES | 4 | 4 | $92.72 | $370.88 | 4 | 4 |
| 26TR7TOURS | 225/60 17.0 AVID TOURING- | TIRES | 5 | 5 | $93.66 | $468.30 | 4 | 4 |
| 28015AA080 | OIL SEAL | C3F | 7 | 7 | $6.64 | $46.48 | 0 | 0 |
| 28016AA030 | PT180303 BEARING AY R | B1C | 2 | 2 | $49.17 | $98.34 | 0 | 0 |
| 28103AJ00A | VALVE TPMS AY | A5D | 5 | 5 | $37.03 | $185.15 | 2 | 2 |
| 28321AL010 | DRV SFT ASSY F 9222 | D4A | 2 | 2 | $295.99 | $591.98 | 0 | 0 |
| 28321SC033 | DRV SFT AY    F87 | D4A | 1 | 1 | $280.99 | $280.99 | 0 | 0 |
| 28321SG010 | DRV SFT ASSY F92 F92 | D4A | 2 | 2 | $295.99 | $591.98 | 0 | 0 |
| 28373AG01A | HUB COMPLETE FRONT AXLE | D1B | 1 | 1 | $155.97 | $155.97 | 1 | 1 |
| 28373FG000 | HUB COMPLETE FRONT AXLE | D1C | 2 | 2 | $101.97 | $203.94 | 1 | 1 |
| 28373FL000 | HUB COMPLETE FRONT AXLE | D1C | 1 | 2 | $118.77 | $118.77 | 1 | 1 |
| 28373XC00A | HUB UNIT COMPL F | D1C | 1 | 1 | $119.97 | $119.97 | 1 | 1 |
| 28473AJ00A | HUB UNIT COMPLETE REAR | D1B | 3 | 3 | $159.57 | $478.71 | 0 | 0 |
| 28473FL040 | HUB UNIT COMPLETE | D1C | 2 | 4 | $110.97 | $221.94 | 1 | 1 |
| 28473XC00A | HUB UNIT COMPL R | D1B | 4 | 7 | $86.97 | $347.88 | 1 | 1 |
| 30100AA870 | DISK COMPLETE CLUTCH | C1C | 1 | 1 | $101.97 | $101.97 | 0 | 0 |
| 30100AA883 | DISK COMPLETE CLUTCH | B3A | 1 | 1 | $101.97 | $101.97 | 1 | 1 |
| 30100AA920 | DISK COMPLETE CLUTCH | C1B | 2 | 2 | $104.97 | $209.94 | 1 | 1 |

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30210AA690 | COVER COMPLETE CLUTCH | B3A | 1 | 1 | $109.77 | $109.77 | 2 | 2 |
| 30502AA120 | BEARING CLUTCH RELEASE | A3D | 3 | 3 | $32.97 | $98.91 | 2 | 2 |
| 30502AA130 | BEARING CLUTCH RELEASE | C1C | 1 | 1 | $87.42 | $87.42 | 0 | 0 |
| 30502AA150 | BEARING RELEASE | C1D | 1 | 3 | $32.97 | $32.97 | 2 | 2 |
| 30502AA160 | BRG-CLUTCH REL | C1D | 1 | 1 | $32.97 | $32.97 | 1 | 1 |
| 30531AA180 | LEVER CLUTCH RELEASE | C1F | 2 | 2 | $15.97 | $31.94 | 1 | 1 |
| 30537AA061 | PB000955 PIVOT RELEASE LE | A2D | 1 | 1 | $6.25 | $6.25 | 0 | 0 |
| 31706AA034 | BODY AY CONT VALVE | C3H | 1 | 1 | $606.24 | $606.24 | 0 | 0 |
| 31728AA121 | OIL STRAINER TRANSMISSION | C3H | 1 | 1 | $41.57 | $41.57 | 0 | 0 |
| 31825AA052 | BODY AY-CONT VLV KIT | D6A | 3 | 3 | $606.38 | $1,819.14 | 2 | 2 |
| 32145AA030 | GASKET CASE R | C6J | 2 | 3 | $3.87 | $7.74 | 1 | 1 |
| 34110FG031 | STEERING GEAR BOX AY LHD | H2A | 1 | 1 | $548.50 | $548.50 | 0 | 0 |
| 34160SC020 | TIE ROD CP | C3G | 1 | 1 | $29.97 | $29.97 | 0 | 0 |
| 34161SA001 | TIE ROD END AY | C4F | 1 | 1 | $29.97 | $29.97 | 0 | 0 |
| 34312SG011VH | STRG WHEEL | D4E | 1 | 1 | $267.85 | $267.85 | 0 | 0 |
| 345WR7SMRT | 235/45 17.0 SPORT MAXX RT | TIRES | 4 | 4 | $111.70 | $446.80 | 4 | 4 |
| 35046AG000 | JOINT CP GEAR SHIFT | C6E | 2 | 2 | $27.95 | $55.90 | 1 | 1 |
| 42009FG000 | WQK-47 SELF LOCK NUT KIT | C6I | 6 | 6 | $0.53 | $3.18 | 1 | 1 |
| 42021SG060 | PUMP AY FUEL | D1B | 2 | 3 | $251.97 | $503.94 | 0 | 0 |
| 42031AJ000 | CAP  AY FILLER | A5D | 1 | 1 | $14.67 | $14.67 | 0 | 0 |
| 42031FJ000 | CAP AY FILLER  US | A5D | 1 | 1 | $20.97 | $20.97 | 1 | 1 |
| 42072AL00A | FILTER DRAIN | C2F | 1 | 1 | $23.58 | $23.58 | 1 | 1 |
| 44011AC030 | GASKET | C3C | 3 | 13 | $5.00 | $15.00 | 2 | 2 |
| 44022AA150 | GASKET | C3D | 1 | 1 | $9.30 | $9.30 | 0 | 0 |
| 44022AA180 | GASKET | A4G | 1 | 2 | $14.45 | $14.45 | 0 | 0 |
| 44616AA200 | GASKET EXHAUST | C4D | 2 | 2 | $5.52 | $11.04 | 0 | 0 |
| 44WR8SMRTXL | 245/40 18.0 SPORT MAXX RT | TIRES | 3 | 3 | $151.56 | $454.68 | 0 | 0 |
| 46012FJ000 | DUCT AIR INTAKE | D5A | 1 | 1 | $21.82 | $21.82 | 0 | 0 |
| 51478AL01C | SAUCER COMPLETE SDN | B4F | 1 | 2 | $30.49 | $30.49 | 0 | 0 |
| 57310XA02A | PB001638 LOCK ASSY F HOOD | D1C | 1 | 1 | $29.30 | $29.30 | 0 | 0 |
| 57497AJ01A | KEY PLATE        VAL | A4F | 2 | 8 | $41.97 | $83.94 | 0 | 0 |
| 57497AJ10A | KEY PLATE KEYLESSTPM | B1D | 3 | 7 | $54.57 | $163.71 | 2 | 2 |

EXHIBIT  2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| Item Number | Description | Bin | Qty | OH | Price | Amount | SM | ROP |
|---|---|---|---|---|---|---|---|---|
| 10103AC880 | SHORT BLOCK ENGINE AY | H2C | 1 | 2 | $1,645.60 | $1,645.60 | 0 | 0 |
| 10921AA040 | VALVE AY OIL CONTROL | C1F | 2 | 2 | $73.77 | $147.54 | 0 | 0 |
| 10924AA040 | GASKET CONTROL VALVE HOLD | C6B | 2 | 3 | $2.55 | $5.10 | 0 | 0 |
| 10966AA030 | GSKT SPARK PL PIP | C4E | 2 | 4 | $3.00 | $6.00 | 0 | 0 |
| 10966AA041 | GASKET SPARK PLUG PIPE | C6I | 13 | 14 | $1.80 | $23.40 | 4 | 4 |
| 11095AA160 | BOLT AY CYL HEAD | C4F | 12 | 12 | $3.51 | $42.12 | 0 | 0 |
| 11109AA232 | PAN AY OIL | E3D | 1 | 1 | $71.68 | $71.68 | 0 | 0 |
| 11109AA253 | PAN ASSY-OIL | E3D | 1 | 1 | $71.66 | $71.66 | 0 | 0 |
| 11122AA350 | SEALING OIL PAN | C6E | 15 | 15 | $4.59 | $68.85 | 0 | 0 |
| 11126AA000 | GASKET | A4B | 23 | 26 | $0.75 | $17.25 | 17 | 15 |
| 11139AA050 | GAUGE AY OIL LVL EG | C2E | 1 | 1 | $8.85 | $8.85 | 0 | 0 |
| 11718AA082 | BELT SET | C4G | 3 | 3 | $49.77 | $149.31 | 1 | 1 |
| 12310AA410 | FLYWHEEL ASSEMBLY | C1E | 1 | 1 | $185.97 | $185.97 | 0 | 0 |
| 12342AA110 | FLYWHEEL AY FLEXIBLE | B2F | 1 | 1 | $259.97 | $259.97 | 1 | 1 |
| 13028AA231 | TIMING BELT | C6L | 1 | 1 | $53.97 | $53.97 | 1 | 1 |
| 13033AA042 | ADJUSTER AY BELT TENSION | C5B | 3 | 3 | $95.97 | $287.91 | 1 | 1 |
| 13034AA352 | CAMSHAFT CP EXH RH | E2C | 1 | 1 | $127.17 | $127.17 | 0 | 0 |
| 13037AA352 | CAMSHAFT CP INTAKE LH | E2C | 1 | 1 | $127.17 | $127.17 | 0 | 0 |
| 13073AA142 | PT340292 IDLER CP BELT | C5B | 1 | 1 | $47.97 | $47.97 | 1 | 1 |
| 13073AA190 | IDLER CP BELT | C5B | 1 | 1 | $31.17 | $31.17 | 1 | 1 |
| 13073AA230 | IDLER CP BELT | C5C | 2 | 3 | $47.97 | $95.94 | 0 | 0 |
| 13085AA080 | IDLER CP BELT NO 2 | C5B | 1 | 1 | $53.97 | $53.97 | 0 | 0 |
| 13085AA101 | IDLER CP BELT NO2 | C5B | 1 | 1 | $52.04 | $52.04 | 1 | 1 |
| 13142AA090 | TENSIONER CHAIN | C3E | 2 | 2 | $41.97 | $83.94 | 0 | 0 |
| 13199AA010 | BOLT CAMSHAFT SPROCKET | C6I | 1 | 1 | $1.77 | $1.77 | 0 | 0 |
| 13228AB382 | LIFTER VALVE | C6C | 1 | 1 | $15.98 | $15.98 | 0 | 0 |
| 13228AB462 | LIFTER VALVE | C6B | 1 | 1 | $15.98 | $15.98 | 0 | 0 |
| 13270AA240 | GASKET ROCKER COVER RH | C5G | 2 | 2 | $11.97 | $23.94 | 0 | 0 |
| 13272AA170 | GASKET ROCKER COVER LH | C5G | 2 | 2 | $11.97 | $23.94 | 0 | 0 |
| 13293AA051 | GASKET ROCKER COVER NO 2 | C6E | 6 | 12 | $5.97 | $35.82 | 0 | 0 |
| 13294AA070 | GASKET ROCKER COVER | C4C | 2 | 2 | $8.97 | $17.94 | 0 | 0 |
| 14411AA700 | TURBOCHARGER ASSEMBLY | E3B | | 1 | $1,000.30 | $1,000.30 | 0 | 0 |

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14451AA050 | FILTER | C6B | 5 | 5 | $4.25 | $21.25 | 0 | 0 |
| 15010AA360 | OIL PUMP AY ENGINE | B3F | 1 | 1 | $119.97 | $119.97 | 0 | 0 |
| 15208AA031 | OIL FILTER | A7C | 9 | 9 | $4.71 | $42.39 | 2 | 2 |
| 15208AA12A | ELEM CP OIL FILTER | A2D | 25 | 49 | $3.99 | $99.75 | 6 | 5 |
| 15208AA130 | PB001133 ELEM CP OIL FLTR | A7C | 4 | 4 | $4.71 | $18.84 | 2 | 2 |
| 15208AA15A | OIL FILTER COMPLETE | A2C | 80 | 80 | $4.02 | $321.60 | 62 | 52 |
| 15255AA161 | CAP CP OIL FILLER | B1B | 2 | 2 | $6.15 | $12.30 | 0 | 0 |
| 16546AA080 | ELEMENT AIR CLEANER | B4B | 1 | 1 | $10.77 | $10.77 | 0 | 0 |
| 16546AA10A | ELEMENT-AIR CLNR | A8C | 5 | 5 | $14.37 | $71.85 | 3 | 3 |
| 16608KA000 | FUEL INJECTOR SEAL | C6G | 13 | 13 | $2.15 | $27.95 | 3 | 3 |
| 20090FE000 | WVX34 REPAIR KIT IMP WAG | H2C | 1 | 1 | $109.16 | $109.16 | 0 | 0 |
| 20202SC002 | LOWER ARM ASSEMBLY F RH | D2F | 1 | 1 | $179.97 | $179.97 | 0 | 0 |
| 20202SC011 | ARM AY F  LH | D2F | 3 | 3 | $179.97 | $539.91 | 0 | 0 |
| 20202SG000 | LOWER ARM ASSY FRONT  RH | D2F | 2 | 2 | $179.97 | $359.94 | 0 | 0 |
| 20202SG001 | ARM AY F      RH | D2F | 2 | 2 | $179.97 | $359.94 | 1 | 1 |
| 20206AJ000 | BALL JOINT CP | B1E | 1 | 2 | $24.94 | $24.94 | 0 | 0 |
| 20320AJ00B | STRUT MOUNT FRONT | C2G | 3 | 3 | $49.77 | $149.31 | 1 | 1 |
| 20470SA001 | STABILIZER LK CP F | C6F | 2 | 2 | $20.97 | $41.94 | 2 | 2 |
| 21111AA280 | WATER PUMP COMPLETE | C1B | 1 | 1 | $83.97 | $83.97 | 0 | 0 |
| 21111AA320 | WATER PUMP COMPLETE | B4A | 1 | 1 | $83.97 | $83.97 | 0 | 0 |
| 21114AA051 | GASKET WATER PUMP | C6J | 1 | 1 | $2.75 | $2.75 | 0 | 0 |
| 21236AA010 | THERMOSTAT GASKET | C5D | 1 | 9 | $2.06 | $2.06 | 0 | 0 |
| 21236AA050 | GSKT THERMO | C6E | 5 | 7 | $2.23 | $11.15 | 1 | 1 |
| 22401AA65A | PLUG-SPARK | A5A | 36 | 36 | $7.17 | $258.12 | 4 | 4 |
| 22401AA670 | SPARK PLUG | A5A | 10 | 10 | $9.57 | $95.70 | 6 | 6 |
| 22401AA731 | SPARK PLUG | A5A | 11 | 11 | $9.57 | $105.27 | 0 | 0 |
| 22401AA781 | SPARK PLUG | A5A | 35 | 35 | $12.57 | $439.95 | 8 | 8 |
| 22401AA830 | SPARK PLUG | A5A | 10 | 17 | $14.97 | $149.70 | 4 | 4 |
| 22630AA17A | SEN AY-TEMP | C6I | 1 | 1 | $6.47 | $6.47 | 0 | 0 |
| 22641AA53A | SEN AY-A/F RATIO | C1G | 1 | 1 | $119.97 | $119.97 | 0 | 0 |
| 22641AA54A | SEN AY-A/F RATIO | C1G | 2 | 2 | $116.07 | $232.14 | 1 | 1 |
| 22641AA670 | SENSOR ASSY AIR/FUEL RATI | C1F | 1 | 1 | $121.97 | $121.97 | 0 | 0 |
| 22641AA71A | SENSOR AY AIR FUEL RATIO | C1F | 1 | 1 | $119.97 | $119.97 | 0 | 0 |
| 22690AA93A | SEN ASSY-OXYGEN | C1F | 3 | 3 | $84.57 | $253.71 | 1 | 1 |
| 22690AA960 | SEN AY OXYGEN | C1F | 2 | 3 | $101.97 | $203.94 | 1 | 1 |
| 22690AA96A | SENSOR ASSEMBLY OXYGEN | C1F | 1 | 1 | $89.97 | $89.97 | 0 | 0 |

EXHIBIT 2

## ACTIVE PARTS PROTECTED BY PARTSEYE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SOA821B200 | PB000825 BATTERY | BATT | 1 | 1 | $90.60 | $90.60 | 4 | 3 |
| SOA821B400 | BATTERY | BATT | 4 | 4 | $90.54 | $362.16 | 8 | 6 |
| SOA868V9110 | N/C BRAKE CLEANER | A6B | 12 | 21 | $3.41 | $40.92 | 0 | 0 |
| SOA868V9150 | FI CLEANER (POUR) | CHEM | 24 | 59 | $5.55 | $133.20 | 0 | 0 |
| SOA868V9210 | COOLANT | E1F | 5 | 5 | $19.19 | $95.95 | 2 | 1 |
| SOA868V9221 | BRAKE FLUID | CHEM | 53 | 53 | $4.40 | $233.20 | 12 | 10 |
| SOA868V9233 | WINDSHIELD WASHER FLUID | CHEM | 1 | 1 | $6.54 | $6.54 | 0 | 0 |
| SOA868V9270 | SUPER COOLANT PRE-MIXED | E1F | 5 | 5 | $19.10 | $95.50 | 4 | 3 |
| SOA966H1500R1 | REMAN AXLE | D4B | 1 | 1 | $162.97 | $162.97 | 1 | 1 |
| **Total** | **265** | | | | | **$43,327.78** | | |

EXHIBIT 2

# 1.B.(2)

EXHIBIT 2

## Schedule 1.B.(2)

Non-Returnable, Non-Manufacturer, Special Order, Non-Stock, Jobber and/or NPN Parts

(to be attached at Closing)



EXHIBIT 2

## OBSOLETE PARTS THAT ARE RETURNABLE IF IN SELLABLE CONDITION PER SUBARU

| Part | Description | Bin | Pack Qty | OH | RET | Dlr Cost | RET Value | Age | Last Sale | Last Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| 000041000 | NIGLUBE GREASE | C1C | 1 | 8 | 8 | $9.92 | $79.36 | 1 | 9/12/2018 | 5/4/2018 |
| 010108200 | FLANGE BOLT | C6I | 1 | 2 | 2 | $2.51 | $5.02 | 24 | 5/21/2015 | 11/15/2016 |
| 022810000 | NUT | A5F | 1 | 5 | 5 | $0.47 | $2.35 | 0 | 7/21/2012 | 7/21/2012 |
| 10024AA080 | LABEL FUEL | B3D | 1 | 1 | 1 | $0.84 | $0.84 | | 10/11/2018 | 1/13/2016 |
| 10103AC650 | SHORT BLOCK ENGINE AY | H2C | 1 | 1 | 1 | $1736.76 | $1736.76 | 6 | 2/2/2017 | 5/4/2018 |
| 10103AC880 | SHORT BLOCK ENGINE AY | H2C | 1 | 2 | 1 | $1645.60 | $1645.60 | 4 | 6/20/2018 | 4/28/2018 |
| 10924AA040 | GASKET CONTROL VALVE HOLD | C6B | 1 | 3 | 1 | $2.55 | $2.55 | 0 | 1/25/2018 | 3/19/2018 |
| 10944AA070 | GASKET CYLINDER HEAD 2 | C2A | 1 | 1 | 1 | $29.97 | $29.97 | 16 | 6/15/2017 | 1/17/2017 |
| 10966AA030 | GSKT SPARK PL PIP | C4E | 4 | 4 | 2 | $3.00 | $6.00 | 4 | 6/11/2018 | 3/30/2018 |
| 10966AA041 | GASKET SPARK PLUG PIPE | C6I | 4 | 14 | 1 | $1.80 | $1.80 | 1 | 9/12/2018 | 9/26/2018 |
| 10968AA040 | ADAPTER EGR PIPE | B1C | 1 | 1 | 1 | $13.50 | $13.50 | 21 | | 2/3/2017 |
| 10991AA001 | SEAL RING CYLND BLOCK | C6I | 10 | 11 | 11 | $1.28 | $14.08 | | 10/12/2018 | 1/17/2017 |
| 11008AA930 | BLOCK SET CYL | H2C | 1 | 1 | 1 | $920.65 | $920.65 | 15 | 8/1/2017 | 8/3/2017 |
| 11044AA633 | GASKET CYLINDER HEAD | C4J | 1 | 2 | 2 | $29.97 | $59.94 | 21 | 1/11/2017 | 1/16/2012 |
| 11044AA780 | GASKET CYLINDER HEAD | C2A | 1 | 1 | 1 | $29.97 | $29.97 | 16 | 6/15/2017 | 1/20/2017 |
| 11051AA170 | PLUG CYL HEAD | A3B | 1 | 10 | 10 | $4.44 | $44.40 | 0 | | |
| 11095AA042 | BOLT AY CYLINDER HEAD | C4G | 1 | 1 | 1 | $6.90 | $6.90 | 6 | 4/23/2018 | 6/6/2016 |
| 11109AA270 | OIL PAN ASSEMBLY ENGINE | E3D | 1 | 1 | 1 | $71.66 | $71.66 | | 11/7/2018 | |
| 11120AA22B | OIL PAN COMPLETE UPPER | D1D | 1 | 1 | 1 | $91.87 | $91.87 | 21 | 1/17/2017 | 1/16/2017 |
| 11126AA040 | PB000973 GSKT DRAIN PLUG | A4B | 10 | 7 | 7 | $0.75 | $5.25 | 0 | | 12/16/2014 |
| 11136AA140 | SW ASSY-OIL LEVEL | B3C | 1 | 1 | 1 | $58.21 | $58.21 | 16 | 4/16/2018 | 4/28/2016 |
| 12310AA403 | FLYWHEEL AY | B4D | 1 | 1 | 1 | $179.97 | $179.97 | 0 | | |
| 12331AA000 | PLATE CP DRIVE | B3B | 1 | 1 | 1 | $71.36 | $71.36 | | 10/23/2018 | |
| 12342AA061 | SB-03-51-02R FLYWHEEL AY | SOR | 1 | 1 | 1 | $167.97 | $167.97 | 0 | | 11/16/2018 |
| 12342AA090 | FLYWHEEL AY FLEXIBLE | C1E | 1 | 1 | 1 | $265.97 | $265.97 | 0 | 2/8/2016 | 1/4/2017 |
| 12369AA011 | BOLT | C6G | 1 | 1 | 1 | $2.89 | $2.89 | 6 | 4/26/2018 | 1/20/2017 |
| 12369AA091 | BOLT CRS PULLEY | C6J | 1 | 2 | 2 | $4.22 | $8.44 | 22 | 10/30/2014 | 6/28/2017 |
| 13019AA051 | SPROCKET CP CAMSHAFT | C4G | 1 | 1 | 1 | $26.43 | $26.43 | 16 | 6/6/2017 | 3/31/2017 |
| 13028AA21B | TIMING BELT | C5G | 1 | 2 | 2 | $48.57 | $97.14 | 18 | 4/10/2018 | 8/29/2017 |
| 13028AA250 | TIMING BELT | C5H | 1 | 1 | 1 | $89.97 | $89.97 | 14 | 8/5/2017 | 12/12/2017 |
| 13044AA020 | SPROCKET CP CAMSHAFT | C1D | 1 | 1 | 1 | $69.01 | $69.01 | 10 | 12/12/2017 | 4/26/2012 |
| 13049AA020 | SPROCKET CP CAMSHAFT | C5E | 1 | 1 | 1 | $69.01 | $69.01 | 0 | 4/27/2012 | 4/17/2018 |

EXHIBIT 2

EXHIBIT

| Part No | Description | Code | | | | Price | Price | Qty | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 13073AA230 | IDLER CP BELT | C5C | 1 | 3 | 1 | $47.97 | $47.97 | 7 | 3/14/2018 | 4/26/2018 |
| 13144AA200 | GUIDE CHAIN | C2E | 1 | 1 | 1 | $18.81 | $18.81 | 7 | | 4/26/2018 |
| 13228AB302 | LIFTER VALVE | C5C | 1 | 1 | 1 | $15.98 | $15.98 | 8 | 2/13/2018 | 1/8/2016 |
| 13228AB342 | LIFTER VALVE | C5C | 1 | 1 | 1 | $15.98 | $15.98 | 8 | 2/13/2018 | 12/12/2017 |
| 13265AA490 | COVER VALVE ROC RH | C5F | 1 | 1 | 1 | $63.33 | $63.33 | 25 | 10/4/2016 | 10/4/2016 |
| 13270AA162 | GASKET ROCKER COVER RH | C3G | 1 | 1 | 1 | $8.55 | $8.55 | 0 | 3/14/2018 | 12/12/2017 |
| 13271AA071 | WASHER ROCKER COVER | C3F | **5** | 4 | 4 | $8.56 | $2.14 | 4 | 6/16/2018 | 12/12/2017 |
| 13272AA082 | GASKET ROCKER COVER | A3D | 1 | 2 | 2 | $21.18 | $10.59 | 0 | 4/25/2012 | 7/31/2018 |
| 13293AA051 | GASKET ROCKER COVER NO 2 | C6E | 1 | 12 | 6 | $35.82 | $5.97 | | 10/12/2018 | 7/31/2018 |
| 13320AA031 | SPKT AY CMS INT RH | C1C | 1 | 1 | 1 | $149.86 | $149.86 | 1 | 11/22/2016 | 11/2/2016 |
| 13322AA041 | SPKT AY CMS INT LH | C1D | 1 | 1 | 1 | $149.86 | $149.86 | 0 | 8/1/2017 | 8/1/2017 |
| 13323AA001 | SPROCKET AY CAMSHAFT EXH | C4A | 1 | 1 | 1 | $117.15 | $117.15 | 15 | 10/19/2015 | 8/7/2017 |
| 13573AA091 | COVER AY TIMING BELT RH | C2E | 1 | 1 | 1 | $7.45 | $7.45 | 7 | | 4/26/2018 |
| 13573AA121 | COVERBELT NO.2 RH | C2E | 1 | 1 | 1 | $20.60 | $20.60 | 7 | 3/14/2018 | 11/17/2017 |
| 13573AA140 | CVR BELT NO.2 RH | C2B | 1 | 1 | 1 | $6.63 | $6.63 | 6 | 4/26/2018 | 3/31/2017 |
| 13574AA081 | COVER AY TIMING BELT LH | C2B | 1 | 1 | 1 | $13.82 | $13.82 | 6 | 4/26/2018 | 8/18/2016 |
| 13575AA112 | COVER AY TIMING BELT LH | C2B | 1 | 2 | 2 | $36.02 | $18.01 | 6 | 4/26/2018 | 8/18/2016 |
| 13581AA051 | SEALING BELT CVR FR | C4G | 1 | 1 | 1 | $13.60 | $13.60 | 0 | 4/23/2018 | 11/18/2016 |
| 13583AA190 | SEALING BELT COVER RH | C6D | 1 | 2 | 2 | $4.60 | $2.30 | 6 | 4/17/2018 | 8/18/2016 |
| 13583AA200 | SEALING BELT COVER RH | C6D | 1 | 1 | 1 | $2.10 | $2.10 | 6 | 4/17/2018 | 8/18/2016 |
| 13583AA210 | SEALING BELT COVER | C6D | 1 | 1 | 1 | $2.15 | $2.15 | | 10/12/2018 | 8/18/2016 |
| 13586AA041 | SEALING BELT COVER NO2 LH | C6D | 1 | 3 | 3 | $17.49 | $5.83 | 19 | 3/16/2017 | 8/18/2016 |
| 13594AA012 | SLNG BELT CVR 2 FR | C6D | 1 | 1 | 1 | $4.66 | $4.66 | 16 | 6/28/2017 | 7/1/2017 |
| 13594AA041 | SEALING BELT COVER | C5D | 1 | 1 | 1 | $14.23 | $14.23 | | 10/12/2018 | 1/26/2017 |
| 14025AA35B | COVER COLLECTOR | D6A | 1 | 1 | 1 | $58.65 | $58.65 | 20 | 3/6/2017 | 3/6/2017 |
| 14035AA421 | GASKET INTAKE MANIFOLD | C3D | 1 | 2 | 2 | $7.50 | $3.75 | 9 | 1/30/2018 | 1/16/2012 |
| 14075AA210 | GSKT INT COLLECTOR | A5E | 1 | 2 | 2 | $9.16 | $4.58 | 0 | 7/9/2013 | 10/10/2017 |
| 14411AA800 | TURBOCHARGER ASSEMBLY | E3B | 1 | 1 | 1 | $1000.30 | $1000.30 | 5 | 5/4/2018 | 4/28/2018 |
| 14445AA090 | UNION SCREW AND FILTER AY | A5E | **10** | 9 | 9 | $91.53 | $10.17 | 0 | 1/8/2015 | 4/5/2018 |
| 14497AA030 | GASKET AIR INTAKE DUCT | SOR | 1 | 1 | 1 | $4.44 | $4.44 | 0 | | |
| 14710AA690 | VALVE AY EGR CONT | C5E | 1 | 1 | 1 | $136.53 | $136.53 | 17 | 5/16/2017 | 12/16/2016 |
| 14710AA760 | VALVE AY-EGR CONT | B1C | 1 | 1 | 1 | $90.79 | $90.79 | 25 | 9/15/2016 | 3/19/2015 |
| 14710AA770 | VALVE AY EGR CONT | B1G | 1 | 2 | 2 | $181.58 | $90.79 | 20 | 2/3/2017 | 11/6/2015 |
| 14719AA033 | GASKET-E.G.R. CONTROL | A4F | 1 | 1 | 1 | $4.02 | $4.02 | 0 | 12/21/2016 | 8/22/2016 |

| Part | Description | Code | | | | Price | Price | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14719AA040 | GSKT E.G.R. CONTROL 2 | A4F | 1 | 1 | 1 | $4.02 | $4.02 | 1 | 1 | 1 | 17 | 5/16/2017 | 1/28/2014 |
| 14725AA371 | PIPE COMPLETE E.G.R. | C4I | 1 | 1 | 1 | $38.98 | $38.98 | 1 | 1 | 1 | 17 | | 6/12/2017 |
| 14738AA120 | GASKET EGR PIPE | C4G | 1 | 1 | 1 | $2.23 | $2.23 | 1 | 1 | 1 | 0 | 4/23/2018 | 3/18/2016 |
| 14738AA150 | GSKT EGR PIPE | A4F | 1 | 1 | 1 | $1.67 | $1.67 | 1 | 1 | 1 | 0 | 6/15/2017 | 2/3/2016 |
| 14828AA050 | PUMP AY SECD AIR | C1A | 1 | 1 | 1 | $470.50 | $470.50 | 1 | 1 | 1 | 15 | | 8/17/2017 |
| 14849AA160 | PIPE CP AIR SUCTION | C4H | 1 | 1 | 1 | $45.45 | $45.45 | 1 | 1 | 1 | 24 | | 9/9/2016 |
| 15027AA132 | PLUG | A3C | 1 | 11 | 11 | $27.61 | $2.51 | 11 | 11 | 11 | 0 | | |
| 15027AA290 | PLUG-1/8 | A4B | 1 | 10 | 10 | $11.10 | $1.11 | 10 | 10 | 10 | 0 | | |
| 15144AA241 | GUIDE AY OIL LEVEL | A3D | 1 | 1 | 1 | $16.15 | $16.15 | 1 | 1 | 1 | 7 | 12/7/2015 | 4/18/2018 |
| 15196AA110 | GASKET OIL TURBO | A5E | 1 | 3 | 3 | $6.48 | $2.16 | 3 | 3 | 3 | 0 | | 4/14/2018 |
| 15208AA12A | ELEM CP OIL FILTER | A2D | 12 | 49 | 24 | $95.76 | $3.99 | 24 | 49 | 12 | | 11/19/2018 | 9/26/2018 |
| 15208AA170 | ELEM CP OIL FLTR | A7C | 25 | 18 | 18 | $84.78 | $4.71 | 18 | 18 | 18 | 1 | 9/20/2018 | 9/20/2018 |
| 16112AA300 | CHM AY ELEC THROT | D2E | 1 | 1 | 1 | $427.12 | $427.12 | 1 | 1 | 1 | 6 | 4/17/2018 | 6/16/2016 |
| 16546AA12A | ELEMENT AIR CLNR | A2B | 10 | 16 | 16 | $210.72 | $13.17 | 16 | 16 | 16 | | 11/16/2018 | 9/26/2018 |
| 16546AA140 | ELEMENT AIR CLNR | B4C | 1 | 1 | 1 | $14.37 | $14.37 | 1 | 1 | 1 | | 11/2/2018 | 3/12/2016 |
| 16546AA140 | ELEMENT AIR CLNR | B4B | 1 | 12 | 12 | $172.44 | $14.37 | 12 | 12 | 12 | | 10/12/2018 | 10/13/2014 |
| 16505JB000 | HLDR FUEL INJECT | C3B | 1 | 2 | 2 | $7.26 | $3.63 | 2 | 2 | 2 | 21 | 1/18/2017 | 6/2/2016 |
| 16611AA920 | INJECTOR SUB ASSY | C4D | 1 | 5 | 5 | $419.85 | $83.97 | 5 | 5 | 5 | 9 | 1/15/2018 | 10/13/2017 |
| 16625JB021 | PMP AY-FUEL H PRS | C2G | 1 | 1 | 1 | $411.92 | $411.92 | 1 | 1 | 1 | 6 | 4/26/2018 | 9/30/2017 |
| 17523AB040 | PIPE ASSEMBLY FUEL LEFT | D2E | 1 | 1 | 1 | $120.43 | $120.43 | 1 | 1 | 1 | 6 | 4/27/2018 | 5/13/2014 |
| 17540AA340 | PIPE AY FUEL DLVY | B3D | 1 | 1 | 1 | $26.37 | $26.37 | 1 | 1 | 1 | 0 | 7/14/2016 | 9/30/2017 |
| 17555AA040 | GSKT FUEL PIPE | A4F | 1 | 1 | 1 | $2.60 | $2.60 | 1 | 1 | 1 | 0 | 7/14/2016 | 9/30/2017 |
| 20200AC210F | TRANSVERSE LINK AY LH | C1H | 1 | 1 | 1 | $125.25 | $125.25 | 1 | 1 | 1 | 1 | 6/6/2014 | 6/6/2014 |
| 20202AJ04A | LOWER ARM AY FRONT RIGHT | E2B | 1 | 1 | 1 | $79.77 | $79.77 | 1 | 1 | 1 | 6 | 1/14/2016 | 5/19/2018 |
| 20202AJ05A | LOWER ARM AY FRONT LEFT | E2B | 1 | 1 | 1 | $79.77 | $79.77 | 1 | 1 | 1 | 6 | 9/26/2012 | 5/19/2018 |
| 20206AJ000 | BALL JOINT CP | B1E | 1 | 2 | 2 | $24.94 | $24.94 | 2 | 1 | 1 | 0 | 10/13/2017 | 3/14/2017 |
| 20250AE021 | LINK ASSY R UPR RH | D3D | 1 | 1 | 1 | $75.57 | $75.57 | 1 | 1 | 1 | 23 | | 12/1/2016 |
| 20250AE041 | LINK AY R UPR LH | D3D | 1 | 1 | 1 | $75.57 | $75.57 | 1 | 1 | 1 | 22 | 12/17/2016 | 12/1/2016 |
| 20250AJ000 | LINK AY R TRG RH | E2B | 1 | 1 | 1 | $75.34 | $75.34 | 1 | 1 | 1 | 0 | 8/16/2013 | 8/15/2013 |
| 20250AJ070 | LINK AY R TRG LH | E2B | 1 | 1 | 1 | $75.34 | $75.34 | 1 | 1 | 1 | 0 | 5/7/2014 | 8/7/2013 |
| 20250FJ001 | LINK ASSY R TRG | C4D | 1 | 1 | 1 | $50.12 | $50.12 | 1 | 1 | 1 | 3 | 7/27/2018 | 7/28/2018 |
| 20254FG020 | BUSHING B LATERAL LINK | C4F | 1 | 2 | 2 | $9.90 | $4.95 | 2 | 2 | 2 | 0 | | 8/21/2018 |
| 20310AE45A | STRUT COMPL F  LH | D4B | 1 | 1 | 1 | $89.97 | $89.97 | 1 | 1 | 1 | 7 | 5/13/2016 | 4/18/2018 |
| 20310SC102 | STRUT COMPLETE F RH | D4B | 1 | 2 | 2 | $191.94 | $95.97 | 2 | 2 | 2 | 22 | 1/5/2017 | 1/4/2017 |

EXHIBIT 162

EXHIBIT 12

| Part No | Description | Code | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20310SC112 | STRUT CP F LH | D4B | | 1 | 1 | 1 | $95.97 | $95.97 | 22 1/5/2017 | 1/4/2017 |
| 20320AL00A | STRUT MOUNT FRONT | C4C | | 1 | 1 | 1 | $53.97 | $53.97 | 0 11/7/2017 | 11/3/2017 |
| 20330AL01A | COIL SPRING FRONT | D4A | | 1 | 1 | 1 | $26.02 | $26.02 | 7 | 4/26/2018 |
| 20365AE22A | SHOCK ABS COMPL R | D4B | | 1 | 2 | 2 | $164.34 | $82.17 | 7 | 4/18/2018 |
| 20365SC051 | SHOCK ABSORBER REAR | D4B | | 1 | 2 | 2 | $158.34 | $79.17 | 20 | 3/6/2017 |
| 20365VA000 | SHOCK ABS COMPL R | D4B | | 1 | 1 | 1 | $77.97 | $77.97 | 25 9/7/2016 | 6/22/2016 |
| 20414AG070 | RUB BUSH STAB | C6E | 10 | 1 | 1 | 1 | $3.75 | $3.75 | 10/12/2018 | 1/3/2017 |
| 20464SC010 | BSHG STABILIZER | C5C | 10 | 7 | 7 | 7 | $24.64 | $3.52 | 13 9/21/2017 | 9/18/2017 |
| 20550AA010 | NUT | C6E | | 2 | 2 | 2 | $8.00 | $4.00 | 16 6/12/2017 | 12/22/2014 |
| 20560AA04A | WASHER ADJUST | A4F | | 1 | 1 | 1 | $1.08 | $1.08 | 20 8/24/2015 | 3/10/2017 |
| 21111AA250 | WATER PUMP COMPLETE | B4D | | 1 | 1 | 1 | $78.57 | $78.57 | 19 3/9/2017 | 11/22/2014 |
| 21210AA211 | THERMO AND GASKET AY | C5C | | 1 | 1 | 1 | $16.77 | $16.77 | 22 12/14/2016 | 11/3/2016 |
| 21236AA010 | THERMOSTAT GASKET | C5D | 10 | 9 | 8 | | $16.48 | $2.06 | 6 4/17/2018 | 8/8/2017 |
| 21236AA050 | GSKT THERMO | C6E | 5 | 7 | 2 | | $4.46 | $2.23 | 10/12/2018 | 9/26/2018 |
| 21370KA001 | OIL COOLER GASKET | C4D | 5 | 1 | 1 | 1 | $3.83 | $3.83 | 17 5/1/2017 | 1/16/2012 |
| 21167AA000 | O RING AIR BYPASS | C6I | | 1 | 1 | 1 | $1.56 | $1.56 | 0 4/26/2018 | 4/15/2016 |
| 21669AA121 | HOSE AIR DUCT | B1F | | 1 | 1 | 1 | $14.15 | $14.15 | 0 8/29/2012 | 11/17/2017 |
| 26153AA053 | SEN AY CRANKSHAFT | C5C | | 1 | 1 | 1 | $71.68 | $71.68 | 1 6/4/2016 | 6/12/2017 |
| 22156AA270 | PB001124 SEN AY CAMSHAFT | A5B | | 1 | 1 | 1 | $71.68 | $71.68 | 1 5/8/2018 | 1/4/2017 |
| 22060AA070 | KNOCK SENSOR | C3D | | 1 | 1 | 1 | $77.97 | $77.97 | 0 | 5/24/2017 |
| 22060AA180 | KNOCK SENSOR AY | A5C | | 1 | 1 | 1 | $50.97 | $50.97 | 0 | 10/23/2017 |
| 22066AA041 | HOLDER CAMSHAFT SENSOR | C3D | | 1 | 1 | 1 | $9.78 | $9.78 | 6 4/23/2018 | 3/31/2017 |
| 22326AA260 | ORIFICE A | B1D | | 1 | 1 | 1 | $2.55 | $2.55 | 23 | 12/12/2016 |
| 22401AA751 | SPARK PLUG | A5A | 10 | 57 | 57 | 57 | $545.49 | $9.57 | 11/1/2018 | 9/26/2018 |
| 22401AA801 | PLUG SPARK | A5A | 1 | 32 | 32 | 32 | $479.04 | $14.97 | 8 2/21/2018 | 12/21/2015 |
| 22401AA830 | SPARK PLUG | A5A | 10 | 17 | 17 | 7 | $104.79 | $14.97 | 2 8/13/2018 | 8/20/2018 |
| 22433AA691 | IGNITION COIL ASSEMBLY | A7E | | 1 | 4 | 4 | $275.88 | $68.97 | 5 | 6/14/2018 |
| 22641AA590 | SEN AY A/F RATIO | C1F | | 1 | 1 | 1 | $121.97 | $121.97 | 3 7/23/2018 | 11/21/2017 |
| 22641AA650 | SENSOR ASSY AIR/FUEL RATI | C1D | | 1 | 2 | 2 | $243.94 | $121.97 | 1 9/4/2018 | 7/23/2018 |
| 22641AA66A | SENSOR AY AIR/FUEL RATIO | C1G | | 1 | 1 | 1 | $119.97 | $119.97 | 3 7/27/2018 | 10/5/2016 |
| 22690AA900 | SENSOR AY OXYGEN | C1F | | 1 | 3 | 3 | $305.91 | $101.97 | 15 4/5/2018 | 11/21/2017 |
| 22690AB06A | SENSOR AY OXYGEN | C1G | | 1 | 1 | 1 | $89.97 | $89.97 | 0 | 1/24/2017 |
| 22870AA110 | BRKT PWR STRG PUMP | C2C | | 1 | 1 | 1 | $41.06 | $41.06 | 25 | 9/30/2016 |
| 23769AA010 | TENSIONER AY V BELT | A5E | | 1 | 1 | 1 | $63.71 | $63.71 | 19 3/6/2017 | 1/2/2017 |

| Part Number | Description | Code | Qty | Qty | Qty | Price 1 | Price 2 | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|
| 23769AA03A | TENSR AY-V BELT | A5E | 1 | 1 | 1 | $48.69 | $48.69 | 17 12/9/2015 | 6/13/2017 |
| 23770AA07A | PULLEY IDLER | C3C | 1 | 1 | 1 | $13.17 | $13.17 | 0 4/17/2018 | 5/22/2017 |
| 23780AA130 | V BELT | BELT | 1 | 1 | 1 | $24.57 | $24.57 | 1 | |
| 24020AF830 | HARN-ENG | E1E | 1 | 1 | 1 | $251.61 | $251.61 | 0 11/5/2014 | 7/31/2018 |
| 25230AA190 | RELAY ASSEMBLY | A7E | 1 | 3 | 3 | $14.04 | $4.68 | 3 10/25/2018 | 6/15/2018 |
| 26002AJ02C | ACTUATOR ELECTRIC PARK BR | E2F | 1 | 1 | 1 | $422.99 | $422.99 | 0 | |
| 26296FJ030 | PAD KIT FRONT DISK BRAKE | E4C | 1 | 1 | 1 | $50.97 | $50.97 | 0 | 8/21/2018 |
| 26300AE071 | BRAKE DISC F | B2F | 1 | 2 | 2 | $101.94 | $50.97 | 0 3/16/2017 | 9/11/2018 |
| 26300SA001 | BRAKE DISC F | D4F | 1 | 1 | 1 | $50.97 | $50.97 | 1 1/15/2018 | 7/23/2016 |
| 26700FG000 | BRAKE DISK REAR COU4 | C4B | 1 | 2 | 2 | $101.94 | $50.97 | 0 12/15/2014 | 7/15/2016 |
| 26700FJ000 | BRAKE DISC R | E4C | 1 | 2 | 2 | $101.94 | $50.97 | 0 | |
| 27111AG14A | PROP SHAFT ASSY O5M | H2A | 1 | 1 | 1 | $445.17 | $445.17 | 18 4/28/2017 | 2/8/2017 |
| 27111AL03A | WQU56 PROP SHAFT AY | H2B | 1 | 1 | 1 | $244.28 | $244.28 | 5 5/16/2018 | 8/15/2015 |
| 27540AL00A | SENSOR ASSEMBLY FRONT R | C3F | 1 | 1 | 1 | $14.12 | $14.12 | 21 1/20/2017 | 12/8/2016 |
| 27540SG031 | SEN SUB AY RR  LH | C1A | 1 | 1 | 1 | $105.11 | $105.11 | 16 6/12/2017 | 6/12/2017 |
| 2X96AJ00D26 | WVP26 H/U ASSY VDC | A5F | 1 | 1 | 1 | $389.50 | $389.50 | 15 7/5/2017 | 7/8/2017 |
| 28115AA090 | OIL SEAL | C3C | 5 | 6 | 6 | $38.88 | $6.48 | 17 5/9/2017 | 10/29/2016 |
| 28123AA011 | DOJ BOOT | C2G | 1 | 1 | 1 | $10.17 | $10.17 | 7 10/14/2015 | 4/23/2018 |
| 28023AC060 | BOOT DRIVE SHAFT | C3G | 1 | 1 | 1 | $11.97 | $11.97 | 23 11/18/2016 | 11/16/2016 |
| 28109CA000 | VALVE STEM | A4C | 1 | 4 | 4 | $3.76 | $0.94 | 0 8/15/2015 | 6/18/2018 |
| 28171FE000 | WHEEL NUT | C6E | 1 | 1 | 1 | $1.94 | $1.94 | 14 8/2/2017 | 8/5/2017 |
| 28321AG00D | DRV SFT ASSY F26 | E2C | 1 | 1 | 1 | $279.99 | $279.99 | 7 4/21/2016 | 4/27/2018 |
| 28333AG010 | CIR CLIP | A5C | 1 | 1 | 1 | $3.55 | $3.55 | 10/24/2018 | 4/19/2016 |
| 28337AG010 | BAFFLE PLATE IB | C3B | 1 | 3 | 3 | $25.14 | $8.38 | 7 | 4/23/2018 |
| 28365FE001 | HUB BOLT | A5D | 1 | 29 | 29 | $46.98 | $1.62 | 2 8/6/2018 | 9/26/2018 |
| 28411AL02A | HOUSING ASSEMBLY REAR R | D4E | 1 | 1 | 1 | $111.75 | $111.75 | 6 5/16/2018 | 5/16/2018 |
| 28421AL00A | DRIVER SHAFT AY REAR 7515 | E2C | 1 | 1 | 1 | $225.99 | $225.99 | 6 5/16/2018 | 5/16/2018 |
| 28421SG000 | DRIVE SHAFT ASSY R75 152 | H2A | 1 | 2 | 2 | $559.98 | $279.99 | 1 | |
| 28423FE000 | BOOT DRIVE SHAFT | C3G | 1 | 2 | 2 | $26.34 | $13.17 | 23 | 12/8/2016 |
| 28423FE010 | BOOT DRIVE SHAFT | C3G | 1 | 2 | 2 | $17.94 | $8.97 | 23 | 12/8/2016 |
| 28821AE000 | CENTER CAP AY | A5C | 1 | 1 | 1 | $17.97 | $17.97 | 0 10/11/2018 | 10/21/2016 |
| 30100AA851 | PT270304 DISK COMPLETE CL | SOR | 1 | 1 | 1 | $101.97 | $101.97 | 0 9/20/2017 | 11/16/2018 |
| 30210AA590 | PT270304 COVER COMPLETE C | SOR | 1 | 1 | 1 | $104.97 | $104.97 | 0 9/20/2017 | 11/16/2018 |
| 30525AA000 | ORIFICE AY CCH | B1A | 1 | 1 | 1 | $95.39 | $95.39 | 15 7/27/2017 | 7/27/2017 |

EXHIBIT 2

EXHIBIT

| Part No | Description | Code | | | | Price | Price | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|
| 30534AA001 | SPRING RELEASE LEVER | C6B | 2 | 1 | 1 | $5.25 | $5.25 | 1 1/11/2018 | 4/6/2017 |
| 30539AA000 | CLIP CLUTCH SLEEVE | C4E | 5 | 1 | 1 | $1.77 | $1.77 | 6 4/23/2018 | 8/9/2016 |
| 30558AA000 | PIPE CP CLUTCH | B1A | 1 | 1 | 1 | $13.48 | $13.48 | 15 7/27/2017 | 7/15/2017 |
| 30620AA1208A | CYL AY CLUTCH OPERATE | C4A | 1 | 1 | 1 | $46.75 | $46.75 | 23 | 12/28/2016 |
| 31377AA590 | RING SEAL | A4E | 1 | 2 | 2 | $8.44 | $4.22 | 0 | 9/30/2017 |
| 31918AA000 | PB001029 INHIBITER | C4C | 1 | 1 | 1 | $52.85 | $52.85 | 23 11/16/2016 | 11/16/2016 |
| 32001AA060 | GSKT &amp; SEAL KIT MT | C3A | 1 | 1 | 1 | $58.02 | $58.02 | 5 | 6/18/2018 |
| 32005AA092 | SW AY BACK LAMP | A5C | 1 | 1 | 1 | $20.32 | $20.32 | 0 | 8/7/2018 |
| 32008AA074 | SWITCH AY NEUTRAL | C4C | 1 | 1 | 1 | $24.59 | $24.59 | 1 4/23/2018 | 11/9/2016 |
| 32100AB360 | CASE ASSEMBLY TRANSMISSIO | H1C | 1 | 1 | 1 | $364.86 | $364.86 | 5 5/4/2018 | 8/11/2016 |
| 32145AA030 | GASKET CASE R | C6J | 2 | 3 | 1 | $3.87 | $3.87 | 10/12/2018 | 5/9/2018 |
| 32195AA020 | PLUG OIL DRAIN | A3C | 1 | 18 | 18 | $63.36 | $3.52 | 11/9/2018 | 9/26/2018 |
| 34110FI151 | STEERING GEAR BOX AY EPS | F1B | 1 | 1 | 1 | $775.99 | $775.99 | 11/14/2018 | 11/15/2018 |
| 34110XA00A9E | STEERING GEAR BOX AY LHD | F1B | 1 | 1 | 1 | $538.97 | $538.97 | 0 | |
| 34141AC0109E | TIE-ROD END ASSY | C3G | 1 | 2 | 2 | $59.94 | $29.97 | 7 | 4/11/2018 |
| 34190SA020 | REPAIR KIT PIPE | D2D | 1 | 1 | 1 | $41.74 | $41.74 | 12 | 11/17/2017 |
| 34512CA011VH | STRG WHEEL | D3D | 1 | 1 | 1 | $281.26 | $281.26 | 16 6/1/2017 | 6/20/2016 |
| 34112VA022VH | STEERING WHEEL | D3D | 1 | 1 | 1 | $267.85 | $267.85 | 1 5/10/2018 | 5/9/2017 |
| 34130FG040 | POWER STEERING PUMP AY | D1B | 1 | 2 | 2 | $699.98 | $349.99 | 6 4/27/2018 | 12/12/2017 |
| 34133XA000 | SWITCH AY PUMP | C6C | 1 | 1 | 1 | $22.87 | $22.87 | 0 | 7/19/2018 |
| 34433XA010 | LEAD AY POWER STRG PUMP | C6J | 1 | 1 | 1 | $11.43 | $11.43 | 0 | |
| 34439AE021 | O RING | C3E | 1 | 3 | 3 | $3.48 | $1.16 | | 11/14/2017 |
| 34439FG000 | O RING CONNECTOR | C6G | 5 | 3 | 3 | $3.75 | $1.25 | 5 5/11/2018 | 12/7/2017 |
| 34611AG220 | HOSE | E2C | 1 | 1 | 1 | $22.77 | $22.77 | 11/1/2018 | 6/18/2018 |
| 35035AC000 | BUSHING | C3B | 1 | 1 | 1 | $1.65 | $1.65 | 11/6/2018 | 8/20/2018 |
| 35035AC030 | BUSHING | C6C | 1 | 1 | 1 | $12.23 | $12.23 | 4 7/20/2018 | 7/19/2018 |
| 35035AG020 | BUSHING STAY CP LEVER | C3B | 1 | 2 | 2 | $4.46 | $2.23 | 4 7/20/2018 | 7/19/2018 |
| 35036AA010 | CUSHION RUBBER | C6H | 1 | 1 | 1 | $12.23 | $12.23 | 4 7/20/2018 | 7/19/2018 |
| 35047AC030 | JOINT | C6J | 1 | 1 | 1 | $42.75 | $42.75 | 11/6/2018 | 9/22/2017 |
| 35111AL00B | SELECT LEVER COMPLETE | E4B | 1 | 1 | 1 | $125.43 | $125.43 | 3 7/20/2018 | 3/26/2018 |
| 35122FI033 | PLATE GUIDE AY | B1A | 1 | 4 | 4 | $133.64 | $33.41 | 3 7/3/2018 | 3/30/2018 |
| 35164AJ000 | CLAMP | B1A | 1 | 4 | 4 | $2.12 | $0.53 | 3 7/3/2018 | 5/11/2018 |
| 35164AJ010 | CLAMP | B1A | 1 | 4 | 4 | $2.12 | $0.53 | 3 7/3/2018 | 5/11/2018 |
| 35170FJ031 | INDICATOR AY LHM | D4C | 1 | 1 | 1 | $61.25 | $61.25 | 1 1/17/2017 | 1/17/2017 |

| Part | Description | Code | Qty | Qty | Qty | Price | Price | Date1 | Date2 |
|---|---|---|---|---|---|---|---|---|---|
| 36015GA111 | FOOT PAD | C3C | 5 | 2 | 2 | $7.50 | $3.75 | 10/12/2018 | 5/6/2017 |
| 38312AA000 | CARRIER DIFF | E4B | 1 | 1 | 1 | $267.09 | $267.09 | 0 | |
| 41025AC000 | PLATE CP F | C3E | 1 | 2 | 2 | $8.76 | $4.38 | 11 4/8/2013 | 12/29/2017 |
| 41322AE01D | CUSH RUB DIFF R | C4F | 1 | 1 | 1 | $7.64 | $7.64 | 10/12/2018 | 1/14/2016 |
| 41324AJ00A | MS DAMPER DIFF | C4E | 1 | 1 | 1 | $34.98 | $34.98 | 20 | 3/28/2017 |
| 42021SG060 | PUMP AY FUEL | D1B | 1 | 3 | 1 | $251.97 | $251.97 | 9 1/15/2018 | 3/19/2018 |
| 42035FJ010 | CANISTER US | B2B | 1 | 1 | 1 | $133.80 | $133.80 | 0 | |
| 42060AA040 | GASKET - FUEL PUMP HOUSIN | C4E | 1 | 2 | 2 | $7.20 | $3.60 | 7 8/16/2017 | 4/23/2018 |
| 42072AJ08A | FILTER DRAIN | D3C | 1 | 1 | 1 | $59.97 | $59.97 | 19 3/16/2017 | 3/14/2017 |
| 42074AJ59A | TUBE ASSEMBLY | D2E | 1 | 1 | 1 | $66.87 | $66.87 | 0 | 3/14/2017 |
| 42074AL06A | TUBE DRAIN FILTER | D2E | 1 | 1 | 1 | $26.19 | $26.19 | 0 | 4/27/2018 |
| 42081SG000 | LEVEL SENSOR MAIN | SOR | 1 | 1 | 1 | $47.97 | $47.97 | 0 | 11/16/2018 |
| 42084FE010 | VALVE PURGE | B1C | 1 | 2 | 2 | $43.66 | $21.83 | 0 9/26/2012 | 8/9/2018 |
| 42084FJ000 | VALVE AY ELCM | B2E | 1 | 2 | 2 | $191.54 | $95.77 | 1 1/15/2018 | 1/15/2016 |
| 42084SA030 | VALVE VENT | B3F | 1 | 1 | 1 | $53.25 | $53.25 | 10/12/2018 | 2/15/2017 |
| 42111AG040 | GSKT EXH PIPE F | C3B | 1 | 4 | 4 | $63.88 | $15.97 | 10/12/2018 | 8/15/2015 |
| 42111FE000 | GASKET | C4C | 1 | 1 | 1 | $6.63 | $6.63 | 6 4/28/2018 | 4/28/2018 |
| 44111SG000 | EXHAUST GASKET | C3E | 5 | 5 | 5 | $15.60 | $3.12 | 21 1/20/2017 | 4/19/2016 |
| 44011SG010 | EXHAUST GASKET | C3E | 1 | 2 | 2 | $6.24 | $3.12 | 6 4/13/2018 | 4/13/2018 |
| 44022AA063 | GASKET FR | C6D | 1 | 1 | 1 | $12.48 | $12.48 | 0 11/20/2015 | 7/30/2018 |
| 44022AA123 | GASKET(CR) | C4F | 1 | 3 | 3 | $36.00 | $12.00 | 10/12/2018 | 11/16/2018 |
| 44044AA010 | SPRING | C3G | 10 | 10 | 10 | $33.00 | $3.30 | 10/12/2018 | 7/7/2014 |
| 44059AA010 | BOLT | C5D | 10 | 18 | 10 | $27.50 | $2.75 | 10/12/2018 | 7/7/2014 |
| 44521AA090 | BRACKET HGR EXH | D2C | 1 | 1 | 1 | $6.13 | $6.13 | 0 | 11/13/2017 |
| 44612AA360 | EXHAUST PIPE AY CTR | D1D | 1 | 1 | 1 | $711.14 | $711.14 | 17 | 6/12/2017 |
| 44616AA210 | GASKET EXHAUST TURBO INLE | A4G | 1 | 3 | 3 | $36.81 | $12.27 | 0 9/2/2015 | 4/14/2018 |
| 44616AA220 | GASKET EXHAUST TURBO OUTL | A4G | 1 | 3 | 3 | $36.81 | $12.27 | 0 12/1/2016 | 4/14/2018 |
| 44616AA290 | GASKET-EXHAUST | C4D | 1 | 2 | 2 | $6.24 | $3.12 | 5 | 6/18/2018 |
| 44620AA77A | PB001064 PIPE COMPL-EXH F | E2E | 1 | 1 | 1 | $959.29 | $959.29 | 24 11/17/2016 | 11/17/2016 |
| 44620AA79A | PB001064 PIPE COMPL-EXH F | H2B | 1 | 1 | 1 | $846.76 | $846.76 | 24 2/20/2013 | 11/16/2016 |
| 44620AB400 | PIPE CP EXH FR | F1B | 1 | 1 | 1 | $479.00 | $479.00 | 11/16/2018 | 11/16/2018 |
| 44620AC10A | PIPE COMPL-EXH FR | H2B | 1 | 1 | 1 | $925.00 | $925.00 | 24 11/15/2016 | 11/15/2016 |
| 44620AD17B | CONVERTER COMPLETE FRONT | F3A | 1 | 1 | 1 | $734.99 | $734.99 | 6 | 5/16/2018 |
| 44620AE060 | CONVERTER COMPLETE FRONT | F3A | 1 | 1 | 1 | $450.00 | $450.00 | 0 6/28/2018 | 12/12/2017 |

EXHIBIT 2

EXHIBIT

| Part # | Description | Code | Qty | Qty | Qty | Price | Price | Qty | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 45161SA010 | RADIATOR HOSE INLET | C5F | 1 | 1 | 1 | $12.57 | $12.57 | 6 | 4/17/2018 | 3/31/2017 |
| 45167CA000 | PACKING RAD UPR | D2C | 1 | 1 | 1 | $6.25 | $6.25 | 20 |  | 3/2/2017 |
| 45167CA010 | PACKING RAD SD LH | D2C | 1 | 1 | 1 | $3.63 | $3.63 | 20 |  | 3/2/2017 |
| 45167CA020 | PACKING RAD LWR | D2C | 1 | 1 | 1 | $4.15 | $4.15 | 20 |  | 3/2/2017 |
| 45167CA030 | PACKING RAD SD RH | D2C | 1 | 1 | 1 | $3.63 | $3.63 | 20 |  | 3/2/2017 |
| 45169FC020 | RADIATOR HOSE OUTLET | C5F | 1 | 1 | 1 | $12.57 | $12.57 | 6 | 4/17/2018 | 3/31/2017 |
| 45199AC280 | RADIATOR AY | E3B | 1 | 1 | 1 | $189.97 | $189.97 | 7 | 4/19/2016 | 4/27/2018 |
| 45520AG030 | HOSE ATF | D2D | 1 | 1 | 1 | $22.77 | $22.77 | 0 | 2/20/2017 | 7/12/2016 |
| 46075CA000 | PLATE AIR INTAKE | D4D | 1 | 1 | 1 | $9.36 | $9.36 | 19 | 3/1/2017 | 10/31/2016 |
| 51449FG0809P | SIDE SILL CP OUTER RH | H2C | 1 | 1 | 1 | $146.43 | $146.43 | 0 |  | 6/25/2015 |
| 51478AL00C | SAUCER COMPLETE OBK | B4F | 1 | 1 | 1 | $30.49 | $30.49 | 25 | 10/25/2018 | 4/9/2018 |
| 51478VA002 | SAUCER COMPLETE SDN | B4F | 1 | 2 | 2 | $45.72 | $22.86 | 25 | 9/9/2016 | 10/31/2016 |
| 51620AL00A9P | FRAME SIDE COMPLETE FRONT | D3F | 1 | 1 | 1 | $157.44 | $157.44 | 21 | 1/3/2017 | 8/3/2017 |
| 51629FJ0509P | FRAME SD FF CP RH | E2D | 1 | 1 | 1 | $114.67 | $114.67 | 15 |  | 4/26/2018 |
| 53029AJ05A9P | RAD PNL COMPL FSR | C2G | 1 | 2 | 2 | $77.94 | $38.97 | 7 | 6/8/2016 | 4/27/2018 |
| 52F29FJ0409P | RAD PNL CP USL | D3C | 1 | 1 | 1 | $38.97 | $38.97 | 7 | 6/27/2016 | 3/2/2017 |
| 5160CA0409P | FRAME LWR CP | E2D | 1 | 2 | 2 | $119.94 | $59.97 | 0 | 3/7/2017 | 3/5/2014 |
| 52110AG005 | UNDER COVER COM FB | H1A | 1 | 2 | 2 | $191.34 | $95.67 | 20 | 2/9/2017 | 11/15/2018 |
| 56110AG370 | UNDER COVER COM FEPS | F1B | 1 | 1 | 1 | $71.68 | $71.68 | 11 | 11/14/2018 | 5/16/2018 |
| 56410VA000 | UNDER COVER COM FDIT | H1A | 1 | 1 | 1 | $71.68 | $71.68 | 6 | 4/8/2016 |  |
| 56411FL00A | UNDER COVER R RIGHT | H2C | 1 | 1 | 1 | $13.07 | $13.07 | 0 |  | 6/18/2018 |
| 56411FL01A | UNDER COVER R LEFT | H2C | 1 | 1 | 1 | $24.69 | $24.69 | 5 | 8/31/2015 | 1/26/2017 |
| 56422AC020 | CLIP UNDER COVER R | C6G | 5 | 5 | 5 | $8.60 | $1.72 | 5 | 4/26/2018 | 4/27/2018 |
| 57160FG0109P | BRKT CP FENDERE LH | C2D | 1 | 1 | 1 | $10.24 | $10.24 | 6 | 10/27/2016 | 12/30/2015 |
| 57259FG000 | STAY AY F HOOD | D2D | 5 | 2 | 2 | $94.20 | $47.10 | 7 | 1/6/2016 | 3/17/2017 |
| 57346AAA010ML | KNOB FUEL | C6H | 1 | 1 | 1 | $5.31 | $5.31 | 33 | 4/10/2018 | 11/20/2013 |
| 57433SG000 | BATTERY DCM | C4F | 1 | 2 | 2 | $73.72 | $36.86 | 18 | 2/15/2018 | 12/13/2017 |
| 57497AJ00A | KEY PLATE   KLS | B1F | 1 | 4 | 4 | $215.88 | $53.97 | 0 |  | 6/16/2018 |
| 57497AJ01A | KEY PLATE   VAL | A4F | 1 | 8 | 4 | $167.88 | $41.97 | 0 | 10/11/2018 | 9/30/2017 |
| 57497AJ10A | KEY PLATE KEYLESSTPM | B1D | 1 | 7 | 4 | $218.28 | $54.57 | 0 | 10/15/2018 | 3/31/2018 |
| 57497AL020 | KEY PLATE EMERGNY | B1E | 1 | 4 | 4 | $107.88 | $26.97 | 1 | 9/7/2018 | 7/1/2016 |
| 57497FC000 | KEY PLATE BLANK MASTER | B1D | 5 | 13 | 8 | $57.36 | $7.17 | 0 | 10/11/2018 | 7/11/2016 |
| 57497FG160 | KEY PLATE IMM | C6K | 1 | 1 | 1 | $41.97 | $41.97 | 1 | 9/6/2018 |  |
| 57601AL06A9P | FLAP COMPLETE OUTER | SOR | 1 | 1 | 1 | $7.31 | $7.31 | 0 | 7/11/2016 |  |

| Part # | Description | Code | | | | Price 1 | Price 2 | Qty | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 57704AJ13A | BUMPER FACE F STDSIA | H1C | 1 | 1 | 1 | $152.97 | $152.97 | 14 | | 9/12/2017 |
| 57704AL00A | BUMPER FACE FRONT SDN | F1B | 1 | 2 | 2 | $307.14 | $153.57 | 0 | 9/28/2015 | 11/16/2018 |
| 57707AJ48A | BRKT CORNER F SIARH | D3C | 1 | 1 | 1 | $18.29 | $18.29 | 7 | 6/14/2016 | 4/27/2018 |
| 57707AJ49A | BRKT CORNER F SIALH | C6M | 1 | 1 | 1 | $18.29 | $18.29 | 7 | 10/14/2014 | 4/17/2018 |
| 57707AL02A | BRACKET SIDE FRONT RIGHT | C5C | 1 | 1 | 1 | $3.75 | $3.75 | 0 | 7/31/2018 | 11/8/2017 |
| 57707CA050 | BRKT SD F LH | C6F | 1 | 1 | 1 | $2.96 | $2.96 | 1 | 5/11/2018 | 5/11/2018 |
| 57707CA100 | BRKT SD R RH | C2C | 1 | 1 | 1 | $5.41 | $5.41 | 6 | 4/26/2018 | 6/17/2016 |
| 57707CA140 | BRKT SD TURN LH | C6B | 1 | 1 | 1 | $3.95 | $3.95 | 0 | 5/10/2018 | 5/9/2018 |
| 57707FG122 | BRKT SD F WR7 RH | C2C | 1 | 3 | 2 | $11.94 | $5.97 | 4 | 7/31/2018 | 7/30/2018 |
| 57707FJ001 | BRACKET F BUMPER CORNER R | D3C | 1 | 1 | 1 | $17.25 | $17.25 | 7 | 3/13/2018 | 12/12/2018 |
| 57707SG080 | BRKT REAR BUMPER SIDE RH | D2C | 1 | 1 | 1 | $6.57 | $6.57 | 0 | 10/27/2015 | 10/27/2015 |
| 57717FG072 | BRKT SIDE R SDN RH | C2G | 1 | 1 | 1 | $6.57 | $6.57 | 0 | 4/26/2018 | 4/14/2017 |
| 57721FG000 | HOLDER BUMPER | C3F | 5 | 4 | 4 | $4.80 | $1.20 | 21 | 1/10/2017 | 1/10/2017 |
| 57728AC090 | P1491296 CLIP | C3F | 2 | 1 | 1 | $1.65 | $1.65 | 36 | 10/19/2015 | 1/16/2012 |
| 5731AG39A | COVER BMPR F SIA LH | A3D | 1 | 1 | 1 | $14.32 | $14.32 | 7 | | 4/28/2018 |
| 5731AJ180 | COVER F BUMPER | B1B | 1 | 1 | 1 | $2.94 | $2.94 | 23 | 11/12/2015 | 12/16/2016 |
| 5731AJ42A | COVER FOG RIGHT | C4H | 1 | 1 | 1 | $54.79 | $54.79 | 0 | 7/5/2017 | 7/24/2018 |
| 5731AJ57A | COVER HOOK R OBK SIA | C6B | 1 | 1 | 1 | $5.46 | $5.46 | 0 | | |
| 5731AJ72A | COVER FOG LIGHT LEFT | C5F | 1 | 1 | 1 | $17.31 | $17.31 | 9 | 1/15/2018 | 9/12/2017 |
| 5731AL06A | COVER FOG RIGHT | D3C | 1 | 1 | 1 | $4.37 | $4.37 | 1 | 5/11/2017 | 5/9/2017 |
| 5731CA160 | COVER FOG F DRL LH | D3C | 1 | 1 | 1 | $8.42 | $8.42 | 19 | 3/1/2017 | 11/1/2016 |
| 5731FG070 | CVR BUMPER SIDE REAR RH | D3C | 1 | 1 | 1 | $9.49 | $9.49 | 19 | | 4/14/2017 |
| 5731FG310EN | COVER BMPR F RH | D4C | 1 | 1 | 1 | $36.39 | $36.39 | 0 | 5/8/2017 | 12/5/2016 |
| 5731FL081 | COVER FOG F XUV RH | D4C | 1 | 1 | 1 | $22.36 | $22.36 | 4 | 7/10/2018 | 7/5/2018 |
| 5731FL130 | COVER FRONT BUMPER | C3C | 1 | 1 | 1 | $2.94 | $2.94 | 0 | 10/11/2018 | 9/20/2018 |
| 5731FL570NN | COVER HOOK REAR BUMPER | C3C | 1 | 1 | 1 | $2.96 | $2.96 | 0 | 10/11/2018 | 9/26/2018 |
| 5731SG310 | COVER FOG LIGHT | B1F | 1 | 1 | 1 | $4.44 | $4.44 | 17 | | 6/24/2017 |
| 5731XA08A | COVER HOOK R   GRI | C3E | 1 | 1 | 1 | $3.46 | $3.46 | 8 | 3/29/2018 | 3/29/2018 |
| 59110FF141 | MUD GUARD F RH | H1A | 1 | 1 | 1 | $27.03 | $27.03 | 0 | 6/22/2018 | 6/22/2018 |
| 59110FE151 | MUD GUARD F LH | H1A | 1 | 1 | 1 | $27.03 | $27.03 | 0 | 2/7/2014 | 6/22/2018 |
| 59110SG001 | MUD GUARD AY F RH | H1A | 1 | 1 | 1 | $36.32 | $36.32 | 6 | 10/5/2018 | 5/16/2018 |
| 59114AG000 | PUSH RIVET | C6H | 5 | 8 | 8 | $4.16 | $0.52 | 10 | 10/12/2018 | 7/8/2017 |
| 59122AJ00A | MUD GUARD R | H1B | 1 | 1 | 1 | $23.47 | $23.47 | 0 | | |
| 59122AJ01A | MUD GUARD R | H1B | 1 | 1 | 1 | $25.82 | $25.82 | 6 | 12/1/2015 | 5/16/2018 |

EXHIBIT 2

EXHIBIT 2

| Part Number | Description | Code | Qty | Qty | Qty | Price | Price | Price | On Hand | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 59123FE000 | PLATE RH | C2C | 1 | 1 | 1 | $6.06 | $6.06 | $6.06 | 0 | 11/30/2017 |
| 59123VA010 | PLATE AIR FLAP LH | C5D | 1 | 1 | 1 | $5.58 | $5.58 | $5.58 | 0 | 11/8/2017 |
| 59140AL00A | COVER FENDER LOWER RIGHT | D1D | 1 | 1 | 1 | $32.07 | $32.07 | $32.07 | 5 | 6/21/2018 |
| 60409FJ0609P | PNL CP DR R SRH | F1B | 1 | 1 | 1 | $368.97 | $368.97 | $368.97 | 6 | 5/16/2018 |
| 61011FJ600 | GLASS ASSY DR F RH | D1A | 1 | 1 | 1 | $198.35 | $198.35 | $198.35 | 13 4/15/2016 | 10/6/2017 |
| 61031AG18B | LATCH AY DR F LH | D2B | 1 | 1 | 1 | $35.97 | $35.97 | $35.97 | 1 9/25/2014 | 9/25/2014 |
| 61032FG290 | LATCH &amp; ACT AY DR F LH | D2B | 1 | 1 | 2 | $83.97 | $83.97 | $167.94 | 15 8/1/2017 | 8/1/2017 |
| 61041AJ01B | REG &amp; MOT ASSY F LH | D3E | 1 | 1 | 1 | $165.57 | $165.57 | $165.57 | 0 | 4/27/2018 |
| 61042AL00A | REGULATOR &amp; MOTOR AY R RH | SOR | 1 | 1 | 1 | $171.57 | $171.57 | $171.57 | 0 | 11/16/2018 |
| 61051AE01BML | REMOTE ASSY DR LH | C3E | 1 | 1 | 1 | $16.21 | $16.21 | $16.21 | 0 7/12/2017 | 7/8/2017 |
| 61051AG01AJC | REMOTE AY DR LH | C2D | 1 | 1 | 1 | $20.17 | $20.17 | $20.17 | 7 | 4/26/2018 |
| 61100AG01A | ACTUATOR AY DR LNM | B1E | 1 | 1 | 1 | $53.97 | $53.97 | $53.97 | 0 9/30/2016 | 9/13/2016 |
| 61139AL05A | COVER HANDLE OUTER DOOR | C5A | 1 | 1 | 1 | $5.27 | $5.27 | $5.27 | 7 | 4/17/2018 |
| 61142AL02A | FRAME AY HANDLE OUTER F R | C5A | 1 | 1 | 1 | $13.35 | $13.35 | $13.35 | 7 | 4/17/2018 |
| 61142AL03A | FRAME AY HANDLE OUTER F L | C5A | 1 | 1 | 1 | $13.35 | $13.35 | $13.35 | 7 | 4/17/2018 |
| 61169AJ10A | HANDLE OUT DR | C5A | 1 | 1 | 2 | $7.95 | $7.95 | $15.90 | 8 12/1/2015 | 3/27/2018 |
| 61169AL00A | HANDLE OUTER DOOR | C5A | 1 | 1 | 1 | $7.95 | $7.95 | $7.95 | 7 | 4/17/2018 |
| 61188AG01A | MOTOR AY F LH | D1C | 1 | 1 | 2 | $143.97 | $143.97 | $287.94 | 7 6/10/2014 | 4/5/2018 |
| 61222AG01A | REGULATOR CP F LH | D3E | 1 | 1 | 1 | $81.21 | $81.21 | $81.21 | 25 1/15/2018 | 9/30/2016 |
| 61222FE022 | REGULATOR CP FS RH | D3C | 1 | 1 | 1 | $49.77 | $49.77 | $49.77 | 25 | 10/18/2016 |
| 61280AE01B | WSTR OUT DR F LH | E3C | 1 | 1 | 1 | $30.07 | $30.07 | $30.07 | 0 | 4/26/2018 |
| 62012VA310 | GLASS DR R P SLH | C2A | 1 | 1 | 1 | $113.00 | $113.00 | $113.00 | 7 | 11/21/2017 |
| 62284VA010 | WSTR PARTITION R SLH | D1B | 1 | 1 | 1 | $23.40 | $23.40 | $23.40 | 12 | 12/10/2016 |
| 63563AJ05B | COVER ASSEMBLY C PILLAR L | C2G | 1 | 1 | 1 | $15.78 | $15.78 | $15.78 | 0 4/30/2015 | 12/28/2016 |
| 64061AL02AWM | HEAD REST ASSEMBLY FRONT | SOR | 1 | 1 | 1 | $55.19 | $55.19 | $55.19 | 0 | 4/23/2015 |
| 64107AJ02A | CAP RAIL LOWER RIGHT | B3D | 1 | 1 | 1 | $12.64 | $12.64 | $12.64 | 23 | 9/15/2017 |
| 64115AG06A | COVER HINGE CLIP | B1D | 1 | 1 | 5 | $0.81 | $0.81 | $4.05 | 10/11/2018 | 6/21/2018 |
| 64115FI110WJ | CVR HINGE OUT L LH | D5A | 1 | 1 | 1 | $12.48 | $12.48 | $12.48 | 0 10/1/2015 | 7/21/2018 |
| 64139AL04BWM | CUSHION AY OCCUPANT RIG | H1B | 1 | 1 | 1 | $395.54 | $395.54 | $395.54 | 0 | 10/13/2016 |
| 64139FJ004WJ | CUSHION AY OCPANTRH | F3A | 1 | 1 | 3 | $375.87 | $375.87 | $1127.61 | 23 11/11/2016 | 9/19/2014 |
| 64139SG043VH | CUSHION AY OCCUPANT F SEA | H2B | 1 | 1 | 1 | $480.01 | $480.01 | $480.01 | 0 | 1/20/2017 |
| 64141FG740AQ | ST CVR AY CUSFRH | D1D | 1 | 1 | 1 | $351.20 | $351.20 | $351.20 | 25 | |
| 64178FE010 | CONNECTING WIRE F SEAT | C6L | 1 | 1 | 1 | $4.00 | $4.00 | $4.00 | 0 9/23/2014 | |
| 64350FL09AVH | ST COVER ASSY B RRRH | E3D | 1 | 1 | 1 | $118.41 | $118.41 | $118.41 | 21 2/8/2017 | |

| Part Number | Description | Code | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 64580FA020ML | CLIP | A3C | 1 | 5 | 5 | $0.57 | $2.85 | 0 | 8/8/2016 | 6/18/2018 |
| 64631SG010VH | SEAT BELT INNER FRONT ULH | B3C | 1 | 1 | 1 | $34.42 | $34.42 | 1 | 10/5/2016 | 10/5/2016 |
| 64661AG10AWA | BELT AY R OUT UWR | C1B | 1 | 1 | 1 | $39.57 | $39.57 | 0 | | 11/29/2016 |
| 64665SC030AP | WQA37 SEATBELT KIT 1 - GR | B3F | 1 | 4 | 2 | $69.41 | $138.82 | 0 | 10/12/2018 | 7/23/2018 |
| 64681AL01AVH | SEAT BELT AY CENTER | D4C | 1 | 1 | 1 | $56.54 | $56.54 | 7 | | 4/26/2018 |
| 64715FG000ME | COVER THROUGH | B3D | 1 | 1 | 1 | $3.86 | $3.86 | 1 | 4/16/2018 | 8/18/2016 |
| 65009AG06A | WSHLD GL ASSY  SDI | F3B | 1 | 1 | 1 | $258.97 | $258.97 | 6 | | 5/16/2018 |
| 65009FJ320 | WSHLD GL AY W/ EYESIGHT | F1B | 1 | 2 | 2 | $611.94 | $1223.88 | 2 | 8/11/2018 | 6/22/2018 |
| 65009SG370 | WSHLD GL AY EYESIGHT | F2B | 1 | 2 | 2 | $405.73 | $811.46 | | 11/14/2018 | 11/8/2018 |
| 65009SG400 | WINDSHIELD | F3B | 1 | 1 | 1 | $251.97 | $251.97 | 5 | 5/16/2018 | 3/31/2018 |
| 65058AL01A | MOLDING F | E2B | 1 | 2 | 1 | $47.97 | $47.97 | 25 | 9/8/2016 | 9/9/2017 |
| 65158CA000 | MOLDING R   R | H1C | 1 | 1 | 1 | $18.71 | $18.71 | 5 | 5/16/2018 | 7/20/2016 |
| 65250SG000 | COVER ASSEMBLY A PILLAR R | C4D | 1 | 2 | 1 | $3.63 | $3.63 | 0 | | 8/18/2017 |
| 65550SG002VH | TONNEAU COVER AY | E2A | 1 | 1 | 1 | $110.47 | $110.47 | 16 | 6/28/2017 | 10/23/2017 |
| 65550SG012VH | TONNEAU COVER ASSEMBLY | E2A | 1 | 2 | 2 | $110.47 | $220.94 | 6 | | 7/31/2018 |
| 66049AG310 | PAD &amp; FRAME ASSY | H1B | 1 | 3 | 1 | $330.75 | $330.75 | 4 | 6/22/2018 | 11/16/2017 |
| 66110FJ040 | GRILLE VENT AY C RH | D3E | 1 | 1 | 1 | $20.79 | $20.79 | 15 | 7/26/2017 | 7/28/2017 |
| 66110FJ050 | GRILLE VENT AY C LH | D3E | 1 | 1 | 1 | $20.79 | $20.79 | 15 | 7/26/2017 | 7/28/2017 |
| 66115AL00B | GRILLE FRONT DEFROST ASSE | E3A | 1 | 1 | 1 | $11.60 | $11.60 | 6 | 4/27/2018 | 8/5/2016 |
| 66118FJ001 | GRILLE SPEAKER RH | D2F | 1 | 4 | 2 | $6.25 | $12.50 | 6 | 4/27/2018 | 4/24/2018 |
| 66135AJ00AWJ | LID FUSE ASSY  SIA | B3F | 1 | 1 | 1 | $3.21 | $3.21 | 0 | 10/12/2018 | 11/23/2016 |
| 66180AJ00A | VISOR ASSY METER SIA | D2B | 1 | 1 | 1 | $20.07 | $20.07 | 1 | | 6/11/2012 |
| 72100AL34A | HVAC UNIT SIA | H2C | 1 | 1 | 1 | $403.16 | $403.16 | 0 | | |
| 72100CA050 | HVAC UNIT | H1C | 1 | 1 | 1 | $412.24 | $412.24 | 6 | | 5/16/2018 |
| 72223AJ030 | MOTOR AY | C1H | 1 | 1 | 1 | $101.97 | $101.97 | 7 | 3/30/2018 | 3/26/2018 |
| 72223SA030 | MOTOR AY | D1C | 1 | 1 | 1 | $101.97 | $101.97 | 0 | 8/14/2017 | 8/12/2017 |
| 72311AJ08A | HTR CONT ASSY   LM | D2D | 1 | 1 | 1 | $198.23 | $198.23 | 17 | 5/24/2017 | 5/24/2017 |
| 72880AJ00A | FILTER | A3A | 7 | 31 | 7 | $13.79 | $96.53 | | 11/13/2018 | 9/26/2018 |
| 72880FG000 | FILTER | A2F | 10 | 16 | 6 | $13.79 | $82.74 | | 11/16/2018 | 9/26/2018 |
| 72880FL00A | FILTER | A2E | 1 | 3 | 3 | $7.99 | $23.97 | | 10/30/2018 | 10/5/2018 |
| 73039TA010 | PT211297 O-RING | A5C | 1 | 5 | 4 | $0.93 | $3.72 | 0 | 6/14/2018 | 11/16/2017 |
| 73039TA020 | PT211297 O-RING | A5D | 5 | 7 | 7 | $0.99 | $6.93 | 0 | 1/26/2018 | 11/16/2017 |
| 73039TA040 | PT211297 O-RING | A5C | 5 | 7 | 7 | $0.99 | $6.93 | 0 | 6/14/2018 | 11/16/2017 |
| 73111AJ00A | COMPRESSOR ASSY | D2A | 1 | 1 | 1 | $407.97 | $407.97 | 6 | 4/27/2018 | 12/7/2017 |

EXHIBIT 2

| Part Number | Description | Loc | A | B | C | Price 1 | Price 2 | No. | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 73111VA001 | COMPRESSOR ASSY | SOR | 1 | 1 | 1 | $419.99 | $419.99 | 0 | 6/29/2018 | 11/6/2018 |
| 73131AC010 | P1331096 PULLEY AY | B1F | 1 | 1 | 1 | $19.67 | $19.67 | 13 | 9/22/2017 | 9/6/2017 |
| 73132AC000 | IDLE PULLEY SHAFT | C6B | 1 | 1 | 1 | $6.58 | $6.58 | 0 | 9/22/2017 | 9/6/2017 |
| 73134AC001 | PT141001 ADJUSTER IDLE PU | C6E | 5 | 8 | 8 | $39.12 | $4.89 | 13 | 9/22/2017 | 9/6/2017 |
| 73210SG011 | CONDENSER AY | D3B | 1 | 4 | 3 | $755.91 | $251.97 | 4 | 6/1/2018 | 6/13/2018 |
| 73422AE11A | PB001144 HOSE PS ASSY | BELT | 1 | 1 | 1 | $85.83 | $85.83 | 0 | | |
| 73424AE090 | HOSE PD | D2D | 1 | 1 | 1 | $98.97 | $98.97 | 5 | 4/22/2016 | 6/18/2018 |
| 73424FJ000 | HOSE PD | D2D | 1 | 1 | 1 | $69.82 | $69.82 | 0 | 6/20/2018 | 6/21/2018 |
| 73431FE010 | PIPE CONDENSER LIQUID TAN | D2D | 1 | 1 | 1 | $60.63 | $60.63 | 21 | | 2/1/2017 |
| 73431FJ010 | PIPE | D5A | 1 | 1 | 1 | $69.31 | $69.31 | 7 | | 4/26/2018 |
| 73431VA000 | PIPE | D5A | 1 | 1 | 1 | $69.31 | $69.31 | 13 | | 10/7/2017 |
| 73523FJ051 | EVAPORATOR AY KIT COOLING | SOR | 1 | 1 | 1 | $199.97 | $199.97 | | 11/16/2018 | 11/6/2018 |
| 73531AJ030 | EXPANSION VALVE | C3D | 1 | 1 | 1 | $62.46 | $62.46 | 0 | | |
| 73610AC010 | PULLEY BRKT | A5D | 1 | 1 | 1 | $15.02 | $15.02 | 13 | 9/22/2017 | 9/6/2017 |
| 73730CA020 | SENSOR AY | B1B | 1 | 1 | 1 | $19.65 | $19.65 | 17 | | 6/15/2017 |
| 73730SA001 | SENSOR AY | A3D | 1 | 2 | 2 | $70.14 | $35.07 | 16 | 8/16/2017 | 8/22/2017 |
| 73790AC100 | FLANGE BOLT | C6I | 5 | 6 | 5 | $12.55 | $2.51 | 6 | 4/17/2018 | 9/6/2017 |
| 73796KC010 | O-RING | A4E | 1 | 1 | 1 | $3.93 | $3.93 | 0 | 9/18/2017 | 9/15/2017 |
| 73796KC020 | O-RING | A4E | 1 | 1 | 1 | $2.50 | $2.50 | 0 | 9/18/2017 | 9/15/2017 |
| 80112080 | BOLT | C4D | 1 | 3 | 3 | $5.70 | $1.90 | 18 | 4/25/2017 | 3/31/2017 |
| 800506350 | PT220294 BOLT/WASHER AY | C6G | 5 | 12 | 2 | $0.70 | $0.35 | 6 | 4/17/2018 | 12/11/2017 |
| 800606900 | BOLT 6X27.2X11 | C4E | 1 | 1 | 1 | $3.76 | $3.76 | 12 | 10/4/2017 | 9/22/2017 |
| 800610920 | BOLT 10X19.8X14 | C6G | 1 | 2 | 2 | $2.46 | $1.23 | 22 | 12/14/2016 | 5/11/2016 |
| 800706500 | BOLT | C6H | 5 | 2 | 2 | $0.70 | $0.35 | 22 | | 1/17/2017 |
| 800910470 | STUD | C5C | 1 | 2 | 2 | $4.70 | $2.35 | 0 | | 1/31/2017 |
| 803025074 | WASH 25X36XT | C6K | 1 | 1 | 1 | $4.15 | $4.15 | 19 | | 4/21/2017 |
| 803025075 | WASH 25X36XT | C6K | 1 | 1 | 1 | $4.15 | $4.15 | 19 | | 4/21/2017 |
| 803025076 | WASH 25X36XT | C6K | 1 | 1 | 1 | $4.15 | $4.15 | 19 | | 4/21/2017 |
| 803912040 | PT200293 GASKET | A5E | 10 | 19 | 10 | $8.20 | $0.82 | 0 | 1/8/2015 | 4/5/2018 |
| 803916010 | GASKET | A3C | 50 | 178 | 28 | $23.52 | $0.84 | | 11/20/2018 | 10/5/2018 |
| 803918060 | GASKET 18X24X1.0 | C6G | 1 | 3 | 3 | $8.19 | $2.73 | | 10/12/2018 | 9/27/2013 |
| 803928010 | GASKET | A4F | 1 | 1 | 1 | $1.23 | $1.23 | 7 | 5/27/2015 | 4/5/2018 |
| 805984040 | HOSE CLAMP | B1F | 1 | 2 | 2 | $13.12 | $6.56 | 0 | 7/2/2014 | 11/17/2017 |
| 806230240 | BALL BEARING 30X55X13 | C6F | 1 | 1 | 1 | $11.37 | $11.37 | | 10/12/2018 | 9/30/2017 |

EXHIBIT
7

| Part No. | Description | Code | Qty | Qty | Qty | Price | Price | Col A | Col B |
|---|---|---|---|---|---|---|---|---|---|
| 806730032 | OIL SEAL | A5E | 1 | 1 | 1 | $3.96 | $3.96 | 8 2/28/2018 | 3/30/2017 |
| 806732160 | OIL SEAL 32X55X8.5 | C6B | 5 | 3 | 3 | $10.71 | $3.57 | 21 1/6/2017 | 4/3/2014 |
| 806732200 | OIL SEAL 32X52X11 | C6I | 1 | 2 | 2 | $10.08 | $5.04 | 7 7/24/2014 | 4/17/2018 |
| 806735290 | OIL SEAL-35X50X9 | C6D | 2 | 6 | 4 | $18.68 | $4.67 | 10/12/2018 | 5/12/2018 |
| 806735300 | OIL SEAL-35X50X9 | C6C | 10 | 32 | 23 | $107.41 | $4.67 | 11/14/2018 | 8/3/2012 |
| 806742160 | OIL SEAL 42X55X8 | C6B | 10 | 2 | 2 | $7.14 | $3.57 | 6 4/17/2018 | 6/27/2016 |
| 806750080 | OILSEAL 50X62X7 | C6E | 10 | 5 | 5 | $43.70 | $8.74 | 10/12/2018 | 11/15/2016 |
| 806786040 | OIL SEAL | C6C | 10 | 15 | 15 | $107.40 | $7.16 | 10/12/2018 | 6/27/2016 |
| 806915170 | O RING 15.4X1.8 | C6H | 10 | 17 | 7 | $3.71 | $0.53 | 6 4/17/2018 | 9/22/2017 |
| 806924120 | O RING 23.8X2.8 | C6H | 10 | 12 | 10 | $9.40 | $0.94 | 1 9/12/2018 | 9/22/2017 |
| 806944060 | O RING 44.0X2.6 | C6H | 2 | 1 | 1 | $1.36 | $1.36 | 10/12/2018 | 11/21/2017 |
| 806984040 | O RING | C6C | 5 | 7 | 5 | $7.90 | $1.58 | 8 2/28/2018 | 3/30/2017 |
| 807015060 | PLUG | A4B | 1 | 4 | 4 | $4.72 | $1.18 | 0 | |
| 807020070 | PLUG | A3C | 1 | 14 | 9 | $23.22 | $2.58 | 10/12/2018 | 7/28/2018 |
| 807707140 | HOSE | C2D | 1 | 2 | 2 | $18.92 | $9.46 | 7 | 4/26/2018 |
| 809106180 | PT120297 BOLT | C6G | 1 | 2 | 2 | $1.34 | $0.67 | 7 7/30/2012 | 4/18/2018 |
| 809214500 | V BELT 14X5X845 | BELT | 2 | 1 | 1 | $11.37 | $11.37 | 3 7/31/2018 | 11/17/2017 |
| 809221140 | V BELT-21X4X1654 | BELT | 1 | 1 | 1 | $14.97 | $14.97 | 11 11/20/2017 | 11/13/2017 |
| 81302AL69C | INST PNL HARN USA | H2B | 1 | 1 | 1 | $256.31 | $256.31 | 0 | |
| 81302VA491 | HARNESS INSTRUMENT PANEL | D5C | 1 | 1 | 1 | $226.46 | $226.46 | 7 9/1/2016 | 4/26/2018 |
| 81402AL67C | WIRING HARN CTR BHD | H2B | 1 | 1 | 1 | $360.53 | $360.53 | 0 | |
| 81402FG380 | WIRING HARN CTR BHD | E3E | 1 | 1 | 1 | $909.99 | $909.99 | 0 4/13/2015 | 4/13/2015 |
| 81608AG020 | TERMINAL BASE (+) | A2B | 1 | 2 | 2 | $13.66 | $6.83 | 0 6/27/2018 | 6/13/2018 |
| 81820SG260 | CORD DOOR FRONT DRIVER | D5B | 1 | 1 | 1 | $62.80 | $62.80 | 20 | 3/1/2017 |
| 82161AG012 | ROD | A4D | 1 | 1 | 1 | $1.14 | $1.14 | 0 4/17/2018 | 5/12/2018 |
| 82161AJ10A | ROD | A2B | 1 | 1 | 1 | $1.67 | $1.67 | 0 6/19/2018 | 6/13/2018 |
| 82161AJ11A | ROD BATTERY HOLDER | A4D | 1 | 1 | 1 | $1.36 | $1.36 | 0 6/19/2018 | 6/13/2018 |
| 82161CA000 | ROD | A4D | 1 | 2 | 2 | $2.28 | $1.14 | 6 | 5/12/2018 |
| 82182AG001 | HOLDER | A4D | 1 | 2 | 2 | $10.56 | $5.28 | 0 4/17/2018 | 5/12/2018 |
| 82182AG10A | HOLDER | A4D | 1 | 1 | 1 | $8.05 | $8.05 | 0 6/19/2018 | 6/13/2018 |
| 82233AA001 | FUSE MAIN | A7E | 1 | 2 | 2 | $2.92 | $1.46 | 0 12/7/2015 | 4/13/2015 |
| 82233FC000 | FUSE CATCHER | C4D | 1 | 9 | 9 | $9.99 | $1.11 | 10/12/2018 | 1/20/2017 |
| 82243AL00A | COVER FUSE BOX | D3E | 1 | 1 | 1 | $17.90 | $17.90 | 0 | |
| 82501AG08A | RELAY ASSY | A7D | 1 | 1 | 1 | $11.14 | $11.14 | 18 4/3/2017 | 12/18/2015 |

EXHIBIT 2

EXHIBIT

| Part No | Description | Code | Q1 | Q2 | Q3 | Price 1 | Price 2 | Qty | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 83002FJ090 | BACK AND SIDE RADAR SWITC | B1B | 1 | 1 | 1 | $18.71 | $18.71 | 5 | | 6/21/2018 |
| 83071AG05B | SW AY P W SIA | C4I | 1 | 3 | 2 | $203.94 | $101.97 | | 10/12/2018 | 11/16/2017 |
| 83116AJ02B | WVR28 STRG ROLL CONNECTOR | B3C | 1 | 1 | 1 | $18.34 | $18.34 | | 10/11/2018 | 7/8/2017 |
| 83116FE020 | STEERING ROLL CONNECTOR | C4I | 1 | 1 | 1 | $189.19 | $189.19 | 24 | | 11/1/2016 |
| 83151SA010 | SWITCH CRUISE CONTROL SUB | B3D | 1 | 1 | 1 | $48.87 | $48.87 | 24 | | 11/1/2016 |
| 83196AJ04A | STRGROLL CONNECT SET | D4C | 1 | 2 | 1 | $61.47 | $61.47 | 6 | 4/10/2018 | 4/5/2018 |
| 83196FJ030 | STEERING ROLL CONNECTOR | C4H | 1 | 1 | 1 | $156.11 | $156.11 | 2 | 8/2/2018 | 12/12/2017 |
| 83281AA000 | CLUTCH SWITCH | B1F | 1 | 1 | 1 | $11.74 | $11.74 | 0 | | |
| 83311FJ001 | SWITCH STOP LP BUL | A5B | 1 | 7 | 6 | $57.06 | $9.51 | | 10/30/2018 | 11/16/2017 |
| 83321AA000 | HAND BRAKE SWITCH | B1E | 1 | 2 | 2 | $12.40 | $6.20 | 21 | 3/1/2017 | 1/16/2017 |
| 84001AL03A | HEADLAMP AY LH | F1A | 1 | 1 | 1 | $212.97 | $212.97 | 0 | 6/23/2015 | 3/15/2017 |
| 84001FJ081 | HEADLAMP AY HU RH | D2C | 1 | 1 | 1 | $251.97 | $251.97 | 11 | | 12/12/2017 |
| 84002CA122 | HEAD LAMP AY RIGHT | F1A | 1 | 2 | 1 | $611.06 | $611.06 | 19 | 3/13/2017 | 9/7/2016 |
| 84002CA132 | HEAD LAMP AY LEFT | F1A | 1 | 2 | 2 | $1222.12 | $611.06 | 4 | 6/21/2018 | 3/21/2017 |
| 84501AL03B | FOG LAMP ASSEMBLY | C2H | 1 | 2 | 2 | $105.10 | $52.55 | 10 | 12/27/2017 | 10/19/2017 |
| 8E01FJ000 | FOG LAMP AY F | D4C | 1 | 3 | 2 | $209.82 | $104.91 | 10 | 12/13/2017 | 12/13/2017 |
| 8F01AL00AVH | STOP LAMP AY HIGH MOUNT | D3B | 1 | 1 | 1 | $22.08 | $22.08 | 7 | | 4/5/2018 |
| 86112CA140 | LENS &amp; BODY CP | A3D | 1 | 1 | 1 | $23.53 | $23.53 | 0 | | |
| 84112SG060 | LENS AND BODY COMPLETE | D2C | 1 | 1 | 1 | $77.97 | $77.97 | 12 | | 11/13/2017 |
| 84920AJ010 | BULB HEAD &amp; FOG LIGHT | A5B | 1 | 11 | 4 | $36.20 | $9.05 | 5 | 5/30/2018 | 5/25/2018 |
| 84920FE000 | BULB | A5B | 1 | 12 | 12 | $42.84 | $3.57 | 0 | | 1/16/2012 |
| 84920KE010 | BULB | A5B | 2 | 3 | 2 | $8.34 | $4.17 | 5 | 5/11/2018 | 8/22/2017 |
| 84981AJ14A | CORD AY HEAD LAMP UNIT RH | B1B | 1 | 1 | 1 | $32.37 | $32.37 | 7 | | 4/16/2018 |
| 84981VA000 | CORD ASSY   T | D1B | 1 | 2 | 2 | $21.82 | $10.91 | 13 | 11/2/2015 | 10/30/2017 |
| 85021XA00A | METER MAIN ASSY | D2B | 1 | 1 | 1 | $386.61 | $386.61 | 11 | 11/13/2017 | 11/13/2017 |
| 86229SG000 | PB001396 TELEMATICS UNIT | C1D | 1 | 1 | 1 | $430.85 | $430.85 | 18 | 4/19/2017 | 3/2/2017 |
| 86271CA640 | NAVI AY  UFC | B5A | 1 | 1 | 1 | $1622.02 | $1622.02 | 6 | | 5/19/2018 |
| 86283AL85A | NAVI SOFT | B1F | 1 | 1 | 1 | $236.14 | $236.14 | | 10/11/2018 | 2/17/2017 |
| 86283FJ660 | NAVI SD MEMORY CARD | C6K | 1 | 2 | 2 | $721.30 | $360.65 | 5 | | 6/27/2018 |
| 86301SG100 | SPEAKER ASSY BFD | D4D | 1 | 1 | 1 | $89.50 | $89.50 | 7 | | 4/26/2018 |
| 86319VA000 | WTQ-76 SPEAKER REPAIR KIT | C3F | 1 | 5 | 5 | $2.30 | $0.46 | 2 | 8/15/2018 | 12/12/2017 |
| 86542XA04A | BLADE 650 W/F LHD | D2C | 1 | 2 | 2 | $59.94 | $29.97 | 15 | 6/2/2017 | 7/28/2017 |
| 86548FJ110 | PB001582 RUBBER NB35 650 | D2C | 1 | 3 | 1 | $7.17 | $7.17 | 6 | 4/4/2018 | 8/22/2017 |
| 86611SG000 | MOTOR &amp; PUMP AYFR | B1C | 1 | 1 | 1 | $23.97 | $23.97 | 0 | 4/16/2018 | 11/2/2015 |

| Part Number | Description | Code | Q1 | Q2 | Q3 | Price 1 | Price 2 | Qty/Date | Date |
|---|---|---|---|---|---|---|---|---|---|
| 86655FE020 | HOSE AY WASHER LOW | D5C | 1 | 1 | 1 | $7.36 | $7.36 | 5 | 6/18/2018 |
| 87501SG003 | CAMERA ASSY ADA | D3E | 1 | 1 | 1 | $1170.92 | $1170.92 | 20 2/2/2017 | 10/18/2016 |
| 87611AL03A | RADAR AY BACK AND SIDE | C5E | 1 | 3 | 1 | $265.92 | $265.92 | 1 9/18/2018 | 9/20/2018 |
| 87611VA020 | RADAR AY BACK AND SIDE | C5E | 1 | 1 | 1 | $296.22 | $296.22 | 1 9/17/2018 | 8/16/2017 |
| 87613AL01A | BRACKET RADAR | A2D | 1 | 1 | 1 | $3.05 | $3.05 | 0 | |
| 88036FG030 | KEYLESS TRANS TPM | B1D | 1 | 1 | 1 | $95.97 | $95.97 | 1 9/6/2018 | 1/17/2012 |
| 88205CA010 | IMM ECU AY   LHD | C1A | 1 | 1 | 1 | $95.56 | $95.56 | 0 | 11/8/2018 |
| 88831AJ00A | RECEIVER ASSEMBLY | B1B | 1 | 1 | 1 | $61.62 | $61.62 | 17 | 6/27/2017 |
| 901000344 | BOLT FLG 6X16 | C3B | 1 | 2 | 2 | $1.02 | $0.51 | 0 7/28/2017 | 8/1/2017 |
| 901000365 | BOLT FLG 8X18 | SOR | 1 | 4 | 4 | $5.40 | $1.35 | 4 11/14/2018 | 11/15/2018 |
| 901660039 | BOLT ADJ M14X66 | C6F | 1 | 1 | 1 | $4.72 | $4.72 | 20 8/6/2015 | 3/10/2017 |
| 902380008 | NUT M14 | C6B | 1 | 1 | 1 | $2.08 | $2.08 | 20 8/6/2015 | 3/10/2017 |
| 902860008 | NUT | A4E | 1 | 4 | 4 | $9.40 | $2.35 | 0 8/15/2015 | 6/18/2018 |
| 903100179 | WASHER | A4E | 1 | 4 | 4 | $5.68 | $1.42 | 0 8/15/2015 | 6/18/2018 |
| 90371TC020 | PLUG HOLE | A2D | 1 | 1 | 1 | $1.04 | $1.04 | 7 | 4/26/2018 |
| 909560042 | SCREW TAP 5X16 | C6B | 10 | 9 | 9 | $4.32 | $0.48 | 10/12/2018 | 8/27/2012 |
| 909575016 | TAPPING SCREW | A5F | 1 | 4 | 3 | $3.03 | $1.01 | 0 8/2/2017 | 8/1/2017 |
| 909740011 | TAPPING SCREW | C4D | 1 | 13 | 13 | $8.71 | $0.67 | 20 2/20/2017 | 7/12/2016 |
| 909400003 | GROMMET | A4C | 1 | 4 | 4 | $12.48 | $3.12 | 11/5/2018 | 6/18/2018 |
| 90815FJ340 | INSULATOR HOOD   NA | H1C | 1 | 1 | 1 | $80.28 | $80.28 | 22 | 1/4/2017 |
| 909130013 | PUSH RIVET | C6H | 10 | 4 | 4 | $2.68 | $0.67 | 22 12/9/2016 | 12/3/2016 |
| 909130051 | CLIP | SOR | 1 | 8 | 8 | $14.88 | $1.86 | 1 4/15/2015 | 11/17/2018 |
| 909140009 | CLIP R BUMPER | C6K | 2 | 7 | 7 | $5.32 | $0.76 | 14 8/14/2017 | 8/18/2017 |
| 909140028 | CLIP 2PIECE D10 | C3E | 1 | 2 | 2 | $4.54 | $2.27 | 7 6/30/2016 | 4/23/2018 |
| 909150031 | CLIP TRIM | A3C | 1 | 1 | 1 | $5.38 | $5.38 | 0 | 7/27/2017 |
| 909220004 | GROMMET | C3E | 1 | 2 | 2 | $5.94 | $2.97 | 23 12/16/2016 | 12/12/2016 |
| 909300012 | P3051789 SCREW | C6I | 1 | 1 | 1 | $1.97 | $1.97 | 7 6/24/2015 | 4/17/2018 |
| 909410038 | PLUG | C6I | 1 | 1 | 1 | $0.57 | $0.57 | 0 | 7/11/2017 |
| 91036AL20B | R VIEW MIR UNIT LHL | SOR | 1 | 2 | 2 | $179.94 | $89.97 | | 11/16/2018 |
| 91039AJ211 | MIRROR REPAIR   LH | C2F | 1 | 2 | 2 | $41.72 | $41.72 | 13 4/5/2018 | 11/3/2017 |
| 91039AL02A | MIRROR REPAIR   LH | B1G | 1 | 1 | 1 | $17.97 | $17.97 | 25 9/26/2016 | 6/3/2016 |
| 91046SG000 | MOLDING ASSEMBLY ROOF RIG | H2A | 1 | 1 | 1 | $58.21 | $58.21 | 5 5/16/2018 | 5/12/2015 |
| 91046SG010 | MOLDING ASSEMBLY ROOF LEF | H2A | 1 | 1 | 1 | $58.21 | $58.21 | 5 5/16/2018 | 5/12/2015 |
| 91054AJ10A | COVER CAP OUT MIRROR RH L | D5A | 1 | 1 | 1 | $26.97 | $26.97 | 14 7/24/2014 | 9/27/2017 |

EXHIBIT 2

| 91054AJ231 | COVER MIRROR BODY LH | C2D | 1 | 1 | 1 | $17.97 | $17.97 | 4 6/12/2018 | 2/23/2016 |
|---|---|---|---|---|---|---|---|---|---|
| 91054VA201 | COVER CAP MIRROR RH | C3C | 1 | 1 | 1 | $17.97 | $17.97 | 0 11/11/2017 | 10/30/2017 |
| 91059VA000 | COVER CAP REPAIR RH | C4B | 1 | 1 | 1 | $28.59 | $28.59 | 0 | 10/4/2017 |
| 91067CA020 | CAP MIR STAY RH | C2B | 1 | 1 | 1 | $7.28 | $7.28 | 0 | 6/18/2018 |
| 91112XA02A | GARNISH ASSY R/Q RH | D6A | 1 | 1 | 1 | $59.09 | $59.09 | 0 9/28/2018 | 9/28/2018 |
| 91121FE231VW | FRONT GRILLE AY | D4B | 1 | 1 | 1 | $107.97 | $107.97 | 7 | 4/26/2018 |
| 91151AL00B | ROOF RAIL ASSY USRH | H1A | 1 | 2 | 1 | $220.21 | $220.21 | 14 8/23/2017 | 8/29/2017 |
| 91165FJ000 | BRKT GRILLE STD | D2B | 1 | 1 | 1 | $11.97 | $11.97 | 7 12/12/2016 | 4/5/2018 |
| 91171FJ000 | SEAL GRILLE | E3C | 1 | 1 | 1 | $6.57 | $6.57 | 7 3/28/2013 | 4/5/2018 |
| 91423SG010 | COWL PANEL SIDE LH | D4C | 1 | 2 | 2 | $3.12 | $3.12 | 13 9/7/2017 | 10/19/2017 |
| 91486KJ010 | CAP COWL PANEL UP | C3E | 20 | 18 | 18 | $0.65 | $0.65 | 21 1/19/2017 | 5/7/2012 |
| 92011AG56AOR | SUN VISOR AY RH | D4C | 1 | 1 | 1 | $61.00 | $61.00 | 12 10/20/2017 | 9/30/2017 |
| 92031FC000 | BASE INR MIRROR | C3C | 1 | 1 | 1 | $8.41 | $8.41 | 20 | 3/14/2017 |
| 92041AJ000ME | ASSIST RAIL AY | D5A | 1 | 1 | 1 | $27.03 | $27.03 | 20 | 3/14/2017 |
| 92072AL11A | COVER HARNESS UPR | C6H | 1 | 1 | 1 | $4.94 | $4.94 | 0 | |
| 92114AL00AVH | LID ASSEMBLY CONSOLE | D2A | 1 | 1 | 1 | $77.89 | $77.89 | 23 | 12/1/2016 |
| 92114FJ040VH | LID ASSY CONSOLE BOX | D2E | 1 | 1 | 1 | $115.96 | $115.96 | 24 5/24/2016 | 11/4/2016 |
| 92114VA110VH | LID ASSY CSL LOW KWR | C4E | 1 | 1 | 1 | $98.12 | $98.12 | 21 2/8/2017 | 1/24/2017 |
| 92121VA200 | COVER ASSY F WRX | E2C | 1 | 1 | 1 | $80.28 | $80.28 | 7 8/18/2016 | 4/27/2018 |
| 92384AJ020 | LOCK COMPLETE CONSOLE BOX | C6F | 1 | 1 | 1 | $3.63 | $3.63 | 21 1/21/2017 | 12/28/2015 |
| 94022SG000VH | TRIM PANEL B PILLAR LOW R | D1A | 1 | 1 | 1 | $28.07 | $28.07 | 7 | 4/27/2018 |
| 95020AC000 | FOOT PAD | C5D | 1 | 1 | 1 | $4.84 | $4.84 | 0 | 9/19/2017 |
| 96031AG01ANN | SPOILER AY ROOFSIA | H1A | 1 | 1 | 1 | $181.58 | $181.58 | 4 6/25/2018 | 7/5/2018 |
| 96051VA000NN | SPOILER ASSY SD RH | H2A | 1 | 1 | 1 | $151.41 | $151.41 | 11 11/1/2017 | 11/2/2017 |
| 98211AL03AVH | AIR BAG MODULE ASSEMBLY-D | B2C | 1 | 1 | 1 | $197.97 | $197.97 | 0 | 7/7/2018 |
| 98271AL00C | AIR B MOD ASSEMBLY P | D4D | 1 | 1 | 1 | $469.97 | $469.97 | 0 | |
| 98279AG05A | RC AIR BAG INFLATOR KIT | E4D | 1 | 33 | 25 | $64.96 | $1624.00 | 2 8/28/2018 | 3/19/2018 |
| 98279AJ06A | RC AIR BAG MODULE P KIT | B2A | 1 | 2 | 2 | $98.85 | $197.70 | 10/18/2018 | 10/5/2018 |
| 98279FE070 | WQR53 AIR BAG INFLATOR | B2A | 1 | 1 | 1 | $72.14 | $72.14 | 10/11/2018 | 10/25/2016 |
| 98279FE12A | RC AIR BAG MODULE P KIT | B2A | 1 | 2 | 1 | $119.58 | $239.16 | 1 9/7/2018 | 11/9/2016 |
| 98279SC05B | RC AIR BAG MODULE P KIT | B3B | 1 | 2 | 2 | $111.86 | $223.72 | 10/11/2018 | 9/14/2018 |
| 99071AB420 | HOSE VACUUM | A5D | 1 | 1 | 1 | $4.79 | $4.79 | 4 7/18/2018 | 7/30/2018 |
| B3110FJ030 | STI 17-INCH ALLOY WHEEL | H2C | 1 | 7 | 7 | $262.46 | $1837.22 | 25 9/20/2016 | 5/3/2016 |
| C1010SG101 | STI LEATHER SHIFT KNOB- | C2B | 1 | 2 | 2 | $116.97 | $233.94 | 14 8/11/2017 | 8/22/2017 |

EXHIBIT 2

*(vertical stamp at left margin: EXHIBIT 11)*

*(The table has no printed column headers; generic labels are used below.)*

| Part Number | Description | Loc | Q1 | Q2 | Q3 | Price 1 | Price 2 | Col A | Col B |
|---|---|---|---|---|---|---|---|---|---|
| E201SAJ000 | WHEEL ARCH MLDG KIT | D6A | 1 | 1 | 1 | $299.96 | $299.96 | 7 12/11/2015 | 4/27/2018 |
| E201SAL030 | WHEEL ARCH MLDG REAR DRIV | H1A | 1 | 1 | 1 | $64.99 | $64.99 | 23 12/5/2016 | 11/16/2016 |
| E201SSG060 | FRONT BUMPER RIGHT | E2C | 1 | 1 | 1 | $37.97 | $37.97 | 11 | 12/29/2017 |
| E2410VA030 | 2018 STI FRONT UNDER SPOI | H2B | 1 | 3 | 1 | $299.99 | $299.99 | 0 6/19/2018 | 9/11/2018 |
| E3610AJ506 | KEY COVER SET | D2E | 1 | 1 | 1 | $14.33 | $14.33 | 24 | 10/7/2016 |
| E771SSG350 | REAR BUMPER COVER | E2A | 1 | 2 | 2 | $128.70 | $64.35 | 25 9/8/2016 | 8/4/2016 |
| F0010FL020 | SIDE WINDOW DEFL 4 DR | E2A | 1 | 1 | 1 | $77.97 | $77.97 | 16 | 7/5/2017 |
| F0010FL030 | SIDE WINDOW DEFL 5 DR | E2A | 1 | 1 | 1 | $77.97 | $77.97 | 10/24/2018 | 6/13/2018 |
| G3210AE000 | FILTER AIR FILTRATION AY | A2D | 1 | 1 | 1 | $25.97 | $25.97 | 0 | 11/23/2016 |
| H001SSC300 | WQE41 FUSED MINI HARNESS | B1F | 1 | 2 | 2 | $23.28 | $11.64 | 16 6/15/2015 | 7/15/2017 |
| H630SFJ101 | KICKER POWERED SUBWOOFER | F3A | 1 | 1 | 1 | $374.99 | $374.99 | 17 9/20/2016 | 6/26/2017 |
| J1010F010EN | SPORT GRILLE - DARK GRAY | E1A | 1 | 1 | 1 | $194.67 | $194.67 | 23 12/12/2016 | 12/7/2016 |
| J101SAJ300WH | BSM KIT SATIN WHITE | E2A | 1 | 1 | 1 | $149.47 | $149.47 | 17 3/3/2016 | 6/12/2017 |
| J501SAL600 | REAR SEATBACK PROTECTOR | E3C | 1 | 1 | 1 | $38.97 | $38.97 | 18 4/10/2018 | 4/8/2016 |
| J501SSG301 | CARPETED FLOOR MATS | E3F | 1 | 7 | 7 | $250.18 | $35.74 | 25 9/30/2016 | 6/17/2013 |
| J5X1SXC030 | ALL - WEATHER FLOOR LINER | E4F | 1 | 1 | 1 | $84.47 | $84.47 | 0 | |
| J5X1SXC100 | CARGO TRAY | E4F | 1 | 1 | 1 | $51.99 | $51.99 | 0 | |
| JBLSFI000 | BATTERY WARMER | D5B | 1 | 1 | 1 | $34.12 | $34.12 | 21 1/6/2017 | 12/30/2016 |
| L1D1SAJ100 | TRAILER HITCH | F2A | 1 | 1 | 1 | $322.46 | $322.46 | 16 6/23/2017 | 12/22/2017 |
| L1D1SXC002 | TRAILER HITCH | F2A | 1 | 1 | 1 | $286.50 | $286.50 | 11/16/2018 | 7/9/2014 |
| M001SFI000 | CAR COVER | C4J | 1 | 1 | 1 | $84.49 | $84.49 | 0 8/26/2014 | 5/4/2017 |
| M001SSC100 | FRONT END COVER FULL | E1A | 1 | 1 | 1 | $90.97 | $90.97 | 17 5/4/2017 | 9/26/2018 |
| SOA3421120 | LICENSE PLATE BRACKET - F | A4D | 1 | 11 | 11 | $221.32 | $20.12 | 1 9/7/2018 | 4/27/2018 |
| SOA3994000 | CAR COVER | E1A | 1 | 1 | 1 | $90.97 | $90.97 | 7 3/20/2015 | 10/13/2017 |
| SOA567C030 | THULE CARGO CARRIER - EXT | H2B | 1 | 1 | 1 | $344.47 | $344.47 | 7 3/23/2018 | 6/10/2016 |
| SOA567P010 | THULE PADDLEBOARD CARRIER | E3A | 1 | 1 | 1 | $181.97 | $181.97 | 23 11/15/2016 | 10/16/2017 |
| SOA567X020 | THULE CROSSBAR SET - TOUR | E4A | 1 | 2 | 2 | $651.78 | $325.89 | 12 4/13/2018 | 4/25/2018 |
| SOA591R612 | 128quot; REAR WIPER BLADE | RACK | 1 | 1 | 1 | $7.50 | $7.50 | 5 5/25/2018 | 10/5/2018 |
| SOA591R614 | 148quot; REAR WIPER BLADE | RACK | **10** | 12 | 2 | $15.00 | $7.50 | 10/2/2018 | 4/25/2018 |
| SOA591R616 | 168quot; REAR WIPER BLADE | RACK | 1 | 2 | 2 | $15.00 | $7.50 | 15 | 1/18/2012 |
| SOA591U218 | WIPER BLADE 18 | RACK | 1 | 2 | 2 | $13.14 | $6.57 | 20 2/23/2017 | 8/22/2017 |
| SOA591U218R | WIPER REFILL 18 | RACK | 1 | 3 | 3 | $10.71 | $3.57 | 17 5/31/2017 | 8/22/2017 |
| SOA591U219R | WIPER REFILL 19 | RACK | 1 | 2 | 2 | $7.14 | $3.57 | 24 | 11/23/2016 |
| SOA591U220R | USE SOA591U220 | RACK | 1 | 1 | 1 | $3.57 | $3.57 | 24 12/27/2012 | |

| Part | Description | Type | | | | Price | Ext | Qty | Date | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| SOA591U221 | WIPER BLADE 21 | RACK | 1 | 5 | 5 | $7.77 | $38.85 | 15 | 6/21/2012 | 4/25/2018 |
| SOA591U222R | PB001593 USE SOA591U222 | RACK | 1 | 4 | 4 | $3.57 | $14.28 | 22 | | 8/22/2017 |
| SOA591U224R | PB001511 WIPER REFILL 24 | RACK | 1 | 2 | 2 | $3.57 | $7.14 | 24 | | 11/23/2016 |
| SOA591U314R | PB001496 WINTER WIPER REF | RACK | 1 | 3 | 3 | $3.57 | $10.71 | 18 | 4/14/2017 | 11/23/2016 |
| SOA591U320R | WIPER REFILL 20 | RACK | 1 | 1 | 1 | $3.57 | $3.57 | 2 | 8/2/2018 | 8/22/2017 |
| SOA591U324R | WIPER REFILL 24 | RACK | 1 | 4 | 4 | $3.57 | $14.28 | 24 | | 8/22/2017 |
| SOA591U416 | HYBRID WIPER BLADE - 16&quot; | RACK | 5 | 6 | 1 | $8.97 | $8.97 | 2 | 8/15/2018 | 9/11/2018 |
| SOA591U418 | PREMIUM HYBRID WIPER BLAD | RACK | 1 | 4 | 3 | $8.97 | $26.91 | 1 | 9/4/2018 | 4/25/2018 |
| SOA591U419 | HYBRID WIPER BLADE - 19&quot; | RACK | 1 | 2 | 2 | $8.97 | $17.94 | | 10/6/2018 | 4/25/2018 |
| SOA591U420 | 20&quot; HYBRID WIPER BLADE | RACK | 1 | 5 | 5 | $8.97 | $44.85 | 15 | | 4/25/2018 |
| SOA591U422 | 22&quot; HYBRID WIPER BLADE | RACK | 1 | 5 | 5 | $8.97 | $44.85 | 2 | 8/18/2018 | 4/25/2018 |
| SOA591U424 | PREMIUM HYBRID WIPER BLAD | RACK | 1 | 5 | 3 | $10.17 | $30.51 | | 10/6/2018 | 10/15/2018 |
| SOA635305 | THREE BOND 1217H | A7D | 1 | 11 | 11 | $29.35 | $322.85 | 1 | 9/12/2018 | 12/31/2015 |
| SOA801P001F3 | DOOR EDGE GUARD KIT - JAS | D2B | 1 | 1 | 1 | $74.75 | $74.75 | 13 | | 10/6/2017 |
| SOA843X010 | CROSS BARS - AERO | E4A | 1 | 1 | 1 | $129.97 | $129.97 | 0 | | |
| Total | | 591 | | | | | $69,017.48 | | | |

EXHIBIT 2

EXHIBIT  2

## PARTS THAT ARE NOT RETURNABLE

| Part | Description | Bin | Pack Qty | OH | SCP | Dir Cost | SCP Value | Age | Last Sale | Last Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| SOA868V9370 | INDUSTRIAL STRENGTH CLEAN | A7A | | 12 | 9 | 9 | $4.01 | $36.09 | 54 | 4/4/2014 | 3/30/2018 |
| SOA868V9311 | OPTEON 1234YF | E1B | | 1 | 1 | 1 | $5.48 | $5.48 | 28 | 4/13/2017 | 9/11/2018 |
| SOA868V9170 | THROTTLE PLATE CLEANER | A6D | | 12 | 8 | 8 | $3.17 | $25.36 | 24 | 10/7/2016 | 7/2/2012 |
| SOA868V9200 | SILICONE SPRAY | A6D | | 12 | 9 | 9 | $3.39 | $30.51 | 22 | 9/26/2015 | 3/30/2018 |
| J361SAJ090A1 | TOUCH UP PAINT - CARBIDE | PAINT | | 1 | 1 | 1 | $11.99 | $11.99 | 20 | 2/2/2017 | 1/20/2017 |
| SOA868V9175 | SILICONE GASKET REMOVER | A6D | | 12 | 11 | 11 | $4.37 | $48.07 | 13 | 9/11/2017 | 3/30/2018 |
| SOA868V9130 | GLASS CLEANER | CHEM | | 12 | 26 | 26 | $2.61 | $67.86 | 12 | 10/23/2017 | 9/26/2018 |
| SOA868V9255 | TRANS COOLER FLUSH | A8E | | 12 | 15 | 15 | $9.20 | $138.00 | 11 | 11/28/2017 | 7/30/2015 |
| 57493AJ00A | KEY KIT SPARE | CSA | | 1 | 1 | 1 | $61.05 | $61.05 | 7 | | 4/17/2018 |
| SOA868V9125 | N/C CARB CLEANER | A6C | | 12 | 11 | 11 | $3.05 | $33.55 | 7 | | 4/28/2018 |
| 06VR6EL40002 | 205/60 16.0 SUBA TURANZA | TIRES | | 1 | 5 | 5 | $108.00 | $540.00 | 6 | | 6/11/2018 |
| 245WR7RE760XL | 225/45 17.0 POTENZA RE760 | TIRES | | 1 | 3 | 3 | $129.18 | $387.54 | 6 | | 5/9/2018 |
| 16HR6HTRASP02 | 215/65 16.0 HTR A/S P02 ( | TIRES | | 1 | 4 | 4 | $73.78 | $295.12 | 6 | | 5/9/2018 |
| 25HR7AMRT43 | 225/65 17.0 ALTIMAX RT43 | TIRES | | 1 | 2 | 2 | $103.18 | $206.36 | 6 | | 5/9/2018 |
| SOA868V9150 | FI CLEANER (POUR) | CHEM | | 12 | 59 | 35 | $5.55 | $194.25 | 6 | 4/13/2018 | 7/19/2012 |
| 25HR7GEOHTV2 | 225/55 17.0 GEOLANDAR G91 | TIRES | | 1 | 2 | 2 | $96.39 | $192.78 | 6 | | 5/9/2018 |
| 26HR8DGRFT | 225/60 18.0 DG DRIVEGUARD | TIRES | | 1 | 1 | 1 | $121.49 | $121.49 | 6 | | 5/9/2018 |
| 06HR6ATAS | 205/60 16.0 ADVANTAGE T/A | TIRES | | 1 | 1 | 1 | $84.38 | $84.38 | 6 | | 5/9/2018 |
| SOA868V9315 | CLIMATE CONTROL CLEANING | CHEM | | 10 | 4 | 4 | $11.21 | $44.84 | 6 | 4/17/2018 | 7/31/2012 |
| SOA868V9161 | TOP ENGINE CLEANER | A8A | | 12 | 10 | 10 | $3.71 | $37.10 | 6 | 4/23/2018 | 4/12/2018 |
| SOA868V9185 | WHITE LITHIUM GREASE | A6B | | 12 | 7 | 7 | $3.39 | $23.73 | 6 | 4/28/2018 | 3/30/2018 |
| 44WR8SIGHP | 245/40 18.0 SIGNATURE HP | TIRES | | 1 | 2 | 2 | $150.48 | $300.96 | 5 | 5/9/2018 | 5/18/2012 |
| 25VR7EL40002 | 225/50 17.0 TURANZA EL400 | TIRES | | 1 | 1 | 1 | $148.01 | $148.01 | 5 | 5/9/2018 | 10/24/2016 |
| 065HR6PUREC | 205/65 16.0 PURECONTACT W | TIRES | | 1 | 1 | 1 | $104.27 | $104.27 | 5 | 5/9/2018 | 10/24/2016 |
| 355WR8SFITAS | 235/55 18.0 S FIT AS LAUF | TIRES | | 1 | 1 | 1 | $92.81 | $92.81 | 5 | 5/18/2018 | 5/16/2018 |
| 965SR5TOURS | 195/65 15.0 AVID TOURING- | TIRES | | 1 | 1 | 1 | $57.83 | $57.83 | 5 | 5/9/2018 | 8/3/2017 |
| SOA868V9290 | ENGINE OIL SYSTEM FLUSH | A8B | | 12 | 3 | 3 | $14.28 | $42.84 | 5 | 5/30/2018 | 4/21/2014 |
| SOA427V0800 | BULK 5W-30 SYN OIL PER GA | BULK | | 55 | 150 | 95 | $13.09 | $1243.55 | 4 | 11/12/2018 | 9/11/2018 |
| J361SAJ080A1 | TOUCH UP PAINT - TWILIGHT | PAINT | | 1 | 3 | 2 | $11.99 | $23.98 | 3 | 7/26/2018 | 9/11/2018 |
| J361SXAO20A1 | T/U PAINT SEACREST GREEN | PAINT | | 1 | 2 | 2 | $11.99 | $23.98 | 3 | 7/3/2018 | 4/23/2018 |
| SOA427V1410 | SYNTHETIC 5W-30 OIL QT | E1B | | 120 | 138 | 138 | $5.18 | $714.84 | 2 | 8/15/2018 | 6/20/2018 |
| SOA868V9350 | WVX34 RUSTPROOF 30 REPAIR | E4E | | 1 | 9 | 9 | $456.75 | $4110.75 | 0 | | |

EXHIBIT 22

EXHIBIT

| Part Number | Description | Code | Q1 | Q2 | Q3 | Q4 | Price A | Price B | N | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 345WR7DZ102 | 235/45 17.0 DIREZZA DZ102 | TIRES | 1 | 4 | 4 | 4 | $478.80 | $119.70 | 0 | | 8/21/2012 |
| 055VR6S30 | 205/55 16.0 AVID S30B YOK | TIRES | 1 | 4 | 4 | 4 | $440.40 | $110.10 | 0 | | 5/14/2012 |
| SOA427V1300 | ATF WS - 5 GAL PAIL | CHEM | 1 | 2 | 2 | 2 | $404.22 | $202.11 | 0 | | |
| SOA748V0300 | HIGH TORQUE CVTF-LV | CHEM | 1 | 1 | 1 | 1 | $316.71 | $316.71 | 0 | 7/31/2014 | 3/29/2013 |
| SOA748V0200 | LINEARTONIC CVTF - 5 GAL | CHEM | 1 | 1 | 1 | 1 | $270.39 | $270.39 | 0 | | |
| 445VR8MXM4P | 245/45 18.0 PRIMACY MXM4 | TIRES | 1 | 1 | 1 | 1 | $217.56 | $217.56 | 0 | 12/17/2014 | 6/11/2014 |
| SOA427V1610 | CVTF-II - 5 GAL PAIL | CHEM | 1 | 1 | 1 | 1 | $202.72 | $202.72 | 0 | | |
| 255HR8HL400 | 225/55 18.0 DUELER H/L 40 | TIRES | 1 | 1 | 1 | 1 | $141.39 | $141.39 | 0 | 12/10/2015 | 12/10/2015 |
| SOA868V9501 | SEVERE WEATHER COMPANION | B2B | 6 | 3 | 3 | 3 | $104.76 | $34.92 | 0 | | |
| SOA868V9160 | TOP ENGINE CLEANER | A7C | 12 | 4 | 4 | 4 | $14.64 | $3.66 | 0 | | |
| SOA427V0400 | BULK 0W-20 SYN OIL PER GA | BULK | 55 | 75 | 75 | 75 | $758.25 | $10.11 | | 11/17/2018 | 9/26/2018 |
| SOA427V1310 | SYNTHETIC 0W-20 OIL QT | E1F | 120 | 77 | 77 | 77 | $412.72 | $5.36 | | 11/20/2018 | 6/20/2018 |
| SOA427V1700 | HIGH PERF GEAR OIL 75W-90 | E1C | 12 | 180 | 48 | 48 | $362.88 | $7.56 | | 11/20/2018 | 3/30/2018 |
| SOA868V9260 | SUPER COOLANT CONCENTRATE | A8B | 12 | 9 | 9 | 9 | $114.66 | $12.74 | | 10/22/2018 | 6/14/2016 |
| SOA868V9341 | ENGINE MAINTENANCE KIT | A7B | 6 | 8 | 8 | 8 | $101.36 | $12.67 | | 10/4/2018 | 9/26/2018 |
| TE15F010A1 | TOUCH UP PAINT - DESRT KH | PAINT | 1 | 1 | 1 | 1 | $11.99 | $11.99 | 6 | 10/19/2018 | 1/20/2017 |
| C5806006 | FLANGE NUT | C4C | 20 | 16 | 16 | 16 | $6.40 | $0.40 | 6 | 4/17/2018 | 4/5/2018 |
| 308006 | WASHER | C4C | 1 | 6 | 6 | 6 | $0.66 | $0.11 | 6 | 4/23/2018 | 7/7/2016 |
| CG105AB820 | GASKET AND SEAL KIT ENGIN | C1G | 1 | 1 | 1 | 1 | $177.60 | $177.60 | 20 | 4/30/2018 | 4/27/2018 |
| AQ921AA241 | VALVE AY-OIL CONT | C3D | 1 | 1 | 1 | 1 | $60.28 | $60.28 | 20 | | 11/18/2015 |
| 11018AA480 | HEAD &amp; VALVE SET CYLINDER | F1A | 1 | 1 | 1 | 2 | $692.99 | $692.99 | 0 | | |
| 11051AA070 | PLUG CYLINDER HEAD | A2D | 10 | 6 | 6 | 6 | $28.62 | $4.77 | 0 | 8/5/2015 | 8/5/2015 |
| 11122AA340 | SEALING OIL PAN | A5E | 5 | 4 | 4 | 4 | $39.60 | $9.90 | 0 | | 11/3/2017 |
| 14050AA94A | PIPE COMPLETE WATER | D3B | 1 | 1 | 1 | 1 | $280.31 | $280.31 | 7 | | 4/27/2018 |
| 15027AA290 | PLUG-1/8 | A4B | 1 | 12 | 2 | 2 | $2.22 | $1.11 | 0 | | |
| 15196AA110 | GASKET OIL TURBO | A5E | 1 | 4 | 1 | 1 | $2.16 | $2.16 | 0 | | 4/14/2018 |
| 20326AA120 | DUST SEAL STRUT F | C6G | 1 | 1 | 1 | 1 | $1.99 | $1.99 | 11 | 11/7/2017 | 11/3/2017 |
| 20372SC000 | DUST COVER R | C5F | 1 | 1 | 1 | 1 | $11.38 | $11.38 | 0 | | |
| 22641AA650 | SENSOR ASSY AIR/FUEL RATI | C1D | 1 | 3 | 1 | 1 | $121.97 | $121.97 | 1 | 9/4/2018 | 7/23/2018 |
| 22690AA960 | SEN AY OXYGEN | C1F | 1 | 3 | 1 | 1 | $101.97 | $101.97 | 2 | 8/20/2018 | 7/3/2018 |
| 22765AE224 | UNIT EGI CONTROL | C4A | 1 | 3 | 3 | 3 | $1431.36 | $477.12 | 6 | 4/23/2018 | 12/6/2016 |
| 22641AA211 | SENSOR AY A/F RATIO | C1F | 1 | 1 | 1 | 1 | $121.17 | $121.17 | 17 | 5/2/2017 | 11/2/2016 |
| 23242GA400 | BAND AXLE BOOT | C6F | 5 | 2 | 2 | 2 | $8.54 | $4.27 | 20 | 2/8/2017 | 7/13/2013 |
| 23242GA410 | BAND AXLE SFT BOOT | C6F | 5 | 4 | 4 | 4 | $17.08 | $4.27 | 20 | 2/8/2017 | 7/13/2013 |

| Part Number | Description | Code | Qty A | Qty B | Qty C | Price 1 | Price 2 | Count | Date 1 | Date 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 23300AA570R1 | REMAN STARTER | D1C | 1 | 1 | 1 | $187.97 | $187.97 | 1 | 5/13/2014 | 5/13/2014 |
| 23780AA111 | V BELT | B3E | 1 | 1 | 1 | $24.57 | $24.57 | 0 | | |
| 23780AA120 | V BELT | BELT | 1 | 1 | 1 | $24.57 | $24.57 | 1 | | |
| 26110XA02A9E | VACUUM PUMP ASSY | C4B | 1 | 1 | 1 | $152.58 | $152.58 | 6 | 4/23/2018 | 3/4/2017 |
| 26710AC02A | BRAKE DISK R | D4E | 1 | 1 | 1 | $50.97 | $50.97 | 0 | 8/1/2018 | 7/31/2018 |
| 28103FL00A | VALVE ASSEMBLY-TPMS | A3D | 1 | 4 | 4 | $267.40 | $66.85 | 0 | | |
| 28111SC050 | DISC WHEEL AL 17 | H2C | 1 | 1 | 1 | $251.97 | $251.97 | 13 | 9/19/2017 | 6/20/2017 |
| 28111VA031 | DISK WHEEL ALUMINIUM 18 | H2C | 1 | 1 | 1 | $253.97 | $253.97 | 7 | 3/7/2018 | 5/5/2016 |
| 28111VA101 | DISK WHEEL ALUMINIUM 18 | H2C | 1 | 1 | 1 | $253.37 | $253.37 | 6 | 4/23/2018 | 9/16/2016 |
| 28171AJ000 | WHEEL NUT | A5D | 5 | 7 | 7 | $13.65 | $1.95 | | 10/10/2018 | 9/26/2018 |
| 28191SA000 | TPMS VALVE STEM | A5D | 2 | 10 | 2 | $7.12 | $3.56 | | 11/2/2018 | 11/6/2018 |
| 28411CA010 | HOUSING AY R  LH | B4G | 1 | 2 | 2 | $250.40 | $125.20 | | 10/12/2018 | 11/2/2017 |
| 28411XA02A | HOUSING AY REAR AXLE RH | B4G | 1 | 1 | 1 | $368.72 | $368.72 | 7 | | 4/16/2018 |
| 28411XA03A | HOUSING AY REAR AXLE LH | B4G | 1 | 1 | 1 | $368.72 | $368.72 | 7 | | 4/16/2018 |
| 2E421XA00B | DRV SFT ASSY R | E2C | 1 | 1 | 1 | $279.99 | $279.99 | 7 | | 4/18/2018 |
| 2E473FL020 | HUB UNIT COMPLETE | D1B | 1 | 1 | 1 | $101.97 | $101.97 | 14 | | 8/3/2017 |
| 28121CA010 | CENTER CAP AY | A5C | 1 | 1 | 1 | $14.97 | $14.97 | 17 | 5/18/2017 | 11/22/2016 |
| 31517AA060 | GASKET &amp; SEAL KIT CV | C2D | 1 | 1 | 1 | $98.12 | $98.12 | 6 | 4/26/2018 | 2/10/2017 |
| 31523AA410 | PLATE SET TRANSF CLUTCH | A4C | 1 | 1 | 1 | $95.56 | $95.56 | 0 | 6/3/2015 | 5/10/2018 |
| 31523AA430 | PLATE SET TRF CCH | A4C | 1 | 1 | 1 | $95.56 | $95.56 | 0 | | 5/10/2018 |
| 31523AA440 | PLATE SET TRF CCH | A4C | 1 | 1 | 1 | $95.56 | $95.56 | 0 | | 5/10/2018 |
| 31728AA180 | STRAINER ASSY-OILTM | B4C | 1 | 1 | 1 | $71.36 | $71.36 | 0 | | |
| 32008AA151 | SW AY NEUT | C2B | 1 | 1 | 1 | $17.26 | $17.26 | 0 | 6/28/2018 | 7/2/2018 |
| 34336FA000 | SCREW | C6D | 1 | 1 | 1 | $1.33 | $1.33 | 0 | | 7/7/2018 |
| 42021SG070 | PUMP AY FUEL | C3H | 1 | 1 | 1 | $251.97 | $251.97 | | 11/16/2018 | 11/16/2018 |
| 44011AC030 | GASKET | C3C | 10 | 13 | 6 | $50.00 | $5.00 | 2 | 8/30/2018 | 10/17/2017 |
| 44059AA010 | BOLT | C5D | 10 | 18 | 8 | $22.00 | $2.75 | | 10/12/2018 | 7/7/2014 |
| 53029AL01B9P | PANEL COMPLETE RADIATOR S | D4F | 1 | 1 | 1 | $45.45 | $45.45 | 1 | 4/26/2018 | 10/31/2016 |
| 56418AL000 | COVER FILTER | C6J | 1 | 1 | 1 | $1.43 | $1.43 | 0 | | 5/8/2018 |
| 57330FG080 | CABLE F HOOD | D5B | 1 | 1 | 1 | $12.33 | $12.33 | 0 | 6/11/2014 | 6/11/2014 |
| 57497AE000 | KEY PLATE BLANK MASTER | C4C | 1 | 1 | 1 | $41.97 | $41.97 | 0 | 10/11/2018 | 8/24/2016 |
| 57497AJ01A | KEY PLATE     VAL | A4F | 1 | 8 | 2 | $83.94 | $41.97 | | 10/11/2018 | 12/13/2017 |
| 57731FG330 | COVER HOOK F | C4E | 1 | 1 | 1 | $9.76 | $9.76 | 0 | 8/23/2016 | 10/13/2017 |
| 57731SG040 | COVER BMPR F STD RIGHT | A2A | 1 | 1 | 1 | $8.74 | $8.74 | 0 | 7/6/2018 | 7/30/2018 |

EXHIBIT 2

| Part No | Description | Code | Q1 | Q2 | Q3 | Price1 | Price2 | Col9 | Date |
|---|---|---|---|---|---|---|---|---|---|
| 59110CA001 | MUD GUARD AY RH | H1B | 1 | 1 | 1 | $31.86 | $31.86 | 0 | 1/16/2012 |
| 59122FA010 | CLIP | C3F | 1 | 1 | 1 | $1.75 | $1.75 | 6 4/23/2018 | 8/22/2017 |
| 57707FJ011 | BRACKET F BUMPER CORNER L | D3C | 1 | 2 | 1 | $17.25 | $17.25 | 14 | 6/27/2017 |
| 57708SG020 | MOLDING FRONT BUMPER RH | C2F | 1 | 1 | 1 | $8.26 | $8.26 | 17 | |
| 59122SG070 | MUD GUARD REAR LEFT | H1B | 1 | 1 | 1 | $24.26 | $24.26 | | |
| 60879FJ001 | HINGE ASSY DR R G | C3G | 1 | 2 | 2 | $14.97 | $14.97 | 6 4/23/2018 | 12/2/2016 |
| 61011FJ011 | GLASS ASSY DR F LH | F2A | 1 | 1 | 1 | $190.98 | $190.98 | 0 12/24/2014 | 12/28/2016 |
| 61041AL15A | REG & MOT ASSY F LH | E3B | 1 | 1 | 1 | $149.97 | $149.97 | 0 9/19/2018 | 8/3/2018 |
| 61284SG010 | W/STRIP F DOOR PARTITION | D5C | 1 | 1 | 1 | $24.74 | $24.74 | 25 5/7/2014 | 10/22/2016 |
| 62012VA300 | GLASS DR R P SRH | D2D | 1 | 4 | 1 | $113.00 | $113.00 | 10/12/2018 | 12/28/2017 |
| 62240FJ0319P | SASH ASSY PTN R SLH | D2C | 1 | 1 | 1 | $26.00 | $26.00 | | |
| 63260AL02B | STAY AY REAR GATE RHP | E2C | 1 | 1 | 1 | $15.50 | $15.50 | 6 4/27/2018 | 7/8/2017 |
| 63260AL03B | STAY AY REAR GATE LHP | E2C | 1 | 1 | 1 | $19.68 | $19.68 | 6 4/27/2018 | 7/8/2017 |
| 63511AE03A | WEATHERSTRIP DR F LH | E1D | 1 | 1 | 1 | $22.17 | $22.17 | 0 2/11/2014 | 2/11/2014 |
| 63511AL01A | WEATHER STRIP DOOR FRON | D5C | 1 | 1 | 1 | $19.95 | $19.95 | 14 8/19/2017 | 8/18/2017 |
| 64771AL00C | WEATHER STRIP BODY SIDE | E1D | 1 | 2 | 2 | $15.48 | $15.48 | 21 | |
| 64715AL00A | COVER BOLT FRONT IN RIGHT | C3B | 1 | 1 | 1 | $2.07 | $2.07 | 0 | |
| 64620FJ030 | ST PAD AY CUSH R | H2B | 1 | 1 | 1 | $159.67 | $159.67 | 0 | |
| 64658AL01A | MOLDING F | E2B | 1 | 2 | 1 | $47.97 | $47.97 | 25 9/8/2016 | 9/9/2017 |
| 65250SG000 | COVER ASSEMBLY A PILLAR R | C4D | 1 | 2 | 1 | $3.63 | $3.63 | 0 | 8/18/2017 |
| 66118FJ001 | GRILLE SPEAKER RH | D2F | 1 | 4 | 2 | $6.25 | $6.25 | 6 4/27/2018 | 4/24/2018 |
| 66118FJ011 | GRILLE SPEAKER LH | D2F | 1 | 4 | 3 | $6.25 | $6.25 | 14 8/22/2017 | 4/24/2018 |
| 66519AL00AVH | COVER LOWER D PILLAR | F1A | 1 | 1 | 1 | $30.76 | $30.76 | 0 | 6/29/2018 |
| 72131AJ09A | SERVO MOTOR | C1H | 1 | 1 | 1 | $50.92 | $50.92 | 6 4/23/2018 | 3/4/2017 |
| 72311SG010 | HEATER CONTROL ASSEMBLY | E2B | 1 | 1 | 1 | $205.16 | $205.16 | 7 8/20/2015 | 4/23/2018 |
| 73039TA030 | PT211297 O-RING | A5D | 5 | 9 | 9 | $0.97 | $0.97 | 4 6/14/2018 | 11/16/2017 |
| 73210SC013 | CONDENSER ASSEMBLY | D3B | 1 | 1 | 1 | $251.97 | $251.97 | 17 | |
| 737411752 | SPEEDOMETER CABLE | C6H | 1 | 1 | 1 | $8.49 | $8.49 | 0 | 2/3/2017 |
| 73790AC100 | FLANGE BOLT | C6I | 5 | 6 | 5 | $2.51 | $2.51 | 6 4/17/2018 | 9/6/2017 |
| 803025072 | WASH 25X36XT | C4C | 1 | 1 | 1 | $4.15 | $4.15 | 19 | 4/21/2017 |
| 803025073 | WASH 25X36XT | C6K | 1 | 1 | 1 | $4.15 | $4.15 | 19 | 4/21/2017 |
| 803025077 | WASH 25X36XT | C6K | 1 | 1 | 1 | $4.15 | $4.15 | 19 | 4/21/2017 |
| 803912040 | PT200293 GASKET | A5E | 10 | 19 | 9 | $0.82 | $7.38 | 0 1/8/2015 | 4/5/2018 |
| 804505060 | KEY | C3C | 2 | 1 | 1 | $1.47 | $1.47 | 0 4/10/2018 | 4/10/2018 |

EXHIBIT 2

| Part Number | Description | Code | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 805323040 | CIRCLIP | C4C | 20 | 12 | 12 | $0.65 | $7.80 | 38 8/31/2015 | 8/27/2015 |
| 806910170 | O-RING | A5C | 10 | 9 | 9 | $0.49 | $4.41 | 0 1/30/2018 | 12/12/2016 |
| 806916080 | O RING 16.1X2.3 | C6E | 10 | 13 | 13 | $1.04 | $13.52 | 10/12/2018 | 9/22/2017 |
| 806917080 | O RING | A4E | 5 | 4 | 4 | $0.66 | $2.64 | 0 | 4/5/2018 |
| 806933010 | O-RING | C6E | 5 | 7 | 2 | $2.50 | $5.00 | 10/12/2018 | 9/22/2017 |
| 806984040 | O RING | C6C | 5 | 7 | 2 | $1.58 | $3.16 | 8 2/28/2018 | 3/30/2017 |
| 807020070 | PLUG | A3C | 1 | 14 | 2 | $2.58 | $5.16 | 10/12/2018 | 7/28/2018 |
| 81403FE123 | HARNESS BULKHEAD | E3E | 1 | 1 | 1 | $1215.62 | $1215.62 | 0 4/26/2018 | 7/8/2016 |
| 81611AG002 | BOOT TERMINAL | C5D | 1 | 1 | 1 | $2.71 | $2.71 | 18 | 5/12/2017 |
| 83071VA250 | POWER WINDOW SWITCH SUB | A5C | 1 | 1 | 1 | $51.97 | $51.97 | 0 | |
| 84002CA122 | HEAD LAMP AY RIGHT | F1A | 1 | 2 | 1 | $611.06 | $611.06 | 19 3/13/2017 | 9/7/2016 |
| 87611AL03A | RADAR AY BACK AND SIDE | C5E | 1 | 3 | 1 | $265.92 | $265.92 | 1 9/18/2018 | 9/20/2018 |
| 902350001 | NUT | C4E | 10 | 9 | 9 | $1.19 | $10.71 | 1 9/21/2018 | 7/7/2014 |
| 902370010 | NUT | C6G | 10 | 7 | 7 | $2.78 | $19.46 | 39 7/15/2015 | 1/17/2012 |
| 990140007 | CLIP BUMPER | A3C | 5 | 121 | 91 | $1.55 | $141.05 | 4 6/22/2018 | 11/17/2018 |
| 99140059 | CLIP 2PIECE D5 | C3F | 10 | 13 | 5 | $1.20 | $6.00 | 10/12/2018 | 10/3/2014 |
| 9151AL00B | ROOF RAIL ASSY USRH | H1A | 1 | 2 | 1 | $220.21 | $220.21 | 14 8/23/2017 | 8/29/2017 |
| 9151AL01B | ROOF RAIL ASSY USLH | H2A | 1 | 1 | 1 | $206.97 | $206.97 | 8/23/2017 | 8/29/2017 |
| 91423FL000 | COWL PANEL SIDE RH | B4D | 1 | 1 | 1 | $4.23 | $4.23 | 0 | |
| 91423FL010 | COWL PANEL SIDE LH | B4D | 1 | 1 | 1 | $4.23 | $4.23 | 0 | |
| 92151AG13A0R | CNSL ASSY OVR HD US | B4C | 1 | 1 | 1 | $78.27 | $78.27 | 0 1/5/2017 | 6/6/2016 |
| 94010AL03BME | TRIM PANEL A PILAR LEFT | E3A | 1 | 1 | 1 | $19.55 | $19.55 | 0 5/4/2016 | 5/3/2016 |
| 98271AJ02B | AIR B MOD ASSY P | C5H | 1 | 1 | 1 | $469.97 | $469.97 | 10/12/2018 | |
| 98279FE12A | RC AIR BAG MODULE P KIT | B2A | 1 | 2 | 1 | $119.58 | $239.16 | 1 9/7/2018 | 11/9/2016 |
| E3610AJ502 | COVER &amp; KEY SET | D2E | 1 | 1 | 1 | $59.06 | $59.06 | 0 | 10/8/2016 |
| F551SSG021 | CARGO NET REAR SEAT BACK | A3D | 1 | 1 | 1 | $12.99 | $12.99 | | |
| J201SSG502 | AUTO-DIMMING RIGHT EXTERI | B3E | 1 | 1 | 1 | $99.50 | $99.50 | 4/16/2018 | 8/24/2016 |
| SOA3991120 | SUNSHADE | E1A | 1 | 1 | 1 | $48.72 | $48.72 | 12 10/25/2017 | 8/9/2017 |
| SOA3991520 | SUNSHADE | E1A | 1 | 1 | 1 | $48.72 | $48.72 | 6 4/27/2018 | 3/6/2013 |
| SOA567C011 | PB001442 HEAVY DUTY ROOF | F1B | 1 | 1 | 1 | $240.47 | $240.47 | 15 10/10/2017 | 11/16/2017 |
| SOA728006 | OBK F SPLASH GUARD SERVIC | E3A | 1 | 1 | 1 | $29.21 | $29.21 | 22 | 12/15/2016 |
| 86611AL12A | MOTOR PUMP ASSEMBLY | C6J | 1 | 1 | 1 | $21.00 | $21.00 | 0 | |
| 92039FE001 | MIRROR KIT REAR VIEW IN | A5E | 1 | 2 | 2 | $34.42 | $68.84 | 0 | |
| H001SAL101 | REMOTE ENGINE STARTER - P | B3E | 1 | 4 | 3 | $277.46 | $832.38 | 0 | |

EXHIBIT 2

| Part | Description | Code | | | | Price | Total | Flag |
|------|-------------|------|---|---|---|-------|-------|------|
| 05VR7S34D | 205/50 17.0 AVID S34D YOK | TIRES | 4 | 4 | 4 | $177.59 | $710.36 | |
| 10921AA231 | VALVE AY-OIL CONT | C3D | 2 | 2 | 2 | $60.29 | $120.58 | |
| 11126AA000 | GASKET | A4B | 1 | 26 | 3 | $0.75 | $2.25 | |
| 13028AA240 | TIMING BELT | C6M | 1 | 1 | 1 | $89.97 | $89.97 | |
| 22690AB010 | SENSOR ASSEMBLY OXYGEN | C1E | 2 | 3 | 1 | $101.97 | 101.97 | Y |
| 23769AA05A | TENSIONER AY V BELT | B2E | 1 | 2 | 1 | $39.31 | $39.31 | |
| 26VR6RVR | 225/60 16.0 RAPTOR VR RIK | TIRES | 3 | 3 | 3 | $69.18 | $207.54 | |
| 28373FL000 | HUB COMPLETE FRONT AXLE | D1C | 1 | 2 | 1 | $118.77 | $118.77 | |
| 28473FL040 | HUB UNIT COMPLETE | D1C | 1 | 4 | 2 | $110.97 | $221.94 | |
| 28473XC00A | HUB UNIT COMPL R | D1B | 1 | 7 | 3 | $86.97 | $260.91 | |
| 30502AA150 | BEARING RELEASE | C1D | 1 | 2 | 2 | $32.97 | $65.94 | |
| 44022AA180 | GASKET | A4G | 1 | 2 | 1 | $14.45 | $14.45 | |
| 51478AL01C | SAUCER COMPLETE SDN | B4F | 2 | 2 | 1 | $30.49 | $30.49 | |
| 57707FG132 | BRKT SD F WR7 LH | C2F | 1 | 3 | 1 | $5.97 | $5.97 | Y |
| 57707FJ141 | BRACKET FRONT BUMPER RH | C3F | 1 | 1 | 1 | $3.57 | $3.57 | |
| 60241AL04A | REGULATOR & MOTOR AY F RH | E3B | 1 | 1 | 1 | $155.97 | $155.97 | |
| 64139AJ10CWJ | SEAT CUSHION AY FRONT RH | H1B | 1 | 1 | 1 | $552.01 | $552.01 | |
| 65009AL17D | WINDSHIELD GLASS ASSEMBLY | F3B | 1 | 1 | 1 | $258.97 | $258.97 | |
| 65009AL18C | WINDSHIELD GLASS ASSEMB | F1B | 1 | 2 | 1 | $258.97 | $258.97 | |
| 65084FJ090 | WINDSHIELD W/DEICER | F1B | 1 | 1 | 1 | $346.50 | $346.50 | |
| 73523FJ081 | EVAPORATOR AY COOLING | D3A | 1 | 4 | 1 | $251.97 | $251.97 | |
| 806924110 | O RING 24.4X3.1 | C6D | 1 | 2 | 1 | 1.78 | $1.78 | |
| 86542FJ010 | PB001521 BLADE 650 LHD | D2C | 1 | 1 | 1 | 17.97 | $17.97 | |
| 98279FG07A | RC AIR BAG MODULE P KIT | B2D | 1 | 2 | 1 | $125.71 | $125.71 | |
| B321SFL000 | WHEEL LOCKS - ALLOY | A3D | 1 | 1 | 1 | $25.99 | $25.99 | |
| J361SAJ000A1 | TOUCH UP PAINT - CRYSTAL | PAINT | 1 | 3 | 1 | $11.99 | $11.99 | |
| SOA3991720 | SUNSHADE | E1A | 1 | 1 | 1 | $48.72 | $48.72 | |
| J101SAL350 | SPLASH GUARD OBK DLR KIT | C6A | 1 | 1 | $1.00 | $84.47 | $84.47 | |
| SOA868V9110 | N/C BRAKE CLEANER | A6B | 12 | 21 | $9.00 | $3.41 | $30.69 | |
| **Total** | | | **197** | | | | **$31,570.47** | |

EXHIBIT

**DAMAGED PARTS**

| Part | Description | Bin | Pack | (OH) | DAMAGED | Dir Cost | SCP Value | Age | Last Sale | Last Receipt |
|---|---|---|---|---|---|---|---|---|---|---|
| 023806006 | FLANGE NUT | C4C | 20 | 16 | 16 | $0.40 | $6.40 | 6 | 4/17/2018 | 4/5/2018 |
| 31008006 | WASHER | C4C | 1 | 6 | 6 | $0.11 | $0.66 | 6 | 4/23/2018 | 7/7/2016 |
| 10105ABB20 | GASKET AND SEAL KIT ENGIN | C1G | 1 | 1 | 1 | $177.60 | $177.60 | | 4/30/2018 | 4/27/2018 |
| 10921AA241 | VALVE AY-OIL CONT | C3D | 1 | 1 | 1 | $60.28 | $60.28 | 20 | | 11/18/2015 |
| 11018AA480 | HEAD &amp; VALVE SET CYLINDER | F1A | 1 | 1 | 1 | $692.99 | $692.99 | 0 | | |
| 11051AA070 | PLUG CYLINDER HEAD | A2D | 10 | 6 | 6 | $4.77 | $28.62 | 0 | 8/5/2015 | 8/5/2015 |
| 11122AA340 | SEALING OIL PAN | A5E | 5 | 4 | 4 | $9.90 | $39.60 | 0 | | 11/3/2017 |
| 14050AA94A | PIPE COMPLETE WATER | D3B | 1 | 1 | 1 | $280.31 | $280.31 | 7 | | 4/27/2018 |
| 15027AA290 | PLUG-1/8 | A4B | 1 | 12 | 2 | $1.11 | $2.22 | 0 | | |
| 15196AA110 | GASKET OIL TURBO | A5E | 1 | 4 | 1 | $2.16 | $2.16 | 0 | | 4/14/2018 |
| 20326AA120 | DUST SEAL STRUT F | C6G | 1 | 1 | 1 | $1.99 | $1.99 | 11 | 11/7/2017 | 11/3/2017 |
| 20372SC000 | DUST COVER R | C5F | 1 | 1 | 1 | $11.38 | $11.38 | 0 | | |
| 21441AA650 | SENSOR ASSY AIR/FUEL RATI | C1D | 1 | 3 | 1 | $121.97 | $121.97 | 1 | 9/4/2018 | 7/23/2018 |
| 22590AA960 | SEN AY OXYGEN | C1F | 1 | 3 | 1 | $101.97 | $101.97 | 2 | 8/20/2018 | 7/3/2018 |
| 22765AE224 | UNIT EGI CONTROL | C4A | 1 | 3 | 3 | $477.12 | $1431.36 | 6 | 4/23/2018 | 12/6/2016 |
| 22741AA211 | SENSOR AY A/F RATIO | C1F | 1 | 1 | 1 | $121.17 | $121.17 | 17 | 5/2/2017 | 11/2/2016 |
| 23242GA400 | BAND AXLE BOOT | C6F | 5 | 2 | 2 | $4.27 | $8.54 | 20 | 2/8/2017 | 7/13/2013 |
| 23242GA410 | BAND AXLE SFT BOOT | C6F | 5 | 4 | 4 | $4.27 | $17.08 | 20 | 2/8/2017 | 7/13/2013 |
| 23300AA570R1 | REMAN STARTER | D1C | 1 | 1 | 1 | $187.97 | $187.97 | 1 | 5/13/2014 | 5/13/2014 |
| 23780AA111 | V BELT | B3E | 1 | 1 | 1 | $24.57 | $24.57 | 0 | | |
| 23780AA120 | V BELT | BELT | 1 | 1 | 1 | $24.57 | $24.57 | 1 | | |
| 26110XA02A9E | VACUUM PUMP ASSY | C4B | 1 | 1 | 1 | $152.58 | $152.58 | 6 | 4/23/2018 | 3/4/2017 |
| 26710AC02A | BRAKE DISK R | D4E | 1 | 1 | 1 | $50.97 | $50.97 | 0 | 8/1/2018 | 7/31/2018 |
| 28103FL00A | VALVE ASSEMBLY-TPMS | A3D | 1 | 4 | 4 | $66.85 | $267.40 | 0 | | |
| 28111SC050 | DISC WHEEL AL 17 | H2C | 1 | 1 | 1 | $251.97 | $251.97 | 13 | 9/19/2017 | 6/20/2017 |
| 28111VA031 | DISK WHEEL ALUMINIUM 18 | H2C | 1 | 1 | 1 | $253.97 | $253.97 | 7 | 3/7/2018 | 5/5/2016 |
| 28111VA101 | DISK WHEEL ALUMINIUM 18 | H2C | 1 | 1 | 1 | $253.37 | $253.37 | 6 | 4/23/2018 | 9/16/2016 |
| 28171AJ000 | WHEEL NUT | A5D | 5 | 7 | 7 | $1.95 | $13.65 | | 10/10/2018 | 9/26/2018 |
| 28191SA000 | TPMS VALVE STEM | A5D | 2 | 10 | 2 | $3.56 | $7.12 | | 11/2/2018 | 11/6/2018 |
| 28411CA010 | HOUSING AY R  LH | B4G | 1 | 2 | 2 | $125.20 | $250.40 | | 10/12/2018 | 11/2/2017 |
| 28411XA02A | HOUSING AY REAR AXLE RH | B4G | 1 | 1 | 1 | $368.72 | $368.72 | 7 | | 4/16/2018 |
| 28411XA03A | HOUSING AY REAR AXLE LH | B4G | 1 | 1 | 1 | $368.72 | $368.72 | 7 | | 4/16/2018 |

EXHIBIT

EXHIBIT

| Part No. | Description | Code | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28421XA00B | DRV SFT ASSY R | E2C | 1 | 1 | $279.99 | $279.99 | 1 | 7 | 4/18/2018 |
| 28473FL020 | HUB UNIT COMPLETE | D1B | 1 | 1 | $101.97 | $101.97 | 1 | 14 | 8/3/2017 |
| 28821CA010 | CENTER CAP AY | A5C | 1 | 1 | $14.97 | $14.97 | 1 | 17 5/18/2017 | 11/22/2016 |
| 31017AA060 | GASKET &amp; SEAL KIT CV | C2D | 1 | 1 | $98.12 | $98.12 | 1 | 6 4/26/2018 | 2/10/2017 |
| 31523AA410 | PLATE SET TRANSF CLUTCH | A4C | 1 | 1 | $95.56 | $95.56 | 1 | 0 6/3/2015 | 5/10/2018 |
| 31523AA430 | PLATE SET TRF CCH | A4C | 1 | 1 | $95.56 | $95.56 | 1 | 0 | 5/10/2018 |
| 31523AA440 | PLATE SET TRF CCH | A4C | 1 | 1 | $95.56 | $95.56 | 1 | 0 | 5/10/2018 |
| 31728AA180 | STRAINER ASSY-OILTM | B4C | 1 | 1 | $71.36 | $71.36 | 1 | 0 | |
| 32008AA151 | SW AY NEUT | C2B | 1 | 1 | $17.26 | $17.26 | 1 | 0 6/28/2018 | 7/2/2018 |
| 34336FA000 | SCREW | C6D | 1 | 1 | $1.33 | $1.33 | 1 | 0 | 7/7/2018 |
| 42021SG070 | PUMP AY FUEL | C3H | 1 | 1 | $251.97 | $251.97 | 1 | 11/16/2018 | 11/16/2018 |
| 44011AC030 | GASKET | C3C | 10 | 13 | $5.00 | $5.00 | 6 | 2 8/30/2018 | 10/17/2017 |
| 44059AA010 | BOLT | C5D | 10 | 18 | $2.75 | $2.75 | 8 | 10/12/2018 | 7/7/2014 |
| 53029AL01B9P | PANEL COMPLETE RADIATOR S | D4F | 1 | 1 | $45.45 | $45.45 | 1 | 1 4/26/2018 | 10/31/2016 |
| 56418AL000 | COVER FILTER | C6J | 1 | 1 | $1.43 | $1.43 | 1 | 0 | 5/8/2018 |
| 5F30FG080 | CABLE F HOOD | D5B | 1 | 1 | $12.33 | $12.33 | 1 | 0 6/11/2014 | 6/11/2014 |
| 57597AE000 | KEY PLATE BLANK MASTER | C4C | 1 | 1 | $41.97 | $41.97 | 1 | 0 10/11/2018 | 8/24/2016 |
| 57597AJ01A | KEY PLATE   VAL | A4F | 1 | 8 | $41.97 | $41.97 | 2 | 10/11/2018 | 12/13/2017 |
| 57731FG330 | COVER HOOK F | C4E | 1 | 1 | $9.76 | $9.76 | 1 | 0 8/23/2016 | 10/13/2017 |
| 57731SG040 | COVER BMPR F STD RIGHT | A2A | 1 | 1 | $8.74 | $8.74 | 1 | 0 7/6/2018 | 7/30/2018 |
| 59110CA001 | MUD GUARD AY F RH | H1B | 1 | 1 | $31.86 | $31.86 | 1 | 0 | |
| 59122FA010 | CLIP | C3F | 1 | 1 | $1.75 | $1.75 | 1 | 6 4/23/2018 | 1/16/2012 |
| 57707FJ011 | BRACKET F BUMPER CORNER L | D3C | 1 | 2 | $17.25 | $17.25 | 1 | 14 | 8/22/2017 |
| 57708SG020 | MOLDING FRONT BUMPER RH | C2F | 1 | 1 | $8.26 | $8.26 | 1 | 17 | 6/27/2017 |
| 59122SG070 | MUD GUARD REAR LEFT | H1B | 1 | 1 | $24.26 | $24.26 | 1 | | |
| 60879FJ001 | HINGE ASSY DR R G | C3G | 1 | 2 | $29.94 | $29.94 | 2 | 6 4/23/2018 | 12/2/2016 |
| 61011FJ011 | GLASS ASSY DR F LH | F2A | 1 | 1 | $190.98 | $190.98 | 1 | 0 12/24/2014 | 12/28/2016 |
| 61041AL15A | REG &amp; MOT ASSY F LH | E3B | 1 | 1 | $149.97 | $149.97 | 1 | 0 9/19/2018 | 8/3/2018 |
| 61284SG010 | W/STRIP F DOOR PARTITION | D5C | 1 | 1 | $24.74 | $24.74 | 1 | 25 5/7/2014 | 10/22/2016 |
| 62012VA300 | GLASS DR R P SRH | D2D | 1 | 4 | $113.00 | $113.00 | 1 | 10/12/2018 | 12/28/2017 |
| 62240FJ0319P | SASH ASSY PTN R SLH | D2C | 1 | 1 | $26.00 | $26.00 | 1 | | |
| 63260AL02B | STAY AY REAR GATE RHP | E2C | 1 | 1 | $15.50 | $15.50 | 1 | 6 4/27/2018 | 7/8/2017 |
| 63260AL03B | STAY AY REAR GATE LHP | E2C | 1 | 1 | $19.68 | $19.68 | 1 | 6 4/27/2018 | 7/8/2017 |
| 63511AE03A | WEATHERSTRIP DR F LH | E1D | 1 | 1 | $22.17 | $22.17 | 1 | 0 2/11/2014 | 2/11/2014 |

| Part No. | Description | Loc | Qty1 | Qty2 | Qty3 | Unit | Ext | OH | Date A | Date B |
|---|---|---|---|---|---|---|---|---|---|---|
| 63511AL01A | WEATHER STRIP DOOR FRON | D5C | 1 | 1 | 1 | $19.95 | $19.95 | 14 | 8/19/2017 | 8/18/2017 |
| 63571AL00C | WEATHER STRIP BODY SIDE | E1D | 1 | 2 | 2 | $15.48 | $30.96 | 21 | | |
| 64115AL00A | COVER BOLT FRONT IN RIGHT | C3B | 1 | 1 | 1 | $2.07 | $2.07 | 0 | | |
| 64320FJ030 | ST PAD AY CUSH R | H2B | 1 | 1 | 1 | $159.67 | $159.67 | 25 | 9/8/2016 | 9/9/2017 |
| 65058AL01A | MOLDING F | E2B | 1 | 2 | 1 | $47.97 | $47.97 | 0 | | 8/18/2017 |
| 652505G000 | COVER ASSEMBLY A PILLAR R | C4D | 1 | 2 | 2 | $6.25 | $12.50 | 6 | 4/27/2018 | 4/24/2018 |
| 66118FJ001 | GRILLE SPEAKER RH | D2F | 1 | 4 | 3 | $6.25 | $18.75 | 14 | 8/22/2017 | 4/24/2018 |
| 66118FJ011 | GRILLE SPEAKER LH | D2F | 1 | 4 | 1 | $30.76 | $30.76 | 0 | | 6/29/2018 |
| 66519AL00AVH | COVER LOWER D PILLAR | F1A | 1 | 1 | 1 | $50.92 | $50.92 | 6 | 4/23/2018 | 3/4/2018 |
| 72131AJ09A | SERVO MOTOR | C1H | 1 | 1 | 1 | $205.16 | $205.16 | 7 | 8/20/2015 | 4/23/2018 |
| 72311SG010 | HEATER CONTROL ASSEMBLY | E2B | 1 | 9 | 9 | $0.97 | $8.73 | 4 | 6/14/2018 | 11/16/2017 |
| 73039TA030 | PT21297 O-RING | A5D | 5 | 1 | 1 | $251.97 | $251.97 | 17 | | |
| 73210SC013 | CONDENSER ASSEMBLY | D3B | 1 | 1 | 1 | $8.49 | $8.49 | 0 | | 2/3/2017 |
| 737411752 | SPEEDOMETER CABLE | C6H | 1 | 1 | 1 | $2.51 | $2.51 | 6 | 4/17/2018 | 9/6/2017 |
| 73790AC100 | FLANGE BOLT | C6I | 5 | 6 | 1 | $4.15 | $4.15 | 19 | | 4/21/2017 |
| 805025072 | WASH 25X36XT | C4C | 1 | 1 | 1 | $4.15 | $4.15 | 19 | | 4/21/2017 |
| 88025073 | WASH 25X36XT | C6K | 1 | 1 | 1 | $4.15 | $4.15 | 19 | | 4/21/2017 |
| 88025077 | WASH 25X36XT | C6K | 1 | 1 | 1 | $0.82 | $7.38 | 0 | 1/8/2015 | 4/5/2018 |
| 803912040 | PT200293 GASKET | A5E | 10 | 19 | 9 | $1.47 | $1.47 | 0 | 4/10/2018 | 4/10/2018 |
| 805505060 | KEY | C3C | 2 | 1 | 1 | $0.65 | $7.80 | 38 | 8/31/2015 | 8/27/2015 |
| 805323040 | CIRCLIP | C4C | 20 | 12 | 12 | $0.49 | $4.41 | 0 | 1/30/2018 | 12/12/2016 |
| 806910170 | O-RING | A5C | 10 | 9 | 9 | $1.04 | $13.52 | | 10/12/2018 | 9/22/2017 |
| 806916080 | O RING 16.1X2.3 | C6E | 10 | 13 | 13 | $0.66 | $2.64 | 0 | | 4/5/2018 |
| 806917080 | O RING | A4E | 5 | 4 | 4 | $2.50 | $5.00 | | 10/12/2018 | 9/22/2017 |
| 806933010 | O-RING | C6E | 5 | 7 | 2 | $1.58 | $3.16 | 8 | 2/28/2018 | 3/30/2017 |
| 806984040 | O RING | C6C | 5 | 7 | 2 | $2.58 | $5.16 | | 10/12/2018 | 7/28/2018 |
| 807020070 | PLUG | A3C | 1 | 14 | 2 | $1215.62 | $1215.62 | 0 | 4/26/2018 | 7/8/2016 |
| 81403FE123 | HARNESS BULKHEAD | E3E | 1 | 1 | 1 | $2.71 | $2.71 | 18 | | 5/12/2017 |
| 81611AG002 | BOOT TERMINAL | C5D | 1 | 1 | 1 | $51.97 | $51.97 | 0 | | |
| 83071VA250 | POWER WINDOW SWITCH SUB | A5C | 1 | 2 | 1 | $611.06 | $611.06 | 0 | | |
| 84002CA122 | HEAD LAMP AY RIGHT | F1A | 1 | 3 | 1 | $265.92 | $265.92 | 19 | 3/13/2017 | 9/7/2016 |
| 87611AL03A | RADAR AY BACK AND SIDE | C5E | 1 | 9 | 1 | $1.19 | $10.71 | 1 | 9/18/2018 | 9/20/2018 |
| 902350001 | NUT | C4E | 10 | 9 | 9 | $2.78 | $19.46 | 1 | 9/21/2018 | 7/7/2014 |
| 902370010 | NUT | C6G | 10 | 7 | 7 | | | 39 | 7/15/2015 | 1/17/2012 |

EXHIBIT 2

EXHIBIT 2

| | | | 5 | 121 | 91 | $1.55 | $141.05 | 4 | 6/22/2018 | 11/17/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| 909140007 | CLIP BUMPER | A3C | 5 | 121 | 91 | $1.55 | $141.05 | 4 | 6/22/2018 | 11/17/2018 |
| 909140059 | CLIP 2PIECE D5 | C3F | 10 | 13 | 5 | $1.20 | $6.00 | | 10/12/2018 | 10/3/2014 |
| 91151AL00B | ROOF RAIL ASSY USRH | H1A | 1 | 2 | 1 | $220.21 | $220.21 | 14 | 8/23/2017 | 8/29/2017 |
| 91151AL01B | ROOF RAIL ASSY USLH | H2A | 1 | 1 | 1 | $206.97 | $206.97 | | 8/23/2017 | 8/29/2017 |
| 91423FL000 | COWL PANEL SIDE RH | B4D | 1 | 1 | 1 | $4.23 | $4.23 | 0 | | |
| 91423FL010 | COWL PANEL SIDE LH | B4D | 1 | 1 | 1 | $4.23 | $4.23 | 0 | | |
| 92151AG13AOR | CNSL ASSY OVR HD US | B4C | 1 | 1 | 1 | $78.27 | $78.27 | 0 | 1/5/2017 | 6/6/2016 |
| 94010AL03BME | TRIM PANEL A PILAR LEFT | E3A | 1 | 1 | 1 | $19.55 | $19.55 | 0 | 5/4/2016 | 5/3/2016 |
| 98271AJ02B | AIR B MOD ASSY P | C5H | 1 | 1 | 1 | $469.97 | $469.97 | | 10/12/2018 | |
| 98279FE12A | RC AIR BAG MODULE P KIT | B2A | 1 | 2 | 1 | $119.58 | $239.16 | 1 | 9/7/2018 | 11/9/2016 |
| E3610AJ502 | COVER &amp; KEY SET | D2E | 1 | 1 | 1 | $59.06 | $59.06 | 0 | | 10/8/2016 |
| F551SSG021 | CARGO NET REAR SEAT BACK | A3D | 1 | 1 | 1 | $12.99 | $12.99 | | | |
| J201SSG502 | AUTO-DIMMING RIGHT EXTERI | B3E | 1 | 1 | 1 | $99.50 | $99.50 | | 4/16/2018 | 8/24/2016 |
| SOA3991120 | SUNSHADE | E1A | 1 | 1 | 1 | $48.72 | $48.72 | 12 | 10/25/2017 | 8/9/2017 |
| SOA3991520 | SUNSHADE | E1A | 1 | 1 | 1 | $48.72 | $48.72 | 6 | 4/27/2018 | 3/6/2013 |
| SPB567C011 | PB001442 HEAVY DUTY ROOF | F1B | 1 | 1 | 1 | $240.47 | $240.47 | 15 | 10/10/2017 | 11/16/2017 |
| SV4728006 | OBK F SPLASH GUARD SERVIC | E3A | 1 | 1 | 1 | $29.21 | $29.21 | 22 | | 12/15/2016 |
| W111AL12A | MOTOR PUMP ASSEMBLY | C6J | 1 | 1 | 1 | $21.00 | $21.00 | 0 | | |
| 0G139FE001 | MIRROR KIT REAR VIEW IN | A5E | 1 | 2 | 2 | $34.42 | $68.84 | | 0 | |
| HQ01SAL101 | REMOTE ENGINE STARTER - P | B3E | 1 | 4 | 3 | $277.46 | $832.38 | | 0 | |
| 05VR7S34D | 205/50 17.0 AVID S34D YOK | TIRES | 4 | 4 | 4 | $177.59 | $710.36 | | | |
| 10921AA231 | VALVE AY-OIL CONT | C3D | 2 | 2 | 2 | $60.29 | $120.58 | | | |
| 11126AA000 | GASKET | A4B | 1 | 26 | 3 | $0.75 | $2.25 | | | |
| 13028AA240 | TIMING BELT | C6M | 1 | 1 | 1 | $89.97 | $89.97 | | | |
| 22690AB010 | SENSOR ASSEMBLY OXYGEN | C1E | 2 | 3 | 1 | $101.97 | $101.97 | Y | | |
| 23769AA05A | TENSIONER AY V BELT | B2E | 1 | 2 | 1 | $39.31 | $39.31 | | | |
| 26VR6RVR | 225/60 16.0 RAPTOR VR RIK | TIRES | 3 | 3 | 3 | $69.18 | $207.54 | | | |
| 28373FL000 | HUB COMPLETE FRONT AXLE | D1C | 1 | 2 | 1 | $118.77 | $118.77 | | | |
| 28473FL040 | HUB UNIT COMPLETE | D1C | 1 | 4 | 2 | $110.97 | $221.94 | | | |
| 28473XC00A | HUB UNIT COMPL R | D1B | 1 | 7 | 3 | $86.97 | $260.91 | | | |
| 30502AA150 | BEARING RELEASE | C1D | 1 | 2 | 2 | $32.97 | $65.94 | | | |
| 44022AA180 | GASKET | A4G | 1 | 2 | 1 | $14.45 | $14.45 | | | |
| 51478AL01C | SAUCER COMPLETE SDN | B4F | 2 | 2 | 1 | $30.49 | $30.49 | | | |
| 57707FG132 | BRKT SD F WR7 LH | C2F | 1 | 3 | 1 | $5.97 | $5.97 | Y | | |

| 57707FJ141 | BRACKET FRONT BUMPER RH | C3F | 1 | 1 | 1 | $3.57 | $3.57 |
| 61041AL04A | REGULATOR & MOTOR AY F RH | E3B | 1 | 1 | 1 | $155.97 | $155.97 |
| 64139AJ10CWJ | SEAT CUSHION AY FRONT RH | H1B | 1 | 1 | 1 | $552.01 | $552.01 |
| 65009AL17D | WINDSHIELD GLASS ASSEMBLY | F3B | 1 | 1 | 1 | $258.97 | $258.97 |
| 65009AL18C | WINDSHIELD GLASS ASSEMB | F1B | 1 | 2 | 1 | $258.97 | $258.97 |
| 65084FJ090 | WINDSHIELD W/DEICER | F1B | 1 | 1 | 1 | $346.50 | $346.50 |
| 73523FJ081 | EVAPORATOR AY COOLING | D3A | 1 | 4 | 1 | $251.97 | $251.97 |
| 806924110 | O RING 24.4X3.1 | C6D | 1 | 2 | 1 | 1.78 | $1.78 |
| 86542FJ010 | P8001521 BLADE 650 LHD | D2C | 1 | 1 | 1 | 17.97 | $17.97 |
| 98279FG07A | RC AIR BAG MODULE P KIT | B2D | 1 | 2 | 1 | $125.71 | $125.71 |
| B321SFL000 | WHEEL LOCKS - ALLOY | A3D | 1 | 1 | 1 | $25.99 | $25.99 |
| J361SAJ000A1 | TOUCH UP PAINT - CRYSTAL | PAINT | 1 | 3 | 1 | $11.99 | $11.99 |
| SOA3991720 | SUNSHADE | E1A | 1 | 1 | 1 | $48.72 | $48.72 |
| J101SAL350 | SPLASH GUARD OBK DLR KIT | C6A | 1 | 1 | $1.00 | $84.47 | $84.47 |
| SOA868V9110 | N/C BRAKE CLEANER | A6B | 12 | 21 | $9.00 | $3.41 | $30.69 |
| | | | | | | | |
| **Total** | **149** | | | | | | **$17,767.65** |

EXHIBIT 2

EXHIBIT  2

# 1.B.(3)

EXHIBIT 2

## Schedule 1.B.(3)

Supplies on Hand

None

EXHIBIT 2

1.C.

EXHIBIT 2

## Schedule 1.C.

Work in Process

None

EXHIBIT 2

1.D.

EXHIBIT  2

## Schedule 1.D

Furniture, Fixtures, Equipment, Signage and Advertising Materials

(attached)

EXHIBIT 2

| Area | CC Asset Description | Count | Description | Notes |
|---|---|---|---|---|
| Lower sales area | Factory car wheel display stands | 2 | Aluminum stand to sit beside car | |
| | Subaru accessory display | 1 | factory accessory parts display | |
| | Subaru TV display stand | 1 | factory TV with Subaru ads | |
| | corner desk (sales) | 4 | sales desk | 4 on a scale of one to 10 |
| | roller chairs for sales consultant | 4 | black roller chairs | 2 in good shape 2 in bad shape |
| | customer chairs | 5 | low back wooden office chairs | all in bad shape |
| | three drawer file cabinets | 2 | one black one gray | old |
| | Subaru literature rack | 1 | factory rack | |
| | dell computers for sale | 1 | computer with monitors | |
| | Hp computer for sales | 1 | computer/monitor combo | |
| Lower Customer waiting area | | | | |
| | wooden oval tables | 2 | brown tables for customer s | |
| | round table | 1 | brown wooden table | |
| | low back customer chairs | 6 | brown and black wooden chairs | wooden arms are all beat up |
| | customer waiting chairs | 6 | high back, black chairs | a little rough around the edges |
| | parts display | 1 | glass display case | old |
| | small black tables | 2 | l tables that go in-between black chairs | a little rough |
| | Frigidaire refrigerator | 1 | small glass front for customer water | looks ok, and is cold |
| | customer waiting tv | 1 | looks like a 42 inch Phillips tv on wall | |
| | Literature rack | 1 | consumer report wire rack | |
| F & l office's | | | | |
| | desk with return | 2 | two gray desk with returns and cabinet | rough shape |
| | metal 2 drawer file cabinet | 1 | gray in color | old |
| | metal 3 drawer file cabinet | 1 | black | old |
| | f&l manger chairs | 2 | roller chairs/black in color | one new/one crap |
| | customer chairs | 4 | wooden chair | rough shape |
| | four drawer filing cabinet | 1 | black filing cabinet | old |
| | computer | 1 | dell computer with monitor | |
| upper sales office | | | | |
| | Wooden desk | 3 | large brown wooden desk | in good shape |
| | computers | 1 | dell tower computers with monitors | |
| | wood chairs | 2 | wood and pleather chairs | arms all beat up |
| | two drawer file cabinet | 1 | metal file cabinet | old |
| | manager roller chairs | 3 | high back chairs on rollers | not in good shape |
| Upper sales area | | | | |
| | small wood desk | 2 | small sales desk/ brown | not in good shape |
| | wood and pleather chairs | 6 | brown and black customer chairs | arms all beat up |
| | corner desk | 1 | corner desk as in the lower section | corner desk not in a corner/ jerry rigged |
| | low back sales chairs | 3 | low back chairs on rollers | chairs look worn |
| | computers | 3 | HP all in one sales computer | |
| | wooden round table | 2 | small brown wooden table | |
| | Subaru accessory display | 1 | factory accessory stand | |
| | wooden oval tables | 1 | brown wooden oval table | same table as in the lower section |

EXHIBIT 2

| upper sales tower | | | | |
|---|---|---|---|---|
| | dell computers | 2 | dell tower computers | |
| | monitors | 4 | large monitors for management | they have two set up per station |
| | high back manager chair | 5 | black roller chairs | 2 new 3 need to go in the trash |
| | mini frig | 1 | Small mini frig for management | |
| | 4 drawer filing cabinet | 1 | black metal filing cabinet | old |
| | 3 drawer filing cabinet | 1 | black filing cabinet | old |
| | safe | 1 | small safe for car deal deposits | |
| Break room | | | | |
| | Refrigerator | 1 | stainless steel refrigerator | |
| | microwave | 1 | small microwave | |
| | toaster oven | 1 | small toaster over | old |
| | 6' table | 3 | plastic fold up tables | |
| | folding chairs | 8 | plastic folding chairs | |
| | water dispenser | 1 | black plumed water dispenser | |
| Accounting Office | | | | |
| | Small wooden desk | 5 | small wooden desk | I do not think these are worth anything |
| | dell computer | 1 | dell tower computers with monitors | |
| Service write up | | | | |
| | service writers desk | 1 | large metal/wood work station | rough shape |
| | computers | 2 | dell computers with monitors | |
| | Tire display | 1 | Roll out tire display | |
| | two drawer file cabinet | 1 | metal file cabinet | old |
| | flat screen tv | 1 | flat screen tv for Subaru advertisement | zero value |
| | Subaru tire display | 1 | two tire service tire display | |
| Service manger office | | | | |
| | desk with return and shelf | 1 | wood and metal desk/ gray | edges are rough and over all does not look good |
| | computer | 1 | dell computer with monitor | |
| | mini frig | 1 | small mini frig under the desk | |
| | three drawer file cabinet | 1 | metal file cabinet | old |
| | manager roller chairs | 1 | manager chair/ high back | |
| | customer chairs | 1 | wood and pleather chair | arms are beat up |
| Hallway to service | | | | |
| | three drawer file cabinet | 2 | metal file cabinets | old |
| Parts | | | | |
| | Tire Display | 1 | roll out tire display | |
| | display cases | 2 | glass top and front display case's | old |
| | wiper display | 1 | Factory wiper display | |
| | wheel display | 1 | 3 wheel display | |
| | factory parts literature display | 1 | Factory display | |
| | file cabinet | 1 | 5 drawer file cabinet | old |
| | file cabinet | 1 | 3 drawer file cabinet | old |
| | mini frig | 1 | Subaru mini fridge | |
| | computer | 1 | dell computer with monitor | |

EXHIBIT 2

| | file cabinet | | 2 drawer file cabinet | old | |
|---|---|---|---|---|---|
| | computers | 2 | HP all in one tec's computer | | |
| | rolling chair | 1 | high back rolling chair | | |
| File room off parts | | | | | |
| | file cabinet | 11 | 4 drawer file cabinets | old | |
| | file cabinet | 3 | 5 drawer file cabinet | old | |
| | file cabinet | 2 | large 5 drawer file cabinets | old | |
| Service Dept. | | | | | |
| | lifts | 5 | 10k lifts | one need repair | |
| | Ideal lift | 1 | 12k lift | does not work | |
| | John Bean lift | 1 | 10k lift | | |
| | celling reels | | | only two work | |
| | Transmission jack | 1 | | | |
| | cherry picker | 1 | | | |
| | air-conditioner machine | 1 | R124 machine working | | |
| | engine stands | 3 | | | |
| | floor jacks | 2 | | | |
| Signage | Exterior Signage | | All Existing | | |
| | Interior Signage | | All Existing | | |

EXHIBIT  2

# 1.E.

EXHIBIT  2

## Schedule 1.E.

Special Tools and Manufacturer Required Signage

(attached)

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)

## Instructions

1 Fill in all the required fields below.
2 Review the information on the "Inventory Sheet" worksheet with the dealership
  representative assisting in the tool inspection/survey.

3 Locate every tool on one of the Tool Graphic Forms and log whether or not each
  tool was found.
4 Save this file as a new file using the Dealer Code and Name as the filename.
5 Print this "Cover Sheet", then sign and date it where indicated along with the dealership representative.

Subaru Required Tool Survey

| Ordered By | |
|---|---|
| Robert Brown | |
| Surveyer | |
| 400612 | |
| Dealer Code | |
| 379052 | |
| KM Number | |
| CORPUS CHRISTI SUBARU | |
| Retailer Business Name | |
| 3615 S PADRE ISLAND DR | |
| Street Address | |
| CORPUS CHRISTI | TX |
| City | State |
| 78415 | 361-826-0630 |
| ZIP Code/Postal Code | Daytime Phone Number |

| Ship To (Only if different than Ordered By) | |
|---|---|
| Name | |
| Street Address | |
| City | State |
| ZIP Code/Postal Code | Daytime Phone Number |

By signing, I agree that the Service Readiness Assessment survey was
completed and I have received a copy of the results.

| Robert Brown | | Monica Pacheco | |
|---|---|---|---|
| Inspector | | Retailer Representative | |
| 03/21/18 | | 03/21/18 | |
| Date | | Date | |

EXHIBIT 2

**Critical Equipment Assessment**

**Approved Critical Equipment**

Rate the following pieces of critical equipment based on the scorecard information below.
In the case that the retailer has more than one unit for a equipment category, rate and document the newest one.

| Item | Rating * | Brand | Model | Serial | Location | Comments * |
|---|---|---|---|---|---|---|
| On-Car Brake Lathe | 2 | Procut | PFM 9.2 | 9LX35183 | Shop | |
| Wheel balancing system with RFV measurement capabilities | 2 | Hunter | GSP 9700 | QOYC2070 | Shop | |
| 1234yf A/C Service Unit | 2 | Robinair | AC1234-6 | E5A1623013726 | Shop | |
| R134a A/C Service Unit | 2 | Robinair | 34788 | 235661 | Shop | |
| Wheel Alignment Instrumentation | 2 | Hunter | N/A | LMYB996 | Shop | |
| Wheel Alignment Rack | 2 | Hunter | N/A | N/A | Shop | |

| Critical Equipment Scorecard | |
|---|---|
| Rating | Rating Status |
| 1 | Less than or equal to 5-years old - Operable |
| 2 | Greater than 5-years old - Operable |
| 3 | Age is unknown - Operable |
| 4 | Less than or equal to 5-years old - Inoperable |
| 5 | Greater than 5-years old - Inoperable |
| 6 | Age is unknown - Inoperable |
| 7 | Less than or equal to 5-years old – Repairs are needed |
| 8 | Greater than 5-years old – Repairs are needed |
| 9 | Age is unknown – Repairs are needed |
| 10 | Does NOT have |
| 11 | Refused Critical Equipment Survey |
| 12 | Offsite or sublet - not visible during survey |
| 13 | Other - see comments |

* A comment is required if a piece of equipment is given a Rating of 13.

EXHIBIT 2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 09260-39021-01 | 09260-39020-01 | Drawer 8 | INJECTOR SEAL INSTALLER SET | $74.09 | 1 | 0 | $0.00 | |
| 12281-38150 | | Drawer 8 | ENGINE HANGER BRACKET | $30.40 | 1 | 0 | $0.00 | |
| 18251AA050 | | Drawer 7 | VALVE GUIDE ADJUSTER | $7.25 | 1 | 1 | $7.25 | |
| 18251AA060 | | Drawer 7 | VALVE GUIDE ADJUSTER | $7.25 | 1 | 0 | $0.00 | |
| 18252AA000 | | Drawer 7 | CRANKSHAFT SOCKET | $88.00 | 1 | 1 | $88.00 | |
| 18258AA000 | | Drawer 8 | ADJUSTER SPRING INSTALLER | $104.00 | 1 | 1 | $104.00 | |
| 18261AA010 | | Drawer 7 | VALVE GUIDE SEAL TOOL | $16.00 | 1 | 0 | $0.00 | |
| 18270AA020 | | Drawer 7 | SOCKET | $55.30 | 1 | 0 | $0.00 | |
| 18270AA040 | | Drawer 7 | SOCKET | $29.79 | 1 | 0 | $0.00 | |
| 18270KA010 | | Drawer 15 | E16 TORX SOCKET | $91.00 | 1 | 0 | $0.00 | |
| 18270KA020 | | Drawer 2 | TORX SOCKET | $37.00 | 1 | 0 | $0.00 | |
| 18283AA000 | | Drawer 20 | ADAPTER WRENCH | $124.08 | 1 | 0 | $0.00 | |
| 18283AA010 | | Drawer 20 | ADAPTER WRENCH | $105.04 | 1 | 0 | $0.00 | |
| 18334AA000 | | Drawer 7 | PIN SET | $21.75 | 1 | 1 | $21.75 | |
| 18334AA020 | | Drawer 7 | PULLEY WRENCH PIN SET | $45.00 | 1 | 0 | $0.00 | |
| 18334AA030 | | Drawer 7 | PULLEY WRENCH INTAKE PIN SET | $41.25 | 1 | 1 | $41.25 | |
| 18334AA040 | | Drawer 7 | PULLEY WRENCH KIT PIN SET | $17.60 | 1 | 0 | $0.00 | |
| 18360AA000 | | Drawer 7 | BUSHING REMOVER/INSTALLER | $80.73 | 1 | 0 | $0.00 | |
| 18364AA000 | | Drawer 7 | VALVE ROCKER HOLDER | $19.00 | 1 | 0 | $0.00 | |
| 18355AA000 | | Drawer 7 | PULLEY WRENCH | $55.02 | 1 | 1 | $55.02 | |
| 18356AA000 | | Drawer 8 | DU INJECTOR REMOVER | $220.25 | 1 | 0 | $0.00 | |
| 18360AA020 | | Drawer 8 | HANGER BRACKET H6 | $162.95 | 1 | 0 | $0.00 | |
| 18360AA040 | | Drawer 8 | ENGINE HANGER BRACKET | $86.65 | 1 | 0 | $0.00 | |
| 18371AA000 | | Drawer 7 | QUICK-CONNECT RELEASE | $3.00 | 1 | 1 | $3.00 | |
| 18460AA030 | | Drawer 23 | DI TEST HARNESS | $950.70 | 1 | 0 | $0.00 | |
| 18460AA040 | | Drawer 23 | CVT CHECK HARNESS | $795.43 | 1 | 1 | $795.43 | |
| 18460AA050 | | Drawer 23 | CHECK BOARD HARNESS | $1,304.52 | 1 | 0 | $0.00 | |
| 18460AA120 | | Drawer 23 | CHECK BOARD HARNESS | $1,464.00 | 1 | 0 | $0.00 | |
| 18471AA000 | | Drawer 7 | FUEL PIPE ADAPTER | $209.00 | 1 | 0 | $0.00 | |
| 18620AA000 | | Drawer 14 | WRENCH ASSEMBLY | $148.00 | 1 | 1 | $148.00 | |
| 18621AA000 | | Drawer 14 | DRIVE PIN WRENCH ASSEMBLY | $204.47 | 1 | 0 | $0.00 | |
| 18630AA000 | | Drawer 16 | RETAINER WRENCH | $254.07 | 1 | 0 | $0.00 | |
| 18630AA010 | | Drawer 3 | CP RETAINER WRENCH | $400.00 | 1 | 1 | $400.00 | |
| 18631AA000 | | Drawer 14 | HANDLE | $64.78 | 1 | 0 | $0.00 | |
| 18632AA000 | | Drawer 14 | STAND PIN SET (4) | $755.00 | 1 | 0 | $0.00 | |
| 18632AA010 | | O/H | TRANSMISSION STAND ASSEMBLY | $422.33 | 1 | 0 | $0.00 | |
| 18632AA020 | | Drawer 8 | STAND ASSEMBLY | $201.50 | 1 | 0 | $0.00 | |
| 18632AA030 | | Drawer 15 | ENGINE MOUNT SPACER | $90.00 | 1 | 1 | $90.00 | |
| 18651AA000 | | Drawer 2 | MAIN SHAFT INSTALLER | $148.00 | 1 | 0 | $0.00 | |
| 18654AA000 | | Drawer 15 | DRIVEN SHAFT INSTALLER | $155.00 | 1 | 0 | $0.00 | |
| 18657AA000 | | Drawer 13 | SEAL INSTALLER | $23.00 | 1 | 0 | $0.00 | |
| 18657AA010 | | Drawer 23 | OIL SEAL INSTALLER | $50.00 | 1 | 0 | $0.00 | |
| 18657AA030 | | Drawer 7 | OIL SEAL INSTALLER | $73.00 | 1 | 0 | $0.00 | |
| 18657AA040 | | Drawer 7 | OIL SEAL INSTALLER | $101.54 | 1 | 0 | $0.00 | |
| 18658AA021 | 18658AA020 | Drawer 23 | FRONT DIFFERENTIAL RETAINING WRENCH | $264.00 | 1 | 0 | $0.00 | Alternate Tool Found |
| 18682AA010 | | Drawer 15 | SOCKET - HYPOID | $73.04 | 1 | 1 | $73.04 | |
| 18683AA000 | | Drawer 13 | T40 OIL PUMP COVER SOCKET | $10.00 | 1 | 0 | $0.00 | |
| 18664AA000 | | Drawer 16 | BASE | $611.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 18865AA000 | | Drawer 16 | HOLDER | $162.00 | 1 | 0 | $0.00 | |
| 18866AA000 | | Drawer 16 | HOLDER | $160.00 | 1 | 0 | $0.00 | |
| 18867AA000 | | Drawer 16 | HOLDER | $155.00 | 1 | 0 | $0.00 | |
| 18867AA010 | | Drawer 3 | DRIVE PIN HOLDER | $485.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

Service Readiness Assessments (SRA)
Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 18667AA020 | | Drawer 14 | HOLDER - DRIVE PINION | $174.64 | 1 | 0 | $0.00 | |
| 18668AA000 | | Drawer 15 | MAINSHAFT PUNCH | $85.50 | 1 | 0 | $0.00 | |
| 18669AA000 | | Drawer 15 | DRIVEN SHAFT PUNCH | $86.00 | 1 | 0 | $0.00 | |
| 18670AA000 | | Drawer 15 | DRIVE PIN PUNCH | $85.50 | 1 | 1 | $85.50 | |
| 18671AA000 | | Drawer 15 | OIL SEAL GUIDE | $235.00 | 1 | 0 | $0.00 | |
| 18671AA020 | | Drawer 6 | OIL SEAL GUIDE | $29.50 | 1 | 0 | $0.00 | |
| 18672AA000 | | Drawer 14 | CLIP GUIDE | $65.86 | 1 | 0 | $0.00 | |
| 18675AA000 | | Drawer 22 | DIFFERENTIAL SIDE OIL SEAL INSTALLER | $24.25 | 1 | 0 | $0.00 | |
| 18676AA020 | | Drawer 1 | WRENCH | $45.00 | 1 | 0 | $0.00 | |
| 18680AA010 | | Drawer 1 | GEAR HOLDER | $116.00 | 1 | 0 | $0.00 | |
| 18680AA020 | | Drawer 15 | GEAR HOLDER | $312.00 | 1 | 1 | $312.00 | |
| 18681AA000 | | Drawer 1 | CVT PRESSURE GAUGE ADAPTER | $24.63 | 1 | 0 | $0.00 | |
| 18681AA010 | | Drawer 1 | CVT PRESSURE ADAPTER | $34.91 | 1 | 1 | $34.91 | |
| 18681AA040 | | Drawer 1 | PRESSURE GAUGE ADAPTER | $34.89 | 1 | 0 | $0.00 | |
| 18682AA000 | | Drawer 22 | HUB SEAL INSTALLER | $137.00 | 1 | 0 | $0.00 | |
| 18720AA000 | | Drawer 15 | 3RD REMOVER ASSEMBLY | $338.00 | 1 | 0 | $0.00 | |
| 18722AA000 | | Drawer 14 | 6TH REMOVER ASSEMBLY | $332.00 | 1 | 0 | $0.00 | |
| 18723AA000 | | Drawer 15 | DRIVEN GEAR REMOVER ASSEMBLY | $307.00 | 1 | 0 | $0.00 | |
| 18750AA010 | | Drawer 2 | TORQUE CONVERTER HOLDER | $111.68 | 1 | 0 | $0.00 | |
| 18754AA000 | | Drawer 15 | BUSHING REMOVER | $199.00 | 1 | 0 | $0.00 | |
| 18757AA000 | | Drawer 15 | STRAIGHT PIN REMOVER | $25.00 | 1 | 0 | $0.00 | |
| 18758AA000 | | Drawer 15 | PULLER | $314.00 | 1 | 0 | $0.00 | |
| 18762AA001 | 18762AA000 | Drawer 3 | SPRING COMPRESSOR | $205.75 | 1 | 1 | $205.75 | |
| 18763AA000 | | Drawer 2 | COMPRESSOR SHAFT | $518.00 | 1 | 0 | $0.00 | |
| 18765AA000 | | Drawer 2 | COMPRESSOR SUPPORT | $145.90 | 1 | 0 | $0.00 | |
| 18766AA000 | | Drawer 15 | PULLER SUPPORT | $234.00 | 1 | 0 | $0.00 | |
| 18767AA000 | | Drawer 2 | BEARING REMOVER | $307.00 | 1 | 0 | $0.00 | |
| 18767AA010 | | Drawer 2 | BEARING REMOVER | $52.28 | 1 | 0 | $0.00 | |
| 18767AA020 | | Drawer 2 | BEARING REMOVER | $53.92 | 1 | 1 | $0.00 | |
| 18801AA000 | | Drawer 23 | CVT OIL PRESSURE GAUGE | $424.00 | 1 | 1 | $424.00 | |
| 18831AA000 | | Drawer 16 | GAUGE | $816.00 | 1 | 0 | $0.00 | |
| 18852AA000 | | O/H | TORQUE WRENCH - OTC# 7379 | $482.00 | 1 | 0 | $0.00 | |
| 18853AA000 | | O/H | HEIGHT GAUGE | $752.00 | 1 | 0 | $0.00 | |
| 20099PA010 | | Drawer 21 | BUSHING REPLACER | $180.00 | 1 | 0 | $0.00 | |
| 20299AG000 | | Drawer 21 | CONTROL ARM BUSHING REMOVER | $32.10 | 1 | 0 | $0.00 | |
| 20299AG010 | | Drawer 21 | CONTROL ARM BUSHING BASE | $37.50 | 1 | 0 | $0.00 | |
| 20399FG000 | | Drawer 21 | SOCKET 14 | $22.75 | 1 | 0 | $0.00 | |
| 28099AC000 | J-35910 | O/H | AXLE BOOT CLAMP PLIERS | $91.50 | 1 | 0 | $0.00 | |
| 28099PA010 | | O/H | FRONT HUB SUPPORT | $70.10 | 1 | 1 | $70.10 | |
| 28099PA100 | | Drawer 22 | DRIVESHAFT REMOVER | $218.00 | 1 | 0 | $0.00 | |
| 28399SA010 | | Drawer 22 | AXLE SHAFT PROTECTOR | $35.00 | 1 | 0 | $0.00 | |
| 303-F070-6 | | O/H | ENGINE BOLT HOOK | $31.33 | 1 | 0 | $0.00 | |
| 34099AC010 | | Drawer 18 | ADAPTER HOSE A | $223.00 | 1 | 0 | $0.00 | |
| 34099AC020 | | Drawer 18 | ADAPTER HOSE B | $231.00 | 1 | 0 | $0.00 | |
| 34099FA060 | | Drawer 17 | PUNCH | $53.00 | 1 | 0 | $0.00 | |
| 34099PA010 | | Drawer 18 | INNER RACK SEAL REMOVER | $112.00 | 1 | 0 | $0.00 | |
| 34099PA100 | | Drawer 18 | PINION LOCKNUT WRENCH | $137.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT  2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 34199AE030 | | Drawer 18 | SEAL INSTALLER | $17.00 | 1 | 1 | $17.00 | |
| 34199AG000 | | Drawer 18 | BOSS D | $180.50 | 1 | 0 | $0.00 | |
| 34199AG010 | | Drawer 18 | INSTALLER | $28.00 | 1 | 0 | $0.00 | |
| 34199AG020 | | Drawer 18 | GUIDE | $88.70 | 1 | 0 | $0.00 | |
| 34199AG060 | | Drawer 17 | PAS SEAL RING GUIDE | $46.54 | 1 | 0 | $0.00 | |

Page 4 of 13

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT  2

Service Readiness Assessments (SRA)
Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | DESCRIPTION | STORAGE LOCATION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 34199AG070 | | FORMER | Drawer 18 | $38.00 | 1 | 1 | $38.00 | |
| 34199AG080 | | FORMER | Drawer 18 | $33.00 | 1 | 0 | $0.00 | |
| 34199AG090 | | INSTALLER | Drawer 18 | $30.00 | 1 | 0 | $0.00 | |
| 34199AG100 | | POWER STEERING TEST HARNESS | Drawer 11 | $27.00 | 1 | 1 | $27.00 | |
| 34199AJ060 | | PINION NUT WRENCH | Drawer 18 | $279.00 | 1 | 1 | $279.00 | |
| 34199FE000 | | INSTALLER AND REMOVER | Drawer 18 | $139.00 | 1 | 0 | $0.00 | |
| 34199FE040 | | INSTALLER | Drawer 17 | $328.00 | 1 | 0 | $0.00 | |
| 34199XA000 | | INSTALLER | Drawer 18 | $27.00 | 1 | 0 | $0.00 | |
| 34199XA010 | | GUIDE | Drawer 17 | $233.00 | 1 | 0 | $0.00 | |
| 34199XA020 | | FORMER | Drawer 18 | $108.00 | 1 | 0 | $0.00 | |
| 34199XA030 | | INSTALLER | Drawer 17 | $46.00 | 1 | 0 | $0.00 | |
| 34199XA060 | | SEAL REMOVER | Drawer 17 | $77.00 | 1 | 0 | $0.00 | |
| 34299CA000 | | PINION NUT WRENCH | Drawer 15 | $73.24 | 1 | 1 | $73.24 | |
| 38817700 | | INSTALLER | Drawer 14 | $78.00 | 1 | 0 | $0.00 | |
| 388487700 | | GE CARRIER SIDE BEARING DRIFT | Drawer 13 | $31.50 | 1 | 0 | $0.00 | |
| 388497701 | 398497700 | PILOT | Drawer 13 | $77.50 | 1 | 0 | $0.00 | |
| 388527700 | | OISL & PULLER | Drawer 13 | $222.00 | 1 | 0 | $0.00 | |
| 388643600 | | GAUGE | Drawer 13 | $82.68 | 1 | 0 | $0.00 | |
| 399780104 | | WEIGHT BACKLASH | Drawer 16 | $83.75 | 1 | 0 | $0.00 | |
| 41099AA012 | 41099AA011 | ENGINE SUPPORT BRACKET | O/H | $85.00 | 1 | 0 | $0.00 | |
| 41099AA020 | | ENGINE SUPPORT | Drawer 7 | $49.85 | 1 | 0 | $0.00 | |
| 41099AA020 | | ENGINE SUPPORT ASSEMBLY | Drawer 7 | $191.00 | 1 | 0 | $0.00 | |
| 41099AJ000-A | | ENGINE SUPPORT BRACKET - HH | Drawer 8 | $133.00 | 1 | 0 | $0.00 | |
| 41099AJ010-A | | ENGINE SUPPORT BRACKET - H6 | Drawer 8 | $225.00 | 1 | 0 | $0.00 | |
| 41099AJ130 | | ENGINE POSITIONING BRACKET | Drawer 8 | $94.47 | 1 | 0 | $0.00 | |
| 41099YC001 | O/H | CVT REAR MOUNT REST | | $64.50 | 1 | 0 | $0.00 | |
| 41399CA000 | | BUSHING REMOVER/REPLACER | Drawer 23 | $340.00 | 1 | 0 | $0.00 | |
| 41399CA050 | | R/R LH BUSHING ASSEMBLY | Drawer 23 | $388.50 | 1 | 0 | $0.00 | |
| 41399FG001 | 41399FG000 | REAR SUBFRAME BUSHING TOOL | Drawer 22 | $382.04 | 1 | 1 | $382.04 | |
| 42094AE000 | | S/T QUICK CONNECTOR | Drawer 7 | $3.25 | 1 | 1 | $3.25 | |
| 42099CA000 | | RETAINING RING FUEL TANK | Drawer 8 | $310.26 | 1 | 0 | $0.00 | |
| 42099FL000 | | FUEL PUMP TOOL | Drawer 8 | $55.00 | 1 | 1 | $55.00 | |
| 498057300 | | OIL SEAL INSTALLER | Drawer 15 | $120.00 | 1 | 0 | $0.00 | |
| 498077000 | | 5TH DRIVEN GEAR REMOVER | Drawer 1 | $59.00 | 1 | 0 | $0.00 | |
| 498077300 | | REMOVER | Drawer 13 | $715.40 | 1 | 0 | $0.00 | |
| 498077400 | | SYNCHRONIZER CONE REMOVER | Drawer 13 | $132.00 | 1 | 0 | $0.00 | |
| 498077600 | | REMOVER | Drawer 1 | $890.00 | 1 | 0 | $0.00 | |
| 498175500 | | DIFFERENTIAL TOOL | Drawer 14 | $42.70 | 1 | 1 | $42.70 | |
| 498247001 | | MAGNET BASE | Drawer 1 | $135.00 | 1 | 1 | $135.00 | |
| 498247100 | | DIAL GAUGE | Drawer 13 | $264.00 | 1 | 1 | $264.00 | |
| 498255400 | | MAGNET BASE PLATE | Drawer 13 | $56.00 | 1 | 0 | $0.00 | |
| 498277200 | | FLYWHEEL STOPPER | Drawer 6 | $155.25 | 1 | 0 | $0.00 | |
| 498427100 | | DRIVE PINION STOPPER | Drawer 13 | $101.00 | 1 | 0 | $0.00 | |
| 498447100 | | DIFFERENTIAL SIDE SEAL INSTALLER | Drawer 1 | $52.00 | 1 | 0 | $0.00 | |
| 498515700 | | REMOVER | Drawer 13 | $290.55 | 1 | 0 | $0.00 | |
| 498517000 | | DRIVE PINION REPLACER | Drawer 13 | $524.00 | 1 | 0 | $0.00 | |
| 498627100 | | SEAT COMPRESSOR | Drawer 1 | $65.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

Service Readiness Assessments (SRA)
Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 498747300 | | Drawer 4 | PISTON RING COMPRESSOR | $333.22 | 1 | 1 | $333.22 | |
| 498937000 | | Drawer 13 | TRANSMISSION HOLDER | $58.00 | 1 | 1 | $58.00 | |
| 498937110 | | Drawer 15 | SHAFT HOLDER | $180.00 | 1 | 0 | $0.00 | |
| 499017100 | | Drawer 1 | GUIDE - PISTON PIN | $90.00 | 1 | 0 | $0.00 | |
| 499097700 | | Drawer 6 | PISTON PIN REMOVER | $274.56 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

Service Readiness Assessments (SRA)
Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 499207100 | | Drawer 1 | WRENCH - CP SPROCKET | $39.75 | 1 | 0 | $0.00 | |
| 499207400-A | 499207400 | Drawer 8 | CAMSHAFT SPROCKET WRENCH | $171.00 | 1 | 0 | $0.00 | |
| 499247300 | | Drawer 16 | DRIVE PINION INSTALLER | $152.00 | 1 | 0 | $0.00 | |
| 499247400 | | Drawer 1 | INSTALLER | $53.50 | 1 | 0 | $0.00 | |
| 499267300 | | Drawer 1 | REMOVER PIN | $20.93 | 1 | 0 | $0.00 | |
| 499277100 | | Drawer 13 | 1-2 BUSHING INSTALLER | $145.00 | 1 | 1 | $145.00 | |
| 499277200 | | Drawer 1 | 1-2 BUSHING INSTALLER | $160.00 | 1 | 0 | $0.00 | |
| 499497000 | | Drawer 6 | TORX PLUS BIT - T40 | $10.25 | 1 | 0 | $0.00 | |
| 499575400 | | Drawer 1 | BEARING HEIGHT GAUGE | $106.00 | 1 | 1 | $106.00 | |
| 499577000 | | Drawer 10 | TRANSFER GAUGE | $13.00 | 1 | 0 | $0.00 | |
| 499585500 | | Drawer 7 | OIL SEAL GUIDE | $135.00 | 1 | 1 | $135.00 | |
| 499585700 | | Drawer 8 | OIL SEAL GUIDE | $45.50 | 1 | 0 | $0.00 | |
| 499587100 | | Drawer 1 | OIL SEAL INSTALLER | $52.75 | 1 | 0 | $0.00 | |
| 499587200 | | Drawer 3 | OIL SEAL INSTALLER | $62.26 | 1 | 0 | $0.00 | |
| 499587500 | | Drawer 6 | OIL SEAL INSTALLER | $55.70 | 1 | 1 | $55.70 | |
| 499587600 | | Drawer 6 | OIL SEAL INSTALLER | $31.75 | 1 | 1 | $31.75 | |
| 499587700 | | Drawer 6 | CAMSHAFT SEAL INSTALLER | $42.24 | 1 | 1 | $42.24 | |
| 499597000 | | Drawer 6 | OIL SEAL GUIDE | $123.00 | 1 | 0 | $0.00 | |
| 499718000 | | Drawer 6 | VALVE SPRING REMOVER | $94.85 | 1 | 0 | $0.00 | |
| 499733000 | | Drawer 6 | PULLER | $104.00 | 1 | 0 | $0.00 | |
| 499737100 | | Drawer 2 | PULLER SET | $467.00 | 1 | 0 | $0.00 | |
| 499747100 | | Drawer 1 | CLUTCH DISC GUIDE | $54.54 | 1 | 0 | $0.00 | |
| 499756602 | | Drawer 1 | COMPRESSOR | $33.75 | 1 | 0 | $0.00 | |
| 499757002 | | Drawer 13 | INSTALLER | $57.95 | 1 | 1 | $57.95 | |
| 499765900 | | Drawer 7 | VALVE GUIDE REAMER | $56.50 | 1 | 0 | $0.00 | |
| 499767700 | | Drawer 6 | INTAKE VALVE GUIDE ADJUSTER | $55.50 | 1 | 0 | $0.00 | |
| 499767800 | | Drawer 6 | EXHAUST VALVE GUIDE ADJUSTER | $69.50 | 1 | 0 | $0.00 | |
| 499787000 | | Drawer 13 | WRENCH ASSEMBLY | $86.33 | 1 | 0 | $0.00 | |
| 499787500 | | Drawer 1 | PRELOAD ADAPTER WRENCH | $196.00 | 1 | 1 | $196.00 | |
| 499787700 | | Drawer 1 | WRENCH | $323.00 | 1 | 0 | $0.00 | |
| 499857000 | | Drawer 13 | REMOVER AY DRIVE GEAR | $204.00 | 1 | 0 | $0.00 | |
| 499877000 | | Drawer 14 | 4-5 RACE INSTALLER | $21.00 | 1 | 1 | $21.00 | |
| 499917500 | | Drawer 14 | AY DRIVE PINION GAGE | $293.00 | 1 | 0 | $0.00 | |
| 499927100 | | Drawer 14 | TRANSMISION MAIN SHAFT HANDLE | $113.50 | 1 | 0 | $0.00 | |
| 499977100 | | Drawer 8 | CRANKSHAFT PULLEY WRENCH | $45.50 | 1 | 0 | $0.00 | |
| 499977400 | | Drawer 8 | CRANKSHAFT PULLEY WRENCH | $70.00 | 1 | 0 | $0.00 | |
| 499977500 | | Drawer 7 | CAMSHAFT SPROCKET HOLDING TOOL | $117.00 | 1 | 1 | $117.00 | |
| 499987300 | | Drawer 7 | SOCKET WRENCH | $124.00 | 1 | 0 | $0.00 | |
| 61299CA000 | | Drawer 20 | REGULATOR DOOR ALIGNER | $14.57 | 1 | 0 | $0.00 | |
| 61299CA010 | | Drawer 20 | REGULATOR DOOR ALIGNER | $14.57 | 1 | 0 | $0.00 | |
| 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 | | OJH | REDLINE SMOKE MACHINE | $1,575.11 | 1 | 0 | $0.00 | |
| 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 | 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 EVAP KIT | Drawer 20 | EVAP ADAPTER PLUG | $17.50 | 1 | 1 | $17.50 | |
| 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 | 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 EVAP KIT | Drawer 20 | EVAP PASS THROUGH PLUG | $24.00 | 1 | 1 | $24.00 | |
| 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 | | Drawer 20 | CONDENSER SPECIAL TOOL | $104.78 | 1 | 0 | $0.00 | |
| 73099SG000 | | Drawer 20 | A/C HIGH PRESSURE REMOVER | $67.00 | 1 | 0 | $0.00 | |
| 73499XA00A | | Drawer 20 | A/C LOW PRESSURE REMOVER | $75.00 | 1 | 0 | $0.00 | |
| 73499XA01A | | OJH | ICHART | $106.00 | 1 | 0 | $0.00 | |
| 87599VA000 | | | | | | | | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

Service Readiness Assessments (SRA)
Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 87599YC001 | | O/H | ICHART - ADA CAMERA | $258.54 | 1 | 1 | $258.54 | |
| 899524100 | | Drawer 3 | PULLER | $108.00 | 1 | 0 | $0.00 | |
| 899580100 | | Drawer 6 | INSTALLER | $39.74 | 1 | 1 | $39.74 | |
| 899714110 | | Drawer 2 | CAMSHAFT GEAR REMOVER | $122.00 | 1 | 0 | $0.00 | |
| 899858600 | | Drawer 14 | RETAINER | $112.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| 899864100 | | Drawer 13 | INSTALLER | $22.25 | 1 | 1 | $22.25 | |
| 899884100 | | Drawer 14 | HOLDER | $192.00 | 1 | 0 | $0.00 | |
| 9011914120 | | Drawer 8 | ENGINE BRACKET | $6.81 | 1 | 0 | $0.00 | |
| 925091000 | | Drawer 21 | BAND TIGHTNER | $26.25 | 1 | 0 | $0.00 | |
| 925711000-A | | Drawer 19 | POWER STEERING PRESSURE TESTER | $175.00 | 1 | 0 | $0.00 | |
| 926200000 | | Drawer 19 | GEAR BOX STAND | $105.00 | 1 | 0 | $0.00 | |
| 926230000 | | Drawer 17 | SPANNER | $178.00 | 1 | 0 | $0.00 | |
| 926420000 | | Drawer 17 | PLUG | $88.00 | 1 | 0 | $0.00 | |
| 926470000 | | OIH | AXLE SHAFT PULLER | $304.00 | 1 | 0 | $0.00 | |
| 927080000 | | Drawer 22 | HUB PULLER | $157.00 | 1 | 0 | $0.00 | |
| 927640000 | | Drawer 22 | B INSTALLER | $38.00 | 1 | 0 | $0.00 | |
| 927680000 | | Drawer 17 | INSTALLER & REMOVER | $172.44 | 1 | 1 | $172.44 | |
| 927720000 | | Drawer 21 | INSTALLER & REMOVER | $140.00 | 1 | 1 | $140.00 | |
| 98299AG010 | | Drawer 12 | TEST HARNESS V | $91.00 | 1 | 0 | $0.00 | |
| 98299AG040 | | Drawer 12 | TEST HARNESS Y | $17.00 | 1 | 0 | $0.00 | |
| 98299AG060 | | Drawer 12 | TEST HARNESS D | $32.25 | 1 | 0 | $0.00 | |
| 98299AG070 | | Drawer 9 | TEST HARNESS AG | $308.00 | 1 | 0 | $0.00 | |
| 98299AG080 | | Drawer 10 | AIR BAG TEST HARNESS | $218.00 | 1 | 1 | $218.00 | |
| 98299AG090 | | Drawer 11 | TEST HARNESS AI | $41.50 | 1 | 0 | $0.00 | |
| 98299AL000 | | Drawer 12 | TEST HARNESS | $29.00 | 1 | 0 | $0.00 | |
| 98299AL010 | | Drawer 12 | TEST HARNESS | $209.55 | 1 | 0 | $0.00 | |
| 98299AL020 | | Drawer 12 | TEST HARNESS | $6.50 | 1 | 0 | $0.00 | |
| 98299AL030 | | Drawer 12 | TEST HARNESS | $45.00 | 1 | 0 | $0.00 | |
| 98299CA000 | | Drawer 12 | AD AR TEST HARNESS | $47.25 | 1 | 0 | $0.00 | |
| 98299CA010 | | Drawer 10 | TEST HARNESS | $35.40 | 1 | 0 | $0.00 | |
| 98299CA020 | | Drawer 10 | AT TEST HARNESS | $21.83 | 1 | 0 | $0.00 | |
| 98299FA030-1 | 98299FA030 | Drawer 12 | AIR BAG TEST HARNESS | $65.00 | 1 | 0 | $0.00 | Alternate Tool Found |
| 98299FC010 | | Drawer 11 | SUBARU AIRBAG HARNESS | $62.00 | 1 | 0 | $0.00 | |
| 98299FG000 | | Drawer 10 | TEST HARNESS -AJ | $66.00 | 1 | 0 | $0.00 | |
| 98299FG010 | | Drawer 11 | TEST HARNESS AD-K | $26.50 | 1 | 0 | $0.00 | |
| 98299FJ030 | | Drawer 11 | AIR BAG TEST HARNESS | $28.65 | 1 | 1 | $28.65 | |
| 98299FL020 | | Drawer 11 | ODS Harness: TEST HARNESS BB | $49.14 | 1 | 0 | $0.00 | |
| 98299FL030 | | Drawer 11 | ODS Harness: TEST HARNESS BC | $7.85 | 1 | 0 | $0.00 | |
| 98299PA030 | | Drawer 9 | AIR BAG DEPLOYMNT HARNESS | $71.50 | 1 | 0 | $0.00 | |
| 98299PA040 | | Drawer 10 | AIR BAG RESISTOR | $30.25 | 2 | 0 | $0.00 | |
| 98299SA000 | | Drawer 10 | TEST IN) HARNESS | $54.78 | 1 | 0 | $0.00 | |
| 98299SA010 | | Drawer 10 | TEST ID) HARNESS | $27.75 | 1 | 0 | $0.00 | |
| 98299SA020 | | Drawer 9 | TEST (P) HARNESS | $45.50 | 1 | 0 | $0.00 | |
| 98299SA040 | | Drawer 10 | TEST (Q) HARNESS | $70.50 | 1 | 0 | $0.00 | |
| 98299XA000 | | Drawer 18 | AB TEST HARNESS | $97.00 | 1 | 0 | $0.00 | |
| 98299XA010 | | Drawer 19 | AC TEST HARNESS | $112.42 | 1 | 0 | $0.00 | |
| 98299XA020 | | Drawer 19 | AD TEST HARNESS | $136.57 | 1 | 0 | $0.00 | |
| 98299XA030 | | Drawer 19 | AE TEST HARNESS | $49.75 | 1 | 0 | $0.00 | |
| 99099AL000 | | Drawer 22 | BRAKE CALIPER SEAL DRIVER | $38.50 | 1 | 0 | $0.00 | |
| EN-49245-SUB | | Drawer 8 | INJECTOR SEALS INSTALLER/SIZER | $66.00 | 1 | 0 | $0.00 | |
| GR8-1100-SUB | | SHOP | SUBARU BATT DIAG STATION | $3,500.00 | 1 | 0 | $0.00 | |
| J-33401-4 | | Drawer 10 | 6MM RECESSED NUTS | $114.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| J-39401-B | | O/H | SIR DEPLOYMENT FIXTURE | $796.00 | 1 | 0 | $0.00 | |
| J-47673 | | SHOP | PASSENGER WEIGHT TOOL | $1,748.00 | 1 | 1 | $1,748.00 | |
| J-49755 | | Drawer 6 | FUEL ALCOHOL TESTER | $19.00 | 1 | 1 | $19.00 | |
| J-49863 | | Drawer 23 | FUEL PRESSURE TEST KIT | $151.00 | 1 | 1 | $151.00 | |
| J-50135 | | O/H | ENGINE SUPPORT FIXTURE | $525.00 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| J-50135-5 | | O/H | ENGINE BRIDGE - LONG STANCHION | $60.00 | 1 | 0 | $0.00 | |
| J-50136 | | O/H | ENGINE LIFTING BRACKET | $110.00 | 1 | 1 | $110.00 | |
| J-50137 | | O/H | ENGINE SAFETY SLING & SHACKLE | $91.00 | 1 | 0 | $0.00 | |
| J-50552 | | Drawer 7 | PULLEY WRENCH PIN SET | $252.00 | 1 | 1 | $252.00 | |
| J-50553 | | Drawer 4 | PISTON RING COMPRESSOR | $100.61 | 1 | 0 | $0.00 | |
| J-50972 | | Drawer 23 | TORSION BAR ADJUSTER | $415.00 | 1 | 0 | $0.00 | |
| J-50984 | | Drawer 4 | PISTON RING COMPRESSOR | $194.00 | 1 | 0 | $0.00 | |
| J-51003 | | Drawer 4 | PISTON RING COMPRESSOR | $98.66 | 1 | 0 | $0.00 | |
| J-51311 | | O/H | SUBARU HEV SAFETY KIT | $566.14 | 1 | 0 | $0.00 | |
| J-51972 | | Drawer 2 | CAM COVER GUIDE PINS | $13.50 | 1 | 0 | $0.00 | |
| J-51973 | | Drawer 3 | CRANKSHAFT SEAL INSTALLER | $18.58 | 1 | 0 | $0.00 | |
| J-51658 | | Drawer 3 | ENGINE BRIDGE ADAPTER KIT | $75.00 | 1 | 0 | $0.00 | |
| J-51661 | | O/H | RADAR REFLECTOR | $81.00 | 1 | 0 | $0.00 | |
| J-51662 | | O/H | RADAR REFLECTOR STAND | $86.55 | 1 | 0 | $0.00 | |
| SOA321105 | | Drawer 3 | BRZ WINDOW WRENCH | $43.12 | 1 | 0 | $0.00 | |
| SOA625333 | | Drawer 3 | CLUTCH SPRING COMPRESSOR | $274.00 | 1 | 0 | $0.00 | |
| SOA626234 | | Drawer 2 | OIL SEAL INSTALLER | $75.00 | 1 | 1 | $75.00 | |
| SOA629389 | | Drawer 20 | DRIVE PINION INSTALLER | $73.50 | 1 | 1 | $73.50 | |
| SOA639715-A | | O/H | PRESSURE GAUGE & ADAPTER SET | $759.00 | 1 | 1 | $759.00 | |
| SOA814001T | | Drawer 9 | RELAY PLIERS | $38.50 | 1 | 1 | $38.50 | |
| VT36-0002 | J-51443 | O/H | TPMS ACTIVATION TOOL | $333.50 | 1 | 1 | $333.50 | |
| 165-DSS-5000 SUB | | SHOP | MIDTRONICS HAND HELD BATTERY TESTER | $1,750.00 | 1 | 0 | $0.00 | |
| 554-SPL-SUB | | | STANLEY VIDMAR SST STORAGE SYSTEM | $4,140.00 | 1 | 1 | $4,140.00 | |
| 18632AA000-1 | | Service Part | PIN SERVICE PART (1) | $84.62 | 1 | 0 | $0.00 | |
| 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 | | Service Part | XL EXHAUST CONE | $59.00 | 1 | 1 | $59.00 | |
| 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 | | Service Part | EASYEVAP | $137.00 | 1 | 1 | $137.00 | |
| 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 | | Service Part | EVAP SERVICE PART & ADAPTER SET | $53.00 | 1 | 1 | $53.00 | |
| 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 | | Service Part | EXHAUST CONE | $43.00 | 1 | 1 | $43.00 | |
| 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 | | Service Part | CAP PLUG | $39.00 | 1 | 1 | $39.00 | |
| 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 | | Service Part | SMOKE PRODUCING FLUID | $17.00 | 1 | 1 | $17.00 | |
| 927800000 | | Service Part | INSTALLER | $100.69 | 1 | 0 | $0.00 | |
| 927860000 | | Service Part | PIN | $17.80 | 1 | 0 | $0.00 | |
| 927870000 | | Service Part | RECEIVER | $66.00 | 1 | 0 | $0.00 | |
| 927880000 | | Service Part | INSTALLER | $28.35 | 1 | 0 | $0.00 | |
| 927860000 | | Service Part | PIN | $17.80 | 1 | 0 | $0.00 | |
| 927890000 | | Service Part | RECEIVER | $61.09 | 1 | 0 | $0.00 | |
| EN-51105-1 | | Service Part | PROTECTOR SHORT | $76.00 | 1 | 0 | $0.00 | |
| EN-51105-2 | | Service Part | PROTECTOR LONG | $76.00 | 1 | 0 | $0.00 | |
| EN-49245-3 | | Service Part | INSTALLER | $70.66 | 1 | 0 | $0.00 | |
| EN-49245-4 | | Service Part | SIZER | $133.33 | 1 | 0 | $0.00 | |
| J-39401-5 | | Service Part | RECESSED NUT (1) | $22.80 | 1 | 0 | $0.00 | |
| J-48755-1 | | Service Part | SMALL GLOVES | $93.75 | 1 | 0 | $0.00 | |
| J-48755-2 | | Service Part | MEDIUM GLOVES | $93.75 | 1 | 0 | $0.00 | |
| J-48755-3 | | Service Part | LARGE GLOVES | $93.75 | 1 | 0 | $0.00 | |
| J-48755-4 | | Service Part | SAFETY MAT | $127.56 | 1 | 0 | $0.00 | |
| J-48755-5 | | Service Part | SAFETY CONE | $13.46 | 1 | 0 | $0.00 | |
| J-48755-6 | | Service Part | ORANGE TAPE | $13.16 | 1 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| J-48755-7 | | Service Part | BARRICADE TAPE | $10.62 | 1 | 0 | $0.00 | |
| J-48755-8 | | Service Part | FIRE EXTINGUISHER | $44.14 | 1 | 0 | $0.00 | |
| J-50135-1 | | Service Part | TUBE ASSEMBLY 40" | $98.00 | 1 | 0 | $0.00 | |
| J-50135-2 | | Service Part | TUBE ASSEMBLY 36" | $72.50 | 1 | 0 | $0.00 | |
| J-50135-3 | | Service Part | SUPPORT LEG ASS'Y | $64.42 | 2 | 0 | $0.00 | |

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT  2

## Service Readiness Assessments (SRA)
### Subaru Tool Survey

| TOOL NUMBER | ACCEPTABLE SUBSTITUTE | STORAGE LOCATION | DESCRIPTION | ITEM U.S. DEALER PRICE (EACH)* | REQUIRED QUANTITY | ORDER QUANTITY | TOTAL U.S. DEALER PRICE* | ALTERNATE TOOL FOUND |
|---|---|---|---|---|---|---|---|---|
| J-28467-1A | | Service Part | CROSS BRACKET | $52.00 | 2 | 0 | $0.00 | |
| J-28467-3 | | Service Part | TUBE ASSEMBLY | $74.66 | 1 | 0 | $0.00 | |
| J-28467-5A | | Service Part | SHOCK TOWER SUPPORT ASS'Y | $66.67 | 2 | 0 | $0.00 | |
| J-28467-6A | | Service Part | BRACKET ASSEMBLY | $54.67 | 2 | 0 | $0.00 | |
| J-28467-8A | | Service Part | HOOK ASSEMBLY | $60.00 | 2 | 0 | $0.00 | |
| J-28467-9 | | Service Part | QUICK RELEASE PIN | $6.00 | 2 | 0 | $0.00 | |
| J-28467-33A | | Service Part | SUPPORT NUT | $12.33 | 6 | 0 | $0.00 | |
| J-28467-34 | | Service Part | HANDLE | $25.33 | 2 | 0 | $0.00 | |
| J-28467-53 | | Service Part | HOLD DOWN BOLT | $5.33 | 6 | 0 | $0.00 | |
| Tools Total | | | | $55,953.12 | 284 | 61 | $14,194.71 | |
| Service Parts Total | | | | $2,602.63 | 55 | 6 | $348.00 | |
| Total | | | | $58,555.75 | 339 | 67 | $14,542.71 | 2 |

*Pricing in U.S. dollars, subject to applicable exchange rate at time of purchase.
Shipping/Freight and any applicable taxes are not included.

U.S. Dealer pricing good through June 30, 2011
Subject to applicable exchange rate at time of purchase
Pricing subject to change without notice

EXHIBIT 2

EXHIBIT  2

6651-10 New Full Line Master Kit (6-23-10)



**09260-39021-01 or 09260-39020-01 - INJECTOR SEAL INSTALLER SET**



- ◉Found
- ○Not Found
- ◐Alternate Found



**12281-38150 - ENGINE HANGER BRACKET**

- ◉Found
- ◉Not Found



**18251AA050 - VALVE GUIDE ADJUSTER**

- ○Found
- ◉Not Found



**18251AA060 - VALVE GUIDE ADJUSTER**

- ◉Found
- ○Not Found



**18252AA000 - CRANKSHAFT SOCKET**

- ◉Found
- ◉Not Found



**18258AA000 - ADJUSTER SPRING INSTALLER**

- ◉Found
- ◉Not Found



**18261AA010 - VALVE GUIDE SEAL TOOL**

- ◉Found
- ○Not Found



**18270AA020 - SOCKET**

- ◉Found
- ○Not Found



**18270AA040 - SOCKET**

- ◉Found
- ○Not Found



**18270KA010 - E16 TORX SOCKET**

- ◉Found
- ○Not Found



**18270KA020 - TORX SOCKET**

- ◉Found
- ○Not Found



**18283AA000 - ADAPTER WRENCH**

- ◉Found
- ○Not Found



**18283AA010 - ADAPTER WRENCH**

- ◉Found
- ○Not Found



**18334AA000 - PIN SET**

- ◉Found
- ○Not Found



**18334AA020 - PULLEY WRENCH PIN SET**

- ◉Found
- ○Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**18334AA030 - PULLEY WRENCH INTAKE PIN SET**
- ○ Found
- ● Not Found



**18334AA040 - PULLEY WRENCH KIT PIN SET**
- ○ Found
- ● Not Found



**18350AA000 - BUSHING REMOVER/INSTALLER**
- ○ Found
- ● Not Found



**18354AA000 - VALVE ROCKER HOLDER**
- ○ Found
- ● Not Found



**18355AA000 - PULLEY WRENCH**
- ○ Found
- ● Not Found



**18356AA000 - DU INJECTOR REMOVER**
- ○ Found
- ● Not Found



**18360AA020 - HANGER BRACKET H6**
- ● Found
- ○ Not Found



**18360AA040 - ENGINE HANGER BRACKET**
- ● Found
- ○ Not Found



**18371AA000 - QUICK-CONNECT RELEASE**
- ○ Found
- ● Not Found



**18460AA030 - DI TEST HARNESS**
- ● Found
- ○ Not Found



**18460AA040 - CVT CHECK HARNESS**
- ○ Found
- ● Not Found



**18460AA050 - CHECK BOARD HARNESS**
- ○ Found
- ● Not Found



**18460AA120 - CHECK BOARD HARNESS**
- ● Found
- ○ Not Found



**18471AA000 - FUEL PIPE ADAPTER**
- ○ Found
- ● Not Found



**18620AA000 - WRENCH ASSEMBLY**
- ○ Found
- ● Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**18621AA000 - DRIVE PIN WRENCH ASSEMBLY**





**18630AA000 - RETAINER WRENCH**



**18630AA010 - CP RETAINER WRENCH**





**18631AA000 - HANDLE**





**18632AA000 - STAND PIN SET (4)**



Check only if missing and you want to order this service part
18632AA000-1 PIN



**18632AA010 - TRANSMISSION STAND ASSEMBLY**



**18632AA020 - STAND ASSEMBLY**



**18632AA030 - ENGINE MOUNT SPACER**



**18651AA000 - MAIN SHAFT INSTALLER**



**18654AA000 - DRIVEN SHAFT INSTALLER**



**18657AA000 - SEAL INSTALLER**



**18657AA010 - OIL SEAL INSTALLER**



**18657AA030 - OIL SEAL INSTALLER**



**18657AA040 - OIL SEAL INSTALLER**



**18658AA021 or 18658AA020 - FRONT DIFFERENTIAL RETAINING WRENCH**

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**18662AA010 - SOCKET - HYPOID**


◉ound
○ot Found



**18663AA000 - T40 OIL PUMP COVER SOCKET**

◉ound
○ot Found



**18664AA000 - BASE**

◉ound
○ot Found



**18665AA000 - HOLDER**

◉ound
○ot Found



**18666AA000 - HOLDER**

◉ound
○ot Found



**18667AA000 - HOLDER**

◉ound
○ot Found



**18667AA010 - DRIVE PIN HOLDER**

◉ound
○ot Found



**18667AA020 - HOLDER - DRIVE PINION**

◉ound
○ot Found



**18668AA000 - MAINSHAFT PUNCH**

◉ound
○ot Found



**18669AA000 - DRIVEN SHAFT PUNCH**

◉ound
○ot Found



**18670AA000 - DRIVE PIN PUNCH**

◉ound
○ot Found



**18671AA000 - OIL SEAL GUIDE**

◉ound
○ot Found



**18671AA020 - OIL SEAL GUIDE**

◉ound
○ot Found



**18672AA000 - CLIP GUIDE**

◉ound
○ot Found



**18675AA000 - DIFFERENTIAL SIDE OIL SEAL INSTALLER**

◉ound
○ot Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**18676AA020 - WRENCH**

○ Found
○ Not Found



**18680AA010 - GEAR HOLDER**

○ Found
○ Not Found



**18680AA020 - GEAR HOLDER**

○ Found
● Not Found



**18681AA000 - CVT PRESSURE GAUGE ADAPTER**

● Found
○ Not Found



**18681AA010 - CVT PRESSURE ADAPTER**

○ Found
● Not Found



**18681AA040 - PRESSURE GAUGE ADAPTER**

● Found
○ Not Found



**18682AA000 - HUB SEAL INSTALLER**

● Found
○ Not Found



**18720AA000 - 3RD REMOVER ASSEMBLY**

○ Found
○ Not Found



**18722AA000 - 6TH REMOVER ASSEMBLY**

● Found
○ Not Found



**18723AA000 - DRIVEN GEAR REMOVER ASSEMBLY**

● Found
○ Not Found



**18750AA010 - TORQUE CONVERTER HOLDER**

○ Found
○ Not Found



**18754AA000 - BUSHING REMOVER**

○ Found
○ Not Found



**18757AA000 - STRAIGHT PIN REMOVER**

● Found
○ Not Found



**18758AA000 - PULLER**

○ Found
○ Not Found



**18762AA001 or 18762AA000 - SPRING COMPRESSOR**

● Found
○ Not Found
○ Alternate Found

EXHIBIT 2

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**18763AA000 - COMPRESSOR SHAFT**

○ Found
○ Not Found



**18765AA000 - COMPRESSOR SUPPORT**

○ Found
○ Not Found



**18766AA000 - PULLER SUPPORT**

○ Found
○ Not Found



**18767AA000 - BEARING REMOVER**

○ Found
○ Not Found



**18767AA010 - BEARING REMOVER**

○ Found
○ Not Found



**18767AA020 - BEARING REMOVER**

○ Found
○ Not Found



**18801AA000 - CVT OIL PRESSURE GAUGE**

○ Found
○ Not Found



**18831AA000 - GAUGE**

○ Found
○ Not Found



**18852AA000 - TORQUE WRENCH - OTC# 7379**

○ Found
○ Not Found



**18853AA000 - HEIGHT GAUGE**

○ Found
○ Not Found



**20099PA010 - BUSHING REPLACER**

○ Found
○ Not Found



**20299AG000 - CONTROL ARM BUSHING REMOVER**

○ Found
○ Not Found



**20299AG010 - CONTROL ARM BUSHING BASE**

○ Found
○ Not Found



**20399FG000 - SOCKET 14**

○ Found
○ Not Found



**28099AC000 or J-35910 - AXLE BOOT CLAMP PLIERS**

○ Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**28099PA010 - FRONT HUB SUPPORT**


- ◉ Found
- ○ Not Found



**28099PA100 - DRIVESHAFT REMOVER**

- ◉ Found
- ○ Not Found



**28399SA010 - AXLE SHAFT PROTECTOR**

- ◉ Found
- ○ Not Found



**303-F070-6 - ENGINE BOLT HOOK**

- ◉ Found
- ○ Not Found



**34099AC010 - ADAPTER HOSE A**

- ◉ Found
- ○ Not Found



**34099AC020 - ADAPTER HOSE B**

- ◉ Found
- ○ Not Found



**34099FA060 - PUNCH**

- ◉ Found
- ○ Not Found



**34099PA010 - INNER RACK SEAL REMOVER**

- ◉ Found
- ○ Not Found



**34099PA100 - PINION LOCKNUT WRENCH**

- ◉ Found
- ○ Not Found



**34199AE030 - SEAL INSTALLER**

- ◉ Found
- ◉ Not Found



**34199AG000 - BOSS D**

- ◉ Found
- ○ Not Found



**34199AG010 - INSTALLER**

- ◉ Found
- ○ Not Found



**34199AG020 - GUIDE**

- ◉ Found
- ○ Not Found



**34199AG060 - PAS SEAL RING GUIDE**

- ◉ Found
- ○ Not Found

**34199AG070 - FORMER**

- ○ Found
- ◉ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**34199AG080 - FORMER**



**34199AG090 - INSTALLER**



**34199AG100 - POWER STEERING TEST HARNESS**


◉Found
◉Not Found



**34199AJ060 - PINION NUT WRENCH**
◉Found
◉Not Found



**34199FE000 - INSTALLER AND REMOVER**
◉Found
◉Not Found



**34199FE040 - INSTALLER**
◉Found
◉Not Found



**34199XA000 - INSTALLER**
◉Found
◉Not Found



**34199XA010 - GUIDE**
◉Found
◉Not Found



**34199XA020 - FORMER**
◉Found
◉Not Found



**34199XA030 - INSTALLER**
◉Found
◉Not Found



**34199XA060 - SEAL REMOVER**
◉Found
◉Not Found



**34299CA000 - PINION NUT WRENCH**
◉Found
◉Not Found



**398177700 - INSTALLER**
◉Found
◉Not Found



**398487700 - GE CARRIER SIDE BEARING DRIFT**
◉Found
◉Not Found



**398497701 or 398497700 - PILOT**
◉Found
◉Not Found
◉Alternate Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**398527700 - O\SL & PULLER**

☉ound
◯ot Found



**398643600 - GAUGE**

☉ound
◯ot Found



**399780104 - WEIGHT BACKLASH**

☉ound
◯ot Found



**41099AA012 or 41099AA011 - ENGINE SUPPORT BRACKET**

☉ound
◯ot Found
◯lternate Found

**41099AA020 - ENGINE SUPPORT**

☉ound
◯ot Found



**41099AC000 - ENGINE SUPPORT ASSEMBLY**

☉ound
◯ot Found



**41099AJ000-A - ENGINE SUPPORT BRACKET - HH**

☉ound
◯ot Found

Must have a YELLOW ZINC finish

**41099AJ010-A - ENGINE SUPPORT BRACKET - H6**

☉ound
◯ot Found



**41099AJ130 - ENGINE POSITIONING BRACKET**

☉ound
◯ot Found



**41099YC001 - CVT REAR MOUNT REST**

☉ound
◯ot Found

See "J-50135 & Other SST Reference" worksheet for additional detail

**41399CA000 - BUSHING REMOVER/REPLACER**

☉ound
◯ot Found



See "J-50135 & Other SST Reference" worksheet for additional detail

**41399CA050 - R/R LH BUSHING ASSEMBLY**

☉ound
◯ot Found



See "J-50135 & Other SST Reference" worksheet for additional detail

**41399FG001 or 41399FG000 - REAR SUBFRAME BUSHING TOOL**

☉ound
◯ot Found
◯lternate Found



**42099AE000 - S/T QUICK CONNECTOR**

☉ound
◯ot Found



**42099CA000 - RETAINING RING FUEL TANK**

☉ound
◯ot Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**42099FL000 - FUEL PUMP TOOL**

○ Found
○ Not Found



**498057300 - OIL SEAL INSTALLER**

○ Found
○ Not Found



**498077000 - 5TH DRIVEN GEAR REMOVER**

○ Found
○ Not Found



**498077300 - REMOVER**

○ Found
○ Not Found



**498077400 - SYNCHRONIZER CONE REMOVER**

○ Found
○ Not Found



**498077600 - REMOVER**

○ Found
○ Not Found



**498175500 - DIFFERENTIAL TOOL**

○ Found
○ Not Found



**498247001 - MAGNET BASE**

○ Found
○ Not Found



**498247100 - DIAL GAUGE**

○ Found
○ Not Found



**498255400 - MAGNET BASE PLATE**

○ Found
○ Not Found



**498277200 - FLYWHEEL STOPPER**

○ Found
○ Not Found



**498427100 - DRIVE PINION STOPPER**

○ Found
○ Not Found



**498447100 - DIFFERENTIAL SIDE SEAL INSTALLER**

○ Found
○ Not Found



**498515700 - REMOVER**

○ Found
○ Not Found



**498517000 - DRIVE PINION REPLACER**

○ Found
○ Not Found

EXHIBIT 2

6551-10 New Full Line Master Kit (6-23-10)



**498627100 - SEAT COMPRESSOR**

○ Found
○ Not Found



**498747300 - PISTON RING COMPRESSOR**

○ Found
○ Not Found



**498937000 - TRANSMISSION HOLDER**

○ Found
○ Not Found



**498937110 - SHAFT HOLDER**

○ Found
○ Not Found



**499017100 - GUIDE - PISTON PIN**

○ Found
○ Not Found



**499097700 - PISTON PIN REMOVER**

○ Found
○ Not Found



**499207100 - WRENCH - CP SPROCKET**

○ Found
○ Not Found



**499207400-A or 499207400 - CAMSHAFT SPROCKET WRENCH**

○ Found
○ Not Found
○ Alternate Found



**499247300 - DRIVE PINION INSTALLER**

○ Found
○ Not Found



**499247400 - INSTALLER**

○ Found
○ Not Found



**499267300 - REMOVER PIN**

○ Found
○ Not Found



**499277100 - 1-2 BUSHING INSTALLER**

○ Found
○ Not Found



**499277200 - 1-2 BUSHING INSTALLER**

○ Found
○ Not Found



**499497000 - TORX PLUS BIT - T40**

○ Found
○ Not Found



**499575400 - BEARING HEIGHT GAUGE**

○ Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (8-23-10)



**499577000 - TRANSFER GAUGE**


○ound
○ot Found



**499585500 - OIL SEAL GUIDE**

○ound
○ot Found



**499585700 - OIL SEAL GUIDE**

○ound
○ot Found



**499587100 - OIL SEAL INSTALLER**

○ound
○ot Found



**499587200 - OIL SEAL INSTALLER**

○ound
○ot Found



**499587500 - OIL SEAL INSTALLER**

○ound
○ot Found



**499587600 - OIL SEAL INSTALLER**

○ound
○ot Found



**499587700 - CAMSHAFT SEAL INSTALLER**

○ound
○ot Found



**499597000 - OIL SEAL GUIDE**

○ound
○ot Found



**499718000 - VALVE SPRING REMOVER**

○ound
○ot Found



**499737000 - PULLER**

○ound
○ot Found



**499737100 - PULLER SET**

○ound
○ot Found



**499747100 - CLUTCH DISC GUIDE**

○ound
○ot Found



**499755602 - COMPRESSOR**

○ound
○ot Found



**499757002 - INSTALLER**

○ound
○ot Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**499765900 - VALVE GUIDE**

○ Found
○ Not Found



**499767700 - INTAKE VALVE**

○ Found
○ Not Found



**499767800 - EXHAUST**

○ Found
○ Not Found



**499787000 - WRENCH ASSEMBLY**

○ Found
○ Not Found



**499787500 - PRELOAD ADAPTER WRENCH**

○ Found
○ Not Found



**499787700 - WRENCH**

○ Found
○ Not Found



**499857000 - REMOVER AY DRIVE GEAR**

○ Found
○ Not Found



**499877000 - 4-5 RACE INSTALLER**

○ Found
○ Not Found

Main component can be marked "499917501"



**499917500 - AY DRIVE PINION GAGE**

○ Found
○ Not Found



**499927100 - TRANSMISION MAIN SHAFT HANDLE**

○ Found
○ Not Found



**499977100 - CRANKSHAFT PULLEY WRENCH**

○ Found
○ Not Found



**499977400 - CRANKSHAFT PULLEY WRENCH**

○ Found
○ Not Found



**499977500 - CAMSHAFT SPROCKET HOLDING TOOL**

○ Found
○ Not Found



**499987300 - SOCKET WRENCH**

○ Found
○ Not Found



**61299CA000 - REGULATOR DOOR ALIGNER**

○ Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**61299CA010 - REGULATOR
DOOR ALIGNER**

○ Found
○ Not Found



**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 - REDLINE SMOKE
MACHINE**

○ Found
○ Not Found



Check only if
missing and you
want to order any
of these service
parts

☑ 97-16-0004 XL EXHAUST CONE
☑ 97-95-0030 EASYEVAP
☑ 97-96-0003 EVAP SERVICE PART & ADAPTER SET
☑ 97-96-0004 EXHAUST CONE
☑ 97-96-0007 CAP PLUG
☑ 97-96-0039 SMOKE PRODUCING FLUID



**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 - EVAP
ADAPTER PLUG**

○ Found
○ Not Found



**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 - EVAP PASS
THROUGH PLUG**

○ Found
○ Not Found



**73499XA01A - A/C LOW
PRESSURE REMOVER**

○ Found
○ Not Found



**73099SG000 - CONDENSER
SPECIAL TOOL**

○ Found
○ Not Found



**87599VA000 - ICHART**

○ Found
○ Not Found



**73499XA00A - A/C HIGH
PRESSURE REMOVER**

○ Found
○ Not Found



**87599YC001 - ICHART - ADA
CAMERA**

○ Found
○ Not Found



**899524100 - PULLER**

○ Found
○ Not Found



**899858600 - RETAINER**

○ Found
○ Not Found



**899580100 - INSTALLER**

○ Found
○ Not Found



**899864100 - INSTALLER**

○ Found
○ Not Found



**899714110 - CAMSHAFT
GEAR REMOVER**

○ Found
○ Not Found



**899884100 - HOLDER**

○ Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**98299AG080 - AIR BAG TEST HARNESS**





**98299AG090 - TEST HARNESS AI**





**98299AL000 - TEST HARNESS**





**98299AL010 - TEST HARNESS**



**98299AL020 - TEST HARNESS**



**98299AL030 - TEST HARNESS**





**98299CA000 - AD AR TEST HARNESS**





**98299CA010 - TEST HARNESS**





**98299CA020 - AT TEST HARNESS**



**98299FA030-1 or 98299FA030 - AIR BAG TEST HARNESS**





**98299FC010 - SUBARU AIRBAG HARNESS**



**98299FG000 - TEST HARNESS -AJ**



**98299FG010 - TEST HARNESS AD-K**

**98299FJ030 - AIR BAG TEST HARNESS**



**98299FL020 - ODS Harness: TEST HARNESS BB**

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**98299FL030 - ODS Harness: TEST HARNESS BC**





**98299PA030 - AIR BAG DEPLOYMNT HARNESS**



**98299PA040 - AIR BAG RESISTOR**



**98299SA000 - TEST (N) HARNESS**



**98299SA010 - TEST (D) HARNESS**



**98299SA020 - TEST (P) HARNESS**



**98299SA040 - TEST (Q) HARNESS**



**98299XA000 - AB TEST HARNESS**



**98299XA010 - AC TEST HARNESS**



**98299XA020 - AD TEST HARNESS**



**98299XA030 - AE TEST HARNESS**



**99099AL000 - BRAKE CALIPER SEAL DRIVER**



Check only if missing and you want to order any of these service parts

☐ J-51105-1 Protector Short
☐ J-51105-2 Protector Long
☐ N-49245-3 Installer
☐ N-49245-4 Sizer

**EN-49245-SUB - INJECTOR SEALS INSTALLER/SIZER**



**GR8-1100-SUB - SUBARU BATT DIAG STATION**



Check only if missing and you want to order this service part

☐ J-39401-5 Recessed Nut (1)

**J-39401-4 - 6MM RECESSED NUTS**

Each item has a "Found / Not Found" selection box.

EXHIBIT  2

6651-10 New Full Line Master Kit (6-23-10)



**J-39401-B - SIR DEPLOYMENT FIXTURE**


○ Found
○ Not Found



**J-47673 - PASSENGER WEIGHT TOOL**

○ Found
○ Not Found



**J-49755 - FUEL ALCOHOL TESTER**

○ Found
○ Not Found



**J-49863 - FUEL PRESSURE TEST KIT**


○ Found
○ Not Found



See "J-50135 & Other SST Reference" worksheet for additional detail

**J-50135 - ENGINE SUPPORT FIXTURE**

○ Found
○ Not Found

| | Enter Qty. Found |
|---|---|
| J-50135-1 - TUBE ASSEMBLY 40" | |
| J-50135-2 - TUBE ASSEMBLY 36" | |
| J-50135-3 - SUPPORT LEG ASS'Y | |
| J-28467-1A - CROSS BRACKET | |
| J-28467-3 - TUBE ASSEMBLY | |
| J-28467-5A - SHOCK TOWER SUPPO | |
| J-28467-6A - BRACKET ASSEMBLY | |
| J-28467-8A - HOOK ASSEMBLY | |
| J-28467-9 - QUICK RELEASE PIN | |
| J-28467-33A - SUPPORT NUT | |
| J-28467-34 - HANDLE | |
| J-28467-53 - HOLD DOWN BOLT | |



**J-50135-5 - ENGINE BRIDGE - LONG STANCHION**

○ Found
○ Not Found



**J-50136 - ENGINE LIFTING BRACKET**

○ Found
○ Not Found



**J-50137 - ENGINE SAFETY SLING & SHACKLE**

○ Found
○ Not Found



**J-50552 - PULLEY WRENCH PIN SET**

○ Found
○ Not Found



**J-50553 - PISTON RING COMPRESSOR**

○ Found
○ Not Found



**J-50972 - TORSION BAR ADJUSTER**

○ Found
○ Not Found



**J-50984 - PISTON RING COMPRESSOR**

○ Found
○ Not Found



**J-51003 - PISTON RING COMPRESSOR**

○ Found
○ Not Found



**J-51311 - SUBARU HEV SAFETY KIT**

○ Found
○ Not Found

 Check only if missing and you want to order any of these service parts

☐ 48755-1 SMALL GLOVES
☐ 48755-1 MEDIUM GLOVES
☐ 48755-3 LARGE GLOVES
☐ 48755-4 SAFETY MAT
☐ 48755-5 SAFETY CONE
☐ 48755-6 ORANGE TAPE
☐ 48755-7 BARRICADE TAPE
☐ 48755-8 FIRE EXTINGUISHER



**J-51972 - CAM COVER GUIDE PINS**

○ Found
○ Not Found

EXHIBIT 2



**J-51973 - CRANKSHAFT SEAL INSTALLER**

- ○ Found
- ○ Not Found



**J-51658 - ENGINE BRIDGE ADAPTER KIT**

- ○ Found
- ○ Not Found



**J-51661 - RADAR REFLECTOR**

- ○ Found
- ○ Not Found



**J-51662 - RADAR REFLECTOR STAND**

- ○ Found
- ○ Not Found



**SOA321105 - BRZ WINDOW WRENCH**

- ○ Found
- ○ Not Found



**SOA625333 - CLUTCH SPRING COMPRESSOR**

- ○ Found
- ○ Not Found



**SOA626234 - OIL SEAL INSTALLER**

- ○ Found
- ○ Not Found



**SOA629389 - DRIVE PINION INSTALLER**

- ○ Found
- ○ Not Found



**SOA639715-A - PRESSURE GAUGE & ADAPTER SET**

- ○ Found
- ○ Not Found



**SOA814001T - RELAY PLIERS**

- ○ Found
- ○ Not Found



**VT36-0002 or J-51443 - TPMS ACTIVATION TOOL**

- ○ Found
- ○ Not Found
- ○ Alternate Found



**165-DSS-5000 SUB - MIDTRONICS HAND HELD BATTERY TESTER**

- ○ Found
- ○ Not Found



**554-SPL-SUB - STANLEY VIDMAR SST STORAGE SYSTEM**

- ○ Found
- ○ Not Found

EXHIBIT 2

EXHIBIT  2

6651-10 New Full Line Master Kit (6-23-10)



**18676AA020 - WRENCH - Drawer 1**



**18680AA010 - GEAR HOLDER - Drawer 1**



**18681AA000 - CVT PRESSURE GAUGE ADAPTER - Drawer 1**


○ound
○Not Found



**18681AA010 - CVT PRESSURE ADAPTER - Drawer 1**

○Found
●Not Found



**18681AA040 - PRESSURE GAUGE ADAPTER - Drawer 1**

●ound
○Not Found



**498057300 - OIL SEAL INSTALLER - Drawer 15**

●ound
○Not Found



**498077000 - 5TH DRIVEN GEAR REMOVER - Drawer 1**

●ound
○Not Found



**498077600 - REMOVER - Drawer 1**

●ound
○Not Found



**498247001 - MAGNET BASE - Drawer 1**

○Found
●Not Found



**498447100 - DIFFERENTIAL SIDE SEAL INSTALLER - Drawer 1**

●ound
○Not Found



**498627100 - SEAT COMPRESSOR - Drawer 1**

●ound
○Not Found



**499017100 - GUIDE - PISTON PIN - Drawer 1**

●ound
○Not Found



**499207100 - WRENCH - CP SPROCKET - Drawer 1**

●ound
○Not Found



**499247400 - INSTALLER - Drawer 1**

●ound
○Not Found



**499267300 - REMOVER PIN - Drawer 1**

●ound
○Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**499277200 - 1-2 BUSHING INSTALLER - Drawer 1**

○ Found
● Not Found



**499575400 - BEARING HEIGHT GAUGE - Drawer 1**

○ Found
● Not Found



**499587100 - OIL SEAL INSTALLER - Drawer 1**

○ Found
● Not Found



**499737000 - PULLER - Drawer 1**

● Found
○ Not Found



**499747100 - CLUTCH DISC GUIDE - Drawer 1**

● Found
○ Not Found



**499755602 - COMPRESSOR - Drawer 1**

● Found
○ Not Found



**499787500 - PRELOAD ADAPTER WRENCH - Drawer 1**

○ Found
● Not Found



**499787700 - WRENCH - Drawer 1**

● Found
○ Not Found



**18270KA020 - TORX SOCKET - Drawer 2**

● Found
○ Not Found



**18654AA000 - DRIVEN SHAFT INSTALLER - Drawer 2**

● Found
○ Not Found



**18750AA010 - TORQUE CONVERTER HOLDER - Drawer 2**

● Found
○ Not Found



**18763AA000 - COMPRESSOR SHAFT - Drawer 2**

● Found
○ Not Found



**18765AA000 - COMPRESSOR SUPPORT - Drawer 2**

● Found
○ Not Found



**18767AA000 - BEARING REMOVER - Drawer 2**

● Found
○ Not Found



**18767AA010 - BEARING REMOVER - Drawer 2**

● Found
○ Not Found



EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**18767AA020 - BEARING REMOVER - Drawer 2**


�● Found
○ Not Found



**J-51972 - CAM COVER GUIDE PINS - Drawer 2**


● Found
○ Not Found



**SOA626234 - OIL SEAL INSTALLER - Drawer 2**


○ Found
● Not Found



**899714110 - CAMSHAFT GEAR REMOVER - Drawer 2**


● Found
○ Not Found



**18630AA010 - CP RETAINER WRENCH - Drawer 3**


○ Found
● Not Found



**18667AA010 - DRIVE PIN HOLDER - Drawer 3**

● Found
○ Not Found



**18762AA001 or 18762AA000 - SPRING COMPRESSOR - Drawer 3**


○ Found
● Not Found
○ Alternate Found



**J-51973 - CRANKSHAFT SEAL INSTALLER - Drawer 3**


● Found
○ Not Found



**SOA321105 - BRZ WINDOW WRENCH - Drawer 3**

● Found
○ Not Found



**SOA625333 - CLUTCH SPRING COMPRESSOR - Drawer 3**


● Found
○ Not Found



**499587200 - OIL SEAL INSTALLER - Drawer 3**


● Found
○ Not Found



**899524100 - PULLER - Drawer 3**

● Found
○ Not Found



**J-50553 - PISTON RING COMPRESSOR - Drawer 4**

● Found
○ Not Found



**J-50984 - PISTON RING COMPRESSOR - Drawer 4**


● Found
○ Not Found



**J-51003 - PISTON RING COMPRESSOR - Drawer 4**

● Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**498747300 - PISTON RING COMPRESSOR - Drawer 4**

○ Found
● Not Found



**18671AA020 - OIL SEAL GUIDE - Drawer 6**

○ Found
● Not Found



**J-49755 - FUEL ALCOHOL TESTER - Drawer 6**

○ Found
● Not Found



**498277200 - FLYWHEEL STOPPER - Drawer 6**

● Found
○ Not Found



**499097700 - PISTON PIN REMOVER - Drawer 6**

● Found
○ Not Found



**499497000 - TORX PLUS BIT - T40 - Drawer 6**

● Found
○ Not Found



**499587500 - OIL SEAL INSTALLER - Drawer 6**

○ Found
● Not Found



**499587600 - OIL SEAL INSTALLER - Drawer 6**

○ Found
● Not Found



**499587700 - CAMSHAFT SEAL INSTALLER - Drawer 6**

○ Found
● Not Found



**499597000 - OIL SEAL GUIDE - Drawer 6**

● Found
○ Not Found



**499767700 - INTAKE VALVE GUIDE ADJUSTER - Drawer 6**

○ Found
● Not Found



**499767800 - EXHAUST VALVE GUIDE ADJUSTER - Drawer 6**

○ Found
● Not Found



**899560100 - INSTALLER - Drawer 6**

○ Found
● Not Found



**18251AA050 - VALVE GUIDE ADJUSTER - Drawer 7**

○ Found
● Not Found



**18251AA060 - VALVE GUIDE ADJUSTER - Drawer 7**

○ Found
● Not Found

EXHIBIT 2

6551-10 New Full Line Master Kit (6-23-10)



**18252AA000 - CRANKSHAFT SOCKET - Drawer 7**



**18258AA000 - ADJUSTER SPRING INSTALLER - Drawer 7**



**18261AA010 - VALVE GUIDE SEAL TOOL - Drawer 7**

○ Found
● Not Found



**18270AA020 - SOCKET - Drawer 7**



**18270AA040 - SOCKET - Drawer 7**



**18334AA000 - PIN SET - Drawer 7**

● Found
○ Not Found



**18334AA020 - PULLEY WRENCH PIN SET - Drawer 7**



**18334AA030 - PULLEY WRENCH INTAKE PIN SET - Drawer 7**



**18334AA040 - PULLEY WRENCH KIT PIN SET - Drawer 7**

○ Found
● Not Found



**18350AA000 - BUSHING REMOVER/INSTALLER - Drawer 7**



**18354AA000 - VALVE ROCKER HOLDER - Drawer 7**



**18355AA000 - PULLEY WRENCH - Drawer 7**

○ Found
● Not Found




**18371AA000 - QUICK-CONNECT RELEASE - Drawer 7**




**18471AA000 - FUEL PIPE ADAPTER - Drawer 7**



**18657AA040 - OIL SEAL INSTALLER - Drawer 7**

○ Found
● Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**41099AC000 - ENGINE SUPPORT ASSEMBLY - Drawer 7**


○ Found
● Not Found



**42099AE000 - S/T QUICK CONNECTOR - Drawer 7**

○ Found
● Not Found



**J-50552 - PULLEY WRENCH PIN SET - Drawer 7**

○ Found
● Not Found



**499585500 - OIL SEAL GUIDE - Drawer 7**

○ Found
● Not Found



**499765900 - VALVE GUIDE REAMER - Drawer 7**

● Found
○ Not Found



**499977500 - CAMSHAFT SPROCKET HOLDING TOOL - Drawer 7**

○ Found
● Not Found



**499987300 - SOCKET WRENCH - Drawer 7**

○ Found
● Not Found



**12281-38150 - ENGINE HANGER BRACKET - Drawer 8**

● Found
○ Not Found



**18356AA000 - DU INJECTOR REMOVER - Drawer 8**

● Found
○ Not Found



**18360AA020 - HANGER BRACKET H6 - Drawer 8**

● Found
○ Not Found



**18360AA040 - ENGINE HANGER BRACKET - Drawer 8**

● Found
○ Not Found



**18632AA020 - STAND ASSEMBLY - Drawer 8**

● Found
○ Not Found



**18632AA030 - ENGINE MOUNT SPACER - Drawer 8**

○ Found
● Not Found



**41099AJ000-A - ENGINE SUPPORT BRACKET - HH - Drawer 8**

● Found
○ Not Found



Must have a YELLOW ZINC finish

**41099AJ010-A - ENGINE SUPPORT BRACKET - H6 - Drawer 8**

● Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**41099AJ130 - ENGINE POSITIONING BRACKET - Drawer 8**





**42099CA000 - RETAINING RING FUEL TANK - Drawer 8**





**499207400-A or 499207400 - CAMSHAFT SPROCKET WRENCH - Drawer 8**

☐ Found
☐ Not Found
☐ Alternate Found



**499585700 - OIL SEAL GUIDE - Drawer 8**



**499977100 - CRANKSHAFT PULLEY WRENCH - Drawer 8**





**9011914120 - ENGINE BRACKET - Drawer 8**





**98299AG070 - TEST HARNESS AG - Drawer 9**



**98299PA030 - AIR BAG DEPLOYMNT HARNESS - Drawer 9**





**98299SA020 - TEST (P) HARNESS - Drawer 9**



**98299AG080 - AIR BAG TEST HARNESS - Drawer 10**



**98299CA000 - AD AR TEST HARNESS - Drawer 10**





**98299CA010 - TEST HARNESS - Drawer 10**



**98299CA020 - AT TEST HARNESS - Drawer 10**



**98299FG000 - TEST HARNESS - AJ - Drawer 10**



**98299PA040 - AIR BAG RESISTOR - Drawer 10**

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**98299SA000 - TEST (N) HARNESS - Drawer 10**
◉ Found
○ Not Found

**98299SA010 - TEST (D) HARNESS - Drawer 10**
◉ Found
○ Not Found

**98299SA040 - TEST (Q) HARNESS - Drawer 10**
◉ Found
○ Not Found

Check only if missing and you want to order this service part
☐ 39401-5 Recessed Nut (1)

**J-39401-4 - 6MM RECESSED NUTS - Drawer 10**
◉ Found
○ Not Found

**34199AG100 - POWER STEERING TEST HARNESS - Drawer 11**
○ Found
◉ Not Found

**98299AG090 - TEST HARNESS AI - Drawer 11**
◉ Found
○ Not Found

**98299FC010 - SUBARU AIRBAG HARNESS - Drawer 11**
◉ Found
○ Not Found

**98299FG010 - TEST HARNESS AD-K - Drawer 11**
◉ Found
○ Not Found

**98299FJ030 - AIR BAG TEST HARNESS - Drawer 11**
○ Found
◉ Not Found

**98299AG010 - TEST HARNESS V - Drawer 12**
◉ Found
○ Not Found

**98299AG040 - TEST HARNESS Y - Drawer 12**
◉ Found
○ Not Found

**98299AG060 - TEST HARNESS D - Drawer 12**
◉ Found
○ Not Found

**98299AL000 - TEST HARNESS - Drawer 12**
◉ Found
○ Not Found

**98299AL010 - TEST HARNESS - Drawer 12**
◉ Found
○ Not Found

**98299AL020 - TEST HARNESS - Drawer 12**
◉ Found
○ Not Found

EXHIBIT 2

6851-10 New Full Line Master Kit (6-23-10)



**98299AL030 - TEST HARNESS - Drawer 12**

☑ Found
☐ Not Found



**98299FA030-1 or 98299FA030 - AIR BAG TEST HARNESS - Drawer 12**

☐ Found
☐ Not Found
☑ Alternate Found



**18657AA010 - OIL SEAL INSTALLER - Drawer 13**

☑ Found
☐ Not Found



**18663AA000 - T40 OIL PUMP COVER SOCKET - Drawer 13**

☑ Found
☐ Not Found



**398487700 - GE CARRIER SIDE BEARING DRIFT - Drawer 13**

☑ Found
☐ Not Found



**398497701 or 398497700 - PILOT - Drawer 13**

☑ Found
☐ Not Found
☐ Alternate Found



**398527700 - O\SL & PULLER - Drawer 13**

☑ Found
☐ Not Found



**398643600 - GAUGE - Drawer 13**

☑ Found
☐ Not Found



**498077300 - REMOVER - Drawer 13**

☑ Found
☐ Not Found



**498077400 - SYNCHRONIZER CONE REMOVER - Drawer 13**

☑ Found
☐ Not Found



**498247100 - DIAL GAUGE - Drawer 13**

☑ Found
☐ Not Found



**498255400 - MAGNET BASE PLATE - Drawer 13**

☑ Found
☐ Not Found



**498427100 - DRIVE PINION STOPPER - Drawer 13**

☑ Found
☐ Not Found



**498515700 - REMOVER - Drawer 13**

☑ Found
☐ Not Found



**498517000 - DRIVE PINION REPLACER - Drawer 13**

☑ Found
☐ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



EXHIBIT 2

6651-10 *New Full Line Master Kit (6-23-10)*



**498175500 - DIFFERENTIAL TOOL - Drawer 14**

○ Found
● Not Found



Main component can be marked "499917501"

**499917500 - AY DRIVE PINION GAGE - Drawer 14**

○ Found
● Not Found



**499927100 - TRANSMISION MAIN SHAFT HANDLE - Drawer 14**

● Found
○ Not Found



**899858600 - RETAINER - Drawer 14**

● Found
○ Not Found



**899884100 - HOLDER - Drawer 14**

● Found
○ Not Found



**18270KA010 - E16 TORX SOCKET - Drawer 15**

● Found
○ Not Found



**18651AA000 - MAIN SHAFT INSTALLER - Drawer 15**

● Found
○ Not Found



**18657AA000 - SEAL INSTALLER - Drawer 15**

● Found
○ Not Found



**18662AA010 - SOCKET - HYPOID - Drawer 15**

○ Found
● Not Found



**18668AA000 - MAINSHAFT PUNCH - Drawer 15**

● Found
○ Not Found



**18669AA000 - DRIVEN SHAFT PUNCH - Drawer 15**

● Found
○ Not Found



**18670AA000 - DRIVE PIN PUNCH - Drawer 15**

● Found
○ Not Found



**18671AA000 - OIL SEAL GUIDE - Drawer 15**

● Found
○ Not Found



**18680AA020 - GEAR HOLDER - Drawer 15**

○ Found
● Not Found



**18720AA000 - 3RD REMOVER ASSEMBLY - Drawer 15**

● Found
○ Not Found

EXHIBIT 2

6551-10 New Full Line Master Kit (6-23-10)



**18723AA000 - DRIVEN GEAR REMOVER ASSEMBLY - Drawer 15**

- ● Found
- ○ Not Found



**18754AA000 - BUSHING REMOVER - Drawer 15**

- ● Found
- ○ Not Found



**18757AA000 - STRAIGHT PIN REMOVER - Drawer 15**

- ● Found
- ○ Not Found



**18758AA000 - PULLER - Drawer 15**

- ● Found
- ○ Not Found



**18766AA000 - PULLER SUPPORT - Drawer 15**

- ● Found
- ○ Not Found



**34299CA000 - PINION NUT WRENCH - Drawer 15**

- ○ Found
- ○ Not Found



**18630AA000 - RETAINER WRENCH - Drawer 16**

- ● Found
- ○ Not Found



**18664AA000 - BASE - Drawer 16**

- ● Found
- ○ Not Found



**18665AA000 - HOLDER - Drawer 16**

- ● Found
- ○ Not Found



**18666AA000 - HOLDER - Drawer 16**

- ● Found
- ○ Not Found



**18667AA000 - HOLDER - Drawer 16**

- ● Found
- ○ Not Found



**18831AA000 - GAUGE - Drawer 16**

- ● Found
- ○ Not Found



**399780104 - WEIGHT BACKLASH - Drawer 16**

- ● Found
- ○ Not Found



**499247300 - DRIVE PINION INSTALLER - Drawer 16**

- ● Found
- ○ Not Found

**34099FA060 - PUNCH - Drawer 17**

- ● Found
- ○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**34199AG060 - PAS SEAL RING GUIDE - Drawer 17**

○ Found
○ Not Found



**34199FE040 - INSTALLER - Drawer 17**

○ Found
○ Not Found



**34199XA010 - GUIDE - Drawer 17**

○ Found
○ Not Found



**34199XA030 - INSTALLER - Drawer 17**

○ Found
○ Not Found



**34199XA060 - SEAL REMOVER - Drawer 17**

○ Found
○ Not Found



**926230000 - SPANNER - Drawer 17**

○ Found
○ Not Found



**926420000 - PLUG - Drawer 17**

○ Found
○ Not Found



**927680000 - INSTALLER & REMOVER - Drawer 17**

○ Found
○ Not Found

**Check only if missing and you want to order any of these service parts**

☐ 278350000 INSTALLER
☐ 278360000 PIN
☐ 278370000 RECOVER



**34099AC010 - ADAPTER HOSE A - Drawer 18**

○ Found
○ Not Found



**34099AC020 - ADAPTER HOSE B - Drawer 18**

○ Found
○ Not Found



**34099PA010 - INNER RACK SEAL REMOVER - Drawer 18**

○ Found
○ Not Found



**34099PA100 - PINION LOCKNUT WRENCH - Drawer 18**

○ Found
○ Not Found

**34199AE030 - SEAL INSTALLER - Drawer 18**

○ Found
○ Not Found

**34199AG000 - BOSS D - Drawer 18**

○ Found
○ Not Found

**34199AG010 - INSTALLER - Drawer 18**

○ Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



34199AG020 - GUIDE - Drawer 18

34199AG070 - FORMER - Drawer 18

34199AG080 - FORMER - Drawer 18

34199AG090 - INSTALLER - Drawer 18

34199AJ060 - PINION NUT WRENCH - Drawer 18

34199FE000 - INSTALLER AND REMOVER - Drawer 18

34199XA000 - INSTALLER - Drawer 18

34199XA020 - FORMER - Drawer 18

98299XA000 - AB TEST HARNESS - Drawer 18

925711000-A - POWER STEERING PRESSURE TESTER - Drawer 19

98299XA010 - AC TEST HARNESS - Drawer 19

98299XA020 - AD TEST HARNESS - Drawer 19

98299XA030 - AE TEST HARNESS - Drawer 19

926200000 - GEAR BOX STAND - Drawer 19

18283AA010 - ADAPTER WRENCH - Drawer 20

EXHIBIT 2

6551-10 New Full Line Master Kit (6-23-10)



**61299CA000 - REGULATOR DOOR ALIGNER - Drawer 20**

○ Found
○ Not Found



**61299CA010 - REGULATOR DOOR ALIGNER - Drawer 20**

○ Found
○ Not Found



**73099SG000 - CONDENSER SPECIAL TOOL - Drawer 20**

○ Found
○ Not Found





**73499XA00A - A/C HIGH PRESSURE REMOVER - Drawer 20**

○ Found
○ Not Found



**73499XA01A - A/C LOW PRESSURE REMOVER**

○ Found
○ Not Found



**SOA629389 - DRIVE PINION INSTALLER - Drawer 20**

○ Found
○ Not Found



**20099PA010 - BUSHING REPLACER - Drawer 21**

○ Found
○ Not Found



**20299AG000 - CONTROL ARM BUSHING REMOVER - Drawer 21**

○ Found
○ Not Found



**20399FG000 - SOCKET 14 - Drawer 21**

○ Found
○ Not Found



**20299AG010 - CONTROL ARM BUSHING BASE - Drawer 21**

○ Found
○ Not Found



**925091000 - BAND TIGHTNER - Drawer 21**

○ Found
○ Not Found





Check only if missing and you want to order any of these service parts

□ 27680000 INSTALLER
□ 27680000 PIN
□ 27690000 RECEIVER

**927720000 - INSTALLER & REMOVER - Drawer 21**

○ Found
○ Not Found



**18675AA000 - DIFFERENTIAL SIDE OIL SEAL INSTALLER - Drawer 22**

○ Found
○ Not Found



**18682AA000 - HUB SEAL INSTALLER - Drawer 22**

○ Found
○ Not Found



**28099AC000 or J-35910 - AXLE BOOT CLAMP PLIERS - Drawer 22**



○ Found
○ Not Found

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**28099PA100 - DRIVESHAFT REMOVER - Drawer 22**



**28399SA010 - AXLE SHAFT PROTECTOR - Drawer 22**



See "J-50135 & Other SST Reference" worksheet for additional detail

**41399FG001 or 41399FG000 - REAR SUBFRAME BUSHING TOOL - Drawer 22**





**99099AL000 - BRAKE CALIPER SEAL DRIVER - Drawer 22**



**927080000 - HUB PULLER - Drawer 22**



**927640000 - B INSTALLER - Drawer 22**



**18460AA030 - DI TEST HARNESS - Drawer 23**



**18460AA040 - CVT CHECK HARNESS - Drawer 23**



**18460AA050 - CHECK BOARD HARNESS - Drawer 23**



**18657AA030 - OIL SEAL INSTALLER - Drawer 23**



**18801AA000 - CVT OIL PRESSURE GAUGE - Drawer 23**



See "J-50135 & Other SST Reference" worksheet for additional detail

**41399CA000 - BUSHING REMOVER/REPLACER - Drawer 23**




EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



See "J-50135 & Other SST Reference" worksheet for additional detail
**41399CA050 - R/R LH BUSHING ASSEMBLY - Drawer 23**
○ Found
○ Not Found

**J-49863 - FUEL PRESSURE TEST KIT - Drawer 23**
○ Found
○ Not Found

**J-50972 - TORSION BAR ADJUSTER - Drawer 23**
○ Found
○ Not Found

**18632AA010 - TRANSMISSION STAND ASSEMBLY - O/H**
○ Found
○ Not Found

**18852AA000 - TORQUE WRENCH - OTC# 7379 - O/H**
○ Found
○ Not Found

**18853AA000 - HEIGHT GAUGE - O/H**
○ Found
○ Not Found

**28099PA010 - FRONT HUB SUPPORT - O/H**
○ Found
○ Not Found

**41099AA012 or 41099AA011 - ENGINE SUPPORT BRACKET - O/H**
○ Found
○ Not Found
○ Alternate Found

**41099YC001 - CVT REAR MOUNT REST - O/H**
○ Found
○ Not Found

Check only if missing and you want to order any of these service parts
☑ 97-16-0004 XL EXHAUST CONE
☑ 97-95-0030 DASEVAP
☑ 97-96-0003 EVAP SERVICE PART & ADAPTER SET
☑ 97-96-0004 EXHAUST CONE
☑ 97-96-0007 CAP PLUG
☑ 97-96-0039 SMOKE PRODUCING FLUID

**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 - REDLINE SMOKE MACHINE - O/H**
○ Found
○ Not Found

**87599VA000 - ICHART - O/H**
○ Found
○ Not Found

**87599YC001 - ICHART - ADA CAMERA - O/H**
○ Found
○ Not Found

Enter Qty. Found

| | |
|---|---|
| J-50135-1 - TUBE ASSEMBLY 40" | |
| J-50135-2 - TUBE ASSEMBLY 36" | |
| J-50135-3 - SUPPORT LEG ASS'Y | |
| J-28467-1A - CROSS BRACKET | |
| J-28467-3 - TUBE ASSEMBLY | |
| J-28467-5A - SHOCK TOWER SUPPORT ASS'Y | |
| J-28467-6A - BRACKET ASSEMBLY | |
| J-28467-8A - HOOK ASSEMBLY | |
| J-28467-9 - QUICK RELEASE PIN | |
| J-28467-33A - SUPPORT NUT | |
| J-28467-34 - HANDLE | |
| J-28467-53 - HOLD DOWN BOLT | |

See "J-50135 & Other SST Reference" worksheet for additional detail
**J-50135 - ENGINE SUPPORT FIXTURE - O/H**
○ Found
○ Not Found

**J-50135-5 - ENGINE BRIDGE - LONG STANCHION - O/H**
○ Found
○ Not Found

**J-50136 - ENGINE LIFTING BRACKET - O/H**
○ Found
○ Not Found

EXHIBIT 2

6661-10 New Full Line Master Kit (6-23-10)



**J-50137 - ENGINE SAFETY SLING & SHACKLE - O/H**





**J-51658 - ENGINE BRIDGE ADAPTER KIT - O/H**





**SOA639715-A - PRESSURE GAUGE & ADAPTER SET - O/H**





**926470000 - AXLE SHAFT PULLER - O/H**





**J-39401-B - SIR DEPLOYMENT FIXTURE - O/H**





**J-47673 - PASSENGER WEIGHT TOOL - SHOP**





**09260-39021-01 or 09260-39020-01 - INJECTOR SEAL INSTALLER SET - Drawer 8**





**18283AA000 - ADAPTER WRENCH - Drawer 20**





**18460AA120 - CHECK BOARD HARNESS - Drawer 23**





**18658AA021 or 18658AA020 - FRONT DIFFERENTIAL RETAINING WRENCH - Drawer 23**





**303-F070-6 - ENGINE BOLT HOOK - O/H**





**41099AA020 - ENGINE SUPPORT - Drawer 7**

EXHIBIT 2

6651-10 New Full Line Master Kit (6-23-10)



**42099FL000 - FUEL PUMP TOOL - Drawer 8**

○ Found
● Not Found

**498937110 - SHAFT HOLDER - Drawer 15**

○ Found
○ Not Found

**499718000 - VALVE SPRING REMOVER - Drawer 6**

● Found
○ Not Found

**499737100 - PULLER SET - Drawer 2**

● Found
○ Not Found

**499787000 - WRENCH ASSEMBLY - Drawer 13**

● Found
○ Not Found

**499977400 - CRANKSHAFT PULLEY WRENCH - Drawer 8**

● Found
○ Not Found

**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 - EVAP ADAPTER PLUG - 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 EVAP KIT**

○ Found
○ Not Found

**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 - EVAP PASS THROUGH PLUG - 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 EVAP KIT**

● Found
○ Not Found

**98299FL020 - ODS Harness: TEST HARNESS BB - Drawer 11**

● Found
○ Not Found

**98299FL030 - ODS Harness: TEST HARNESS BC - Drawer 11**

○ Found
○ Not Found

**EN-49245-SUB - INJECTOR SEALS INSTALLER/SIZER - Drawer 8**

Check only if missing and you want to order any of these service parts

☐ EN-51305-1 Protector Short
☐ EN-51305-2 Protector Long
☐ EN 49245-3 Installer
☐ EN 49245-4 Sizer

● Found
○ Not Found

**GR8-1100-SUB - SUBARU BATT DIAG STATION - SHOP**

● Found
○ Not Found

**J-51311 - SUBARU HEV SAFETY KIT - O/H**

Check only if missing and you want to order any of these service parts

☐ 48755-1 SMALL GLOVES
☐ 48755-1 MEDIUM GLOVES
☐ 48755-3 LARGE GLOVES
☐ 48755-4 SAFETY MAT
☐ 48755-5 SAFETY CONE
☐ 48755-6 ORANGE TAPE
☐ 48755-7 BARRICADE TAPE
☐ 48755-8 FIRE EXTINGUISHER

● Found
○ Not Found

**J-51661 - RADAR REFLECTOR - O/H**

● Found
○ Not Found

**J-51662 - RADAR REFLECTOR STAND - O/H**

● Found
○ Not Found

EXHIBIT 2

Page 144 of 200

6651-10 New Full Line Master Kit (6-23-10)



**SOA814001T - RELAY PLIERS - Drawer 2**



○ Found
● Not Found



**VT36-0002 or J-51443 - TPMS ACTIVATION TOOL - O/H**



○ Found
● Not Found
○ Alternate Found



**165-DSS-5000 SUB - MIDTRONICS HAND HELD BATTERY TESTER - SHOP**

● Found
○ Not Found



**554-SPL-SUB - STANLEY VIDMAR SST STORAGE SYSTEM**

○ Found
● Not Found

EXHIBIT 2

EXHIBIT  2

***<u>DO NOT EDIT: The fields on this form are automatically populated!!</u>***

## Subaru Essential
## Tool Survey

| | | | |
|---|---|---|---|
| Dealership Name | CORPUS CHRISTI SUBARU | | |
| Address | 3615 S PADRE ISLAND DR | Surveyor | Robert Brown |
| City, State | CORPUS CHRISTI, TX | Dealer Code | 400612 |
| ZIP Code | 78415 | KM # | 379052 |
| Phone # | 361-826-0630 | Fax # | |
| Contact Name/Title | Monica Pacheco | | |

The following are the results of the Tool Survey conducted on:    03/21/18

### Number of Missing Tools

61    of    284    Tools Missing

21.48%    Percent of tools missing by line item

### Value of Missing Tools

$14,194.71 of    $55,953.12

25.37%    Percent dollar value of missing tools.

EXHIBIT 2

Dealer Code: 400612
Franchise Code: SU
KM Number: 379052

**DO NOT EDIT: The fields on this form are automatically populated!!**

| Tool with acceptable alternative | Component Tool Part Number | Subaru of America Essential Special Service Tools & Equipment | Item Price | Quantity Required | Tool Missing Place On Order | Order Price | Notes |
|---|---|---|---|---|---|---|---|
| 09260-39020-01 | 09260-39021-01 | INJECTOR SEAL INSTALLER SET | $ 74.09 | 1 | 0 | $ - | |
| | 12281-38150 | ENGINE HANGER BRACKET | $ 30.40 | 1 | 0 | $ - | |
| | 18251AA050 | VALVE GUIDE ADJUSTER | $ 7.25 | 1 | 1 | $ 7.25 | |
| | 18251AA060 | VALVE GUIDE ADJUSTER | $ 7.25 | 1 | 0 | $ - | |
| | 18252AA000 | CRANKSHAFT SOCKET | $ 88.00 | 1 | 1 | $ 88.00 | |
| | 18258AA000 | ADJUSTER SPRING INSTALLER | $ 104.00 | 1 | 1 | $ 104.00 | |
| | 18261AA010 | VALVE GUIDE SEAL TOOL | $ 16.00 | 1 | 0 | $ - | |
| | 18270AA020 | SOCKET | $ 55.30 | 1 | 0 | $ - | |
| | 18270AA040 | SOCKET | $ 29.79 | 1 | 0 | $ - | |
| | 18270KA010 | E16 TORX SOCKET | $ 91.00 | 1 | 0 | $ - | |
| | 18270KA020 | TORX SOCKET | $ 37.00 | 1 | 0 | $ - | |
| | 18283AA000 | ADAPTER WRENCH | $ 124.08 | 1 | 0 | $ - | |
| | 18283AA010 | ADAPTER WRENCH | $ 105.04 | 1 | 0 | $ - | |
| | 18334AA000 | PIN SET | $ 21.75 | 1 | 1 | $ 21.75 | |
| | 18334AA020 | PULLEY WRENCH PIN SET | $ 45.00 | 1 | 0 | $ - | |
| | 18334AA030 | PULLEY WRENCH INTAKE PIN SET | $ 41.25 | 1 | 1 | $ 41.25 | |
| | 18334AA040 | PULLEY WRENCH KIT PIN SET | $ 17.60 | 1 | 0 | $ - | |
| | 18350AA000 | BUSHING REMOVER/INSTALLER | $ 80.73 | 1 | 0 | $ - | |
| | 18354AA000 | VALVE ROCKER HOLDER | $ 19.00 | 1 | 0 | $ - | |
| | 18355AA000 | PULLEY WRENCH | $ 55.02 | 1 | 1 | $ 55.02 | |
| | 18356AA000 | DU INJECTOR REMOVER | $ 220.25 | 1 | 0 | $ - | |
| | 18360AA020 | HANGER BRACKET H6 | $ 162.95 | 1 | 0 | $ - | |
| | 18360AA040 | ENGINE HANGER BRACKET | $ 86.65 | 1 | 0 | $ - | |
| | 18371AA000 | QUICK-CONNECT RELEASE | $ 3.00 | 1 | 1 | $ 3.00 | |
| | 18460AA030 | DI TEST HARNESS | $ 950.70 | 1 | 0 | $ - | |
| | 18460AA040 | CVT CHECK HARNESS | $ 795.43 | 1 | 1 | $ 795.43 | |
| | 18460AA050 | CHECK BOARD HARNESS | $ 1,304.52 | 1 | 0 | $ - | |
| | 18460AA120 | CHECK BOARD HARNESS | $ 1,464.00 | 1 | 0 | $ - | |
| | 18471AA000 | FUEL PIPE ADAPTER | $ 209.00 | 1 | 0 | $ - | |
| | 18620AA000 | WRENCH ASSEMBLY | $ 148.00 | 1 | 1 | $ 148.00 | |
| | 18621AA000 | DRIVE PIN WRENCH ASSEMBLY | $ 204.47 | 1 | 0 | $ - | |
| | 18630AA000 | RETAINER WRENCH | $ 254.00 | 1 | 0 | $ - | |
| | 18630AA010 | CP RETAINER WRENCH | $ 400.00 | 1 | 1 | $ 400.00 | |
| | 18631AA000 | HANDLE | $ 64.78 | 1 | 0 | $ - | |
| | 18632AA000 | STAND PIN SET (4) | $ 755.00 | 1 | 0 | $ - | |
| | 18632AA010 | TRANSMISSION STAND ASSEMBLY | $ 422.33 | 1 | 0 | $ - | |
| | 18632AA020 | STAND ASSEMBLY | $ 201.50 | 1 | 0 | $ - | |
| | 18632AA030 | ENGINE MOUNT SPACER | $ 90.00 | 1 | 1 | $ 90.00 | |
| | 18651AA000 | MAIN SHAFT INSTALLER | $ 148.00 | 1 | 0 | $ - | |
| | 18654AA000 | DRIVEN SHAFT INSTALLER | $ 155.00 | 1 | 0 | $ - | |
| | 18657AA000 | SEAL INSTALLER | $ 23.00 | 1 | 0 | $ - | |
| | 18657AA010 | OIL SEAL INSTALLER | $ 50.00 | 1 | 0 | $ - | |
| | 18657AA030 | OIL SEAL INSTALLER | $ 73.00 | 1 | 0 | $ - | |
| | 18657AA040 | OIL SEAL INSTALLER | $ 101.54 | 1 | 0 | $ - | |
| 18658AA020 | 18658AA021 | WRENCH | $ 284.00 | 1 | 0 | $ - | Alternate Tool Found |
| | 18662AA010 | SOCKET - HYPOID | $ 73.04 | 1 | 1 | $ 73.04 | |
| | 18663AA000 | T40 OIL PUMP COVER SOCKET | $ 10.00 | 1 | 0 | $ - | |
| | 18664AA000 | BASE | $ 511.00 | 1 | 0 | $ - | |
| | 18665AA000 | HOLDER | $ 162.00 | 1 | 0 | $ - | |
| | 18666AA000 | HOLDER | $ 160.00 | 1 | 0 | $ - | |
| | 18667AA000 | HOLDER | $ 155.00 | 1 | 0 | $ - | |
| | 18667AA010 | DRIVE PIN HOLDER | $ 485.00 | 1 | 0 | $ - | |
| | 18667AA020 | HOLDER - DRIVE PINION | $ 174.64 | 1 | 0 | $ - | |
| | 18668AA000 | MAINSHAFT PUNCH | $ 85.50 | 1 | 0 | $ - | |
| | 18669AA000 | DRIVEN SHAFT PUNCH | $ 86.00 | 1 | 0 | $ - | |
| | 18670AA000 | DRIVE PIN PUNCH | $ 85.50 | 1 | 1 | $ 85.50 | |
| | 18671AA000 | OIL SEAL GUIDE | $ 235.00 | 1 | 0 | $ - | |
| | 18671AA020 | OIL SEAL GUIDE | $ 29.50 | 1 | 0 | $ - | |
| | 18672AA000 | CLIP GUIDE | $ 65.86 | 1 | 0 | $ - | |
| | 18675AA000 | DIFFERENTIAL SIDE OIL SEAL INSTALLER | $ 24.25 | 1 | 0 | $ - | |
| | 18676AA020 | WRENCH | $ 45.00 | 1 | 0 | $ - | |
| | 18680AA010 | GEAR HOLDER | $ 116.00 | 1 | 0 | $ - | |
| | 18680AA020 | GEAR HOLDER | $ 312.00 | 1 | 1 | $ 312.00 | |
| | 18681AA000 | CVT PRESSURE GAUGE ADAPTER | $ 24.63 | 1 | 0 | $ - | |
| | 18681AA010 | CVT PRESSURE ADAPTER | $ 34.91 | 1 | 1 | $ 34.91 | |
| | 18681AA040 | PRESSURE GAUGE ADAPTER | $ 34.89 | 1 | 0 | $ - | |
| | 18682AA000 | HUB SEAL INSTALLER | $ 137.00 | 1 | 0 | $ - | |
| | 18720AA000 | 3RD REMOVER ASSEMBLY | $ 338.00 | 1 | 0 | $ - | |
| | 18722AA000 | 6TH REMOVER ASSEMBLY | $ 332.00 | 1 | 0 | $ - | |
| | 18723AA000 | DRIVEN GEAR REMOVER ASSEMBLY | $ 307.00 | 1 | 0 | $ - | |
| | 18750AA010 | TORQUE CONVERTER HOLDER | $ 111.68 | 1 | 0 | $ - | |
| | 18754AA000 | BUSHING REMOVER | $ 199.00 | 1 | 0 | $ - | |
| | 18757AA000 | STRAIGHT PIN REMOVER | $ 25.00 | 1 | 0 | $ - | |
| | 18758AA000 | PULLER | $ 314.00 | 1 | 0 | $ - | |
| 18762AA000 | 18762AA001 | SPRING COMPRESSOR | $ 205.75 | 1 | 1 | $ 205.75 | |
| | 18763AA000 | COMPRESSOR SHAFT | $ 518.00 | 1 | 0 | $ - | |
| | 18765AA000 | COMPRESSOR SUPPORT | $ 145.90 | 1 | 0 | $ - | |
| | 18766AA000 | PULLER SUPPORT | $ 234.00 | 1 | 0 | $ - | |
| | 18767AA000 | BEARING REMOVER | $ 307.00 | 1 | 0 | $ - | |

EXHIBIT 2

| Dealer Code | 400612 |
| --- | --- |
| Franchise Code: | SU |
| KM Number: | 379052 |

**DO NOT EDIT: The fields on this form are automatically populated!!**

| Tool with acceptable alternative | Component Tool Part Number | Subaru of America Essential Special Service Tools & Equipment | Item Price | Quantity Required | Tool Missing Place On Order | Order Price | Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 18767AA010 | BEARING REMOVER | $ 52.28 | 1 | 0 | $ - | |
| | 18767AA020 | BEARING REMOVER | $ 53.92 | 1 | 0 | $ - | |
| | 18801AA000 | CVT OIL PRESSURE GAUGE | $ 424.00 | 1 | 1 | $ 424.00 | |
| | 18831AA000 | GAUGE | $ 816.00 | 1 | 0 | $ - | |
| | 18852AA000 | TORQUE WRENCH - OTC# 7379 | $ 482.00 | 1 | 0 | $ - | |
| | 18853AA000 | HEIGHT GAUGE | $ 752.00 | 1 | 0 | $ - | |
| | 20099PA010 | BUSHING REPLACER | $ 180.00 | 1 | 0 | $ - | |
| | 20299AG000 | CONTROL ARM BUSHING REMOVER | $ 32.10 | 1 | 0 | $ - | |
| | 20299AG010 | CONTROL ARM BUSHING BASE | $ 37.50 | 1 | 0 | $ - | |
| | 20399FG000 | SOCKET 14 | $ 22.75 | 1 | 0 | $ - | |
| J-35910 | 28099AC000 | AXLE BOOT CLAMP PLIERS | $ 91.50 | 1 | 0 | $ - | |
| | 28099PA010 | FRONT HUB SUPPORT | $ 70.10 | 1 | 1 | $ 70.10 | |
| | 28099PA100 | DRIVESHAFT REMOVER | $ 218.00 | 1 | 0 | $ - | |
| | 28399SA010 | AXLE SHAFT PROTECTOR | $ 35.00 | 1 | 0 | $ - | |
| | 303-F070-6 | ENGINE BOLT HOOK | $ 31.33 | 1 | 0 | $ - | |
| | 34099AC010 | ADAPTER HOSE A | $ 223.00 | 1 | 0 | $ - | |
| | 34099AC020 | ADAPTER HOSE B | $ 231.00 | 1 | 0 | $ - | |
| | 34099FA060 | PUNCH | $ 53.00 | 1 | 0 | $ - | |
| | 34099PA010 | INNER RACK SEAL REMOVER | $ 112.00 | 1 | 0 | $ - | |
| | 34099PA100 | PINION LOCKNUT WRENCH | $ 137.00 | 1 | 0 | $ - | |
| | 34199AE030 | SEAL INSTALLER | $ 17.00 | 1 | 1 | $ 17.00 | |
| | 34199AG000 | BOSS D | $ 180.50 | 1 | 0 | $ - | |
| | 34199AG010 | INSTALLER | $ 28.00 | 1 | 0 | $ - | |
| | 34199AG020 | GUIDE | $ 88.70 | 1 | 0 | $ - | |
| | 34199AG060 | PAS SEAL RING GUIDE | $ 46.54 | 1 | 0 | $ - | |
| | 34199AG070 | FORMER | $ 38.00 | 1 | 1 | $ 38.00 | |
| | 34199AG080 | FORMER | $ 33.00 | 1 | 0 | $ - | |
| | 34199AG090 | INSTALLER | $ 30.00 | 1 | 0 | $ - | |
| | 34199AG100 | POWER STEERING TEST HARNESS | $ 27.00 | 1 | 1 | $ 27.00 | |
| | 34199AJ060 | PINION NUT WRENCH | $ 279.00 | 1 | 1 | $ 279.00 | |
| | 34199FE000 | INSTALLER AND REMOVER | $ 139.00 | 1 | 0 | $ - | |
| | 34199FE040 | INSTALLER | $ 328.00 | 1 | 0 | $ - | |
| | 34199XA000 | INSTALLER | $ 27.00 | 1 | 0 | $ - | |
| | 34199XA010 | GUIDE | $ 233.00 | 1 | 0 | $ - | |
| | 34199XA020 | FORMER | $ 108.00 | 1 | 0 | $ - | |
| | 34199XA030 | INSTALLER | $ 46.00 | 1 | 0 | $ - | |
| | 34199XA060 | SEAL REMOVER | $ 77.00 | 1 | 0 | $ - | |
| | 34299CA000 | PINION NUT WRENCH | $ 73.24 | 1 | 1 | $ 73.24 | |
| | 398177700 | INSTALLER | $ 78.00 | 1 | 0 | $ - | |
| | 398487700 | GE CARRIER SIDE BEARING DRIFT | $ 31.50 | 1 | 0 | $ - | |
| 398497700 | 398497701 | PILOT | $ 77.50 | 1 | 0 | $ - | |
| | 398527700 | OISL & PULLER | $ 222.00 | 1 | 0 | $ - | |
| | 398643600 | GAUGE | $ 82.68 | 1 | 0 | $ - | |
| | 399780104 | WEIGHT BACKLASH | $ 83.75 | 1 | 0 | $ - | |
| 41099AA011 | 41099AA012 | ENGINE SUPPORT BRACKET | $ 85.00 | 1 | 0 | $ - | |
| | 41099AA020 | ENGINE SUPPORT | $ 49.85 | 1 | 0 | $ - | |
| | 41099AC000 | ENGINE SUPPORT ASSEMBLY | $ 191.00 | 1 | 0 | $ - | |
| | 41099AJ000-A | ENGINE SUPPORT BRACKET - HH | $ 133.00 | 1 | 0 | $ - | |
| | 41099AJ010-A | ENGINE SUPPORT BRACKET - H6 | $ 225.00 | 1 | 0 | $ - | |
| | 41099AJ130 | ENGINE POSITIONING BRACKET | $ 94.47 | 1 | 0 | $ - | |
| | 41099YC001 | CVT REAR MOUNT REST | $ 64.50 | 1 | 0 | $ - | |
| | 41399CA000 | BUSHING REMOVER/REPLACER | $ 340.00 | 1 | 0 | $ - | |
| | 41399CA050 | R/R LH BUSHING ASSEMBLY | $ 382.04 | 1 | 0 | $ - | |
| 41399FG000 | 41399FG001 | REAR SUBFRAME BUSHING TOOL | $ 382.04 | 1 | 1 | $ 382.04 | |
| | 42099AE001 | S/T QUICK CONNECTOR | $ 3.25 | 1 | 1 | $ 3.25 | |
| | 42099CA000 | RETAINING RING FUEL TANK | $ 310.26 | 1 | 0 | $ - | |
| | 42099FL000 | FUEL PUMP TOOL | $ 55.00 | 1 | 1 | $ 55.00 | |
| | 498057300 | OIL SEAL INSTALLER | $ 120.00 | 1 | 0 | $ - | |
| | 498077000 | 5TH DRIVEN GEAR REMOVER | $ 59.00 | 1 | 0 | $ - | |
| | 498077300 | REMOVER | $ 715.40 | 1 | 0 | $ - | |
| | 498077400 | SYNCHRONIZER CONE REMOVER | $ 132.00 | 1 | 0 | $ - | |
| | 498077600 | REMOVER | $ 890.00 | 1 | 0 | $ - | |
| | 498175500 | DIFFERENTIAL TOOL | $ 42.70 | 1 | 1 | $ 42.70 | |
| | 498247001 | MAGNET BASE | $ 135.00 | 1 | 1 | $ 135.00 | |
| | 498247100 | DIAL GAUGE | $ 264.00 | 1 | 1 | $ 264.00 | |
| | 498255400 | MAGNET BASE PLATE | $ 56.00 | 1 | 0 | $ - | |
| | 498277200 | FLYWHEEL STOPPER | $ 155.25 | 1 | 0 | $ - | |
| | 498427100 | DRIVE PINION STOPPER | $ 101.00 | 1 | 0 | $ - | |
| | 498447100 | DIFFERENTIAL SIDE SEAL INSTALLER | $ 52.00 | 1 | 0 | $ - | |
| | 498515700 | REMOVER | $ 290.55 | 1 | 0 | $ - | |
| | 498517000 | DRIVE PINION REPLACER | $ 524.00 | 1 | 0 | $ - | |
| | 498627100 | SEAT COMPRESSOR | $ 65.00 | 1 | 0 | $ - | |
| | 498747300 | PISTON RING COMPRESSOR | $ 333.22 | 1 | 1 | $ 333.22 | |
| | 498937000 | TRANSMISSION HOLDER | $ 58.00 | 1 | 1 | $ 58.00 | |
| | 498937110 | SHAFT HOLDER | $ 180.00 | 1 | 0 | $ - | |
| | 499017100 | GUIDE - PISTON PIN | $ 90.00 | 1 | 0 | $ - | |
| | 499097700 | PISTON PIN REMOVER | $ 274.56 | 1 | 0 | $ - | |
| | 499207100 | WRENCH - CP SPROCKET | $ 65.00 | 1 | 0 | $ - | |
| 499207400 | 499207400-A | CAMSHAFT SPROCKET WRENCH | $ 171.00 | 1 | 0 | $ - | |

EXHIBIT 2

Dealer Code: 400612
Franchise Code: SU
KM Number: 379052

**DO NOT EDIT: The fields on this form are automatically populated!!**

| Tool with acceptable alternative | Component Tool Part Number | Subaru of America Essential Special Service Tools & Equipment | Item Price | Quantity Required | Tool Missing Place On Order | Order Price | Notes |
|---|---|---|---|---|---|---|---|
| | 499247300 | DRIVE PINION INSTALLER | $ 152.00 | 1 | 0 | $ - | |
| | 499247400 | INSTALLER | $ 53.50 | 1 | 0 | $ - | |
| | 499267300 | REMOVER PIN | $ 20.93 | 1 | 0 | $ - | |
| | 499277100 | 1-2 BUSHING INSTALLER | $ 145.00 | 1 | 1 | $ 145.00 | |
| | 499277200 | 1-2 BUSHING INSTALLER | $ 150.00 | 1 | 0 | $ - | |
| | 499497000 | TORX PLUS BIT - T40 | $ 10.25 | 1 | 0 | $ - | |
| | 499575400 | BEARING HEIGHT GAUGE | $ 106.00 | 1 | 1 | $ 106.00 | |
| | 499557000 | TRANSFER GAUGE | $ 13.00 | 1 | 0 | $ - | |
| | 499585500 | OIL SEAL GUIDE | $ 135.00 | 1 | 1 | $ 135.00 | |
| | 499585700 | OIL SEAL GUIDE | $ 45.50 | 1 | 0 | $ - | |
| | 499587100 | OIL SEAL INSTALLER | $ 52.75 | 1 | 0 | $ - | |
| | 499587200 | OIL SEAL INSTALLER | $ 62.26 | 1 | 0 | $ - | |
| | 499587500 | OIL SEAL INSTALLER | $ 55.70 | 1 | 1 | $ 55.70 | |
| | 499587600 | OIL SEAL INSTALLER | $ 31.75 | 1 | 1 | $ 31.75 | |
| | 499587700 | CAMSHAFT SEAL INSTALLER | $ 42.24 | 1 | 1 | $ 42.24 | |
| | 499597000 | OIL SEAL GUIDE | $ 123.00 | 1 | 0 | $ - | |
| | 499718000 | VALVE SPRING REMOVER | $ 94.85 | 1 | 0 | $ - | |
| | 499737000 | PULLER | $ 104.00 | 1 | 0 | $ - | |
| | 499737100 | PULLER SET | $ 467.00 | 1 | 0 | $ - | |
| | 499747100 | CLUTCH DISC GUIDE | $ 54.54 | 1 | 0 | $ - | |
| | 499755602 | COMPRESSOR | $ 33.75 | 1 | 0 | $ - | |
| | 499757002 | INSTALLER | $ 57.95 | 1 | 1 | $ 57.95 | |
| | 499765900 | VALVE GUIDE REAMER | $ 56.50 | 1 | 0 | $ - | |
| | 499767700 | INTAKE VALVE GUIDE ADJUSTER | $ 55.50 | 1 | 0 | $ - | |
| | 499767800 | EXHAUST VALVE GUIDE ADJUSTER | $ 69.50 | 1 | 0 | $ - | |
| | 499787000 | WRENCH ASSEMBLY | $ 86.33 | 1 | 0 | $ - | |
| | 499787500 | PRELOAD ADAPTER WRENCH | $ 196.00 | 1 | 1 | $ 196.00 | |
| | 499787700 | WRENCH | $ 323.00 | 1 | 0 | $ - | |
| | 499857000 | REMOVER AY DRIVE GEAR | $ 204.00 | 1 | 0 | $ - | |
| | 499877000 | 4-5 RACE INSTALLER | $ 21.00 | 1 | 1 | $ 21.00 | |
| | 499917500 | AY DRIVE PINION GAGE | $ 293.00 | 1 | 0 | $ - | |
| | 499927100 | TRANSMISION MAIN SHAFT HANDLE | $ 113.50 | 1 | 0 | $ - | |
| | 499977100 | CRANKSHAFT PULLEY WRENCH | $ 45.50 | 1 | 0 | $ - | |
| | 499977400 | CRANKSHAFT PULLEY WRENCH | $ 70.00 | 1 | 0 | $ - | |
| | 499977500 | CAMSHAFT SPROCKET HOLDING TOOL | $ 117.00 | 1 | 1 | $ 117.00 | |
| | 499987300 | SOCKET WRENCH | $ 124.00 | 1 | 0 | $ - | |
| | 61299CA000 | REGULATOR DOOR ALIGNER | $ 14.57 | 1 | 0 | $ - | |
| | 61299CA010 | REGULATOR DOOR ALIGNER | $ 14.57 | 1 | 0 | $ - | |
| | 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 | REDLINE SMOKE MACHINE | $ 1,575.11 | 1 | 0 | $ - | |
| | 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 | EVAP ADAPTER PLUG | $ 17.50 | 1 | 1 | $ 17.50 | |
| | 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 | EVAP PASS THROUGH PLUG | $ 24.00 | 1 | 1 | $ 24.00 | |
| | 73099SG000 | CONDENSER SPECIAL TOOL | $ 104.78 | 1 | 0 | $ - | |
| | 73499XA000A | A/C HIGH PRESSURE REMOVER | $ 67.00 | 1 | 0 | $ - | |
| | 73499XA01A | A/C LOW PRESSURE REMOVER | $ 75.00 | 1 | 0 | $ - | |
| | 87599VA000 | ICHART | $ 106.00 | 1 | 0 | $ - | |
| | 87599YC001 | ICHART - ADA CAMERA | $ 258.54 | 1 | 1 | $ 258.54 | |
| | 899524100 | PULLER | $ 108.00 | 1 | 0 | $ - | |
| | 899580100 | INSTALLER | $ 39.74 | 1 | 1 | $ 39.74 | |
| | 899714110 | CAMSHAFT GEAR REMOVER | $ 122.00 | 1 | 0 | $ - | |
| | 899858600 | RETAINER | $ 112.00 | 1 | 0 | $ - | |
| | 899864100 | INSTALLER | $ 22.25 | 1 | 1 | $ 22.25 | |
| | 899884100 | HOLDER | $ 192.00 | 1 | 0 | $ - | |
| | 9011914120 | ENGINE BRACKET | $ 6.81 | 1 | 0 | $ - | |
| | 925091000 | BAND TIGHTNER | $ 26.25 | 1 | 0 | $ - | |
| | 925711000-A | POWER STEERING PRESSURE TESTER | $ 175.00 | 1 | 0 | $ - | |
| | 926200000 | GEAR BOX STAND | $ 105.00 | 1 | 0 | $ - | |
| | 926230000 | SPANNER | $ 178.00 | 1 | 0 | $ - | |
| | 926420000 | PLUG | $ 88.00 | 1 | 0 | $ - | |
| | 926470000 | AXLE SHAFT PULLER | $ 304.00 | 1 | 0 | $ - | |
| | 927080000 | HUB PULLER | $ 157.00 | 1 | 0 | $ - | |
| | 927640000 | B INSTALLER | $ 38.00 | 1 | 0 | $ - | |
| | 927680000 | INSTALLER & REMOVER | $ 172.44 | 1 | 1 | $ 172.44 | |
| | 927720000 | INSTALLER & REMOVER | $ 140.00 | 1 | 1 | $ 140.00 | |
| | 98299AG010 | TEST HARNESS V | $ 91.00 | 1 | 0 | $ - | |
| | 98299AG040 | TEST HARNESS Y | $ 17.00 | 1 | 0 | $ - | |
| | 98299AG060 | TEST HARNESS D | $ 32.25 | 1 | 0 | $ - | |
| | 98299AG070 | TEST HARNESS AG | $ 308.00 | 1 | 0 | $ - | |
| | 98299AG080 | AIR BAG TEST HARNESS | $ 218.00 | 1 | 1 | $ 218.00 | |
| | 98299AG090 | TEST HARNESS AI | $ 41.50 | 1 | 0 | $ - | |
| | 98299AL000 | TEST HARNESS | $ 29.00 | 1 | 0 | $ - | |
| | 98299AL010 | TEST HARNESS | $ 209.55 | 1 | 0 | $ - | |
| | 98299AL020 | TEST HARNESS | $ 6.50 | 1 | 0 | $ - | |
| | 98299AL030 | TEST HARNESS | $ 45.00 | 1 | 0 | $ - | |
| | 98299CA000 | AD AR TEST HARNESS | $ 47.25 | 1 | 0 | $ - | |
| | 98299CA010 | TEST HARNESS | $ 35.40 | 1 | 0 | $ - | |
| | 98299CA020 | AT TEST HARNESS | $ 21.83 | 1 | 0 | $ - | |
| 98299FA030 | 98299FA030-1 | AIR BAG TEST HARNESS | $ 65.00 | 1 | 0 | $ - | Alternate Tool Found |
| | 98299FC010 | SUBARU AIRBAG HARNESS | $ 62.00 | 1 | 0 | $ - | |
| | 98299FG000 | TEST HARNESS -AJ | $ 66.00 | 1 | 0 | $ - | |

EXHIBIT 2

Dealer Code: 400612
Franchise Code: SU
KM Number: 378052

**DO NOT EDIT: The fields on this form are automatically populated!!**

| Tool with acceptable alternative | Component Tool Part Number | Subaru of America Essential Special Service Tools & Equipment | Item Price | Quantity Required | Tool Missing Place On Order | Order Price | Notes |
|---|---|---|---|---|---|---|---|
| | 98299FG010 | TEST HARNESS AD-K | $ 26.50 | 1 | 0 | $ - | |
| | 98299FJ030 | AIR BAG TEST HARNESS | $ 28.65 | 1 | 1 | $ 28.65 | |
| | 98299FL020 | ODS Harness: TEST HARNESS BB | $ 49.14 | 1 | 0 | $ - | |
| | 98299FL030 | ODS Harness: TEST HARNESS BC | $ 7.85 | 1 | 0 | $ - | |
| | 98299PA030 | AIR BAG DEPLOYMNT HARNESS | $ 71.50 | 1 | 0 | $ - | |
| | 98299PA040 | AIR BAG RESISTOR | $ 30.25 | 2 | 0 | $ - | |
| | 98299SA000 | TEST (N) HARNESS | $ 54.78 | 1 | 0 | $ - | |
| | 98299SA010 | TEST (D) HARNESS | $ 27.75 | 1 | 0 | $ - | |
| | 98299SA020 | TEST (P) HARNESS | $ 45.50 | 1 | 0 | $ - | |
| | 98299SA040 | TEST (Q) HARNESS | $ 70.50 | 1 | 0 | $ - | |
| | 98299XA000 | AB TEST HARNESS | $ 97.00 | 1 | 0 | $ - | |
| | 98299XA010 | AC TEST HARNESS | $ 112.42 | 1 | 0 | $ - | |
| | 98299XA020 | AD TEST HARNESS | $ 136.57 | 1 | 0 | $ - | |
| | 98299XA030 | AE TEST HARNESS | $ 49.75 | 1 | 0 | $ - | |
| | 99009AL000 | BRAKE CALIPER SEAL DRIVER | $ 38.50 | 1 | 0 | $ - | |
| | EN-49245-SUB | INJECTOR SEALS INSTALLER/SIZER | $ 66.00 | 1 | 0 | $ - | |
| | GR8-1100-SUB | SUBARU BATT DIAG STATION | $ 3,500.00 | 1 | 0 | $ - | |
| | J-39401-4 | 6MM RECESSED NUTS | $ 114.00 | 1 | 0 | $ - | |
| | J-39401-B | SIR DEPLOYMENT FIXTURE | $ 796.00 | 1 | 0 | $ - | |
| | J-47673 | PASSENGER WEIGHT TOOL | $ 1,748.00 | 1 | 1 | $ 1,748.00 | |
| | J-49755 | FUEL ALCOHOL TESTER | $ 19.00 | 1 | 1 | $ 19.00 | |
| | J-49863 | FUEL PRESSURE TEST KIT | $ 151.00 | 1 | 1 | $ 151.00 | |
| | J-50135 | ENGINE SUPPORT FIXTURE | $ 525.00 | 1 | 0 | $ - | |
| | J-50135-5 | ENGINE BRIDGE - LONG STANCHION | $ 60.00 | 1 | 0 | $ - | |
| | J-50136 | ENGINE LIFTING BRACKET | $ 110.00 | 1 | 1 | $ 110.00 | |
| | J-50137 | ENGINE SAFETY SLING & SHACKLE | $ 91.00 | 1 | 0 | $ - | |
| | J-50552 | PULLEY WRENCH PIN SET | $ 252.00 | 1 | 1 | $ 252.00 | |
| | J-50553 | PISTON RING COMPRESSOR | $ 100.61 | 1 | 0 | $ - | |
| | J-50972 | TORSION BAR ADJUSTER | $ 415.00 | 1 | 0 | $ - | |
| | J-50984 | PISTON RING COMPRESSOR | $ 194.00 | 1 | 0 | $ - | |
| | J-51003 | PISTON RING COMPRESSOR | $ 98.66 | 1 | 0 | $ - | |
| | J-51311 | SUBARU HEV SAFETY KIT | $ 566.14 | 1 | 0 | $ - | |
| | J-51972 | CAM COVER GUIDE PINS | $ 13.50 | 1 | 0 | $ - | |
| | J-51973 | CRANKSHAFT SEAL INSTALLER | $ 18.58 | 1 | 0 | $ - | |
| | J-51658 | ENGINE BRIDGE ADAPTER KIT | $ 75.00 | 1 | 0 | $ - | |
| | J-51661 | RADAR REFLECTOR | $ 81.00 | 1 | 0 | $ - | |
| | J-51662 | RADAR REFLECTOR STAND | $ 86.55 | 1 | 0 | $ - | |
| | SOA321105 | BRZ WINDOW WRENCH | $ 43.12 | 1 | 0 | $ - | |
| | SOA625333 | CLUTCH SPRING COMPRESSOR | $ 274.00 | 1 | 0 | $ - | |
| | SOA626234 | OIL SEAL INSTALLER | $ 75.00 | 1 | 1 | $ 75.00 | |
| | SOA629389 | DRIVE PINION INSTALLER | $ 73.50 | 1 | 1 | $ 73.50 | |
| | SOA639715-A | PRESSURE GAUGE & ADAPTER SET | $ 759.00 | 1 | 1 | $ 759.00 | |
| | SOA814001T | RELAY PLIERS | $ 38.50 | 1 | 1 | $ 38.50 | |
| J-51443 | VT36-0002 | TPMS ACTIVATION TOOL | $ 333.50 | 1 | 1 | $ 333.50 | |
| | 165-DSS-5000 SUB | TESTER | $ 1,750.00 | 1 | 0 | $ - | |
| | 554-SPL-SUB | SYSTEM | $ 4,140.00 | 1 | 1 | $ 4,140.00 | |
| | 18632AA000-1 | PIN SERVICE PART (1) | $ 84.62 | 1 | 0 | $ - | |
| | 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 | XL EXHAUST CONE | $ 59.00 | 1 | 1 | $ 59.00 | |
| | 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 | EASYEVAP | $ 137.00 | 1 | 1 | $ 137.00 | |
| | 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 | EVAP SERVICE PART & ADAPTER SET | $ 53.00 | 1 | 1 | $ 53.00 | |
| | 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 | EXHAUST CONE | $ 43.00 | 1 | 1 | $ 43.00 | |
| | 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 | CAP PLUG | $ 39.00 | 1 | 1 | $ 39.00 | |
| | 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 | SMOKE PRODUCING FLUID | $ 17.00 | 1 | 1 | $ 17.00 | |
| | 927850000 | INSTALLER | $ 100.69 | 1 | 0 | $ - | |
| | 927860000 | PIN | $ 17.80 | 2 | 0 | $ - | |
| | 927870000 | RECEIVER | $ 66.00 | 1 | 0 | $ - | |
| | 927880000 | INSTALLER | $ 28.35 | 1 | 0 | $ - | |
| | 927890000 | RECEIVER | $ 61.09 | 1 | 0 | $ - | |
| | EN-51105-1 | PROTECTOR SHORT | $ 76.00 | 1 | 0 | $ - | |
| | EN-51105-2 | PROTECTOR LONG | $ 76.00 | 1 | 0 | $ - | |
| | EN-49245-3 | INSTALLER | $ 70.66 | 1 | 0 | $ - | |
| | EN-49245-4 | SIZER | $ 133.33 | 1 | 0 | $ - | |
| | J-39401-5 | RECESSED NUT (1) | $ 22.80 | 1 | 0 | $ - | |
| | J-48755-1 | SMALL GLOVES | $ 93.75 | 1 | 0 | $ - | |
| | J-48755-2 | MEDIUM GLOVES | $ 93.75 | 1 | 0 | $ - | |
| | J-48755-3 | LARGE GLOVES | $ 93.75 | 1 | 0 | $ - | |
| | J-48755-4 | SAFETY MAT | $ 127.56 | 1 | 0 | $ - | |
| | J-48755-5 | SAFETY CONE | $ 13.46 | 1 | 0 | $ - | |
| | J-48755-6 | ORANGE TAPE | $ 13.16 | 1 | 0 | $ - | |
| | J-48755-7 | BARRICADE TAPE | $ 10.62 | 1 | 0 | $ - | |
| | J-48755-8 | FIRE EXTINGUISHER | $ 44.14 | 1 | 0 | $ - | |
| | J-50135-1 | TUBE ASSEMBLY 40" | $ 98.00 | 1 | 0 | $ - | |
| | J-50135-2 | TUBE ASSEMBLY 36" | $ 72.50 | 1 | 0 | $ - | |
| | J-50135-3 | SUPPORT LEG ASSY | $ 64.42 | 2 | 0 | $ - | |
| | J-28467-1A | CROSS BRACKET | $ 52.00 | 2 | 0 | $ - | |
| | J-28467-3 | TUBE ASSEMBLY | $ 74.66 | 1 | 0 | $ - | |
| | J-28467-5A | SHOCK TOWER SUPPORT ASS'Y | $ 66.67 | 2 | 0 | $ - | |
| | J-28467-6A | BRACKET ASSEMBLY | $ 54.67 | 2 | 0 | $ - | |
| | J-28467-8A | HOOK ASSEMBLY | $ 60.00 | 2 | 0 | $ - | |
| | J-28467-9 | QUICK RELEASE PIN | $ 6.00 | 2 | 0 | $ - | |
| | J-28467-33A | SUPPORT NUT | $ 12.33 | 6 | 0 | $ - | |
| | J-28467-34 | HANDLE | $ 25.33 | 2 | 0 | $ - | |
| | J-28467-53 | HOLD DOWN BOLT | $ 5.33 | 6 | 0 | $ - | |
| | Total Number of Tools | | $ 58,555.75 | 339 | 67 | $ 14,542.71 | |

EXHIBIT 2



EXHIBIT 2

18356AA000



41399CA000 - contains 4 removal/install cups, threaded rod, 2 threaded Nuts, thrust bearing and thrusted bearing guide



Removal

Install

41399CA052    Contains 4 removal/install cups, 2 threaded Screws, 1 double threaded plate, 1 Special Threaded Hex Spacer, M45 Hex Nut, 1 thrust bearing and 1 thrust bearing guide.

EXHIBIT 2



41399FG001 or 41399FG002   Contains 4 removal/install cups, 2 threaded Screws, 1 double threaded plate, 1 Special Threaded Hex Spacer, M45 Hex Nut, 1 thrust bearing and 1 thrust bearing guide.

Similar configuration to 41399CA000

EXHIBIT 2

EXHIBIT  2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2



EXHIBIT 2

# 1.G.

EXHIBIT  2

## **Schedule 1.G.**

Agreement to Use Motor Vehicle Sales Finance License

(attached)

EXHIBIT  2

## AGREEMENT TO USE MOTOR VEHICLE SALES FINANCE LICENSE

### PARTIES

This Agreement is entered into on this 16ᵗʰ day of JULY, 2018 by and between Empyrean Auto Group, LLC dba Corpus Christi Subaru ("Seller") and CAH-DHL Automotive, LLC, ("Buyer") wherein Seller agrees to authorize Buyer to use and operate under its Motor Vehicle Sales Finance License issued by the Office of Consumer Credit Commissioner.

### RECITALS:

WHEREAS, Seller is the holder of a Motor Vehicle Sales Finance License, License number 1600056382-156412 issued by the Office of Consumer Credit Commissioner for its licensed location, 3615 S. Padre Island Drive, Corpus Christi, Texas 78415;

WHEREAS, Buyer has made application for its own Motor Vehicle Sales Finance License through the Office of Consumer Credit Commissioner;

WHEREAS, Seller desires to authorize Buyer to use and operate under Seller's Motor Vehicle Sales Finance License until its application is approved;

### AGREEMENT:

NOW, THEREFORE, in and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and confessed, Seller does hereby authorize Buyer to use and operate under its Motor Vehicle Sales Finance License until Buyer's application is approved or 90 days from the date of the Closing of the Asset Purchase Agreement between Seller and Buyer, whichever date is earlier.

Duration:   The duration of this Agreement is until Buyer's application is approved or 90 days from the date of the Closing of the Asset Purchase Agreement between Seller and Buyer, whichever date is earlier. While Buyer is operating under Seller's license, Seller will not participate in any conduct that would require the use of its license.

By this Agreement, Seller grants Buyer the authority to operate under Seller's Motor Vehicle Sales Finance License pending approval of Buyer's application.   Seller accepts full responsibility to any customer of the licensed business for any acts of Buyer in connection with the operation of the business.   Buyer agrees to indemnify Seller for any actions arising out of Buyer's use of Seller's license.

Agreed by:

Empyrean Auto Group, LLC                    CAH-DHL Automotive, LLC
dba Corpus Christi Subaru

By: _____              By: _____
                                                CHARLIE HICKS
Its: _____             Its: PRESIDENT

EXHIBIT 2

# 1.H.

EXHIBIT 2

## Schedule 1. H.

Seller Obligations Assumed

None

EXHIBIT 2

# 2.F.

EXHIBIT 2

## Schedule 2.F.

Company Vehicles Purchased

None

EXHIBIT 2

# 6.A.(11)

EXHIBIT 2

## **<u>Schedule 6.A.(11)</u>**

Non-Compete/Non-Solicitation Agreement by Ronnie Lillard and Pete Martinez

(to be attached at Closing)

EXHIBIT  2

## NON-COMPETITION AGREEMENT

This Non-Competition Agreement is made and entered into as of this 27th day of November, 2018, by and among Empyrean Auto Group, LLC ("Seller"), Ronald Lillard and Pete Martinez, Individually ("Lillard and Martinez") and Hicks Family Subaru, LLC ("Buyer").

For and in consideration of $10.00 and other good a valuable consideration, including the purchase of Seller's dealership, the receipt and sufficiency of which is hereby acknowledged and confessed by Seller and Lillard and Martinez, the Parties hereto state and agree as follows:

1.      On July 16, 2018, Seller, Lillard and Martinez and Buyer, entered into an Asset Purchase Agreement (the "Agreement") wherein Buyer purchased and assumed certain assets of Seller. Seller operates a franchised new Subaru motor vehicle dealership at 3615 S. Padre Island Drive, Corpus Christi, Texas 78415. Buyer purchased certain assets of Seller and the right to do business in Corpus Christi, Texas as a Subaru new motor vehicle dealership for the sale and service of new motor vehicles.

2.      Seller and Lillard and Martinez acknowledge that the Buyer would not have entered into the Agreement except for the promises made by the Seller and Lillard and Martinez, and it is proper for the Buyer to have assurance that the value of the assets purchased under the Agreement will not be diminished by acts of the Seller and Lillard and Martinez after the Closing Date (as defined in the Agreement). Accordingly, Seller and Lillard and Martinez covenant and agree that they will not for a period of 36 months after the execution of this Non-Competition Agreement and within Nueces County and its contiguous counties, directly or indirectly open, own, operate, work for or be associated with any type of Subaru franchised new motor vehicle dealership.

3.      If Seller and/or Lillard and Martinez commit a breach, or threaten to commit a breach, of any of the provisions in this Non-Competition Agreement, the Buyer shall have the right and remedy to have the provisions of this Non-Competition Agreement specifically enforced by a district court in Nueces County, Texas, together with an accounting therefore, it being acknowledged and understood by Seller and Lillard and Martinez that any such breach or threatened breach will cause irreparable injury to the Buyer and that money damages will not provide an adequate remedy therefore.

4.      If any provision of this Non-Competition Agreement is judicially (including through arbitration) determined to be an unenforceable restriction against Seller and Lillard and Martinez, it shall not be rendered void. In this regard, the parties agree that any judicial authority (including arbitration) construing this Agreement shall sever any portion of the prohibited business activity from the coverage of this restriction and apply the restriction to the remaining portions of business activities not so severed.

Non-Competition Agreement                                                                  Page 1

EXHIBIT 2

**Empyrean Auto Group, LLC**

By:_____
    Ronald Lillard, Member

By:_____
    Pete Martinez, Member

By:_____
    Ronald Lillard, Individually

By:_____
    Pete Martinez, Individually

**Hicks Family Subaru, LLc**

By:_____
    Charles A. Hicks, President

Non-Competition Agreement                                    Page 2

EXHIBIT 2

# 7.E.

EXHIBIT  2

## **<u>Schedule 7.E.</u>**

Purchase Price Allocation

(to be attached at Closing)

EXHIBIT 2

9.I.

EXHIBIT 2

## Schedule 9.I.

Unpaid federal, state and local tax returns

None

EXHIBIT 2

# 9.R.

EXHIBIT 2

## Schedule 9.R.

Customer Deposits

None

EXHIBIT 2

# APA CLOSING DOCUMENTS

EXHIBIT 2

# Index of APA Closing Documents

**Hicks Family Subaru, LLC**
Buyer
**Empyrean Auto Group, LLC**
Seller

**Closing Date – November, 2018**

1.  Closing Statement

2.  Assignment by CAH-DHL Automotive, LLC to Hicks Family Subaru, LLC

3.  Unanimous Written Consent of Buyer's Managers

4.  Unanimous Written Consent of Seller's Members

5.  Bill of Sale

6.  Assignment and Assumption Agreement

7.  Certificate of Seller

8.  Certificate of Buyer

EXHIBIT 2

1

EXHIBIT  2

## Closing Statement

### HICKS FAMILY SUBARU, LLC
Buyer
### EMPYREAN AUTO GROUP, LLC
Seller

| Paragraph | Description | Amount |
|---|---|---|
| 2.A.1 | New Vehicles | $ 402,951 |
| | Used Vehicles | $ 16,300 |
| 2.B. | Parts & Accessories | $ 112,344 |
| 2.D. | Fixed Assets, Special Tools and Signs | $ 87,656 |
| 2.E. | Work in Progress | $ 0 |
| 2.F. | Company Vehicles | $ 0 |
| 2.G. | Intangible Assets (Goodwill, etc.) | $ 600,000 |
| | | |
| **Sub-Total Less:** | | $1,219,251 |
| | | |
| 9.R. | Customer Deposits | --$ 0 |
| | Floorplan (new and used) (Payable to Santander Bank, N.A. | --$ 443,820.00 |
| | Payable to First National Bank of Beeville | --$ 775,431.00 |
| | **Total Due to Seller by Buyer** | $ 0 |

EXHIBIT 2

The undersigned hereby certify that they have read the foregoing Closing Statement, and to the best of their knowledge, they acknowledge it to be correct.

Accepted and Agreed to on this 27th day of November 2018:

Seller:                               Empyrean Auto Group, LLC

                                      By:_____
                                          Ronald J. Lillard, Member


                                      By:_____
                                          Pete Martinez, Member


Buyer:                                Hicks Family Subaru, LLC

                                      By:_____
                                          Charles A. Hicks, President

EXHIBIT 2



FROM:    Auto Finance Operations              844-880-0280 Phone
         Reading, PA                          610-378-6659 Fax

RE:      Santander Bank N.A. -  Wiring Instructions

DATE:                                         # of pages: 1


Our wiring instructions are:

    Santander Bank N.A.
    1130 Berkshire Blvd
    Wyomissing, PA  19610
    ABA:  231372691
    G/L Account:  8433191500
    Reference:   "Dealer Name"

    Attn:  Auto Finance Operations


*This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message.  If you have received this message in error, please advise the sender and destroy this message.  Thank you.*


EXHIBIT  2

2

EXHIBIT 2

## ASSIGNMENT AGREEMENT

Pursuant to the Asset Purchase Agreement by and between Empyrean Auto Group, LLC dba Corpus Christi Subaru ("Seller") and CAH-DHL Automotive, LLC ("Buyer") dated July 16, 2018 ("Agreement"), CAH-DHL Automotive assigns all of its right, title and interest in and to the Agreement to Hicks Family Subaru, LLC

Dated: November 17th, 2018

CAH-DHL Automotive, LLC

By: _____
     Charles A. Hicks, President

Accepted:

Hicks Family Subaru, LLC

By: _____
     Charles A. Hicks, President

EXHIBIT 2

3

EXHIBIT  2

# UNANIMOUS WRITTEN CONSENT OF

# THE MANAGERS OF

# HICKS FAMILY SUBARU, LLC

# IN LIEU OF A SPECIAL MEETING

### November 2 7, 2018

The undersigned, being all of the Managers of Hicks Family Subaru, LLC (the "Company"), in accordance with Section 6.201 of the Texas Business Organizations Code, hereby consent to and adopt in all respects the following resolutions and such consent shall have the same force and effect as a vote by the undersigned at a meeting of the Managers called by the undersigned.

WHEREAS, Empyrean Auto Group, LLC (the "Seller") entered into that certain Asset Purchase Agreement with CAH-DHL Automotive, LLC, who has assigned its interest in the Asset Purchase Agreement to Hicks Family Subaru, LLC (the "Buyer") for the sale and purchase of certain assets of Seller's Subaru automobile dealership located in the City of Corpus Christi, Nueces County, Texas (the "Dealership");

WHEREAS, the Managers hereby direct and have directed Charles A. Hicks to take whatever actions are necessary to approve and consummate the Asset Purchase Agreement;

NOW THEREFORE BE IT

RESOLVED, that Charles A. Hicks is authorized and directed to execute, deliver and perform on behalf of the Company any and all documents and to do any and all things that he deems necessary or advisable and in the best interests of the Company in connection with the transaction evidenced and contemplated by the Asset Purchase Agreement by and among Empyrean Auto Group, LLC and Hicks Family Subaru, LLC, duly authorized and approved by the Managers of the Company.

FURTHER RESOLVED, that Charles A. Hicks is hereby authorized to take, or cause to be taken, any and all such action, in the name and on behalf of the Company, or otherwise, as in his judgment is necessary, desirable or appropriate in order to effect the purpose of the foregoing resolution; and

1

EXHIBIT 2

FURTHER RESOLVED, that all actions heretofore taken by Charles A. Hicks and all things done by his authority, in connection with the transaction described herein, be and the same is hereby ratified, approved and adopted as the acts of the Company.

IN WITNESS WHEREOF, the undersigned Managers of the Company have executed this Consent as of the date first written above.

SIGNED this 27 day of November, 2018.


_____
Charles A. Hicks, Manager


_____
Deborah H. Layton, Manager

2

EXHIBIT 2

4

EXHIBIT  2

# UNANIMOUS WRITTEN CONSENT OF

# THE MEMBERS OF

# EMPYREAN AUTO GROUP, LLC

# IN LIEU OF A SPECIAL MEETING

### November ⸺, 2018

The undersigned, being all of the Members of Empyrean Auto Group, LLC (the "Company"), in accordance with Section 6.201 of the Texas Business Organizations Code, hereby consent to and adopt in all respects the following resolutions and such consent shall have the same force and effect as a vote by the undersigned at a meeting of the Members called by the undersigned.

WHEREAS, Empyrean Auto Group, LLC (the "Seller") entered into that certain Asset Purchase Agreement with CAH-DHL Automotive, LLC, who has assigned his interest in the Asset Purchase Agreement to Hicks Family Subaru, LLC (the "Buyer") for the sale and purchase of certain assets of Seller's Subaru automobile dealership located in the City of Corpus Christi, Nueces County, Texas (the "Dealership");

WHEREAS, the Members hereby direct and have directed Ronald J. Lillard to take whatever actions are necessary to approve and consummate the Asset Purchase Agreement;

NOW THEREFORE BE IT

RESOLVED, that Ronald J. Lillard is authorized and directed to execute, deliver and perform on behalf of the Company any and all documents and to do any and all things that he deems necessary or advisable and in the best interests of the Company in connection with the transaction evidenced and contemplated by the Asset Purchase Agreement by and among Empyrean Auto Group, LLC and Hicks Family Subaru, LLC, duly authorized and approved by the Members of the Company.

FURTHER RESOLVED, that Ronald J. Lillard is hereby authorized to take, or cause to be taken, any and all such action, in the name and on behalf of the Company, or otherwise, as in his judgment is necessary, desirable or appropriate in order to effect the purpose of the foregoing resolution; and

1

EXHIBIT 2

FURTHER RESOLVED, that all actions heretofore taken by Ronald J. Lillard and all things done by his authority, in connection with the transaction described herein, be and the same is hereby ratified, approved and adopted as the acts of the Company.

IN WITNESS WHEREOF, the undersigned Members of the Company have executed this Consent as of the date first written above.

SIGNED this 27 day of November, 2018.

_____
Ronald J. Lillard, Member

_____
Pete Martinez, Member

EXHIBIT 2

5

EXHIBIT  2

## BILL OF SALE

This Bill of Sale is made as of November 27, 2018, between Empyrean Auto Group, LLC, a Texas limited liability company ("Seller") and Hicks Family Subaru, LLC, a Texas limited liability company ("Buyer"). The Buyer and Seller are referred to jointly herein as "the Parties" and individually as "Party."

## AGREEMENT

In consideration of the payment in the sum of One Million Two Hundred Nineteen Thousand Two Hundred Fifty-One and No/100 Dollars ($1,219.251.00), paid by Buyer to Seller, the receipt of which is hereby acknowledged, the mutual covenants contained herein and in that certain Asset Purchase Agreement between Buyer and Seller for the sale and purchase of certain assets of the Seller's Subaru automobile dealership in the City of Corpus Christi, Nueces County, Texas, and other good and valuable consideration, including, but not limited to, the pay-off by Buyer of Seller's financing source of the wholesale financing debt secured by the new motor vehicle inventory conveyed hereby (less the deductions identified in Paragraph 2.A of the Asset Purchase Agreement), the sufficiency of which consideration is hereby acknowledged:

Seller has sold and by this instrument sells, conveys and transfers to Buyer all of Seller's right, title and interest in and to the properties, assets and things listed in Paragraphs 1 and 2 of the Asset Purchase Agreement and incorporated herein by reference ("the Purchased Assets").

TO HAVE AND TO HOLD the Purchased Assets unto Buyer, its successors, and assigns forever, and Seller, for itself and its successors and assigns, warrants and represents that it has good and marketable title to the Purchased Assets; that it has a good and clear right to sell the Purchased Assets; that there are no liens, encumbrances, assessments, claims for taxes or other obligations outstanding against any of the Purchased Assets.

Seller, for itself and its successors and assigns, covenants and agrees to defend the sale of the Purchased Assets to the Buyer against all claims and upon request to take such action and, without further consideration, to execute and deliver to Buyer or its nominee any further documents that Buyer or its nominee may reasonably require to reduce any of the Purchased Assets to possession or to pass title to any of the Purchased Assets or to evidence any obligations of Seller created herein.

IN WITNESS WHEREOF, this document has been executed and delivered by the Seller as of the day and year first above written.

Seller:

Empyrean Auto Group, LLC

By:_____
Ronald J. Lillard, Member

EXHIBIT 2

6

EXHIBIT 2

ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (the "Assignment") is executed by Empyrean Auto Group, LLC, a Texas limited liability company ("Assignor"), and Hicks Family Subaru, LLC, a Texas limited liability company ("Assignee").

Introductory Provisions

The following provisions form a part of this Assignment:

A.    Concurrently herewith Assignor is conveying to Assignee by Bill of Sale certain assets described therein (the "Assets"), said Assets used by Assignor in connection with its Subaru automobile dealership in Corpus Christi, Nueces County, Texas (the "Dealership") owned by Assignor.

B.    Assignor desires to assign, transfer and convey to Assignee all contract rights, claims, trade names and other intangible items associated with the goodwill of the Dealership, and used or acquired in any way whatsoever, in connection with the complete and comfortable use, enjoyment, occupancy or operation of the Dealership (all of such properties and assets being referred to herein collectively as the "Assigned Properties"), except those not owned by Assignor.

THEREFORE, for the same consideration given and accepted for the transfer of the Dealership and in consideration of the foregoing and TEN AND NO/1OO DOLLARS ($10.00), and other good and valuable consideration in hand paid by Assignee to Assignor, the receipt and sufficiency of which are hereby acknowledged and confessed by Assignor, Assignor does hereby ASSIGN, TRANSFER, SET OVER and DELIVER to Assignee all of the Assigned Properties, including, without limitation of the generality of the foregoing, the following:

1.    To the extent permitted, all rights of Assignor under the Subaru Dealer Sales and Service Agreement (the "Franchise") granting to Assignor the right to operate a Subaru dealership;

2.    To the extent permitted under applicable law or regulation, all licenses, permits, certificates and governmental authorizations of Assignor used or useful in the business of the Dealership.

3.    All repair and service work in process (including sublet repair and service work) begun by Assignor before and not completed by the date of this Assignment.

4.    All transferable manufacturer's, supplier's or contractor's warranties or guarantees with respect to any of the Assigned Properties.

5.    All deposits held by Assignor on contracts for sale of motor vehicles physically present on the date of Closing but undelivered, and on contracts for sale of motor vehicles for future delivery and not physically present on the date of Closing.

1

EXHIBIT 2

TO HAVE AND TO HOLD the Assigned Properties unto Assignee, and Assignee's heirs, legal representatives, successors and assigns forever, and except as otherwise specifically set forth herein, Assignor does hereby bind Assignor, and Assignor's legal representatives, successors and assigns, to WARRANT AND FOREVER DEFEND, all and singular, the Assigned Properties unto Assignee, and Assignee's legal representatives, successors and assigns, against every person or persons, if any, who claim or who may claim the same or any part thereof.

Assignee does hereby indemnify and hold harmless Assignor from and against all liability, loss, damage, cost or expense, including reasonable attorneys' fees, which the Assignor may suffer or incur by reason of any act or cause of action occurring or accruing subsequent to the execution of this instrument and arising out of the ownership and/or operation of the Dealership or the Assigned Properties, except any liability, cost, loss, damage or expense arising solely out of the actions of Assignor prior to the Closing of the Asset Purchase Agreement entered into between Empyrean Auto Group, LLC and CAH-DHL Automotive, LLC (who assigned said Asset Purchase Agreement to Hicks Family Subaru, LLC) on July 16, 2018.

Assignor does hereby indemnify and hold harmless Assignee from and against all liability, loss, damage, cost or expense, including reasonable attorneys' fees, which the Assignee may suffer or incur by reason of any act occurring or cause of action accruing prior to the execution of this instrument and arising out of the ownership and/or operation of the Dealership or the Assigned Properties, except any liability, cost, loss, damage, or expense arising solely out of the actions of Assignee on or after the Closing of the Asset Purchase Agreement entered into between Empyrean Auto Group, LLC and CAH-DHL Automotive, LLC (who assigned said Asset Purchase Agreement to Hicks Family Subaru, LLC) on July 16, 2018.

EXECUTED this 21ʰ day of November, 2018.

SELLER:

Empyrean Auto Group, LLC

By: _____
    Ronald J. Lillard

BUYER:

Hicks Family Subaru, LLC

By: _____
    Charles A. Hicks, President

2

EXHIBIT 2

STATE OF TEXAS       §
                            §

COUNTY OF NUECES   §

This instrument was acknowledged before me this 27th day of November, 2018 by Ronald J. Lillard, Member of Empyrean Auto Group, LLC, a Texas limited liability company on behalf of said limited liability company.



JULIE M JENSEN
Notary ID #124363198
My Commission Expires
October 14, 2022

_____
Notary Public in and for the State of Texas

STATE OF TEXAS       §
                            §

COUNTY OF NUECES   §

This instrument was acknowledged before me this 27th day of November, 2018 by Charles A. Hicks, President of Hicks Family Subaru, LLC, a Texas limited liability company, on behalf of said limited liability company.

JULIE M JENSEN
Notary ID #124363198
My Commission Expires
October 14, 2022

_____
Notary Public in and for the State of Texas

3

EXHIBIT 2

7

EXHIBIT  2

## CERTIFICATE OF SELLER

Empyrean Auto Group, LLC ("Seller") does hereby certify that, in accordance with that certain Asset Purchase Agreement (the "Agreement"), by and between Empyrean Auto Group, LLC and CAH-DHL Automotive, LLC ("Buyer"), which Agreement has been assigned by CAH-DHL Automotive, LLC to Hicks Family Subaru, LLC that:

1.    Seller has in all material respects complied with or performed all obligations and conditions under the Agreement to be complied with or performed by Seller on or prior to this date.

2.    All of the representations and warranties of Seller made in the Agreement are true and correct on the date of this Certificate with the same force and effect as if they had been made on and as of this date.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of November, 2018.

Seller:                                          EMPYREAN AUTO GROUP, LLC

By: _____
     Ronald J. Lillard, Member

EXHIBIT 2

8

EXHIBIT  2

CERTIFICATE OF BUYER

Hicks Family Subaru, LLC ("Buyer") does hereby certify that, in accordance with that certain Asset Purchase Agreement (the "Agreement"), by and between Empyrean Auto Group, LLC and CAH-DHL Automotive, LLC, which Agreement has been assigned by CAH-DHL Automotive, LLC to Hicks Family Subaru, LLC that:

1.    Buyer has in all material respects complied with or performed all obligations and conditions under the Agreement to be complied with or performed by Buyer on or prior to this date.

2.    All of the representations and warranties of Buyer made in the Agreement are true and correct on the date of this Certificate with the same force and effect as if they had been made on and as of this date.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of November, 2018.

Seller:                                         HICKS FAMILY SUBARU, LLC

                                                By: _____
                                                     Charles A. Hicks, President

EXHIBIT 2