# EXHIBIT 3

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance | 08185779 | | |
| 7. ☒ Cash Sale. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| CAH-DHL Properties, LLC<br>218 Lorraine Drive<br>Corpus Christi, TX 78411 | PMRL Investments, LLC<br>3615 South Padre Island Drive<br>Corpus Christi, TX 78415 | |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Lexington Plaza, Block D, Lot 2-18 & 42, Corpus Christi, Nueces County, Texas<br>3615 S. Padre Island Drive<br>Corpus Christi, TX 78415 | Stewart Title Company<br>5926 S. Staples, Ste A<br>Corpus Christi, TX 78413  Tax ID:<br>Underwritten By: Stewart Title Guaranty Company |

| Place of Settlement | I. Settlement Date |
|---|---|
| Stewart Title Company<br>5926 S. Staples, Ste. A<br>Corpus Christi, TX 78413 | 11/27/2018<br>Fund: 11/27/2018 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | | |
|---|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | | |
| 101. Contract Sales Price | $3,000,000.00 | 401. Contract Sales Price | | $3,000,000.00 |
| 102. Personal Property | | 402. Personal Property | | |
| 103. Settlement Charges to borrower | $2,803.15 | 403. | | |
| 104. | | 404. | | |
| 105. | | 405. | | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | | |
| 106. City property taxes | | 406. City property taxes | | |
| 107. County property taxes  11/28/18 thru 12/31/18 | $7,779.32 | 407. County property taxes | 11/28/18 thru 12/31/18 | $7,779.32 |
| 108. School property taxes | | 408. School property taxes | | |
| 109. Other Taxes | | 409. Other Taxes | | |
| 110. | | 410. | | |
| 111. | | 411. | | |
| 112. | | 412. | | |
| 113. | | 413. | | |
| 114. | | 414. | | |
| 115. | | 415. | | |
| 116. | | 416. | | |
| 120. Gross Amount Due From Borrower | $3,010,582.47 | 420. Gross Amount Due to Seller | | $3,007,779.32 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions in Amount Due to Seller | | |
| 201. Deposit or earnest money | | 501. Excess Deposit | | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | | $144,711.19 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan | First National Bank of Beeville | $3,573,000.00 |
| 205. | | 505. Payoff of second mortgage loan | to | |
| 206. | | 506. | | |
| 207. | | 507. | | |
| 208. | | 508. | | |
| 209. | | 509. | | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | | |
| 210. City property taxes | | 510. City property taxes | | |
| 211. County property taxes | | 511. County property taxes | | |
| 212. School property taxes | | 512. School property taxes | | |
| 213. Other Taxes | | 513. Other Taxes | | |
| 214. | | 514. | | |
| 215. | | 515. | | |
| 216. | | 516. | | |
| 217. | | 517. | | |
| 218. | | 518. | | |
| 219. | | 519. | | |
| 220. Total Paid By/For Borrower | $0.00 | 520. Total Reduction Amount Due Seller | | $3,717,711.19 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | | |
| 301. Gross Amount due from borrower (line 120) | $3,010,582.47 | 601. Gross Amount due to seller (line 420) | | $3,007,779.32 |
| 302. Less amounts paid by/for borrower (line 220) | $0.00 | 602. Less reductions in amt. due seller (line 520) | | $3,717,711.19 |
| 303. Cash From Borrower | $3,010,582.47 | 603. Cash From Seller | | $709,931.87 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

| Previous Editions are Obsolete | Page 1 | form HUD-1 (3/86)<br>Handbook 4305.2 |
|---|---|---|

