IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SANTANDER BANK, N.A., § § Plaintiff, § § v. § § EMPYREAN AUTO GROUP, LLC, § BASIN SUBARU, LLC, RONALD J. § LILLARD, and PETE MARTINEZ, JR., § § Defendants. § | Case No: 2:19-cv-00088-DSM |

## ABSTRACT OF JUDGEMENT

| | |
|---|---|
| DATE OF JUDGEMENT ENTERED: | October 18, 2022 |
| JUDGEMENT IN FAVOR OF: | Santander Bank, N.A. |
| JUDGEMENT AGAINST: | Empyrean Auto Group, LLC |
| LAST KNOWN ADDRESS: | PO BOX 7707, Midland, Texas 79701 |
| AMOUNT OF JUDGEMENT: | $ 6,589,130.06 |
| AMOUNT OF COSTS: | $291,461.30 |
| RATE OF INTEREST: | 4.15% |
| AMOUNT OF CREDITS SINCE JUDGEMENT: | $-0- |
| AMOUNT DUE: | $ |

The above and foregoing is a correct Abstract of Judgement entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

CLERK OF COURT

DATED:_____  BY:_____
                                                              DEPUTY CLERK