**EXHIBIT 3**

File No. 08185779

**L. Settlement Charges**

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $3,000,000.00 @ % = $0.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. Commission Paid at Settlement | | | $0.00 | $0.00 |
| 704. The following parties, persons, firms or | to | | | |
| 705. corporations have received a portion of | to | | | |
| 706. the real estate commission shown above | to | | | |
| 800. Items Payable in Connection with Loan | | | | |
| 801. Loan Origination Fee % | to | | | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Insurance Application | to | | | |
| 807. Assumption Fee | to | | | |
| 808. Flood Cert | to | | | |
| 900. Items Required by Lender To Be Paid in Advance | | | | |
| 901. Interest from 11/27/2018 to 12/1/2018 @ $0/day | | | | |
| 902. Mortgage Insurance Premium for months | to | | | |
| 903. Hazard Insurance Premium for years | to | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard insurance | months @ | per month | $0.00 | |
| 1002. Mortgage insurance | months @ | per month | $0.00 | |
| 1003. City property taxes | months @ | per month | $0.00 | |
| 1004. County property taxes | months @ | per month | $0.00 | |
| 1005. Assessment Taxes | months @ | per month | $0.00 | |
| 1006. School property taxes | months @ | per month | $0.00 | |
| 1007. HOA Dues | months @ | per month | $0.00 | |
| 1008. Other Taxes | months @ | per month | $0.00 | |
| 1009. Windstorm Insurance | 0 months @ | | $0.00 | |
| 1010. Flood Insurance | 0 months @ | | $0.00 | |
| 1011. Aggregate Adjustment | | | $0.00 | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee | to | | | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | Jordan M. Anderson, PLLC | | $210.00 |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | Fritz, Bryne, Head & Harrison | | $29,425.00 |
| (includes above items numbers: | | ) | | |
| 1108. Title insurance | to | Stewart Title Company | | $14,981.00 |
| (includes above items numbers: | | ) | | |
| 1109. Lender's coverage | $0.00/$0.00 | | | |
| 1110. Owner's coverage | $3,000,000.00/$17,328.15 | | | |
| 1111. Escrow fee | to | Stewart Title Company | $425.00 | $425.00 |
| 1112. GARC Fee | to | Texas Title Insurance Guaranty Association | | $4.50 |
| 1113. E-Record Fees | to | Stewart Title Company | $4.00 | $4.00 |
| 1114. Copy Fee | to | | | |
| 1115. Tax Statement | to | Stewart Title Company | | $54.13 |
| 1116. Survey Amendment (OTP only) | to | Stewart Title Company | $2,247.15 | |
| 1117. Access Endorsement | to | Stewart Title Company | $100.00 | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording Fees Deed $27.00; Mortgage ; Rel $23.00 | to | Bay Area Title Services, LLC | $27.00 | $23.00 |
| 1202. City/county tax/stamps Deed ; Mortgage | to | | | |
| 1203. State tax/stamps Deed ; Mortgage | to | | | |
| 1204. Out of County Recording Fees | to | | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey | to | Urban Engineering Inc. | | $4,871.25 |
| 1302. Pest Inspection | to | | | |
| 1303. 2018 Property Taxes Acct# 4430-0004-0020 | to | Nueces County Tax Assessor Collector | | $83,513.31 |
| 1304. Environmental Site Assessment | to | Partner Engineering & Science, Inc. | | $11,200.00 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | $2,803.15 | $144,711.19 |

EXHIBIT 3

## Closing Statement

### HICKS FAMILY SUBARU, LLC
Buyer
### EMPYREAN AUTO GROUP, LLC
Seller

| Paragraph | Description | Amount |
|---|---|---|
| 2.A.1 | New Vehicles | $ 402,951 |
|  | Used Vehicles | $ 16,300 |
| 2.B. | Parts & Accessories | $ 112,344 |
| 2.D. | Fixed Assets, Special Tools and Signs | $ 87,656 |
| 2.E. | Work in Progress | $ 0 |
| 2.F. | Company Vehicles | $ 0 |
| 2.G. | Intangible Assets (Goodwill, etc.) | $ 600,000 |
| **Sub-Total** |  | **$1,219,251** |
| Less: |  |  |
| 9.R. | Customer Deposits | --$ 0 |
|  | Floorplan (new and used) (Payable to Santander Bank, N.A. | --$ 443,820.00 |
|  | Payable to First National Bank of Beeville | --$ 775,431.00 |
| **Total Due to Seller by Buyer** |  | **$ 0** |

EXHIBIT 3